UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE DELANEY and<br>WILLIAM P. DELANEY<br><br>    Plaintiffs,<br><br>  v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | CIVIL ACTION No. 05-CV-10241 (MLW) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

 Please enter the appearances of Brian L. Henninger of FOLEY HOAG LLP as counsel for defendant Eli Lilly and Company in the above-captioned matter.

            Respectfully submitted,

            FOLEY HOAG LLP

            /s/ Brian L. Henninger
            Brian L. Henninger (BBO # 657926)
            FOLEY HOAG LLP
            155 Seaport Boulevard
            Boston, MA 02111-2600
            (617) 832-1000

Dated: March 31, 2005

B3013107.1