```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

JULIE DELANEY and WILLIAM DELANEY, )
    Plaintiffs, )
     )
    v. ) C. A. No. 05-10241-MLW
     )
ELI LILLY & CO., )
    Defendant. )

ORDER

WOLF, D.J.                                                           April 22, 2005

    After reviewing the docket, the court notes that Aaron M. Levine, Esq. has not filed a notice of appearance in this case since its transfer from the District Court for the District of Columbia. Nor has a motion to admit him pro hac vice been filed.

    Therefore, the court is not now ordering that Mr. Levine submit an affidavit seeking to show cause why sanctions should not be imposed on him, pursuant of Federal Rule of Civil Procedure 16(f), for his failure to appear at the April 22, 2005 scheduling conference as required by the March 10, 2005 Order concerning that conference. The court will, however, consider his failure to attend in deciding any pro hac vice motion that may be filed on Mr. Levine's behalf.

                                                     /s/ Mark L. Wolf
                                               UNITED STATES DISTRICT JUDGE