UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIE DELANEY, ET AL

    Plaintiffs

v.                                  CA. No. 1:05-cv-10241-MLW

ELI LIILY AND COMPANY

    Defendant

## NOTICE OF APPEARANCE

COME NOW Kenneth M. Levine of the firm of Kenneth m. Levine & associates, 370 Washington Street, Brookline, Massachusetts 02445 and file his appearance as counsel for the Plaintiffs in the above referenced matter.

Respectfully submitted this 23RD day of June 2005

/s/ Kenneth M. Levine

_____

Kenneth M. Levine, BBO#296850
370 Washington Street
Brookline, MA 02446
617-566-2700