UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIE DELANEY

    Plaintiffs

v.                                         CA. No. 1:05-cv-10241-MLW

ELI LIILY AND COMPANY

    Defendant

## ASSENTED TO MOTION TO ADMIT ATTORNEY PRO HAC VICE

COMES NOW the Plaintiff in the above entitled action and moves that this Honorable Court admit Attorney Aaron Levine into the case as counsel for the Plaintiff Pro Hac Vice.

The case sub judice is a complex product liability matter involving the product known as DES. Attorney Aaron Levine's practice specializes in the area of medical product liability and in particular cases concerning the product DES.

Local counsel Kenneth M. Levine is a member of the United States District Court for the District of Massachusetts and shall maintain an appearance for the Plaintiff as well.

Attached hereto and incorporated herein is an Affidavit of Attorney Aaron M. Levine.

The motion is assented to by Counsel for the Defendant.

Respectfully submitted this 23rd day of June, 2005.

        The Plaintiff,
        By and through Counsel undersigned,

        /s/ Kenneth M. Levine

        _____
        Kenneth M. Levine, BBO# 296850
        Kenneth M. Levine & Associates
        370 Washington Street
        Brookline, MA  02446
        (617) 566-2700

Assented to :

/s/ Brian L. Henninger

_____
Brian L. Henninger, Esq.
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA  02110-2600
(617) 832-3061
Counsel for the Defendant, Eli Lilly

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIE DELANEY

       Plaintiffs

v.                                CA. No. 1:05-cv-10241-MLW

ELI LIILY AND COMPANY

       Defendant

## ATTORNEY'S AFFIDAVIT

I, Aaron M. Levine, hereby apply to the Court pursuant to the Local Rules of the United States District Court for permission to appear and participate in the action on behalf of the Plaintiff, by whom I have been retained and state:

1. I am a member in good standing of the Bar of the District of Columbia, the United States District Court for the District of Columbia, the United States Court of Appeals and every jurisdiction in which I have been admitted to practice.

2. I am the president and principal trial lawyer of the firm Aaron M. Levine & Associates, 1320 19th Street NW, Suite 500, Washington DC, 20036.

3. The case sub judice is a product liability matter involving an injury to the minor child during development before birth.

4. My practice specializes in the area of medical product liability, and in particular DES cases.

5. I have a longstanding relationship with the Plaintiff, and have been requested to become lead counsel in the case by the Plaintiff.

6. It would create serious and substantial hardship to the Plaintiff if the applicant were not allowed to appear as counsel.

7. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct.

Aaron M. Levine

Dated:

SUBSCRIBED AND SWORN TO
Before me this 20th day of June, 2005

NOTARY PUBLIC

Wayne Lewis
Notary Public, District of Columbia
My Commission Expires 06-14-2009