UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10241(MLW)

| | |
|---|---|
| JULIE DELANEY and, <br> WILLIAM P. DELANEY, <br><br> Plaintiff, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Juliet A. Davison on behalf of the plaintiffs, Julie Delaney and William P. Delaney in the above-captioned action.

Respectfully submitted,

JULIE DELANEY and
WILLIAM P. DELANEY

By her attorneys,

/s/ Juliet A. Davison
Juliet A. Davison, BBO #562289
Erica Tennyson, BBO #660707
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Date: December 19, 2005