UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10241(MLW)

JULIE DELANEY and, )
WILLIAM P. DELANEY, )
 )
        Plaintiff, )
 )
v. )
 )
ELI LILLY AND COMPANY, )
 )
        Defendant. )

## NOTICE OF APPEARANCE

Please enter the appearance of Erica Tennyson on behalf of the plaintiffs, Julie Delaney and William P. Delaney in the above-captioned action.

Respectfully submitted,

JULIE DELANEY and
WILLIAM P. DELANEY

By her attorneys,

/s/ Erica Tennyson
Juliet A. Davison, BBO #562289
Erica Tennyson, BBO #660707
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626

Date:   December 19, 2005