UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JULIE DELANEY
                    Plaintiff(s)


        v.                      CIVIL ACTION
                                NO.  05-10241-MLW


ELI LILLY & COMPANY
                    Defendant(s)



SCHEDULING ORDER

WOLF, D.J.



        This case is governed procedurally by the 1992 Amendments to
the Local Rules of the United States District Court for the
District of Massachusetts (the "Local Rules"), which implement the
District's Civil Justice Expense and Delay Reduction Plan.  Counsel
must, therefore, comply with the relevant Local Rules in the
litigation of this case.

        It is hereby ORDERED pursuant to Fed. R. Civ. P. 16(b) and
Local Rule 16(f) that:

[ ] 1.  Plaintiff(s) and/or Counterclaim or Third Party
Plaintiff(s) shall by NOVEMBER 18, 2005  designate experts and
disclose the information described in Fed. R. Civ. P. 26(a)(2),
concerning each expert.  Each other party shall by DECEMBER 23,
2005 designate expert(s) and disclose the information described in
Fed. R. Civ. P. 26(a)(2).

[X] 2.  All discovery shall be complete by JANUARY 31, 2006 .

[X] 13.  Counsel for the parties shall confer and, by FEBRUARY 10,
2006,  file a report as to the prospects for settlement.  If the
case is not settled it will be referred to Magistrate Judge
Marianne Bowler for mediation.


        All provisions and deadlines contained in this Order having
been established with the participation of the parties to this
case, any requests for modification must be presented to the judge
or magistrate judge, if referred for case management proceedings.

Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery.

Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the Court or upon the request of counsel.


By the Court,
DENNIS P. O'LEARY


November 16, 2005                    /s/ Dennis O'Leary
Date                                 Deputy Clerk


2