UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIE DELANEY

    Plaintiffs

v.                                         CA. No. 1:05-cv-10241-MLW

ELI LIILY AND COMPANY

    Defendant

## NOTICE OF WITHDRAWAL

    COME NOW Kenneth M. Levine and Sheila Mone of the firm of KENNETH M. LEVINE & ASSOCIATES, 370 Washington Street, Brookline, Massachusetts 02445 and WITHDRAW their appearance as counsel for the Plaintiff in the above referenced matter.

    Respectfully submitted this 23RD day of January, 2006

                                        _____/s/_____
                                        Kenneth M. Levine, BBO# 296850
                                        Sheila Mone, BBO#634615
                                        KENNETH M. LEVINE & ASSOCIATES
                                        370 Washington Street
                                        Brookline, MA 02446
                                        617-566-2700

DATED : January 23, 2006