UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Julie Delaney__
      **Plaintiff**

     **V.**      **CIVIL CASE NO.** __05-10241-MLW__

__Eli Lilly and Company__
      **Defendant**

## NOTICE AND ORDER

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for _____ __a Mediation Hearing__ on __April 20, 2006__ at __10:00__ A.M. before Magistrate Judge __Marianne B. Bowler__ in Courtroom # __25__.

All parties with binding authority are required to attend, leave of Court is required for any exceptions. All confidential mediation briefs are required to be submitted to the court via facsimile at (617) 204-5833 at least 48 hours prior to the hearing.

                 SARAH A. THORNTON,
                 CLERK OF COURT

__3/3/2006__             By: __/s/ Marc K. Duffy__
  Date                Deputy Clerk

(ADR NOTICE (Eli Lilly).wpd - 3/7/2005)