**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>  Delaney                     </u>
                Plaintiff

          V.

<u>  Eli Lilly & Company              </u>
                Defendant

CIVIL ACTION
NO. <u>  05-10241-MLW  </u>

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE <u>    WOLF          </u>

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On <u>         05/04/2006              </u> I held the following ADR proceeding:

    _____  SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    ___X___  MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____  MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____].
The parties were present in person, or by an authorized officer. [except_____].
The case was:

[ ] Settled. Your clerk should enter a _____ day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

<u>       05/04/2006       </u>                        <u>    Marianne B. Bowler, USMJ    </u>
        DATE                                                          ADR Provider

(ADR Report (Delaney2).wpd - 4/12/2000)                             [adrrpt.]