UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JULIE DELANEY and
WILLIAM P. DELANEY

        Plaintiffs,

    v.

ELI LILLY AND COMPANY,

        Defendant.

CIVIL ACTION No. 05-CV-10241 (MLW)

## JOINT [PROPOSED] DISPOSITIVE MOTION BRIEFING SCHEDULE

Pursuant to the Court's May 22, 2006 electronic order, the parties submit the following Joint [Proposed] Dispositive Motion Briefing Schedule:

| | |
|---|---|
| **Dispositive Motions Due** | **June 30, 2006** |
| **Oppositions Due** | **August 14, 2006** |
| **Reply Briefs (if any) Due** | **August 28, 2006** |

        Respectfully submitted:

/s/ Brian L. Henninger
James J. Dillon (BBO# 124660)
Brian L. Henninger (BBO # 657926)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02111-2600
(617) 832-1000

Counsel for Defendant
ELI LILLY AND COMPANY

Dated: May 23, 2006

/s/ Juliet Davison
Juliet Davison (BBO# 562289)
Erica Tennyson (BBO# 660707)
TODD & WELD LLP
28 State Street
Boston, MA 02109
617-720-2626

Counsel for Plaintiffs
JULIE AND WILLIAM DELANEY

B3207082.1