UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE DELANEY and<br>WILLIAM P. DELANEY<br><br>        Plaintiffs,<br><br>        v.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | CIVIL ACTION No. 05-CV-10241 (MLW) |

## DISPOSITIVE MOTION BRIEFING SCHEDULE

In accordance with its July 25, 2006 conversation with Chambers and counsel for Plaintiffs, Lilly hereby submits the following Dispositive Motion Briefing Schedule:

| | |
|---|---|
| **Dispositive Motions Due** | **August 11, 2006** |
| **Oppositions Due** | **September 11, 2006** |
| **Reply Briefs (if any) Due** | **September 25, 2006** |

Counsel for Plaintiffs consents to this schedule.

        Respectfully submitted:

        /s/ Brian L. Henninger
        James J. Dillon (BBO# 124660)
        Brian L. Henninger (BBO # 657926)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02111-2600
        (617) 832-1000

        Counsel for Defendant
        ELI LILLY AND COMPANY

Dated: July 26, 2006

B3207082.1