IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE DELANEY and<br>WILLIAM DELANEY<br><br>                         Plaintiffs,<br>v.<br><br>ELI LILLY AND COMPANY,<br><br>                         Defendant. | CIVIL ACTION No. 05-CV-10241 (MLW) |

## [PROPOSED] ORDER

**UPON CONSIDERATION** of Defendant's Motion for Summary Judgment and Plaintiffs' Opposition thereto, and for good cause shown, it is this _____ day of _____, 2006,

**ORDERED**, that Defendant's Motion be, and hereby, is **DENIED**.

_____
The Honorable Mark L. Wolf
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Erica Tennyson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 5, 2006.

s/ Erica Tennyson
Erica Tennyson (BBO# 660707)
