UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JULIE DELANEY and
WILLIAM P. DELANEY

    Plaintiffs,

  v.

ELI LILLY AND COMPANY,

    Defendant.

CIVIL ACTION No. 05-CV-10241 (MLW)

**ELI LILLY AND COMPANY'S MOTION TO STRIKE**
**STATEMENT OF HAROLD SPARR**

   Defendant Eli Lilly and Company ("Lilly") hereby moves this Court to strike the

"expert" statement of Mr. Harold Sparr ("Mr. Sparr").  Docket No. 45, App. 11.  Any testimony

from Mr. Sparr is unreliable and adds no value to this case.

   Plaintiff Julie Delaney ("Ms. Delaney") alleges injuries caused by *in utero* exposure to a

DES product taken by her mother Barbara O'Leary ("Ms. O'Leary") in 1969-'70.  Ms. O'Leary

testified at deposition that she filled her DES prescription at Hingham Pharmacy in Hingham,

Massachusetts.  Plaintiffs have provided no statements from a pharmacist or other employee

from this pharmacy.  In order to prove that the pharmacy that Ms. O'Leary used dispensed a

Lilly product to Ms. O'Leary, Plaintiffs have introduced a statement from Mr. Sparr on the

Massachusetts DES market during the 1960's.

   This Court should bar Mr. Sparr's statement for several reasons.  Mr. Sparr is not an

expert on the stocking and dispensing practices of Massachusetts pharmacies.  Mr. Sparr is a

retired pharmacist who works as an investigator for Plaintiffs' attorney, Aaron Levine.  In that

role, Mr. Sparr sought out pharmacists in cases Mr. Levine filed against Lilly, interviewed them

with no set list of questions and no organized notes, and solicited their help by a letter

referencing a suit involving the "Liability Insurance Company who insured Eli Lilly & Co."  Mr.

Sparr then supplied those pharmacists who agreed to identify Lilly with a printed affidavit form

to complete.  This work on litigation has none of the hallmarks of scientific surveying that would

support an expert opinion.

 Further, Mr. Sparr has no background or experience in scientific surveys.  The "survey"

Mr. Sparr participated in was designed by Mr. Levine.  This "survey," addressed below, is

flawed in many ways, not least by a selection process of happenstance, coincidence and

convenience, not science.  Mr. Sparr has no training in survey or market study techniques, has

never completed any coursework in these areas, and completed his work for this litigation with

constant oversight, direction and guidance from Plaintiffs' attorney.  His statement will not aid

the Court in ruling on Lilly's Motion for Summary Judgment, nor could it aid a jury at trial.

**I.** **MR. SPARR'S STATEMENT IS UNRELIABLE AND MUST BE EXCLUDED PURSUANT TO F.R.E. 702 AND DAUBERT.**

 Mr. Sparr's statement concerning the market share for DES products in Massachusetts

during the time period relevant to this case is inadmissible.  The Court should bar the Sparr

statement as unreliable and irrelevant under the standards set forth in Federal Rule of Evidence

702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 589 (1993).

 Mr. Sparr is a pharmacist, not a market researcher.  *See* Transcript of Deposition of

Harold Sparr ("Sparr Tr.") in *Bohlin v. Eli Lilly and Company*, 03-CV-11577 (MEL) at 5-7, 116-

119 (attached as Ex. 1).  He holds no degree in survey research, has completed no courses in

survey techniques, and has never conducted a survey outside of the context of this litigation; he

has no experience in the very field in which he is being offered as an expert.  *See id.* at 126-128.

Any methodology employed by Mr. Sparr was designed by Plaintiffs' attorney, as set out in

correspondence from Plaintiffs' counsel to Mr. Sparr.  *See* May 5, 2004 Letter from Aaron M.

Levine, Esq., to Harold B. Sparr, R.Ph., D.Ph., M.S. ("Survey Letter") (attached as Ex. 2); *see also* Sparr Tr. at 159-163 (Ex. 1). The survey was designed by Mr. Levine specifically for DES cases against Eli Lilly. *See* Survey Letter (Ex. 2). Although Mr. Sparr testified that he has "perused" one text on survey techniques, *see* Sparr Tr. at 77 (Ex. 1), this does not change the fact that he is a pharmacist, not a market researcher.

Additionally, Mr. Sparr works as an investigator for Plaintiffs' attorney. Interviews of pharmacists conducted by Mr. Sparr at the direction of Plaintiff's counsel were completed in cases in which Lilly was a defendant for the purpose of developing evidence to show that the DES involved in that case was made by Lilly. *See id.* at 92-93.

Mr. Sparr's experience can only speak to the pharmacies where *he actually* worked. As Ms. O'Leary did not fill her prescription for a DES product at a facility where Mr. Sparr was an employee, his testimony is irrelevant to this case. For these reasons, this Court should strike Mr. Sparr's statement regarding Lilly's market share for DES products in the Commonwealth of Massachusetts.

        **1.**      **Federal Rule of Evidence 702 and *Daubert* Set the Standard for the Admissibility of Expert Testimony in this Case.**

"Federal Rule of Evidence 702 'assign[s] to the trial judge the task of ensuring that an expert's testimony both rests on a reliable foundation and is relevant to the task at hand.'" *Cipollone v. Yale Indus. Prods., Inc.*, 202 F.3d 376, 380 (1st Cir. 2000) (quoting *Daubert*, 509 U.S. at 597). The Rule provides:

> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case.

In *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, the Supreme Court established the gate-keeping role of trial judges in evaluating the admissibility of scientific evidence pursuant to Federal Rule of Evidence 702.  *Daubert,* 509 U.S. 579, 592-5 (1993).  The court set forth guidelines for federal judges in their evaluation of expert testimony under a two-pronged test to determine (1) whether the theory or methodology underlying the testimony is reliable and (2) whether the expert's theory or methodology will assist the fact-finder.  *See id.*

Rule 702 and *Daubert* aid judges to ensure that proffered expert testimony "is the product of reliable principles and methods."  Fed. R. Evid. 702.  "[T]he trial court must decide whether the proposed testimony, including the *methodology* employed by the witness in arriving at the proffered opinion, 'rests on a *reliable foundation* and is *relevant* to the facts of the case.'"  *Ed Peters Jewelry Co. v. C. & J. Jewelry Co.*, 124 F.3d 252, 259-60 (1st Cir. 1997) (citing *Daubert*, 509 U.S. at 597) (expert testimony that was "internally inconsistent and unreliable" excluded) (emphasis in the original).

The focus of the analysis under *Daubert* is on the principles and methodology used by the expert, not the actual conclusions reached by the expert.  *See Daubert,* 509 U.S. at 595.  The reliability requirement ensures that an expert's analysis is based on the scientific method and supported by appropriate validation.  *See id.* at 590.  Requiring that testimony be relevant to the facts of the case ensures that such testimony will assist the fact-finder to understand the evidence or to determine a fact in issue, instead of prejudicing the other party or confusing the court.  *See Kumho Tire Co. v. Carmicheal*, 526 U.S. 137, 152 (1999); *Daubert*, 509 U.S. at 590-2, 595.  Federal District Courts serve as the gatekeepers to ensure that any expert testimony advances the issues in dispute at trial.  *See Daubert,* 509 U.S. at 597.  The trial court's role as gatekeeper

prevents "….the introduction of evidence that is not relevant or is not reliable." *U.S. v. Patrick,* 6 F.Supp. 2d 51, 55 (D. Mass. 1998).

Courts typically consider several factors when assessing the reliability of proffered expert testimony. These factors, derived from *Daubert,* include:

> (1) whether the opinion can be or has been tested; (2) whether the theory or technique on which the opinion is based has been subjected to peer review and publication; (3) the technique's known or potential error rate; (4) the existence and maintenance of standards controlling the technique's operations; and (5) "general acceptance."

*Sutera v. Perrier Group of America, Inc.*, 986 F. Supp. 655, 661 (D. Mass. 1997); *see also United States v. Sampson*, 335 F. Supp. 2d 166, 218-219 (D. Mass. 2004) (identifying the five *Daubert* factors). *Daubert* requires that the expert testimony offered be based on a technique that can be or has been tested by the community of which the expert is or purports to be a member. In Mr. Sparr's case, his survey and other market research "investigations" have not been subjected to any such evaluation. As a result, Mr. Sparr's testimony would contravene this central requirement of *Daubert* because upon even a brief review it becomes clear that Mr. Sparr's survey is not based on *any* theory or test. *See* 509 U.S. at 593.[1]   Viewing Mr. Sparr's lack of credentials and "survey" through this framework demonstrates the unreliability and, therefore, inadmissibility of his proffered testimony.

### 2.    Mr. Sparr's "Survey" Was Designed by Plaintiffs' Counsel.

Mr. Sparr's experience in carrying out the "survey" designed by Plaintiffs' counsel does not make him an expert in the field of survey research. One study, completed at the direction of Plaintiffs' lawyer, to a design and to an end specified by counsel, does not transform a pharmacist into a market researcher who can aid a trier of fact through "expert testimony" in

determining complex issues regarding the market share of DES products.  *See* Survey Letter (Ex. 2).

a.    <u>The Selection of Pharmacists to Survey Was Not Random</u>.

The "market study" about which Mr. Sparr would testify began when surveys were sent to a *total* of approximately 376 pharmacists.  *See* List of Pharmacists Surveyed (attached as Ex. 3).  Only 225 of those pharmacists completed the survey.  *See* Listing of 225 Massachusetts Survey Affidavits (attached as Ex. 3 to Supp. Aff., Docket No. 50).  The only two parameters in distributing these surveys were that the individual was *first licensed* in Massachusetts from 1963 through 1967 *and* was still practicing in 2004.  *See* Sparr Tr. at 141-144, 156 (Ex. 1).  Mr. Sparr testified at deposition that approximately 4500-5000 pharmacists were licensed from 1963 through the present.  *See id.* at 156-157.  The determining criteria for the sample, then, aimed to survey pharmacists who were *first* licensed in years that Mr. Sparr considered -- on no known evidence -- the "peak" years of DES use and who were *still* licensed in 2004.  Longevity of service is not related to the quality of the information available from those pharmacists first licensed between 1963 and 1967; this is selection by convenience, not science.  Further, selection of pharmacists first licensed from 1963 through 1967 serves no informational purpose either.  When a pharmacist was "first licensed" adds nothing to the likelihood that he or she will have knowledge on the subject of the market share for DES products.  Again, convenience is the only criteria apparently applied by Mr. Sparr.  This selection is not scientific, is based on no theory or process, and is completely unreliable for determining a proper sample of pharmacists.  This unscientifically selected population was not tested in any way to see if it represented the

---

[1] Mr. Sparr's opinion regarding Lilly's DES market share also fails to satisfy *Daubert's* requirement that an expert's study be subject to peer review and publication.  *See Daubert*, 509 U.S. at 593-95.

pharmacist population of Massachusetts for "the 1960s."  Nor was it tested against any

geographical distribution of pharmacists in the state.

The limitations of the sample as to representativeness and distribution preclude reliance

on data for any time.  Did the respondents work in retail pharmacies or in the industry?  Did they

work in areas representative of the use of DES in Massachusetts during the "1960s"?  These are

two of the many issues left unanswered by Mr. Sparr's survey.  There was no initial attempt to

define a population that mirrored all pharmacies in Massachusetts.  The population was instead

defined by convenience -- pharmacists who were *still* licensed in 2004 who had first been

licensed in 1963 to 1967.  The longevity of a pharmacist's practice is simply no guide to the

randomness of the study group.  The only "randomness" in the study was in who responded to

the questionnaire.

> b.    The "Survey" Did Not Ask the Question
>        that Mr. Sparr Attempts to Answer.

The survey *did not ask* what brand of DES each pharmacy stocked.  Instead, the only

relevant question was:

> If a customer's prescription read "DES" "Stilbestrol" or "diethylstilbestrol" (in pregnancy
> sizes 5mg or 25mg) but no brand name was indicated, what brand would have been
> *primarily* dispensed?  (emphasis in original).

Statement of Harold Sparr, Attachment 1 -- "Stilbestrol Survey for Pharmacists"

("Questionnaire") (attached as Ex. 4).  If a store received prescriptions for DES, or stilbestrol, or

diethylstilbestrol that *did* name a brand, this survey in no way elicits information on the brand

dispensed.  *See* Sparr Tr. at 213-215 (Ex. 1).  Further, the dosages of 5mg and 25mg had other

uses and were "pregnancy doses" only in the terms of the Questionnaire.  *See id.* at 167-174.  Mr.

Sparr did not determine whether the responding pharmacists carried the particular dosages of

DES for other purposes besides treating accidents of pregnancy, such as the suppression of

lactation, postpartum observation, malignant neoplasms, breast cancer, types of bone cancer, hemorrhage problems, and prostate cancer.  *See id*. at 165-166.  DES products were prescribed for other conditions in the dosages included in the Questionnaire, but this "survey" would sweep all sales into a "market share" for use in pregnancy.  Finally, there is *no* space provided in the Questionnaire to invite data on a pharmacist's practice for filling brand name prescriptions or for identifying the types of other brands.  Brand name specific prescriptions are simply excluded from the survey altogether.

Just as importantly, what does "primarily" dispensed mean?  If the store carried three brands, should the responding pharmacist name one if it was used 35% of the time?  If a pharmacy stocked two brands, should the pharmacist name the likely 51% choice?  The Questionnaire is, in fact, useless to inform upon the question Mr. Sparr claims to pursue -- Lilly's share of the DES product market in 5mg and 25mg dosages dispensed in Massachusetts.

c.     Mr. Sparr Failed to Confirm the Accuracy of the 40 Year Old Memories of those who Responded to the Survey.

The survey purports to show what DES products were stocked in Massachusetts stores based on the 40-year-old memories of only those pharmacists who responded.  Mr. Sparr did nothing to confirm the accuracy of *any* of the responses that he received regarding an individual's memory of events occurring almost a half century ago.  *See id*. at 160-161, 221-223. Further, Mr. Sparr did nothing to guard against outside resources influencing the results of the survey.  He failed to confirm that the pharmacists surveyed were not consulting with others while answering the questions and "assumed they did it themselves."  *See id*. at 160-161.  In fact, the survey presents no method to judge whether the memory of the respondent is based on *anything*. While DES products were taken off the market for pregnancy use by 1972, DES drugs were still dispensed for other purposes from that time until 2000.  Nothing in the survey guarantees that

those Massachusetts pharmacists who did respond were recalling their pharmacy work from the

1960s and not their work over the subsequent three decades.

> d.    The Response to the Survey is Completely Inadequate to Aid a
> Trier of Fact in Reaching a Conclusion Regarding the Market
> Share for DES Products in Massachusetts in the 1960s.

Mr. Sparr's "expert qualifications" regarding his ability to testify on Lilly's market share

for DES products in Massachusetts rest largely on one survey for Plaintiffs' counsel.  The

problems described above demonstrate the failure of the survey.  The survey was designed by

Plaintiffs' attorney with an aim at identifying Lilly's product.  The sample group who received

the survey is, in the first instance, insufficient to allow Mr. Sparr -- or anyone else -- to reach any

conclusions regarding the market for DES products in Massachusetts during the 1960s.  The

sample group chosen was not random, and did not account for geographical differences or for

differences in prescribing practices from one area to another.  The process took no steps to

confirm the accuracy of the 40-year-old recollections of the few who did respond, or to

determine whether those who *did not* respond failed to do so because they could not recall the

answers sought.  Added to the fact that the central question of the survey is completely

ambiguous regarding the brands of DES carried by a pharmacy, the unreliability of this survey

becomes clear.  In short, the "survey" shows no regard for any standards or techniques

whatsoever.

Approximately 148 pharmacists responded to the survey.  Faced with the limitations

described above, only 79 responded that they worked in a Massachusetts store that stocked DES

in the dosages about which the survey inquired.  *See* Survey Results to the Report of Harold

Sparr, dated October 12, 2004, ("Survey Results") (attached as Ex. 5).  Only 71 of those

surveyed named Lilly as the brand "*primarily*" dispensed.  These 71 respondents represent

approximately 1.4% of the total of 4500-5000 pharmacists that *Mr. Sparr* thought were

practicing in Massachusetts during the "1960s." These responses, arrived at from an originally flawed sample population through ambiguous questions without any follow-up regarding the accuracy of the results, can give no sensible data to inform the jury. Therefore, the survey cannot serve as a basis for Mr. Sparr to testify as an expert on survey standards and techniques and, consequently, the market for DES products in Massachusetts. *See Daubert*, 509 U.S. at 593-5.

> ### 3. Mr. Sparr's Additional "Expert" Experience is Limited to Interviews for Plaintiffs' Lawyer in Cases Involving Lilly and Lack Any Scientific Methodology.

Mr. Sparr claims additional experience regarding the market share for DES products from two sources: the pharmacist interviews that he has conducted and the pharmacist statements and deposition testimony that Mr. Sparr has reviewed, all during his employment as an investigator for Plaintiffs' counsel. All of these interactions and "market research" took place in the context of specific cases against Eli Lilly and, as with the survey, were conducted at the direction of Plaintiffs' lawyer.

Over the course of his involvement with Plaintiffs' attorney, Mr. Sparr has conducted interviews with pharmacists in relation to specific cases. These interviews would be conducted at Plaintiffs' attorney's direction, *see* Sparr Tr. at 15, 18 (Ex. 1), and, as Mr. Sparr testified, involved cases primarily against Lilly, *see id.* at 16. Further, when asked whether Plaintiffs' counsel, in directing Mr. Sparr to conduct these interviews, was interested in a specific company, Mr. Sparr responded, "Absolutely….Eli Lilly and Company." *Id.* at 15. Mr. Sparr stated that he conducted "maybe three dozen" such interviews for Plaintiffs' counsel in connection with specific cases involving Lilly. *See id.* at 19. Beside the fact that these isolated "investigations" conducted at the direction of Plaintiffs' counsel cannot possibly be used to extrapolate any information about the wider market for DES products in Massachusetts beyond the specific

pharmacies involved, the complete lack of methodology requires their exclusion from this Court's consideration of Mr. Sparr's credentials.

First, Mr. Sparr's clearly stated goal was to determine whether the pharmacist recalled *Lilly's* product. *See id*. at 57. He couldn't recall what materials were shown to which pharmacists, and stated that he maintains no formal notes recording his actions in this respect. *See id*. at 21-23, 55-57. However, Mr. Sparr did recall that any pill pictures or other materials that he brought with him to these interviews were of Lilly products and no others. *See id*. at 57. While Mr. Sparr acknowledged that "at least a hundred" other companies manufactured DES products during the 1960s, he made no effort to determine the market for any of these other drugs. *See id*. at 65-66, 106-107. Mr. Sparr stated that when he spoke to pharmacists over the phone, he would have mentioned Lilly but no other companies. *See id*. at 65-66. Correspondence from Mr. Sparr to another pharmacist following up on Mr. Sparr's work for Plaintiffs' counsel clearly states that the inquiry related to lawsuits involving "the Liability Insurance Company who insured Eli Lilly & Co." *See* Letter from Harold Sparr to George Friedman, dated December 5, 2003 (attached as Ex. 6). When a pharmacist identified Lilly, Mr. Sparr then mailed a pharmacist statement form created by Plaintiffs' attorney for use in the specific matter. *See* Sparr Tr. at 21 (Ex. 1).

Second, Mr. Sparr did not use a script in interviewing pharmacists. *See id*. at 17, 83. He failed to take organized notes of all of his conversations with subjects, sometimes jotting bits and pieces of information on envelopes, and disregarded responses if they were not going to be helpful, eliminating any ability to retest his work. *See id.* at 21-23. If a pharmacist could not remember whether the pharmacy where that individual had worked stocked DES products, *and* what dosage was stocked, *and* the brand, *and* the wholesaler that the pharmacy used during the

1950s and 1960s, Mr. Sparr *discarded* the response and discarded that pharmacist's store from

his analysis. *See id.* Hence, responses naming a company other than Lilly were discarded if the

pharmacist did not recall the wholesaler who supplied the store.

As with the "survey," Mr. Sparr did nothing to confirm the accuracy of *any* of the

responses that he received regarding an individual's memory of events occurring 40 years or

more in the past. *See id.* at 94-97. In fact, when directly asked, "Did you do anything to find out

if their memory about the DES they had in their store during the 1950s and 1960s was accurate?"

Mr. Sparr responded, "No. How could I?" *Id.* Mr. Sparr could have searched for the

prescription and purchase records of the stores in question; these steps were not taken. Any

conclusions based on Mr. Sparr's interviews as described above must be excluded from this

Court's determination of his qualifications as an expert.

The final purported area of experience that Mr. Sparr claims establishes his qualifications

as an expert focuses on his review and follow-up interviews related to approximately 200 sworn,

"randomly" collected statements and deposition transcripts. As with the other resources that

supposedly qualify Mr. Sparr as an expert in the field of market research, all of these materials

were provided to Mr. Sparr from Plaintiffs' counsel. *See id.* at 109. Of these 200 statements,

only 20 were from individuals practicing in Massachusetts. *See id.* at 111. The statements were

collected by Plaintiffs' counsel for prior cases, mainly against Lilly, and suffer from at least the

same random sample and memory problems as Mr. Sparr's other sources of information.

Litigation investigations aimed to identify Lilly as a proper defendant are neither random nor

scientific, and provide no basis for qualifying Mr. Sparr as an expert to testify in this case.

## CONCLUSION

For the foregoing reasons, Lilly respectfully requests that the Court strike Mr. Sparr's

Statement from the record. Lilly submits that Mr. Sparr's Statement is unreliable and will not

assist the Court in understanding the evidence, thus warranting its exclusion pursuant to Federal

Rule of Evidence 702 and *Daubert*.


## REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1, Lilly hereby requests a hearing on this motion.


Respectfully submitted,

FOLEY HOAG LLP

/s/ Brian L. Henninger
James J. Dillon (BBO # 124660)
Brian L. Henninger (BBO # 657926)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02111-2600
(617) 832-1000

Dated:  November 20, 2006


## LOCAL RULE 7.1(A)(2) CONFERRAL CERTIFICATION

I, Brian L. Henninger certify that on November 20, 2006, I conferred with Plaintiffs'
counsel regarding Lilly's Motion to Strike Statement of Harold Sparr.  Plaintiffs' counsel does
not consent to the Motion.

/s/ Brian L. Henninger

# Ex. 1

1

1          VOLUME  I

2          PAGES  1 - 237

3          EXHIBITS  Per Index

4

5      UNITED STATES DISTRICT COURT

6      DISTRICT OF MASSACHUSETTS

7  ----------------------------x

8  NANCY A. BOHLIN, INDIVIDUALLY,

9  AND AS MOTHER AND NEXT FRIEND OF

10  SAMANTHA A. BOHLIN, A MINOR,     Civil Action

11      Plaintiff        No. 03-CV-11577

12      v.              (MEL)

13  ELI LILLY AND COMPANY,

14      Defendant

15  ----------------------------x

16

17      DEPOSITION OF HAROLD B. SPARR

18      Tuesday, December 7, 2004

19        Foley Hoag, LLP

20        155 Seaport Boulevard

21        Boston, Massachusetts

22

23      REPORTER:  Virginia L. Barry, RPR/CSR

24

**Sparr, Harold (12/7/04)**                    **Page 1**

5

1  Attorney Patricia Stanford?

2      A.  About 11 months.

3          MR. LEVINE:  I think you mean

4  retained, as opposed to employed.  We don't take out

5  taxes.

6          THE WITNESS:  Right.

7      Q.  So Mr. Levine's interjection is that

8  you're an independent contractor employed by him; is

9  that correct?

10     A.  Correct.

11     Q.  And is that your only employment at

12  present, working for these two attorneys?

13     A.  Well, I'm an on call pharmacist at a

14  hospital in Brookline, but I haven't been called in

15  the past year.

16     Q.  I'm going to go back to your employment by

17  these two attorneys in a minute.  Let me go through

18  a little bit about my understanding about your

19  background.  Am I correct, sir, that you attended

20  and graduated from the Massachusetts College of

21  Pharmacy, graduating in 1955?

22     A.  That's correct.

23     Q.  Am I correct also in looking at an exhibit

24  to your report that following that graduation you (2/7/04)        **Page 5**

6

1  served in the United States Army; is that correct?

2     A.  Correct.

3     Q.  So that was from 1956 to 1958; is that

4  correct?

5     A.  Correct.

6     Q.  And you were in Germany at that time?

7     A.  For one year.

8     Q.  For those two years am I correct in

9  understanding that you were not practicing as a

10  pharmacist in Massachusetts?

11     A.  I was practicing as a pharmacist in

12  California and in Germany.

13     Q.  And you were not practicing as a

14  pharmacist in Massachusetts for those two years; is

15  that correct?

16     A.  That's correct.

17     Q.  Now, your CV or resume states that between

18  1958 and 1969 you were at Sparr's Pharmacy in

19  Boston, Massachusetts?

20     A.  Sparr's Drugstore.

21     Q.  I'm sorry, Sparr's Drugstore in Boston,

22  Massachusetts; correct?

23     A.  Correct.

24     Q.  And was that the pharmacy or drugstore 12/7/04)                **Page 6**

7

1  where you practiced pharmacy between 1958 and 1969?

2    A.  Yes.

3    Q.  And your resume also indicates that in

4  1970 you were at Robert's Pharmacy in Belmont; is

5  that correct?

6    A.  That's correct, I purchased it.

7    Q.  And you purchased it in 1970?

8    A.  In December, '69.

9    Q.  And after you made that purchase did you

10  practice as a pharmacist at the Robert's Pharmacy in

11  Belmont, Massachusetts?

12    A.  That's correct.

13    Q.  And for 1970 was that the only pharmacy

14  where you practiced pharmacy?

15    A.  Yes.

16    Q.  How long did you stay at the Robert's

17  Pharmacy?

18    A.  Until 1976.

19    Q.  Now, between 1958 and 1971, I'm going to

20  be, I realize that you have experience after that,

21  but between 1958 and 1971 is it accurate to say that

22  your experience as a practicing pharmacist was

23  limited to first the Sparr's Drugstore and then

24  Robert's Pharmacy?          Sparr, Harold (12/7/04)                    Page 7

15

1  was?

2    A.  This information was valuable in

3  determining pharmacists' market share of the

4  particular drug, and some of these statements were

5  to be used in certain cases.

6    Q.  And for the statements that were to be

7  used in particular cases were you directed to try

8  and find pharmacists from a particular location,

9  from a particular pharmacy?

10    A.  Yes.

11    Q.  And that direction would come from

12  Mr. Levine's office; is that correct?

13    A.  Yes.

14    Q.  And with respect to the other part, the

15  market share, what was your understanding of what

16  "market share" meant?

17    A.  The percentage of prescriptions that a

18  particular company had.

19    Q.  And were you aware of any particular

20  company that Mr. Levine was interested in examining?

21    A.  Absolutely.

22    Q.  And what was the name of that company?

23    A.  Eli Lilly and Company.

24    Q.  And why did Mr. Levine tell you that he 12/7/04)    **Page 15**

16

1   wanted to examine Eli Lilly and Company?

2       A.   Because 98 percent of the people that I

3   spoke to, pharmacists that I had spoken to have told

4   me that that was the brand that they used.

5       Q.   Now, that's after the fact, this is after

6   you spoke to people; is that correct?

7       A.   Correct.

8       Q.   So before you did any of your interviews,

9   what did Mr. Levine tell you about his interest in

10  Eli Lilly and Company and its market share?

11      A.   He told me that there was ongoing

12  litigation with plaintiffs that have been harmed by

13  their mothers ingesting the diethylstilbestrol.

14      Q.   Yes.  And what else did he tell you?

15      A.   He asked me to get statements from

16  pharmacists that were working during the 1950s and

17  the 1960s.

18      Q.   With respect to Eli Lilly and Company,

19  what else did Mr. Levine tell you about Lilly and

20  the litigation interest he had in Eli Lilly and

21  Company?

22      A.   He just told me that the majority of the

23  cases that he had was against Eli Lilly.

24      Q.   Now, in terms of -- I'll come back tdd (12/7/04)          **Page 16**

17

1   this, let me just drop that for a minute.

2           After this meeting with Mr. Levine in

3   November, approximately, of 2003, what was the next

4   thing you did with respect to the work for

5   Mr. Levine?

6       A.  I started calling pharmacists that I knew

7   that were either classmates of mine or other

8   pharmacists that I knew through the organizations

9   that I belong to and that I'm friendly with, and I

10  asked them if they would sign a statement.

11      Q.  Did you have a script that you used?

12      A.  I did not.

13      Q.  Did you ask them the same thing every

14  time?

15      A.  Yes.

16      Q.  What did you ask them?

17      A.  I asked them if they remembered what brand

18  of di -- I asked them if they stocked

19  diethylstilbestrol, and if they said yes, I asked

20  them what brand of diethylstilbestrol did they

21  stock, and I also asked them what wholesaler they

22  had purchased from.

23      Q.  Is that the only thing that you asked

24  them?                    **Sparr, Harold (12/7/04)**                    **Page 17**

18

1    A.  Well, I asked them what year they

2  graduated from college, what college they graduated

3  from.  I asked them -- well, I knew what their names

4  were.  I asked them their address, and where the

5  store was located.

6    Q.  How did you select the people that you

7  were calling on this?

8    A.  I, through my activities in the alumni

9  association, the Mass. College of Pharmacy, I knew a

10  lot of pharmacists, and I just started calling at

11  will.

12    Q.  And did you ask these pharmacists what

13  dosages of the DES they had?

14    A.  Yes.

15    Q.  So, okay, and what did you -- did you

16  prompt them at all about any of the doses?

17    A.  Absolutely not.

18    Q.  You're clear about that, you wouldn't have

19  asked people if they had 5-milligram, for example,

20  or .5-milligram?

21    A.  I asked them what strengths they had in

22  the store.

23    Q.  And if they didn't remember, did you say

24  anything to help them to remember what dosages the/04)                Page 18

19

1  drug came in?

2     A.  No.

3     Q.  Are you sure that you didn't do

4  anything --

5        MR. LEVINE:  You don't have to ask him

6  is he sure, he's answering under oath, he knows what

7  an oath is.

8     Q.  Okay.  How many -- I'm sorry.  How many

9  pharmacists did you call up in the course of

10  investigations directed by Mr. Levine for particular

11  cases?

12     A.  I don't have an exact number, but if you

13  want me to guess, I would probably say about three

14  dozen.

15     Q.  Well, let me take that group for a little

16  bit.  How would your investigations for a particular

17  case in a particular identification project begin,

18  how did it start?

19     A.  Well, I would receive a letter or a phone

20  call from Aaron Levine's office, and I would go to

21  the computer, and I would go to mass.gov, and go to

22  Occupations, and go to the Board of Pharmacy, and

23  that gave me information about pharmacists and

24  pharmacies, and I would type in the name of the (12/7/04)          **Page 19**

21

1    Q.  And did you -- I'm sorry, you already

2  answered that you said you kept a copy of the

3  statements that you obtained from pharmacists; is

4  that right?

5    A.  Yes, correct.

6    Q.  And that pharmacist statement, was that on

7  a form that you used?

8    A.  Yes.

9    Q.  And was that form supplied by Mr. Levine?

10    A.  Yes.

11    Q.  Did you keep notes of your conversations

12  with the pharmacists that you spoke to?

13    A.  Some of them.

14    Q.  And so I take it you didn't keep notes on

15  all of the conversations; is that right?

16    A.  Correct I made notations in my date book

17  as to who I spoke to that day.

18    Q.  Did you attempt to record what you learned

19  from the pharmacists that you were interviewing?

20    A.  Well, I would know whether or not to go

21  forward with that particular pharmacist or try a

22  different avenue if I couldn't get a positive

23  result.

24    Q.  For the ones that you didn't get a       arold (12/7/04)                    **Page 21**

22

1  positive result on, did you keep any notes about

2  your conversations with them?

3     A.  No, I basically just crossed them off the

4  list.

5     Q.  When you said you didn't get a positive

6  result on some, how did you define a "positive

7  result," Mr. Sparr?

8     A.  If they could recall stocking the

9  diethylstilbestrol, and if they could recall what

10  brand they had on the shelf, and if they recalled

11  what strengths they had.

12     Q.  So you would need to have all three of

13  those things before it was a positive result; is

14  that correct?

15     A.  Yes, and what wholesaler.

16     Q.  And for the wholesaler, was that also --

17  now there are four items that are important for

18  there to be a positive result, wholesaler,

19  strengths, stocking DES --

20     A.  And brand.

21     Q.  -- and brand?

22     A.  That's correct.

23     Q.  I'm sorry, I need to go back to this for a

24  minute, but with respect to any pharmacist who 12/7/04)                    **Page 22**

23

1    didn't hit all of those four criteria for a positive

2    result, did you retain, are there any of those that

3    you -- I'm sorry, would it be your practice to keep

4    notes for the pharmacist who did not meet those four

5    criteria for a positive response?

6        A.  Some I did and some I didn't, only because

7    I would write information on an eight-and-a-half by

8    11 sheet or the back of an envelope, I would cross

9    out certain ones.

10       Q.  And have you retained those notes that you

11   took in the course of these interviews by phone?

12       A.  Repeat the question, please.

13       Q.  Yes.  Have you kept the notes?

14       A.  I have some of them.

15       Q.  Is there any pattern that determined how

16   you kept the notes or is it simply a relatively

17   random factor about having notes or not having

18   notes?

19       A.  It was a random factor.

20       Q.  Now, for Mr. Levine, let me now ask about

21   a different category.  You mentioned that there were

22   some pharmacist's interviews that you did for

23   particular cases, and we've just been talking about

24   that.  What was the other categories of Jarold (12/7/04)                    **Page 23**

55

```
1          MR. LEVINE:  Of all the investigations

2   he's done?

3      Q.  Of all the investigations he's done for

4   Mr. Levine?

5          MR. LEVINE:  He must have gotten

6   photographs of a hundred different manufacturers,

7   and he's seen the book.

8          MR. DILLON:  Mr. Levine, Mr. Sparr is

9   going to have to answer the questions.

10         MR. LEVINE:  He said some of them, now

11  you're --

12     Q.  Mr. Sparr --

13     A.  Yes.

14     Q.  -- in this case, in respect to this letter

15  of April 20th, Mr. Levine sent you a photograph of

16  Lilly's DES bottle and 25-milligram pills?

17     A.  Correct.

18     Q.  What did you use that photograph for?

19         MR. LEVINE:  If you recall?

20     A.  I don't recall.

21     Q.  Did you use that photograph?

22     A.  I might have.

23     Q.  And if you might have, in what context

24  would you have used it?
```

**Sparr, Harold (12/7/04)**                          **Page 55**

56

1    A.  As a reference.

2    Q.  Would you have used it to show to any

3  pharmacist who might be interviewed about this

4  particular case?

5    A.  I might have.

6    Q.  Would you show it to the plaintiff's

7  mother that she might have her memory --

8    A.  No.

9    Q.  You would not, you would not deal with the

10  plaintiff's mother?

11    A.  No.

12    Q.  But when you got this photograph, that

13  would suggest that if you could show it to a

14  pharmacist, that some of these interviews that you

15  did were in person?

16    A.  That what?

17    Q.  Some of the interviews that you did were

18  in person; is that correct?

19    A.  Correct, but I didn't necessarily show

20  them the picture.

21    Q.  Are there any instances you can remember

22  where you brought the picture to an interview with a

23  pharmacist and showed it to them?

24    A.  I can't remember.    **Sparr, Harold (12/7/04)**                    **Page 56**

57

1    Q.  You can't remember one way or the other;

2  is that correct?

3    A.  I can't remember who I showed pictures to

4  and who I didn't show pictures to.

5    Q.  So I take it that you do remember there

6  were some instances when you did show the pharmacist

7  the picture?

8    A.  A few.

9    Q.  When you went to interview those

10  pharmacists, did you carry with you photographs of

11  any DES other than Eli Lilly and Company's?

12    A.  No.

13    Q.  Did you understand when you were

14  interviewing those pharmacists that the goal was to

15  see if the pharmacist would remember Eli Lilly and

16  Company as the drug that they had?

17    A.  Yes.

18      MR. LEVINE:  That's not what you just

19  told him before.  You just told him you were asked

20  about what brands they have.  He's trying to make

21  you out as a Lilly attacker.

22      MR. DILLON:  Mr. Levine, I'd really

23  like Mr. Sparr, who is designated as an expert

24  witness, to be able to answer these questions.  (12/7/04)          **Page 57**

65

1  company?

2    A.  No.

3    Q.  Okay.  And what is the basis for your

4  belief that the lawsuits involved the insurance

5  company at all?

6    A.  Because normally manufacturers had

7  liability insurance.

8    Q.  Did you tell -- did you tell the

9  individuals that you called in your telephone

10  solicitations that you were involved in a particular

11  lawsuit on behalf of a particular individual against

12  Eli Lilly and Company?

13       MR. LEVINE:  He's not involved --

14    A.  I never mentioned the individual.

15       MR. LEVINE:  He's not involved in the

16  lawsuit.

17    Q.  I may have misphrased it, but I see.  So

18  both in this letter to Mr. Friedman and in the

19  telephone inquiries, did you mention this fact that

20  you believed that the lawsuits involved liability

21  insurance for Eli Lilly and Company's insurers?

22    A.  Maybe once or twice.

23    Q.  Did you ever mention that they involved

24  liability insurance for Bristol-Meyers Squibb (12/7/04)         Page 65

66

1  insurance companies?

2    A.  No.

3    Q.  Did you ever mention that it may involve

4  liability insurance coverers for Merck?

5    A.  No.

6    Q.  Or Abbott Laboratories?

7    A.  No.

8    Q.  Or American Pharmaceutical Corporation?

9    A.  No.

10    Q.  Or Premo Pharmaceutical?

11    A.  No.

12    Q.  If you mentioned it at all, the only one

13  you mentioned was Lilly; is that right?

14    A.  Correct.

15        MR. DILLON:  I'm going to have a

16  photocopy of this and mark this as Exhibit 5.

17        (Letter, 12/5/03 marked as Exhibit No.

18  5 for identification.)

19    Q.  Mr. Sparr, in that same envelope there is

20  a photocopy of a newspaper article, and it says,

21  Nicholas Fornaro; can you tell me what that is,

22  please?

23    A.  This is an article that appeared in The

24  Patriot Ledger about a particular pharmacist that 2/7/04)        **Page 66**

67

1   contacted, and it was sent to me from another

2   pharmacist.

3       Q.  And you would have that information so

4   that you could be informed about the individuals you

5   were talking with?

6       A.  Correct.

7       Q.  Mr. Sparr, in this envelope there's also a

8   letter, November 21st, I believe it's 2003; could

9   you tell me what that is, please, it's addressed to

10  you?

11      A.  This is concerning a case that Mr. Levine

12  sent to me where the prescription was filled at

13  Sparr's Drugstore.

14      Q.  And lastly in this pile, Mr. Sparr, there

15  is a yellow pad, lined yellow pad; could you tell

16  me, please, what this is?

17      A.  These are names of some pharmacists that I

18  contacted, some information about one of the cases.

19      Q.  And could you tell me what case that's

20  about, I'm trying to figure out, because I'm going

21  to ask you about, in summary, about the notes that

22  you have for interviews; do you know what the case

23  was that those notes --

24      A.  The first one was a Jennifer Maitre, ld (12/7/04)          **Page 67**

68

1   M A I T R E, the second one was Jennifer Jameson,

2   and the third one was Michelle Anderson.

3      Q.  Anderson, did you say?

4      A.  Yes.

5          MR. LEVINE:  Are any of these Patty's

6   cases?

7          THE WITNESS:  I don't believe so.

8          MR. DILLON:  Not so far.

9          MR. LEVINE:  Don't say anything if

10  it's Patty's case.

11     A.  This page contains information about the

12  prescription that I filled, and this, I believe, is

13  the Wilson case.  There's some names of some doctors

14  that were in an OB/GYN group in Quincy, and some

15  information about Henry Estaman's store in Quincy.

16     Q.  And Henry Estaman, that's the name that's

17  on the outside of this envelope, and from whom, can

18  you tell from whom you were receiving information

19  about Henry Estaman's store in Quincy?

20     A.  From him.  And there's another one about

21  Michelle Anderson.  I don't know, this is a piece, a

22  little piece of paper concerning -- there's a phone

23  number on it; I'm not sure which case it was.  And

24  that's it.                **Sparr, Harold (12/7/04)**                    Page 68

69

1      Q.  Now, is it fair to say that this yellow

2  pad reflects notes that you took in the course of

3  your investigations for Mr. Levine into particular

4  case pharmacies?

5      A.  Yes.

6          MR. LEVINE:  You're keeping this stuff

7  in a pile, I assume.

8          MR. DILLON:  I'm keeping this stuff in

9  a pile, and all of this --

10         MR. LEVINE:  Are you going to copy it

11  at lunch and give it back to him?

12         MR. DILLON:  Yes, I am.

13     Q.  I think the last thing that was in that

14  envelope, I believe, was this, and I wondered, it is

15  one sheet of paper, I guess a folded over sheet of

16  paper, and then three sheets of typed pages; can you

17  tell me what that is, please?

18         MR. LEVINE:  If it's Patty's, don't go

19  into it.

20     A.  Well, there probably are a few on there --

21     Q.  I'm sorry, Mr. Sparr, I couldn't hear you,

22  could you repeat that?

23     A.  Well, the bulk of these are pharmacists

24  that I got from Mr. Levine, statements from    Id (12/7/04)              Page 69

70

1    pharmacists. There probably is some in here from

2    Patty Stanford.

3        Q. So that's a list of, the three-page list

4    of pharmacists that you interviewed; is that right?

5        A. Correct, some more names of classmates,

6    former classmates of mine.

7        Q. And that is on the single sheet of paper

8    that's attached to this group; is that right?

9        A. Yes.

10       Q. And then there's a folded over piece of

11   paper?

12       A. And then there's a name, there's some

13   names of DVDs that we were going to rent.

14       Q. I take it that that's you and your wife,

15   unrelated to this investigation?

16       A. Assassination Tango; and there's a list of

17   four pharmacists on a separate piece of paper, and I

18   contacted one of them.

19       Q. And are those materials also notes of

20   your --

21       A. Yes.

22       Q. -- investigations for Mr. Levine?

23       A. Yes.

24       Q. Amending that, that it's possible thatd (12/7/04)                    **Page 70**

71

1  some of these pharmacists listed on the three pages

2  relate to Miss Stanford; is that correct?

3     A.  Yes.

4     Q.  I think that the next thing that was given

5  to me was another version of this December, sorry,

6  November 17, 2003 letter that we've already marked,

7  so I don't think we need to mark it again.

8     A.  That's correct.

9     Q.  And there's also, also dated November 17,

10  2003, a statement from Harold Sparr; is this

11  something that you prepared, sir?

12     A.  Yes.

13     Q.  Did you type that up yourself?

14     A.  I believe my wife did, she's the typist.

15     Q.  And then we have, I'm not going to try to

16  count them up, but we have a number of statements of

17  pharmacists, which I'm going to clip together, if I

18  may, and I'm going to ask you if these are all

19  pharmacist statements that you obtained in the

20  course of your work?

21        (Witness perused documents.)

22     A.  No, these were all prior to my coming on.

23  I did not get these statements.

24     Q.  So these statements, can you tell me how     (2/7/04)        **Page 71**

72

1   you came to have these pharmacist statements?

2       A.  I believe they were sent to me by

3   Mr. Levine so that I wouldn't duplicate any of the

4   statements.

5       Q.  And the last category, sir, is these were

6   clipped together when I got them, and I will just

7   tell you that it begins with some statements, some

8   pharmacy statements, and then there are some other

9   materials behind it.  Can you tell me, please, what

10  that is?

11          (Witness perused documents.)

12      A.  These are statements from pharmacists

13  before I came on the scene, and, actually, there's

14  an exhibit, copy of an exhibit sticker on here, so

15  this is from before.

16      Q.  Before the time when you were engaged to

17  do investigations; is that correct?

18      A.  Correct.

19      Q.  And did all of those materials, including

20  the attachments behind it, come to you from

21  Mr. Levine?

22      A.  Yes.  And there is a publication here from

23  the APAJ, and some promotional material from Eli

24  Lilly, and something, some pages from, I believe2/7/04)        **Page 72**

73

1    it's a PDR -- no, this is, actually, hold on, these

2    are all Eli Lilly promotional pieces that appeared

3    in various publications.

4        Q.   Now, Mr. Sparr, I think you've told me

5    that you got those all from Mr. Levine.  Did you

6    make any use of the Lilly materials that you've been

7    describing in that clipped together package, did you

8    make any use of that in your survey?

9        A.   I read them.

10       Q.   Yes.  Did you make reference to them as

11   any part of your work for Mr. Levine?

12       A.   The only thing I referenced was the form A

13   from Eli Lilly and Company concerning distributing

14   and selling service as it applies to, I believe,

15   wholesalers.

16       Q.   Okay.  And is there a date on that form

17   that you've got?

18       A.   Looks like the 5th of May, 1959.

19       Q.   Are there any other -- we'll come to the

20   wholesale things, but when you said you made

21   reference to that, in what way did you reference

22   that wholesaler agreement?

23       A.   Because I was able to contact a trained

24   order picker from McKesson & Robbins that was a 7/04)        **Page 73**

74

1   Lilly distributor, a full line wholesaler.

2      Q.  And was that Mr. Dellavolpe?

3      A.  Yes.

4      Q.  We'll come to him in a little bit.  Thank

5   you.  Now, what I'm going to do is this, I've now

6   had copies made, so I can return to you your copies

7   of what are now Exhibits 2 and 3.  I'm going to ask

8   the court reporter when we go off the record to mark

9   Exhibit 2 and Exhibit 3.  And Exhibit 5, I still

10  haven't got a copy of it, so I'm going to hold that.

11  And I'm going to ask someone to come in and make

12  photocopies of this pile of material that you gave

13  me.  Now --

14     A.  This is mine, too.

15     Q.  No, that's actually --

16     A.  I gave you that.  This was folded up.  You

17  can see where it was folded, that's how it was

18  delivered to me.

19     Q.  I thought I gave you my copy of the

20  subpoena.

21     A.  No.

22        MR. DILLON:  I'll have this copied, as

23  well, then.  Off the record.

24        (Discussion off the record.) **Harold (12/7/04)**          **Page 74**

75

1        (Recessed at 1:33.)

2        (Resumed at 2:12.)

3    Q.  Mr. Sparr, I've taken the materials that

4  you brought in response to the subpoena, and I'm

5  having photocopies made, and I'll get your originals

6  back to you before the end of this deposition.

7        Let me ask, is there anything else

8  that you — do you have a copy of Exhibit 4 or is

9  that being copied?  Is there anything else that you

10  made reference to or relied upon in the course of

11  your work for Mr. Levine in the survey besides the

12  materials that you produced just before we took our

13  break and that are now being photocopied?

14        MR. LEVINE:  And his report, and the

15  appendices.

16    Q.  And the appendices in the report; is there

17  anything else?

18    A.  No.

19        MR. LEVINE:  And these books.

20    Q.  Let's just talk about those books for a

21  minute.  May I have those for a second?  Mr. Levine

22  has now handed me three books.  The first is called,

23  DES, The Complete Story.  And, Mr. Sparr, have you

24  reviewed this book?        **Sparr, Harold (12/7/04)**                    **Page 75**

76

1    A.  I've read it several times.

2    Q.  I beg your pardon?

3    A.  I've read it several times.  It was

4  written by my sister-in-law's ex-sister-in-law.

5    Q.  Okay.  And when did you first read this

6  book?

7    A.  Probably in January of this year.

8    Q.  And how did you come to read this book?

9    A.  My sister-in-law in Florida gave me a

10  signed copy that I returned to her when I was

11  through with it, and I went out and bought this

12  secondhand.

13    Q.  And your sister-in-law gave you this copy

14  in January or so of this year; is that correct?

15    A.  Yes.

16    Q.  And did you ask her for this copy, for

17  this book?

18    A.  Well, she knew what I was doing, so she

19  asked me if I wanted to borrow it.

20    Q.  And this book was published in 1981; is

21  that correct?

22    A.  Correct, I guess, I'll take your word.

23    Q.  You can take my word for that, it says

24  1981 inside.  And I take it that between 1981 and 2/7/04)                    **Page 76**

77

1  2004 you had not read it; is that correct?

2  A.  Correct.

3  Q.  The second book is, The Survey Research

4  Handbook by Pamela Alreck.  And can you tell me when

5  you obtained a copy of this book?

6  A.  Sometime last spring.

7  Q.  Sometime in the spring of 2004?

8  A.  Correct.

9  Q.  And how did you come to find and obtain

10  this book?

11  A.  Mr. Levine provided it.

12  Q.  Have you read this book, Mr. Sparr?

13  A.  I have perused it, and I have used it for

14  references.

15  Q.  In what context have you used it for

16  references?

17  A.  For the survey that I conducted.

18  Q.  Why don't you take a look at it, if you

19  would?  Are there any particular parts of this book

20  that you have perused and used as a reference point

21  in the survey?

22  A.  I read Chapter 1, Chapter 2, Chapter 3,

23  Chapter 4, Chapter 7, Chapter 11; that's about it.

24  Q.  May I see that again, please, Mr. Sparr.(12/7/04)          **Page 77**

83

1    which helped me to decide on some of the questions

2    that were asked.

3        Q.  Now, now that we've gone through these

4    three books that we've identified, is there anything

5    else that, and the materials that you gave me, and

6    your report, is there anything else that you used in

7    conjunction with your work as doing surveys for

8    Mr. Levine?

9        A.  No.

10       Q.  Now, I think I may have covered some of

11   this before, but let me shift topics a little bit,

12   I'll come back to the survey.  But let me ask about

13   the interviews that you did, these are described in

14   paragraph 2 of Exhibit 1, your report, these are

15   personal conversations of research and

16   investigations, contacting hundreds of Massachusetts

17   pharmacists; okay?

18       A.  Um-hmm.

19       Q.  I think you told me that you did not have

20   a script that you used; is that correct?

21       A.  That's correct.

22       Q.  And any notes that you have, I take it,

23   you've already given me in response to the subpoena;

24   is that correct?          Sparr, Harold (12/7/04)                    Page 83

92

1  contains all of the statements that you have

2  obtained, either for particular investigations or

3  generally asking about DES; is that correct?

4      A.  That is correct.

5      Q.  And am I correct that, to be clear about

6  this, because there's another paragraph that I want

7  to ask you about, but that folder that you've got

8  there, those are exclusively ones that you have

9  obtained; is that correct?

10     A.  That is correct.

11         MR. DILLON:  Well, let me do this, let

12  me hold a place as Exhibit 6, I believe, for that

13  folder and its contents.

14     Q.  And, Mr. Sparr, I'm going to ask you to

15  hang on to that.  I need to ask you some questions

16  about it.  I would, obviously, like to review that

17  and take a look at it.  Am I correct in

18  understanding that you have been instructed by

19  Patricia Stanford to not produce any materials that

20  relate to work that you have done for her; is that

21  correct?

22     A.  That is correct.

23     Q.  And do I understand further that while not

24  all of the statements in that manila folder that (12/7/04)                    **Page 92**

93

1  we're holding a place for Exhibit 6 for, that not

2  all of them are for Miss Stanford, some of them are,

3  and you're not able as we're sitting here to

4  separate out those that are and aren't?

5    A.  That is correct.

6        MR. DILLON:  Well, we'll just hold a

7  spot in the record for Exhibit 6, because I'm sure

8  we'll have a chance to look at that later on.

9    Q.  Now, Mr. Sparr, when you made these

10  inquiries about all of the statements that are in

11  this manila folder, Exhibit 6, did you tell them

12  that you were doing this in connection with

13  litigation?

14    A.  I told them that I was working for an

15  attorney who represented DES daughters, and there is

16  a possibility that they may be deposed.

17    Q.  Did you tell them that you were working on

18  cases in which the defendant was Eli Lilly and

19  Company?

20    A.  No.

21    Q.  Were you aware of the fact or are you

22  aware of cases in which the defendant was Eli Lilly

23  and Company?

24    A.  Yes.            Sparr, Harold (12/7/04)                Page 93

94

1    Q.  Now, Mr. Sparr, did any of these

2    pharmacists that you interviewed tell you that their

3    memory wasn't really that great or it may be vague

4    about what they were dispensing in the 1950s and

5    1960s?

6    A.  Those pharmacists I did not take

7    statements from.

8    Q.  Did any of the pharmacists tell you in the

9    first instance that their memories were vague, and

10    then you refreshed their recollection --

11    A.  No.

12    Q.  -- or memory with them?

13    A.  No.

14    Q.  Did you have any conversation with them at

15    all about the companies that were out there making

16    DES?

17    A.  Absolutely not.

18    Q.  Have you ever run across the idea of false

19    memories, Mr. Sparr?

20    A.  I don't know what you mean by "false

21    memories."

22    Q.  Well, let's take an everyday example, do

23    you ever tell a story and have your wife correct you

24    on the facts?            **Sparr, Harold (12/7/04)**            **Page 94**

95

1    A.  All the time.

2    Q.  I can't say I'm stunned to hear that,

3  Mr. Sparr, and I think none the less of you for

4  that.  But have you, in your experience, then, found

5  occasions when you have a memory of something that

6  turns out on further investigation or corroboration

7  to be inaccurate?

8    A.  Not to my knowledge.

9    Q.  So, to your knowledge, your memory of

10  events is infallibly correct; is that right?

11    A.  Yes.

12    Q.  And is that true about your memory of

13  events in the 1950s and 1960s?

14    A.  Correct.

15    Q.  As well as of today; is that correct?

16    A.  Correct.

17    Q.  So in those instances when your wife

18  corrects you, have you found your wife to be the one

19  who is incorrect about the factual corrections?

20    A.  Occasionally.

21    Q.  And on the occasions when she's not at

22  fault or not in error, do you find that you have

23  been mistaken about the facts?

24    A.  Occasionally.     **Sparr, Harold (12/7/04)**              **Page 95**

96

1    Q.  Did it occur to you that pharmacists who

2    were being asked about a particular set of

3    prescriptions from the 1950s and 1960s from memory

4    might sometimes have a fallible memory?

5    A.  No.

6    Q.  So your assumption was that none of their

7    memories were fallible; is that right?

8    A.  Correct.

9    Q.  Did you take any steps to corroborate the

10   assumption that none of these pharmacists had in any

11   way an incomplete or wrong memory?

12        MR. LEVINE:  Well, if they said they

13   didn't remember, as he said some of them said,

14   that's an incomplete memory, so fix your question.

15        MR. DILLON:  I'm not talking about

16   that.

17   A.  I would ask them a series of questions,

18   and I would ask them if they stocked

19   diethylstilbestrol.  I would ask them, Do you recall

20   what brand it is, and then I would ask them, Who was

21   your wholesaler.

22   Q.  Okay.

23   A.  And if they answered those three questions

24   without hesitation, I would mail them a statement./7/04)        **Page 96**

97

1    Q.  Did you do anything to find out if their

2    memory about the DES they had in their store in the

3    '50s and '60s was accurate?

4    A.  No.  How could I?

5    Q.  Well, when you worked for Mr. Goslin, one

6    of the things that was involved was review of

7    particular scripts; did you ever have occasion to

8    review any scripts?

9    A.  Yes.

10    Q.  All right.  Ever have any occasion to

11    review any scripts from these pharmacists that gave

12    you statements to find out if they had accurately

13    described the DES?

14    A.  Not from any of these statements, but from

15    other pharmacists.

16    Q.  So with respect to the statements that you

17    have, though, did you ask any of them to go back and

18    see if they had any purchase records or scripts that

19    might confirm or refresh their memory?

20    A.  They all told me -- well, they're only

21    required by the Board of Registration of Pharmacy to

22    keep the prescriptions for two years, however, if

23    it's a Medicaid prescription, they have to keep it

24    for seven years.  So most of these pharmacists do 2/7/04)        **Page 97**

106

1   make any effort to find out how many different

2   companies listed DES or diethylstilbestrol for sale

3   in these national publications, The Red Book or The

4   Blue Book?

5      A.  I had copies of one of the two books.

6      Q.  Yes.  Did you make any effort to find out

7   how many companies listed their DES products for

8   sale on a national basis?

9      A.  I didn't count them.

10     Q.  Was it your impression that there were

11  hundreds of such companies?

12     A.  Probably at least a hundred.

13     Q.  And was it your impression as you reviewed

14  this that those companies would list their products

15  in more than one year, in several years?

16     A.  Yes.

17     Q.  Did you form the view that those companies

18  were listing the products in these national

19  publications because they were, in fact, selling

20  some of those products?

21     A.  I would assume so.

22     Q.  And it wouldn't make sense for them to

23  continue to list it if they weren't selling any; is

24  that correct?          **Sparr, Harold (12/7/04)**                **Page 106**

107

1    A.  That's correct.

2    Q.  When you did your survey, did you factor

3  in at all the fact that there were in your view at

4  least a hundred, and I will represent to you

5  actually several hundred companies, that listed

6  their DES products for sale nationally in The Red

7  Book and The Blue Book?

8    A.  Did I know it?

9    Q.  Did you factor it in at all to your

10  investigation about --

11    A.  Yes, because the survey didn't direct

12  pharmacists to answer in a particular manner.

13    Q.  Okay.  Now, Mr. Sparr, from your

14  experience as a pharmacist and your conversations

15  with others, did you run across any pharmacists that

16  might use, let's take DES, one brand of DES for

17  filling unspecified prescriptions and another brand

18  available in case a doctor did specify?

19    A.  Yes.

20    Q.  And did you run across any of these

21  companies, any of these pharmacists who had a sort

22  of non famous name pharmaceutical company as the

23  brand that they dispensed in the course of dealing

24  and dispensing generic prescriptions?Harold (12/7/04)                    **Page 107**

109

1  for me to review?

2      A.  I have 148 in that folder, and I believe

3  you took some from me, and I also looked at some in

4  Mr. Levine's office.

5      Q.  When you say he took some from you,

6  meaning?

7      A.  You.

8      Q.  I see.  So in the materials that you

9  brought that are now being photocopied there is some

10  additional statements there; is that correct?

11      A.  That's correct.

12      Q.  And when you say "randomly selected," who

13  did the random selection, sir?

14      A.  I did.

15      Q.  And how did you make a random selection,

16  sir?

17      A.  I would call different pharmacists that

18  graduated in different years, I would call them at

19  random.

20      Q.  In this paragraph No. 3, talking about a

21  review of 200 sworn statements, I take it, then,

22  that what you're telling me is that the random

23  selection, the "random" refers to your calls to

24  individuals; is that what you mean?,  **Harold (12/7/04)**                    **Page 109**

111

1   industry, I wasn't interested, if they were a detail

2   man, I wasn't interested.  I was only interested in

3   community pharmacists.

4       Q.  So after you called them up you would make

5   an inquiry as to whether they were a community

6   pharmacist; is that correct?

7       A.  Correct.

8       Q.  But when you decided to call them, what

9   criteria did you have to let you think that these --

10      A.  Normally just the date that they

11  graduated.

12      Q.  And, Mr. Sparr, of these 200 or so, how

13  many of those represented statements that were from

14  pharmacists not practicing in Massachusetts?

15      A.  Maybe 20.

16      Q.  And did you rely on those non

17  Massachusetts pharmacists to help you form your

18  opinion about market share in Massachusetts?

19      A.  Not in Massachusetts.

20      Q.  You also mention in this paragraph 3 some

21  deposition testimony; what deposition testimony did

22  you review, sir?

23      A.  The deposition testimony that was provided

24  by Aaron Levine.        **Sparr, Harold (12/7/04)**          **Page 111**

116

1    records about the prescriptions from individuals?

2    A.  Well, it was between me and the trash can.

3    Q.  Let's begin to turn to your personal

4    experience as a basis for this.  This is really in

5    paragraph one of your letter of October 12, 2004,

6    which is deposition Exhibit 1.

7         In what way, Mr. Sparr, did your

8    personal experience as a retail practicing

9    pharmacist bear on your ability to conclude that

10   Lilly, as you conclude, had 94 percent of DES sales

11   in Massachusetts?

12        MR. LEVINE:  Pregnancy sales.

13   A.  It was based on the, both on the surveys

14   and on the statements that I received.

15   Q.  I'm going to do the survey, and we've

16   talked about the statements you received.  But in

17   paragraph one of your letter you talk about your

18   personal experience --

19   A.  Yes.

20   Q.  -- as a retail practicing pharmacist as

21   one of the bases for your opinion.  And I'm asking

22   you, what is it about your experience as a

23   practicing retail pharmacist at the Sparr Drugstore?

24   A.  Sparr's Drugstores and Robert's Pharmacy2/7/04)          **Page 116**

117

1   we only stocked Lilly brand.

2       Q.  So you can tell from that that for the

3   stores that you were the proprietor of, you only

4   stocked Lilly; is that correct?

5       A.  That's correct.

6       Q.  But from that experience at Sparr's and at

7   Robert's, you would not be able to tell anything

8   else about what any other store did; isn't that

9   right?

10      A.  Except from the statements that I received

11  from pharmacists that practiced in the '50s and

12  '60s.

13      Q.  So your personal experience as a retail

14  practicing pharmacist really gives your experience

15  at Sparr's Drugstore and at Robert's Pharmacy; is

16  that right?

17      A.  Correct.

18      Q.  Let me ask about being a teacher of

19  pharmacy over the past 49 years.  First of all, in

20  what sense were you a teacher of pharmacy over the

21  last 49 years?

22      A.  I was a preceptor for over 650 last year

23  pharmacy students from Mass. College of Pharmacy and

24  Northeastern.          **Sparr, Harold (12/7/04)**                    **Page 117**

118

1    Q.  And what does being a preceptor mean?

2    A.  They had to do a five-week externship in a

3  hospital pharmacy, so the schools would send me

4  students on a regular basis.

5    Q.  So this would be while you were working at

6  the hospital pharmacies that we talked about after

7  the '70s; is that right?

8    A.  Correct.

9    Q.  So in that context, you were not involved

10  in seeing or dispensing prescriptions for DES for

11  the use in accidents of pregnancy; isn't that right?

12    A.  Pardon me?

13    Q.  In the hospital pharmacy context after the

14  1970s you would not have been involved in seeing or

15  filling any prescriptions for DES for the use in

16  accidents of pregnancy?

17    A.  That is correct.

18    Q.  Now, you mentioned being a preceptor for

19  students while you were working in the hospital

20  pharmacies.  Is there any other aspect of teaching

21  pharmacy that you want to call my attention to as a

22  basis for your opinions in this case?

23    A.  I worked for about five semesters as an

24  adjunct professor in the pharmacy practice lab at 2/7/04)          **Page 118**

119

1    Mass. College of Pharmacy.

2      Q.  And about when was this, please?

3      A.  '90, '91, '92.

4      Q.  And, I take it, then, that at that period

5    of time in the '90s nothing about your teaching

6    would have had anything to do with seeing or filling

7    prescriptions for DES in relation to accidents of

8    pregnancy?

9      A.  That's correct.

10        MR. LEVINE:  You're entirely ignoring

11    the historical aspect of these positions.

12        MR. DILLON:  I'm just asking the

13    questions.

14        MR. LEVINE:  Okay, but you're asking

15    the wrong questions.  I get to ask the questions

16    when I'm qualifying him, and I will be able to show

17    that in this preceptorship and in the adjunct

18    professor he did come into contact with the

19    historical aspects of pharmacy and DES, but you

20    don't want to do it, it's your deposition.

21        MR. DILLON:  I think that that's

22    something that I'll let you worry about.

23        MR. LEVINE:  Okay.

24      Q.  Is there anything else that you want to| (12/7/04)        **Page 119**

126

1    A.  Correct.

2    Q.  So in terms of designing a survey, I take

3    it that you had never before attempted or been

4    involved in designing a survey to develop market

5    share; is that right?

6    A.  No.

7    Q.  Am I incorrect, you have been involved in

8    designing a survey?

9    A.  No, I have not, I was not.

10    Q.  I take it that you haven't done any

11    publications on survey research; is that correct?

12    A.  That's correct.

13    Q.  And have you ever taken any course work in

14    survey design?

15    A.  No.

16    Q.  Have you ever taken any, received any

17    training in psychology?

18    A.  I believe I took a psychology class when I

19    was at Mass. College of Pharmacy.

20    Q.  Were you ever involved in a class involved

21    in psychology or sociology related to survey

22    research?

23    A.  No.

24    Q.  How about marketing, have you ever taken/7/04)          **Page 126**

127

1    any, ever received any training in marketing?

2        A.  I went to Babson when I was working

3    towards an MBA degree, I went there for

4    three semesters, and several of the courses that I

5    took were in marketing.

6        Q.  And I take it you did not decide to

7    complete that degree at Babson; is that right?

8        A.  That's right, it interfered with my work

9    schedule.

10       Q.  Have you had any formal training in

11   statistics?

12       A.  No.  I started a statistic course at

13   Babson, but that's when I dropped out.

14       Q.  Before you got involved in this project

15   did you have any experience in sampling; in other

16   words, in deciding what sample out of a larger group

17   would accurately reflect the findings that you would

18   get in the larger group?

19       A.  Yes.

20       Q.  And in what way did you do that?

21       A.  In the survey I, we decided what year that

22   we were going to determine to be the midline of

23   popularity.

24       Q.  Okay.  I really wanted to ask, I did not **(12/7/04)**                    **Page 127**

128

1    ask the question clearly, before you got involved in

2    this survey for Mr. Levine had you ever been

3    involved in attempting to design a sampling

4    methodology?

5        A.  No.

6        Q.  Okay.  Now, you mentioned about sampling

7    in this one that you would attempt to define a

8    midpoint, as it were, for popularity; is that what

9    you tried to do?

10       A.  Yes.

11       Q.  And what did you determine the mid point

12   was?

13       A.  I looked at the matrixes of California and

14   New York.

15       Q.  And the matrixes, each of them give the

16   market share, as it were, for each of the companies

17   involved in those proceedings; is that correct?

18       A.  Yes.

19       Q.  And how did you use the matrices to decide

20   where the peak of demand was or peak of use?

21       A.  Well, I personally remembered it from

22   dispensing when it started to decline and when it

23   became really popular.

24       Q.  And what did you remember about -- so the 7/04)          **Page 128**

141

1        MR. LEVINE: But was it a nurse?

2        THE WITNESS: I don't know.

3    Q.  Whatever it was, this list of 370 is a

4  list that you got from Mr. Levine's office; is that

5  correct?

6    A.  Correct.

7    Q.  And what, if anything, did you do to find

8  out if that, in fact, represented the list, what it

9  said to be, those who got a license during those

10  years, '63 to '67, for the first time and were still

11  practicing in Massachusetts; what did you do to test

12  that?

13    A.  Well, I recognized the fact that the

14  licensees, I was able to go to the alumni directory

15  and look in there by year, and I saw the names, the

16  names popped up from Mass. College of Pharmacy, but

17  there were other schools of pharmacy where people

18  became registered.

19    Q.  What did you do to find out that the list

20  of names you got from Mr. Levine accurately

21  reflected that category of people who were first

22  licensed between 1963 and 1967 and who were also

23  still practicing in Massachusetts?

24    A.  I would see absolutely no reason why they   (1/7/04)        **Page 141**

142

1   would lie.

2      Q.  So you didn't do -- you didn't see the

3   need to do anything to test them?

4      A.  No.

5      Q.  So you were not actually trying to find

6   out about pharmacists who were simply licensed

7   between 1963 and 1967, you also had this additional

8   condition that to qualify for this study they had to

9   also still be practicing; is that right?

10     A.  That's correct, because the disk only has

11  those currently licensed.

12     Q.  So there were a number of pharmacists, I

13  take it -- so, I'm sorry, the disk only has those

14  currently licensed?

15     A.  That's correct.

16     Q.  I see.  So there were pharmacists who

17  were, in fact, licensed between 1963 and 1967 who

18  either stopped the practice of pharmacy or moved

19  somewhere else, but wouldn't show up in your group;

20  is that right?

21     A.  That's correct.

22     Q.  And how many were those?

23     A.  I have no idea.

24     Q.  Who was it who felt that this category --12/7/04)          **Page 142**

143

1    let me back up.  Who was it who decided that this

2    category of pharmacists who were first licensed in

3    1963 to 1967 and were still current was a group that

4    was an adequate sampling frame or survey population

5    for your study, who did that?

6        A.  I determined it.

7        Q.  You determined that?

8        A.  Yes.

9        Q.  And what were the criteria that you used

10   to determine that?

11       A.  I knew the popularity of the drug peaked

12   in 1965, around 1965, so I went back two years

13   before '65 to two years after '65.

14       Q.  And that is the only criteria you had; is

15   that correct?

16       A.  Yes.

17       Q.  Did you have any basis to decide that the

18   people that were still practicing accurately

19   reflected that cadre of pharmacists who were first

20   licensed between 1963 and 1967?

21       A.  It was a representation.

22       Q.  How do you know that?

23       A.  Because I do know some of them that are

24   still working.          **Sparr, Harold (12/7/04)**              **Page 143**

144

1    Q.  So --

2    A.  They're younger than I am.

3    Q.  What was the basis on which you decided

4    that this was a, you know, an adequate snapshot, an

5    accurate snapshot of what that group of newly

6    licensed pharmacists between '63 and '67 looked

7    like; how did you decide that?

8    A.  I decided that the peak period was 1965,

9    and I went two years on either side of that.

10    Q.  I understand that part, but now you've got

11    this extra thing, which is a dividing line that

12    you're now not dealing with everybody whose been

13    licensed between '63 and '67, but only that part of

14    that group that's still practicing in 2004.

15    A.  Correct.

16    Q.  All right.  How did you decide that those

17    who still were practicing in 2004, whatever that

18    group was, was representative of the group that was

19    first licensed in '63 and '67; how did you decide

20    that?

21    A.  Well, I felt that because they were still

22    licensed, that the majority of them were still

23    working, and they would have good knowledge of what

24    transpired back in the '60s.  **Sparr, Harold (12/7/04)**          **Page 144**

156

1      A.  My personal experience I know.

2      Q.  Okay.  I don't want your personal

3   experience to interfere with this question.  I

4   understand you have personal experience, and I

5   understand that you have other surveys and

6   interviews that you've done besides the survey.  But

7   with respect to the survey we've been talking about,

8   where the first entrant, okay, was licensed on

9   January 1, 1963, do you agree with me that that

10   survey standing alone, that survey alone cannot

11   supply you with any information about practices in

12   Massachusetts before January 1, 1963?

13      A.  It only gives me information from '63 to

14   '67.

15      Q.  Okay, thank you.  That's really all I

16   wanted.  Now, Mr. Sparr, if we take your assumption

17   that there were, approximately, between 4500 and

18   5000 pharmacists practicing in Massachusetts between

19   1963 and 1967, 370 is a pretty small percentage of

20   that; isn't it?

21      A.  You have to consider that pharmacists in

22   order to get licensed have to have 1500 hours of

23   explorational training, and they get that, they

24   usually start working in their first year at rold (12/7/04)                    **Page 156**

157

1    pharmacy school in a pharmacy, that's a requirement,

2    so they would know what went on prior to 1963.

3    Those people that got registered, licensed in 1963,

4    they would have known since '59.

5        Q.  Okay.  Now, Mr. Sparr, when you're a

6    student at the college --

7            MR. LEVINE:  You're arguing with him

8    now.

9        Q.  When you're a student at the College of

10   Pharmacy, Mr. Sparr, are you allowed to fill

11   prescriptions?

12       A.  Yes.

13       Q.  You can fill prescriptions from the first

14   year?

15       A.  Yes.

16       Q.  And are you allowed to purchase

17   prescriptions and buy them, order them?

18       A.  Yes.

19       Q.  And has that happened in your store, at

20   the Sparr Drugstore, did you let students from the

21   pharmacy school fill prescriptions in your store?

22       A.  I was the only student.  I didn't dispense

23   it, I filled it; there's a difference.

24       Q.  I see.  I'm sorry.  So dispensing the          **old (12/7/04)**                    **Page 157**

159

1   made, and I'll come back to it, because I don't

2   think we're going to get done here.

3          MR. LEVINE:  On that respect let me

4   say that you do not have an unlimited amount of

5   time.  Now, six hours, I think, is plenty.

6          MR. DILLON:  Well, I'm on page --

7          MR. LEVINE:  You've got two hours.

8          MR. DILLON:  Mr. Levine, I'm going to

9   take the deposition that I'm going to take, and I

10  have a rather lengthy outline.  I have a lot of

11  questions to ask Mr. Sparr.

12         MR. LEVINE:  Now that you're paying

13  Mr. Sparr, and as soon as he provides you with his

14  rates for his testimony, you can go forward.

15     Q.  Mr. Sparr, let me go back to your

16  statement, which is Exhibit 1 to the deposition, and

17  Exhibit 4 to that is this letter of May 5th, 2004,

18  to you, from Mr. Levine.

19     A.  From me, to Mr. Levine?

20     Q.  No, from Mr. Levine, to you, May 5th.

21     A.  Correct.

22     Q.  Now, Mr. Sparr, in the second paragraph

23  there, this letter talks about the trustworthiness

24  of the survey depending on a well grounded sampling(04)          **Page 159**

160

1    and minimization of hearsay dangers; in your study

2    what did you do to minimize hearsay dangers?

3        A.  There's absolutely no mention --

4            MR. LEVINE:  It's not only his study,

5    but it's a study of three people.  It's not his

6    study.  The primary statistical brains behind it was

7    Doctor Vanderschmidt.  But go ahead.

8        Q.  Okay.  Well, you mentioned three people,

9    it's Doctor Vanderschmidt, Mr. Sparr, and

10    Mr. Levine; is that right?

11        A.  Mr. Steer.

12        Q.  Okay.  What, if anything, did you do to

13    minimize the hearsay dangers?

14        A.  Made sure that there weren't anything in

15    the questions that would lead them to answer it

16    incorrectly.

17        Q.  And what was it about the questions that

18    you put in there to avoid hearsay problems?

19        A.  They weren't leading questions.

20        Q.  Is there anything in this survey that you

21    did that would make sure that the pharmacist was

22    answering from their own personal experience, as

23    opposed to information that they may have gotten

24    from somebody else?        **Sparr, Harold (12/7/04)**        **Page 160**

161

1    A.  I didn't go to each one of their houses to

2   see if they filled it out without asking anybody

3   else.  I assumed they did it by themselves.  It's

4   really not a very tough questionnaire.

5    Q.  The next thing in that paragraph is about

6   protecting against the relative susceptibility of

7   the faulty memory.  Now, what, if anything, did you

8   do to guard against susceptibility of faulty memory?

9    A.  If they couldn't remember, they couldn't

10   fill it out.

11    Q.  Is there any other aspect of memory, I

12   think we talked about this before, about people who

13   have memories that, in fact, don't correspond to the

14   actual fact, is there anything you did to try and

15   find out if any of the respondents to this survey

16   had a flaw in their memory or were incorrect?

17    A.  No.

18    Q.  Why don't you tell me everything you can

19   tell me about the universe that you defined as

20   listed on there, on Mr. Levine's letter to you and

21   request, there is importance to have a properly

22   defined universe, and is there anything about the

23   universe that you wanted to define for me that you

24   haven't told me before?    **Sparr, Harold (12/7/04)**        **Page 161**

162

1    A.  Well, in my travels for the National

2  Association of Boards of Pharmacy I have spoken to

3  pharmacists from East Coast to West Coast, from

4  north to south, and it all comes out the same.

5    Q.  Do you understand what Mr. Levine was

6  talking about in this letter of May 5th when he

7  talked about, "a properly defined universe"?  Well,

8  let me ask a different question, what do you

9  understand by the term, "a properly defined

10  universe"?

11    A.  I take it to understand that within the

12  confines of the United States the practice of

13  pharmacy was the same in all 48 states.

14    Q.  And that is your assumption; is that

15  correct?

16    A.  That's correct, that's my opinion.

17    Q.  Now, a representative sampling of that

18  universe, is there anything about the reasons why

19  you chose the sample that you did that you want to

20  tell me besides what you've said?  I mean, what

21  you've told me so far, to sum it up --

22    A.  No.

23    Q.  To sum it up to be clear, though, we're on

24  the right same page, you thought that the peak (12/7/04)                    **Page 162**

163

1    period was, approximately, 1965 in terms of use of

2    the drug, and that you chose '63 to '67 to try and

3    go around that perception of peak use, and that's

4    what you did; is there anything else you want to

5    tell me about sampling besides that?

6        A.  No.

7        Q.  Now, were any of the people who appeared

8    on this list of 370 or so, were any of those people

9    who you had previously spoken to and gotten a

10   statement from?

11       A.  I don't know, because I didn't see the

12   labels.  I didn't see who it was until after they

13   returned them.

14       Q.  Okay.  So do I take it, then, that you

15   never saw the list of 370 people who were mailed

16   this?

17       A.  That's correct.

18       Q.  I was going to ask, because I believe on

19   your report it says something about the list

20   attached, and I don't see a list within your report,

21   Exhibit 1 to this deposition, which tells me the 370

22   people who got this?

23       A.  No, these are the people that replied.

24       Q.  Do you have the list of the 370 people who/7/04)

165

1   Complete Story; what, if any, other investigation

2   did you do about DES?

3       A.   I read a lot of information about DES on

4   the Internet; you just have to put in

5   diethylstilbestrol.

6       Q.   What, if anything, did you do to find out

7   what indications DES was prescribed for between 1955

8   and 1971?

9       A.   I had a copy of the PDR.

10      Q.   And what copy of the PDR did you have?

11      A.   '69.

12      Q.   Are there any other PDRs that you made

13  reference to besides the 1969 PDR?

14      A.   No.

15      Q.   Are you aware of something called the

16  National Disease and Therapeutic Index?

17      A.   I've heard of it.

18      Q.   And is that a survey that is done?

19      A.   I believe it is.

20      Q.   And do you know if that is something that

21  allows you to figure out what particular medications

22  have been prescribed for?

23      A.   Not to my knowledge.

24      Q.   Have you ever used the National Arold (12/7/04)        **Page 165**

166

1  Therapeutic Index?

2     A.  No.

3     Q.  Were you aware of DES being prescribed for

4  the suppression of lactation?

5     A.  Yes.

6     Q.  And were you aware of it being prescribed

7  for postpartum observation?

8        MR. LEVINE:  What's postpartum

9  observation?

10    A.  Postpartum observation?

11       MR. LEVINE:  Observation?

12    Q.  That's what I'm reading, postpartum

13  observation.  How about for malignant neoplasms;

14  were you aware it was used for that?

15    A.  I know it was used for prostate cancer.

16    Q.  And do you know if it was used for breast

17  cancer in women?

18    A.  Yes

19    Q.  And do you know if it was used for any

20  kind of bone cancers?

21    A.  No.

22    Q.  You don't know one way or the other about

23  that; is that right?

24    A.  I don't know if it was used for bone    Id (12/7/04)                **Page 166**

167

1  cancer.

2      Q.  Do you know if it was used for menopausal

3  symptoms?

4      A.  Yes.

5      Q.  Do you know if it was used for trying to

6  correct hemorrhages?

7      A.  I believe it was.

8      Q.  Do you know what dosages of DES were

9  prescribed for the various things I've just

10  mentioned?

11          (Witness perused documents.)

12          MR. DILLON:  While Mr. Sparr is

13  reading let the record show that he has turned to

14  one of the exhibits to his statement that he's

15  reading, I take it, excerpts from the 1969 PDR.

16      A.  I know it was used for senile vaginitis.

17  I know that it was used for engorgement, and for

18  controlling uterine bleeding, prostate and breast

19  cancer.

20      Q.  And do you know what dosages were used for

21  those indications that you just mentioned?

22      A.  Menopausal symptoms was 0.2 milligrams to

23  0.5 milligrams daily, and can be increased as

24  needed.  Senile vaginitis was 0.5 milligrams daily./7/04)          **Page 167**

168

1   Painful engorgement of the breast postpartum was

2   5 milligrams, one to three times daily, a total of

3   30 milligrams. And functional uterine bleeding, it

4   was usually 5 milligrams, three to five times a day.

5   Carcinoma of the prostate was 1 to 3 milligrams

6   daily, in advanced cases, the dose may be reduced to

7   an average of 1 milligram daily. Cancer of the

8   breast was 15 milligrams --

9        MR. LEVINE: You're reading the

10   manufacturer's recommendations.

11        THE WITNESS: Correct.

12        MR. LEVINE: He asked you what was

13   used by doctors.

14   Q. I was about to ask you, but I wanted you

15   to carry on for a bit, what are you reading in order

16   to get the indication that you just read?

17   A. PDR.

18   Q. You were reading the PDR?

19   A. Yes.

20   Q. And what part of the PDR are you reading?

21   Are you reading Lilly's entry in the PDR?

22   A. Yes.

23   Q. Have you compared that to any other

24   company's entry in the PDR in any year?rold (12/7/04)          **Page 168**

169

1    A.  No.

2    Q.  Do you have any idea how much of the DES

3    that was sold was used for, to suppress lactation?

4    A.  No.

5    Q.  If I told you that in 1961 63 percent of

6    the DES sold was used to suppress lactation, would

7    that surprise you?

8    A.  Yes.

9    Q.  And why would it surprise you?

10    A.  Because we used a lot of the 5 and

11    25-milligram tablets in the store for problem

12    pregnancies.

13    Q.  Now, you used a lot of those things, and

14    how do you know they were for problem pregnancies?

15    A.  Well, they were coming from the Boston

16    Lying Inn maternity clinic.

17    Q.  So some of those could have been for

18    suppressing lactation; isn't that right?

19    A.  Could have been.

20        MR. LEVINE:  That's administered in

21    the hospital.  You get that the day after in the

22    hospital; you don't go out to the store.

23        MR. DILLON:  Mr. Levine, I'm sure that

24    Mr. Sparr, who is supposed to be the expert here, 2/7/04)        **Page 169**

170

1   can tell us all these things.

2       Q.  But have you made any effort to find out

3   the various uses of DES and their percentage use; in

4   other words --

5       A.  No.

6       Q.  -- how much of it was used for suppressing

7   of lactation, how much for carcinoma?

8       A.  No.

9       Q.  If it is true that it has purposes beyond

10  the use in accidents of pregnancy, isn't it clear

11  that just knowing that a drugstore had DES in the

12  store wouldn't tell you necessarily about DES that

13  was used in accidents of pregnancy?

14      A.  But I knew people coming into the store,

15  patients coming into the store from the Boston Lying

16  Inn maternity department were taking it for problem

17  pregnancies.  I have friends that have taken it.

18      Q.  I'm sure that you do have all that

19  information, but now we're talking about the

20  statements that you've got and the survey and the

21  broad opinions that you're giving, which are broader

22  than the Sparr Drugstore.  So for that, isn't it

23  clear, sir, that establishing, by whatever quality

24  of memory there is, that a drugstore had DES in it/7/04)          **Page 170**

171

1    in the 1950s and 1960s, doesn't correspond to DES

2    being used for the treatment of accidents of

3    pregnancy?

4        A.   Well, in my opinion, I feel that most of

5    it that was prescribed was for accidents of

6    pregnancy, pregnancy accidents.

7        Q.   So that's what you feel based on your

8    experience at the Sparr Drugstore?

9        A.   That's correct, and Robert's Pharmacy, and

10   conversations with other pharmacists.

11       Q.   And Robert's Pharmacy. Now, early on in

12   this deposition I think you told me that a

13   pharmacist wouldn't necessarily know the indication

14   for which a drug was being prescribed; isn't that

15   right?

16       A.   I don't believe I told you that.

17       Q.   Well, I thought that you agreed with me

18   when I told you that when a pharmacist would receive

19   a prescription, and it would have a drug and a

20   dosage strength on it, and that was to be filled

21   without necessarily there being any indication of

22   why the drug was prescribed?

23       A.   That's correct.

24       Q.   So, is it still true, then, that a **Harold (12/7/04)**                    **Page 171**

172

1    pharmacist wouldn't necessarily know the purpose for

2    which the drug was being prescribed by a doctor?

3        A.   But we know through experience that it was

4    being prescribed for problem pregnancies.

5        Q.   Mr. Sparr, I understand that you believe

6    that you know that from your experience at the Sparr

7    Drugstore --

8        A.   And other pharmacists that I've spoken to.

9            MR. LEVINE:   Anybody who has a woman

10   with a big belly knows what's going on.

11       Q.   Mr. Sparr, what, if any, steps did you

12   take to satisfy yourself that the people who

13   responded to the inquiries you make to individual

14   pharmacists at the behest of Mr. Levine and those

15   people who respond to the questionnaire that you

16   sent out, what steps did you take to find out if

17   they dispensed DES for use in accidents of

18   pregnancy, as opposed to some other indication?

19       A.   Because the questionnaire, I believe,

20   says, No. 8, "Was the pregnancy size 5-milligram or

21   25-milligram diethylstilbestrol stocked and

22   dispensed at the store in the '60s?"

23       Q.   So you've asked on the questionnaire,

24   which is Exhibit 1 to your statement, about the(12/7/04)        **Page 172**

173

1  pregnancy size 5-milligram or 25-milligram; isn't

2  that correct?

3     A.  Correct.

4     Q.  Now, isn't it clear to you just from what

5  you were looking at that DES had, in those dosages

6  had other uses besides pregnancy use?

7     A.  Yes, but I never saw them.

8     Q.  Okay.  Whether you saw them or not, the

9  fact that they had other uses may, in fact, mean

10  that a pharmacist who received your survey or who

11  responded to your inquiries about 5-milligram DES

12  could certainly say yes to this and have never

13  dispensed a prescription that dealt with accidental

14  pregnancy; isn't that logically possible?

15     A.  It's possible; not probable.

16     Q.  And it's not probable because your

17  experience at the Sparr Drugstore in your view is

18  the same as the experience everybody has had

19  forever; is that right?

20     A.  Yes.

21     Q.  Now, what, if any, indications were there

22  for the 25-milligram DES; do you know?

23     A.  That was used in problem pregnancies.

24     Q.  Are there any other indications that you (12/7/04)                    Page 173

174

1  know of?

2      A.  No.

3      Q.  Have you made any investigation to find

4  out whether or not there were any other indications?

5      A.  No.

6      Q.  Do you agree with me that question 8 on

7  your survey does not tell you if any of the DES that

8  was in the stores for the pharmacists who were

9  responding was used for the treatment of accidental

10  pregnancy?

11      A.  It says, "Was the pregnancy size

12  diethylstilbestrol stocked and dispensed at the

13  store in the 1960s," where it's specific about

14  pregnancy.

15      Q.  You're specific about the sizes of

16  5-milligram and 25-milligram?

17      A.  Correct, for pregnancy.

18      Q.  But do you agree with me that that does

19  not rule out those pharmacies that may have had one

20  or other of those dosages --

21      A.  There may be a few prescriptions that

22  filtered through for other purposes.

23      Q.  Do you consider yourself to be an expert,

24  Mr. Sparr --          Sparr, Harold (12/7/04)          Page 174

213

1     Q.  So how does that 110, Mr. Sparr, relate to

2    the 91 in the box above it and the 146 in the box

3    above that?

4     A.  You'd have to ask Doctor Vanderschmidt.

5     Q.  And as far as, it doesn't make any

6    difference as far as your opinion goes; is that

7    right?

8     A.  No.

9     Q.  Before I ask the next question, let me go

10   back to question No. 9 on your survey, "if a

11   customer's," customer's possessive, "prescription

12   read DES stilbestrol or diethylstilbestrol in

13   pregnancy sizes 5-milligram or 25-milligram, but no

14   brand name was indicated, what brand would have been

15   primarily dispensed"; do you see that?

16    A.  Yes.

17    Q.  So do I understand that you were ruling

18   out any case where any prescription specified a

19   brand?

20    A.  They may have carried Squibb or Upjohn,

21   those are the other two responses that we got.  And

22   unless they specified Squibb or Upjohn, they would

23   have gotten Lilly.

24    Q.  Unless they specified, they would have (12/7/04)          **Page 213**

214

1  gotten whatever they had in the store; isn't that

2  right?

3     A.  They would have all three in the store.

4     Q.  But you aim your survey to preclude any

5  sales of DES that had to do with a specified

6  prescription naming a brand name; is that right?

7     A.  Repeat that.

8     Q.  You aimed your survey to preclude, not

9  include, any prescription for DES that specified a

10  brand name; isn't that right?

11     A.  No, they were allowed to give any brand

12  they wanted to.

13     Q.  Take a look at question No. 9, Mr. Sparr.

14     A.  Yes.

15     Q.  You asked there only for information about

16  unspecified prescriptions; isn't that right?

17     A.  Yes.

18     Q.  So your survey, then, would not catch

19  information that dealt with specified prescriptions;

20  isn't that right?

21     A.  That's correct.

22     Q.  So if they answer the question correctly,

23  they wouldn't give you any information about

24  dispensing DES on a prescription that's specified a/7/04)          **Page 214**

215

1  brand name; isn't that right?

2     A.  That's right.

3     Q.  Now, do you have any idea over the whole

4  spectrum of Massachusetts over the spectrum of years

5  between 1955 and 1971 how many of the prescriptions

6  were specified, that is, naming a manufacturer, as

7  opposed to unspecified?

8     A.  Very small amount.

9     Q.  The unspecified was very small?

10    A.  Yes.

11        MR. LEVINE:  Do you mean specified?

12    A.  No, the specified was very small, excuse

13  me.

14    Q.  And, Mr. Sparr, I have to ask you, how do

15  you know that; what is the basis for your view?

16        MR. LEVINE:  From his experience.

17    A.  From my experience working in the store.

18    Q.  Okay.  So your experience seeing

19  prescriptions --

20    A.  And speaking to other people.

21    Q.  So your experience at the Sparr Drugstore

22  was that very few prescriptions were specified; is

23  that right?

24    A.  That's correct.     Sparr, Harold (12/7/04)                    Page 215

221

1    Q.  Yes, Bruce Baker, on page 10.

2    A.  Page 10?

3    Q.  Yes.

4    A.  Okay.

5    Q.  So did that signal to you that Mr. Baker

6    was perhaps uncertain of his, the breadth of his

7    memory?

8    A.  No.

9    Q.  So you took that as an absolutely it's

10   Lilly, and the fact that he said all those things

11   about so long ago and nothing else or you don't

12   recall as insignificant?

13   A.  Right.

14   Q.  And Mr. Bolero right below that, I believe

15   he's one of the ones who identified Lilly?

16   A.  Yes.

17   Q.  And he says, "It's as best as I can

18   remember"?

19   A.  Yes.

20   Q.  Did that make you wonder whether he had

21   good information or whether he --

22   A.  No.

23   Q.  You just counted it as solid; correct?

24   A.  Correct.            Sparr, Harold (12/7/04)            Page 221

222

1    Q.  On that same page, just above that on the

2  same page, Sheila Goldman?

3    A.  Yes.

4    Q.  She was a co-op student in 1965, what did

5  that mean to you?

6    A.  That she was at Northeastern, and she was

7  a co-op student working in the drugstore.

8    Q.  And do you think that her information

9  about the dispensing practices at the pharmacy is as

10  good as anybody else's information?

11    A.  Yes.

12    Q.  So that just counts total for you; is that

13  right, counts 100 percent?

14    A.  Yes.

15    Q.  On the next page, page 11, just go through

16  a couple of these, Mr. Federly, he's about 15 or 12

17  names up from the bottom, he says, "In the 7 years I

18  had the pharmacy I don't believe I dispensed more

19  than three to four prescriptions."

20    A.  Um-hmm.

21    Q.  Did that make you wonder if his experience

22  about dispensing DES matched your expectations of

23  what expectation that the Massachusetts experience

24  matched yours?              Sparr, Harold (12/7/04)              Page 222

223

1    A.  He may not have been in an area where

2   there is an obstetrician's office.

3    Q.  And for all we know, he may not have

4   carried these brands of DES, these dosages of DES;

5   isn't that right?

6    A.  Did he say he did?

7    Q.  I don't know.  You're right, there was a

8   question about that, and I don't want to fight about

9   it, I'm too tired.  The next page, page 13,

10   Mr. Bagley, said he believes that we stocked only

11   Lilly's, but I could be mistaken; does that make you

12   wonder whether you should do some effort to find out

13   if there was some way to corroborate Mr. Bagley's

14   memory?

15    A.  No.

16    Q.  Well, if he thought his memory might be

17   mistaken --

18        MR. LEVINE:  I think you're arguing

19   with the witness.

20        MR. DILLON:  I'm not arguing.

21        MR. LEVINE:  And the criteria and the

22   evaluations was done by a statistician, not him.

23    Q.  Let's go to the evaluation done by the

24   statistician, shall we, and this will be the last (12/7/04)        **Page 223**

# Ex. 2

May 5, 2004

Harold B. Sparr, R.Ph., D.Ph., M.S.
210 Nahanton Street, Unit 121
Newton, MA 02459

       Re: Massachusetts Marketshare Study

Dear Harold:

       This will authorize you to proceed with the organization and execution of a survey to determine, as best you can, the nature and extent of the share of the DES market (Stilbestrol/Diethylstilbestrol) available in the drug stores, in the State of Massachusetts, for a decade, centered in 1965.

       The trustworthiness of the survey will depend on a well grounded sampling and minimilization of hearsay dangers, such as (1) the relative susceptibility to faulty memory (2) the dangers of insincerity, (3) faulty perception and (4) faulty reporting.

       In order to guard against this, the following must be ensured:

- Properly defined universe
- Representative sample
- Questions that are "clear, precise, and non-leading"
- Interviewers have NO knowledge of litigation or purpose of survey
- Accurate reporting
- Proper statistical analysis
- Objectivity and impartiality

       Ultimately you will be required to defend and explain your selection of approach, target population rationale, definition of universe, precision of the questions, interview procedures, perception analysis and guarantees of trustworthiness.

       We are in possession of your initial Statement of November 17, 2003, which outlines the popularity of the Eli Lilly brand of DES in the greater Boston Area. Now we ask you to further explore the recollections of pharmacists and the practices, customs and procedures as they existed, to elaborate and give greater validity to that Statement, by looking at the entire market and not just Lilly. You should conduct professional,

Harold B. Sparr, R.Ph., D.Ph., M.S.
Page Two
May 5, 2005

statistical analysis, seeking to avoid any possible bias or faulty perceptions.  I ask you to conduct this second stage of your research, without any preconceptions and avoid singling out any particular company.  Your goal should be:  "who else besides Lilly had any share of the DES market in Massachusetts."

In order that the survey and your ultimate opinions be valid, you should strive for the following:

1. Establish a methodology for the survey generally accepted by surveyors in the field, seeking to obtain an accurate picture and answer to the question:  If customers walked into random retail pharmacies, in Massachusetts, with a prescription for "Stilbestrol" "Diethylstilbestrol" or "DES" in the Boston area in the decade of the 1960's, estimate as scientifically as you can, what brand or brands (in the pregnancy sizes $5_{mg}$ or $25_{mg}$) of DES would they have received and in what ratios?

2. The survey conclusions must be testable and verifiable with an acceptable error rate for the results.

3. You should consult accepted texts in the field and design the study in accordance with accepted survey principles.  Alreck and Settle "The Survey Research Handbook", published by McGraw-Hill may be used for guidance, information and design of the study and process the information received therefrom.

4. You must adjust and test for bias, faulty memory or failure to observe.

5. You have advised me of the initial design consisting of a questionnaire survey of 390 pharmacists, whose names are attached, who were selected from the Massachusetts State Board of Pharmacies, as having been licensed in 1965, which is the center-point of the time

Harold B. Sparr, R.Ph., D.Ph., M.S.
Page Three
May 5, 2004

span between 1958 and 1971.  You have advised me that most
practicable manner to sample this population is as follows:.

a)    A cover letter and questionnaire, attached will be sent to
the 390 pharmacists by an independent pharmaceutical
firm, Peter Steere, R.Ph., M.B.A., Principal, Remedy
Pharmacy Management Services, P.O. Box 726, Norfolk,
MA 02056, who will be responsible for the mailing,
receiving and securing the questionnaires and responses
and be responsible for processing and follow-up to obtain
maximum response.

b)    The raw data will be forwarded by Dr. Steere to Dr. Laura
Vanderschmidt, PhD., Co-Director of the Center for
Education Development and Health, Adjunct Professor of
Public Health, Boston University, CEDH, 53 Bay State
Road, Boston, MA 02215. for tabulation, correlation and
evaluation of questionnaire responses to determine whether
the response insures a reliable sample size, as well as a
viable sample frame.  She must expect and evaluate an
error and confidence rate and take steps to determine that it
does not disqualify the final survey results.

6.  You will then correlate and merge the findings of the survey with the
other information you have and will in the future obtain, as set forth
below, regarding the nature and extent of the DES marketshare in the
Massachusetts area, in the time period under focus, for the $5_{mg}$ and $25_{mg}$
sizes.

7.  The final result of the study will be in the form of a representative
matrix, as the enclosed New York and California matrix.  These matrices
were the product of questionable research and a settlement between the
lawyers representing injured women and the drug companies over ten
years ago.  You should not consider them as binding but only an attempt,
in those limited geographical areas, to create such a matrix between
lawyers anxious to settle litigation.

Harold B. Sparr, R.Ph., D.Ph., M.S.
Page Four
May 5, 2005

8.  The survey will be a mailed, self administered questionnaire.  After three
    weeks, non-respondents will receive follow-up telephone call to
    encourage their completion.

9.  You must use your own independent judgment and refuse any attempts
    by this office to bias the survey.

10.  You must not solicit any of the survey respondents or in any manner
     attempting to obtain slanted information.

11.  You must not attempt to persuade or assist the recall of any survey
     respondent.

12.  In the event you believe that there exists other information relevant to
     the appraisal of the question at hand, you may proceed in any
     independent direction and at your discretion other than that advised in
     this letter.  In that respect, you may resort to any library or other data
     bank, for other information which you deem relevant.

13.  You should be prepared to defend your choice of questionnaire subjects
     and the questionnaire itself, as you will probably be cross-examined as
     to the validity of the methodology you use and the results.

14.  Although the questionnaire survey will be a significant portion of your
     data bank, it should complement your other sources of information,
     specifically personal experience, testimonial statements, and telephone
     investigation, as set forth below.

15.  You must decide in your own mind and in consultation with Dr.
     Vanderschmidt, that the survey/questionnaire and the questions
     contained therein are the best available methods to gain the information
     sought and provide sufficient strength.  The questionnaire and survey
     design should be with Dr. Vanderschmidt approval.

Harold B. Sparr, R.Ph., D.Ph., M.S.
Page Five
May 5, 2005

16. You must maintain security of the data and keep it insulated from any
attempts by any person, including this office, to distort the sampling
design the data processing, collection, or interpretation.

17. You shall oversee the mailing, receipt of questionnaires, follow-ups,
telephone verifications, interpretations, telephone interviewing and all
other forms of data processing and data collection, performed by others
with no attempts to influence or affect the final outcome of the study.

18. You shall take all steps necessary so that the study is randomized and all
practicable steps have been taken to reach out to as many potential
respondents as possible.

19. All statistical analysis shall be conducted, by verified and qualified
persons, with sufficient academic credentials for that task.

20. You shall take all necessary steps to insure that the population surveyed
actually possesses the information sought by the survey in order to
insure the viability of the survey.

21. You shall insure that an independent bio-statistician determines a
sampling error and provides an opinion as to the reliability of the
sampling data, perimeters and size.

22. You shall take all steps to avoid sampling selection bias and have such
decision approved by Dr. Vanderschmidt.

23. The survey shall be free of any leading or loaded questions which could
lead to response bias. The questions should be free from confusion,
simple and strive for clarity.

24. A Confidence level shall be established by a bio-statistician, who shall
assess the statistical significance and outstanding deviations and perform
whatever regression analysis and statistical interpretation they deem
advisable. The survey should have a sufficient number of responses for
the survey to carry an accepted confidence level and confidence interval.

Harold B. Sparr, R.Ph., D.Ph., M.S.
Page Six
May 5, 2005

25. You will report the findings of this survey in a manner similar to the matrices supplied. You need not find all of the manufacturers available, nor need you assign a particular number to any particular manufacturer.

26. You should read the statement and deposition of Phillip Cafferty and take into considerations those objections the Lilly lawyer voiced to Mr. Cafferty's survey and opinion and conform your study to overcome those objections.

In addition to the survey, you should review:

1. All available statements and depositions of Massachusetts pharmacists who were active in that period of time, to gain the benefit of their knowledge, as it was elucidated by a drug manufactures' attorney. You will determine if the pharmacists deposed were accurate and objective in their remembrance of the DES market during the time under observation.

2. The advertising, promotional and informational practices of the DES manufacturers at that time, as it concerned detailing of pharmaceutical representatives, product brochures, product cards, physician's desk references, and other labeling issues and practices regarding DES.

You should additionally attempt to gain information by investigating and reviewing the following peripheral information and areas:

a) Wholesaler or jobber practices, popularity and access, as well as any statements written, or otherwise, from wholesalers regarding prescribing practices;
b) Pharmacy deals and promotions;
c) Pricing of DES;
d) Shipping procedures existing at the time;
e) Drop ship practices;

Harold B. Sparr, R.Ph., D.Ph., M.S.
Page Seven
March 5, 2005

f)    Pricing and costs;
g)    The Red and Blue Books and any other catalogues of available pharmaceuticals;
h)    Relevant Physician Desk Reference (PDR)
i)    The actual prescriptions from physicians we have been able to reclaim and find to observe what, if any, markings they carry to denote the brand of DES dispensed for that prescription.
j)    Any other sources of information available.

Basically your study results should be rendered as the New York and California matrices amended and conformed to recreate the Massachusetts experience.

You must maintain a fiduciary relationship with this office and treat all survey information, including the processes and results as the sole property of this office on behalf of our clients. You must obtain prior permission before releasing or using any survey, information or data. You shall return all data, reports or other materials which you create in furtherance of this project to our office.

You are authorized to expend such funds as are reasonable to accomplish this project, including printing postage tabulation follow up, statistical review and reporting. I ask that you provide me with an estimated budget prior to embarking on the project to include your expected involvement. Neither your compensation, nor any future financial arrangements with this firm will have any impact from the results or even failure of the study.

Very sincerely,

Aaron M. Levine

AML:hm
Enclosures:    List of Pharmacists
New York Matrix
California Matrix
Cover Letter
Questionnaire

# Ex. 3

**MARINOL** **CIII** ••
(dronabinol) Capsules 2.5 mg,
5 mg, 10 mg

MR. DILLON,
    WHEN I RETURNED
FROM VACATION, I REALIZED
I HADN'T SENT YOU THE
LIST OF PHARMACISTS THAT
WERE SURVEYED.

                HAROLD SPARR, R.PH.

Solvay
Pharmaceuticals

©2001 Solvay Pharmaceuticals, Inc. All rights reserved. Printed in USA.

2.5 mg    5 mg    10 mg

Board description: **Pharmacists**

☐ Type description: **Pharmacists**

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00001424 | | KENNETH | M. | ROSENTHAL | | 22 STYLES DR | | PEABODY | MA | 01960 |
| Current☑ | License issued: 6/20/1964 | | | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | |
| 00001444 | | GERALD | | STEINBERG | | 9 PRIMROSE DR | | LONGMEADOW | MA | 01106 |
| Current☑ | License issued: 3/25/1965 | | | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | |
| 00001464 | | GRACE | | CHING | | 111 CHELMSFORD STREET | | CHELMSFORD | MA | 01824 |
| Current☑ | License issued: 6/22/1964 | | | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | |
| 00001472 | | HAROLD | | BOUCHER | | 151 OLEAN ST | | WORCESTER | MA | 01602 |
| Current☑ | License issued: 6/20/1966 | | | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | |
| 00001482 | | JAMES | C. | MCGRATH | | 165 PRESIDENTIAL CIR | | MARSHFIELD | MA | 02050 |
| Current☑ | License issued: 6/30/1965 | | | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | |
| 00001637 | | JAMES | M. | MURPHY | | 210 MURRAY RD | | WOBURN | MA | 01801 |
| Current☑ | License issued: 6/10/1963 | | | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | |
| 00001601 | | JEAN | A. | ROBITAILLE | | 140 KINGS HIGHWAY | | HAMPTON | NH | 03842 |
| Current☑ | License issued: 6/10/1963 | | | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | |
| 00001614 | | JOHN | F. | MORGAN | | 46 WOODLAND RD | | NORWOOD | MA | 02062 |
| Current☑ | License issued: 6/21/1965 | | | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | |
| 00001663 | | JOHN | E. | STANLEY | | 703 MT AUBURN ST | | WATERTOWN | MA | 02472 |
| Current☑ | License issued: 6/26/1967 | | | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | |
| 00001638 | | JOHN | W. | FLYNN | | 18 ROSE GLEN | | ANDOVER | MA | 01810 |
| Current☑ | License issued: 12/31/2004 | | | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | |
| 00001672 | | PAUL | R. | DESILETS | | PO BOX 816 | | E SANDWICH | MA | 02537 |
| Current☑ | License issued: 6/26/1967 | | | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | |
| 00001634 | | JOSEPH | W. | SINOPOLI | | 23 SOUTHWICK RD | | N READING | MA | 01864 |
| Current☑ | License issued: 6/21/1965 | | | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | |
| 00001730 | | FRANCIS | J. | CASSIDY | | 216 DOVER PT RD | | DOVER | NH | 03820 |
| Current☑ | License issued: 6/06/1967 | | | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | |
| 00001419 | | LOUIS | | FAYAD | | 3441 GOLD LOAF LOOP | | TUCSON | AZ | 85755 |
| Current☑ | License issued: 6/20/1965 | | | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | |
| 00001423 | | LOUIS | F. | FEDELE | | 30 STEVEN DR | | WOBURN | MA | 01801 |
| Current☑ | License issued: 6/10/1963 | | | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014594 | License issued: 6/20/1966 | MARIO | | FORCIONE | | 100 CARLISLE DR | | OSTERVILLE | MA | 02655 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |
| 00014645 | License issued: 6/21/1965 | MARY ALICE | | YOUNG | | 63 FAIRFIELD RD | | LEOMINSTER | MA | 01453 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |
| 00014500 | License issued: 6/21/1965 | MICHAEL | A | REPPUCCI | | 65 SWAN AVE | | S WEYMOUTH | MA | 02190 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |
| 00014475 | License issued: 6/10/1963 | MITCHELL | ST. | SKORYNA | | 22 ORBIT DRIVE | | ENFIELD | CT | 06082 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |
| 00014510 | License issued: 6/21/1965 | NEIL | | ADLER | | 54 CASABLANCA CT | | HAVERHILL | MA | 01832 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |
| 00014759 | License issued: 6/25/1967 | EMIL | | CUTRONI | | 405 CONCORD AVE | | BELMONT | MA | 02478 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |
| 00014792 | License issued: 6/26/1967 | ARDDIE | | KALAYJIAN | | 165 WHITE ST | PO BOX 475 | BELMONT | MA | 02478 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |
| 00014550 | License issued: 6/21/1967 | JONATHAN | | VENDER | | 1620 WORCESTER RD | APT 334 | FRAMINGHAM | MA | 01702 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |
| 00014593 | License issued: 6/22/1964 | DEBRA | | KRASNOW | | 139 PARKER RD | | NEEDHAM | MA | 02494 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |
| 00014627 | License issued: 6/22/1964 | AARON | | KORNETSKY | | 3191 CHRISTINA ST. | | NEWTON HIGHLAND MA | | 02461 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |
| 00014520 | License issued: 6/20/1966 | BRUCE | M | PERRY | | 20155 NE 34TH COURT | APT 1103 | MIAMI | FL | 33180 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |
| 00014674 | License issued: 6/21/1965 | CARMELO | | SIDOTI | | 363 WHEELWRIGHT RD | RFD 2 | BARRE | MA | 01005 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |
| 00014604 | License issued: 6/20/1966 | CHARLES | | GORDON | | 10 RADCLIFFE RD | | CHELMSFORD | MA | 01863 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |
| 00014272 | License issued: 6/20/1966 | CHARLES | | MALOOWIAN | | 230 WESTWOOD AVE | | E LONGMEADOW | MA | 01028 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |
| 00014490 | License issued: 6/21/1965 | CHARLES | W | JUDGE | | | PO BOX 472 | WELLFLEET | MA | 02667 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |
| 00014277 | License issued: 6/10/1963 | CLARK | E | MATTHEWS | | 29 RITA MARY WAY | | WESTFIELD | MA | 01085 |
| Current ☑ | License expire: 12/31/2004 | | | | License status: CURRENT LICENSE | | | | | |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014313 Current☑ | License issued: 10/15/1963 | DANIEL | W | SULLIVAN | | 48 BEACON ST | APT 6F | BOSTON | MA | 02108 |
| 00014838 Current☑ | License issued: 12/31/2004 | DAVID | A | LARAMEE | | 1180 12TH PLACE SE | | VERO BEACH | FL | 32962 |
| 00014848 Current☑ | License issued: 6/26/1967 | FREEMAN | K | ... | | 276 CODMAN HILL ROAD | UNIT 6A | BOXBORO | MA | 01719 |
| 00014445 Current☑ | License issued: 6/26/1967 | DAVID | M | ABSLOW | | 2140 W BRANDYWINE ST | | ARLINGTON | VA | 22207 |
| 00014767 Current☑ | License issued: 6/26/1967 | DONALD | F | DUFFEY | | 111 BEECH ST | | GREENFIELD | MA | 01301 |
| 00014629 Current☑ | License issued: 12/31/2004 | DENNIS | M | HAGEN | | 14603 NO FAIRVIEW DR | | MEAD | WA | 99021 |
| 00014777 Current☑ | License issued: 6/26/1967 | FRANK | R | BRONCONTI | | 5 PLEASANT VLY RD | | FEEDING HILLS | MA | 01030 |
| 00014692 Current☑ | License issued: 6/26/1966 | DONALD | W | BLANDA | | 701 W MAGNOLIA | | STOCKTON | CA | 95023 |
| 00014575 Current☑ | License issued: 6/26/1966 | DONALD | E | CAMPBELL | | 313 KESSELRING AVE | | DOVER | DE | 19904 |
| 00014645 Current☑ | License issued: 6/26/1966 | EDWARD | J | PRECE | | 110 COLISEUM AVE | APT 208 | NASHUA | NH | 03063 |
| 00014417 Current☑ | License issued: 6/26/1967 | ELIZABETH | F | MARBACH | | 3934 WATCHCOS DRIVE | | HOUSTON | TX | 77035 |
| 00014683 Current☑ | License issued: 6/26/1967 | ERIC | G | LIKOWSKY | | 30 ARABIAN DRIVE | | CHARLESTON | SC | 29407 |
| 00014629 Current☑ | License issued: 6/26/1966 | EVERETT | R | LACERDA | | 117 SUSAN LANE | | MIDDLEBORO | MA | 02346 |
| 00014448 Current☑ | License issued: 6/21/1963 | JOTHE ALEX | D | MCCARTHY | | 174 MILL RD | | CHELMSFORD | MA | 01824 |
| 00014218 Current☑ | License issued: 12/31/2004 | PAUL | T | COHEN | | 56 STAUFER LN | | E FALMOUTH | MA | 02536 |
| 00014319 Current☑ | License issued: 6/10/1963 | DAVID | A | MARSH | | 5401 OVERTON RIDGE BLVD | | FORT WORTH | TX | 76132 |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00001632 | | THOMAS LIM | | LEE | | 76 UPTON RD | | WALTHAM | MA | 02452 |
| Current ☑ | License issued: 6/20/1966 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |
| 00001408 | | SHERWIN | Q | SHUCHET | | 31 BALDWIN ST | | PEABODY | MA | 01960 |
| Current ☑ | License issued: 6/10/1963 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |
| 00014803 | | STANLEY | | LIEBERMAN | | 429 LUDLOW ST | | PORTLAND | ME | 04102 |
| Current ☑ | License issued: 6/10/1967 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |
| 00001676 | | STEVEN | C | ANDERSON | | 67 NOTTINGHAM RD | | DEERFIELD | NH | 03037 |
| Current ☑ | License issued: 6/26/1967 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |
| 00014880 | | STEVEN | E | WASSERMAN | | 3 INDIAN HILL RD | | BURLINGTON | MA | 01803 |
| Current ☑ | License issued: 6/26/1967 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |
| 00014293 | | SUSAN | | CONNOLLY | | 10 ASHLAND ST | | QUINCY | MA | 02169 |
| Current ☑ | License issued: 5/70/1963 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |
| 00014559 | | TERRENCE | M | BROOKS | | 20 BAYVIEW RD | PO BOX 573 | BARNSTABLE | MA | 02630 |
| Current ☑ | License issued: 6/22/1964 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |
| 00014446 | | TERRY | | ASHDALE | | 74 THORNELL ST | | SPRINGFIELD | MA | 01104 |
| Current ☑ | License issued: 6/21/1965 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |
| 00014730 | | THERESA | | GERIDY | | 39 GRALLA DR | | SPRINGFIELD | MA | 01128 |
| Current ☑ | License issued: 6/21/1965 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |
| 00014423 | | THOMAS | | RICE | | 236 PLEASANT ST | | UXBRIDGE | MA | 01569 |
| Current ☑ | License issued: 6/13/1967 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |
| 00014586 | | DAVID | | THOUSSAULT | | 265 MAIN ST | | FALMOUTH | MA | 02540 |
| Current ☑ | License issued: 6/24/1964 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |
| 00014611 | | THOMAS | | HALL | | 10 BROWNFIELD DR | | BRIDGEWATER | MA | 02324 |
| Current ☑ | License issued: 6/20/1966 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |
| 00014474 | | SELWYN | Q | FRIEDMAN | | 2931 CARA COURT | | PALM HARBOR | FL | 34684 |
| Current ☑ | License issued: 6/21/1963 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |
| 00014271 | | WILLIAM | A | MACDONALD | | 67 BENNETT HILL RD | | ROWLEY | MA | 01969 |
| Current ☑ | License issued: 6/10/1963 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |
| 00014752 | | WILLIAM | F | CHAMPION | | 339 BACON ST | | WALTHAM | MA | 02451 |
| Current ☑ | License issued: 6/1/1967 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |
| 00014613 | | WILLIAM | L | HERSEY | | 78 MOSELEY AVE | | NEWBURYPORT | MA | 01950 |
| Current ☑ | License issued: 6/20/1966 | | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014422 Current☑ | License issued: 6/22/1944 / License expires 12/31/2004 / License status: CURRENT LICENSE | WILLIAM | R. | PRINCIPE | | 1443 BREAKERS DR | | SPRING HILL | FL | 34608 |
| 00014626 Current☑ | License issued: 6/20/1966 / License expires 12/31/2004 / License status: CURRENT LICENSE | A PETER | | KOHL | | | PO BOX 125 | WINDHAM | NH | 03087 |
| 00014616 Current☑ | License issued: 6/20/1966 / License expires 12/31/2004 / License status: CURRENT LICENSE | BARRY | | KATZ | | 43 PROSPECT AVE | | ARLINGTON | MA | 02476 |
| 00014566 Current☑ | License issued: 6/22/1944 / License expires 12/31/2004 / License status: CURRENT LICENSE | AUSTIN | | W. CONNORS | JR. | 23 BEACH RD | | GLOUCESTER | MA | 01930 |
| 00014741 Current☑ | License issued: 6/24/1967 / License expires 12/31/2004 / License status: CURRENT LICENSE | ALBERT | A. | BELMONTE | | 191 MCKAY ST | | BEVERLY | NY | 01915 |
| 00014794 Current☑ | License issued: 6/24/1967 / License expires 12/31/2004 / License status: CURRENT LICENSE | BRENDA | R. | KATOP | | 24 TARA DR | | POMONA | NY | 10970 |
| 00014454 Current☑ | License issued: 6/21/1965 / License expires 12/31/2004 / License status: CURRENT LICENSE | THOMAS | | BOKYEIK | | | PO BOX 2 | HINES | FL | 60141 |
| 00014811 Current☑ | License issued: 6/24/1967 / License expires 12/31/2004 / License status: CURRENT LICENSE | ROBERT | E. | LUMSDEN | JR. | 17850 CANAL COVE CT | | FT MYERS BEACH | FL | 33931 |
| 00014407 Current☑ | License issued: 6/22/1964 / License expires 12/31/2004 / License status: CURRENT LICENSE | PHILIP | A. | RUGGIERO | | 148 THOREAU ST | | CONCORD | MA | 01742 |
| 00014531 Current☑ | License issued: 6/21/1965 / License expires 12/31/2004 / License status: CURRENT LICENSE | PHILIP | C. | SANDSTRUM | | 85 CROSS RD | | W CHESTERFIELD | NH | 03466 |
| 00014463 Current☑ | License issued: 6/20/1966 / License expires 12/31/2004 / License status: CURRENT LICENSE | PHILIP | J. | RILEY | | 2035 LAGUNA VISTA DR | | NOVATO | CA | 94947 |
| 00014278 Current☑ | License issued: 6/10/1963 / License expires 12/31/2004 / License status: CURRENT LICENSE | RAYMOND | F. | MATTRESS | | 76 FARRAR AVE | | WORCESTER | MA | 01604 |
| 00014342 Current☑ | License issued: 11/15/1963 / License expires 12/31/2004 / License status: CURRENT LICENSE | RICHARD | | RODRIGUEZ | | 314 SIBLEY AVE | | W SPRINGFIELD | MA | |
| 00014273 Current☑ | License issued: 6/10/1963 / License expires 12/31/2004 / License status: CURRENT LICENSE | RICHARD | F. | MACINTOSH | | 1630 WORCESTER RD | | FRAMINGHAM | MA | 01702 |
| 00014284 Current☑ | License issued: 6/10/1963 / License expires 12/31/2004 / License status: CURRENT LICENSE | RICHARD | Q. | MOORE | JR. | 6204 BRAIDWOOD RUN | | ALWORTH | GA | 30101 |
| 00014746 Current☑ | License issued: 6/26/1967 / License expires 12/31/2004 / License status: CURRENT LICENSE | RICHARD | J. | BURNESS | | 473 CENTRAL TURNPIKE | | SUTTON | MA | 01590 |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014221 | License issued: 6/10/1963 | RICHARD | J | CONNOLLY | | LYNN SHORE DRV | 295 LYNN SHORE DRV LYNN | | | 01902 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014429 | License issued: 6/10/1963 | SHERWIN | | SOLOMON | | 28 FLACK DR | | FRAMINGHAM | MA | 01701 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014494 | License issued: 6/21/1964 | ROBERT | | KEARNEY | | 1 LEE RD | | WOBURN | MA | 01801 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014659 | License issued: 6/21/1963 | SHELDON | M | POLETSKY | | 1090 9TH STREET | | LAS VEGAS | NM | 87701 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014209 | License issued: 6/20/1966 | ROBERT | J | BRANAGAN | | 40 CORBY LN | | NIANTIC | CT | 06357 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014846 | License issued: 6/10/1963 | ROBERT | M | PITMAN | | 11 FISHERMAN RD | | FAIRHAVEN | MA | 02719 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014417 | License issued: 6/26/1967 | P | PASQUARIELLO | | 18 OLD COLONY RD | | ARLINGTON | MA | 02474 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014775 | License issued: 6/26/1964 | ROBERT | R | FITTON | | 5 SCOTT DRIVE | | CHELMSFORD | MA | 01824 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014483 | License issued: 6/21/1963 | RONALD | N | GUIMOND | | 1089 HONSIDES AVE | | MELBOURNE | FL | 32940 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014397 | License issued: 6/21/1963 | RONALD P E | | LAPLASE | | 41 POSCO AVE | | LEOMINSTER | MA | 01453 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014295 | License issued: 6/20/1964 | SAMUEL | J | PENTA | | 54 FARLEY AVE | | W PEABODY | MA | 01960 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014402 | License issued: 6/10/1963 | SANDRA | A | LIPINSKI | | 8 BROOKFIELD CIR | | WELLESLEY | MA | 02481 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014599 | License issued: 6/20/1966 | SANDRA ANN | | SUGARMAN | | 9066 SE 133 LOOP | | SUMMERFIELD | FL | 34491 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014733 | License issued: 6/26/1967 | ANTHONY | W | CHEVARIE | | 15 BROOKVIEW DR | | WESTFORD | MA | 01886 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014460 | License issued: 6/26/1967 | RICHARD | T | CONNOLLY | | 4 SHAGBARK RD | | S EASTON | MA | 02375 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014152 | License issued: 6/21/1964 | JOHN | L | BASTEY | | | PO BOX 314 | BUCKSPORT | ME | 04416 |
| Current☑ | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014337 Current☑ | License issued: 10/15/1963  License expires 12/31/2004  License status: CURRENT LICENSE | HOWARD | R. | LANZA | | 39 MASON RD | | DUDLEY | MA | 01571 |
| 00014757 Current☑ | License issued: 6/26/1967  License expires 12/31/2004  License status: CURRENT LICENSE | JAMES | A. | CLEMONS | | 21 BOOTH ST | | NASHUA | NH | 03060 |
| 00014644 Current☑ | License issued: 6/20/1966  License expires 12/31/2004  License status: CURRENT LICENSE | JAMES | B. | KERSHAW | | 13 GREASE RD | PO BOX 199 | ROCHESTER | MA | 02770 |
| 00014024 Current☑ | License issued: 6/20/1966  License expires 12/31/2004  License status: CURRENT LICENSE | JAMES | D. | GARVEY | JR | | PO BOX 252 | W HYANNISPORT | MA | 02672 |
| 00014601 Current☑ | License issued: 6/20/1966  License expires 12/31/2004  License status: CURRENT LICENSE | JAMES | F. | BARRY | | | PO BOX 3120 | OAK BLUFFS | MA | 02557 |
| 00014307 Current☑ | License issued: 6/10/1963  License expires 12/31/2004  License status: CURRENT LICENSE | JAMES | F. | NAFF | | R. 21 MUDGETT HILL ROAD | | CHARLTON | MA | 01507 |
| 00014648 Current☑ | License issued: 6/20/1966  License expires 12/31/2004  License status: CURRENT LICENSE | JAMES | G. | McDONNELL | | 166 HARVARD RD | | LITTLETON | MA | 01460 |
| 00014635 Current☑ | License issued: 6/21/1965  License expires 12/31/2004  License status: CURRENT LICENSE | JAMES | E. | STEWART | JR | 100 SOUTHSIDE LAKE CIR | | PNTE VEDRA BCH | FL | |
| 00014433 Current☑ | License issued: 6/21/1966  License expires 12/31/2004  License status: CURRENT LICENSE | JOEL | M. | MILLER | | 44 QUINCY ST | | SHARON | MA | 02067 |
| 00014649 Current☑ | License issued: 6/20/1966  License expires 12/31/2004  License status: CURRENT LICENSE | JAMES | A. | FREITAS | | 1217 MAIN ST | | LEOMINSTER | MA | 01453 |
| 00014434 Current☑ | License issued: 6/20/1966  License expires 12/31/2004  License status: CURRENT LICENSE | MARGARET | A. | FREITAS | | 1536 CARA DE ROCA | | ALPINE | CA | 91901 |
| 00014785 Current☑ | License issued: 6/26/1967  License status: CURRENT LICENSE | JOHN | E. | DONLON | JR | 57 OAKLAND AVE | | AUBURNDALE | MA | 02466 |
| 00014653 Current☑ | License issued: 6/21/1965  License status: CURRENT LICENSE | GERARD | J. | BOYCE | | R 509 ELM AVE | | MOORESTOWN | NJ | 08057 |
| 00014644 Current☑ | License issued: 6/26/1967  License status: CURRENT LICENSE | JOHN | R. | LAPIZA | | 19111 EGGLESTON LN | | BROOKEYVILLE | MD | 20833 |
| 00014850 Current☑ | License issued: 6/26/1967  License status: CURRENT LICENSE | JOHN | T. | NAZZARO | III | 140 ELMWOOD RD | | SWAMPSCOTT | MA | 01907 |
| 00014453 Current☑ | License issued: 6/26/1967  License status: CURRENT LICENSE | JOHN | | | | | | | | |
| 00014451 Current☑ | License issued: 6/21/1965  License status: CURRENT LICENSE | JOSEPH | J. | BALLRO | | | | | | |
| 00014370 Current☑ | License issued: 6/21/1964  License status: CURRENT LICENSE | JOSEPH | P. | CRUZA | | 3 CANDY LANE | | BRIDGEWATER | MA | 02324 |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014422 | License issued: 6/26/1967 | KEVIN | M | MCENANEY | | 17 ATTILASH WOODS | P.O. BOX 1238 | GLEN | NH | 01838 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014590 | License issued: 6/20/1966 | LANE | E. | FELDMAN | | 468 OLD FARM ROAD | | FRANKLIN | MA | 02038 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014826 | License issued: 6/20/1966 | LEONARD | C. | MICHALAK | | 73 WASHBURN ST | | NORTHBORO | MA | 01532 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014544 | License issued: 6/26/1967 | LESLIE | | BUCKLEY | | 60 AUDREY AVE | | NEEDHAM | MA | 02492 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014549 | License issued: 6/21/1965 | BRUCE | M. | BAKER | | 87 JOYCE DR | | STOUGHTON | MA | 02072 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014265 | License issued: 6/22/1964 | JOHN | B. | ROBINSON | | 21 COTTONWOOD DR | | HUDSON | NH | 03051 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014211 | License issued: 6/21/1965 | ERNEST | X | BRUZZESE | | 65 CUSHMAN AVE | | REVERE | MA | 02151 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014596 | License issued: 6/10/1963 | C CHARLES | | MARGARITIS | | MAIN ST | P.O. BOX 538 | SOUTHBORO | MA | 01772 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014467 | License issued: 6/21/1965 | CHARLES | P. | DEVINE | | 77 OAKEN BUCKET RD | | NORWELL | MA | 02061 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014577 | License issued: 6/20/1966 | CLYDE | N. | COLE | | 1053 W GRAND AVE | | CHICAGO | IL | 60622 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014632 | License issued: 6/21/1965 | COLMAN | | MCSHERMAN | | 1200 ADAMS ST | | DORCHESTER | MA | 02124 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014296 | License issued: 6/20/1966 | DAVID | | PETERS | | | P.O. BOX 1238 | CALAIS | ME | 04619 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014424 | License issued: 6/10/1963 | DAVID | B. | MOORE | | 4814 FALCON RIDGE DR | | RANDALLSTOWN | MD | 21133 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014536 | License issued: 6/26/1967 | DAVID | D. | SMITH | | 71 PINE VIEW DRIVE | | BREWSTER | MA | 02631 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014660 | License issued: 6/21/1965 | DAVID | P. | POLLIN | | 216 HERSOM ST | | NEW BEDFORD | MA | 02745 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014571 | License issued: 6/20/1966 | DEXTER | F. | BLUDE | | 2 OLD NOURSE ST | | WESTBOROUGH | MA | 01581 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014647 Current☑ | License issued: 6/20/1966 | HARRY | | CARLOS | | 214 WINTHROP ST | | WINTHROP | MA | 02152 |
| 00014763 Current☑ | License issued: 6/24/1967 | EMANUEL | I | DILIBERTO | JR | 6 GORHAM PL | | DURHAM | NC | 27705 |
| | License status: CURRENT LICENSE | | | | | | | | | |
| 00014853 Current☑ | License issued: 6/24/1967 | HAROLD | H | ROSS | | 71 BITTERSWEET LN | | RANDOLPH | MA | 02368 |
| | License expires: 12/31/2004 License status: CURRENT LICENSE | | | | | | | | | |
| 00014652 Current☑ | License issued: 6/26/1967 | EVERETT | F | PENNEY | JR | 96 DOYLE AVE | | DRACUT | MA | 01826 |
| | License expires: 12/31/2004 License status: CURRENT LICENSE | | | | | | | | | |
| 00014547 Current☑ | License issued: 6/20/1966 | FERNAND | A | THERIAULT | | 515 BROADWOOD CIR | | CHESHIRE | CT | 06410 |
| | License expires: 12/31/2004 License status: CURRENT LICENSE | | | | | | | | | |
| 00014310 Current☑ | License issued: 6/21/1963 | FRANKLIN | | SILVERMAN | | 28 BLOSSOM LANE | | MARLBORO | MA | 01752 |
| | License expires: 12/31/2004 License status: CURRENT LICENSE | | | | | | | | | |
| 00014815 Current☑ | License issued: 6/19/1963 | FRANCIS | | MAMONE | | 29 ISLAND BEACH RD | | WELLS | ME | 04090 |
| | License expires: 12/31/2004 License status: CURRENT LICENSE | | | | | | | | | |
| 00014311 Current☑ | License issued: 6/26/1967 | FRANK | | SKRZYWARZ | | 124 LYMAN ST | | S HADLEY | MA | 01075 |
| | License expires: 12/31/2004 License status: CURRENT LICENSE | | | | | | | | | |
| 00014352 Current☑ | License issued: 6/26/1967 | FRED | | NATHANSON | | DRAKE TOWER | 1800 N ANDREWS AVE FT LAUDERDALE | | FL | 33311 |
| | License expires: 12/31/2004 License status: CURRENT LICENSE | | | | | | | | | |
| 00014470 Current☑ | License issued: 6/26/1967 | GEORGE F | | DONAHEY | | 12 DIANA DR | | CANTON | MA | 02021 |
| | License expires: 12/31/2004 License status: CURRENT LICENSE | | | | | | | | | |
| 00014778 Current☑ | License issued: 6/24/1967 | GERALD | | GARAGAN | | 77 LARNED RD | | OXFORD | MA | 01540 |
| | License expires: 12/31/2004 License status: CURRENT LICENSE | | | | | | | | | |
| 00014496 Current☑ | License issued: 6/21/1965 | GERALD | | KOREY | | 1202 MEDBROOKE CT NW | | ACWORTH | GA | 30101 |
| | License expires: 12/31/2004 License status: CURRENT LICENSE | | | | | | | | | |
| 00014614 Current☑ | License issued: 6/20/1966 | MARK | R | KANA | JR | 32 CORY RD | | FLANDERS | NJ | 07136 |
| | License expires: 12/31/2004 License status: CURRENT LICENSE | | | | | | | | | |
| 00014442 Current☑ | License issued: 6/20/1966 | EDWARD | | DYER | | 29 SCARBOROUGH RD | | CUMBERLAND | RI | 02864 |
| | License expires: 12/31/2004 License status: CURRENT LICENSE | | | | | | | | | |
| 00014319 Current☑ | License issued: 12/1/1964 | WILLIAM | A | GOUVEIA | | 87 DOUGLAS RD | | BELMONT | MA | 02478 |
| | License expires: 12/31/2004 License status: CURRENT LICENSE | | | | | | | | | |
| 00014503 Current☑ | License issued: 6/22/1964 | RYLANCE A.I. | | LORD | | 1302 N LIMESTONE ST | | SPRINGFIELD | OH | 45503 |
| | License expires: 12/31/2004 License status: CURRENT LICENSE | | | | | | | | | |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014724 | | SARA REBECC | | HIRSH | | SAGAMORE TOWERS | 115 W. SQUNTUM ST AP | NORTH QUINCY | MA | 02171 |
| Current ✓ | License issued: 1/31/1967 | | | | | License status: CURRENT LICENSE | | | | |
| 00014739 | | STANLEY | A. | BARANOSKY | | 77 MALBONE RD | | NEWPORT | RI | 02840 |
| Current ✓ | License issued: 6/26/1967 | | | | | License status: CURRENT LICENSE | | | | |
| 00014962 | | STANLEY | J. | SOKOLOWSKI | | 245 VINE ST | | EVERETT | MA | 02149 |
| Current ✓ | License issued: 6/26/1967 | | | | | License status: CURRENT LICENSE | | | | |
| 00014872 | | STANLEY | E. | TETERMAN | | 53 ROCKWOOD LN | | POLAND | ME | 04274 |
| Current ✓ | License issued: 6/26/1967 | | | | | License status: CURRENT LICENSE | | | | |
| 00014361 | | STEPHEN | R. | BRYANT | | | PO BOX 2221 | BROCKTON | MA | 02305 |
| Current ✓ | License issued: 6/22/1964 | | | | | License status: CURRENT LICENSE | | | | |
| 00014539 | | STEPHEN | H. | SNIDER | | 48 FULLER DR | | W HARTFORD | CT | 06117 |
| Current ✓ | License issued: 6/21/1965 | | | | | License status: CURRENT LICENSE | | | | |
| 00054967 | | STEPHEN | K. | POLONSKY | | 49 BEACON ST | | BOSTON | MA | 02108 |
| Current ✓ | License issued: 6/26/1967 | | | | | License status: CURRENT LICENSE | | | | |
| 00014961 | | STEVEN | J. | SEIDMAR | | 32 GOLDCLIFF RD | | MALDEN | MA | 02148 |
| Current ✓ | License issued: 6/26/1967 | | | | | License status: CURRENT LICENSE | | | | |
| 00014700 | | LOUIS | R. | PESTOCCO | | 305 JOHN REZZA DR | | N ATTLEBORO | MA | 02763 |
| Current ✓ | License issued: 7/12/1966 | | | | | License status: CURRENT LICENSE | | | | |
| 00014697 | | WALTER | N. | WOLGINS-AVICH | | 69 WILLIAM ST | | STONEHAM | MA | 02180 |
| Current ✓ | License issued: 6/20/1966 | | | | | License status: CURRENT LICENSE | | | | |
| 00014636 | | RODNEY | R. | MACDONALD | | | PO BOX 57 | JEFFERSON | ME | 04348 |
| Current ✓ | License issued: 6/20/1966 | | | | | License status: CURRENT LICENSE | | | | |
| 00014590 | | WILLIAM | P. | DELEO | | 95 PERRY RD | | BEDFORD | NH | 03110 |
| Current ✓ | License issued: 6/20/1966 | | | | | License status: CURRENT LICENSE | | | | |
| 00014281 | | WILLIAM | J. | MCDONNELL | | 13466 MIRA MONTANA DR | | DEL MAR | CA | 92014 |
| Current ✓ | License issued: 6/20/1966 | | | | | License status: CURRENT LICENSE | | | | |
| 00014609 | | WILLIAM | R. | WERNER | | 105 CRAKGE ST | | PORTLAND | ME | 04102 |
| Current ✓ | License issued: 6/20/1966 | | | | | License status: CURRENT LICENSE | | | | |
| 00014566 | | WYMAN | F. | FALLARD | JR | 18 BANNESDALE RD | | NATICK | MA | 01760 |
| Current ✓ | License issued: 6/20/1966 | | | | | License status: CURRENT LICENSE | | | | |
| 00014517 | | BETSY | | SCHIFFMAN | | 6965 FAREHAN WAY | | LAKE WORTH | FL | 33467 |
| Current ✓ | License issued: 6/12/1963 | | | | | License status: CURRENT LICENSE | | | | |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014318 Current✓ | License issued: 6/10/1963 | BARRY | M | WEINGART | License expires 12/31/2004 License status: CURRENT LICENSE | 31 DELORENZO DR | | RANDOLPH | MA | 02368 |
| 00014389 Current✓ | License issued: 6/20/1966 | ALLAN F | J | ESER | SR License expires 12/31/2004 License status: CURRENT LICENSE | 41 CRESTFIELD LN | | LEOMINSTER | MA | 01453 |
| 00014316 Current✓ | License issued: 6/10/1966 | ALLEN | C | SILVERMAN | License expires 12/31/2004 License status: CURRENT LICENSE | 40 BALTIMORE ST | APT 3E | LYNN | MA | 01902 |
| 00014315 Current✓ | License issued: 6/10/1963 | ALLEN | | McVISCOTT | License expires 12/31/2004 License status: CURRENT LICENSE | 19161 SPRING RUN BLVD | UNIT 1710 | BONITA SPRINGS | FL | 34135 |
| 00014281 Current✓ | License issued: 5/10/1963 | SUZANNE | M | JACKVANEY | License expires 12/31/2004 License status: CURRENT LICENSE | 2 VALLEY ST | | W BOYLSTON | MA | 01583 |
| 00014456 Current✓ | License issued: 6/26/1967 | RAYMOND | R | CHARPENTIER | License expires 12/31/2004 License status: CURRENT LICENSE | 3 PICKENS AVE | PO BOX 785 | E FREETOWN | MA | 02717 |
| 00014672 Current✓ | License issued: 6/20/1966 | MARION | N | SEGAL | License expires 12/31/2004 License status: CURRENT LICENSE | 303 FOREST CREST CT | | OCOEE | FL | 34761 |
| 00014617 Current✓ | License issued: 6/20/1966 | MAX | | LAGER | License expires 12/31/2004 License status: CURRENT LICENSE | 61 FLORENCE ST | | EVERETT | MA | 02149 |
| 00014398 Current✓ | License issued: 6/22/1964 | MICHAEL | A | KAVILA | License expires 12/31/2004 License status: CURRENT LICENSE | 990 HARVEY RD | | SARDINIA | OH | 45171 |
| 00014428 Current✓ | License issued: 6/22/1964 | MICHAEL | T | SAVAGE | License expires 12/31/2004 License status: CURRENT LICENSE | 140 STOCKBRIDGE RD | PO BOX 682 | LENOX | MA | 01240 |
| 00014070 Current✓ | License issued: 6/22/1964 | MONTY | | SCHWARTZ | License expires 12/31/2004 License status: CURRENT LICENSE | 2.234 WILLIAMSBURG DR | | LONGMEADOW | MA | 01106 |
| 00014433 Current✓ | License issued: 6/20/1966 | PATRICK/AN | | KRAVETZ | License expires 12/31/2004 License status: CURRENT LICENSE | 119 SAMOSET AVE | | MANSFIELD | MA | 02048 |
| 00014776 Current✓ | License issued: 6/22/1964 | PAUL | A | FOLTA | License status: CURRENT LICENSE | 123 WEST STREET | | SANDISFIELD | MA | 01255 |
| 00014420 Current✓ | License issued: 6/26/1967 | PAUL | J | PICHIERRI | License status: CURRENT LICENSE | IN. 133-223 TUTU PARK | | ST THOMAS | VI | 00802 |
| 00014376 Current✓ | License issued: 6/22/1964 | PAUL | S | DRISCOLL | License status: CURRENT LICENSE | 8 ILLINOIS AVE | | SOMERVILLE | MA | 02145 |
| 00014355 Current✓ | License issued: 10/15/1963 | RONALD | J | DEMARIA | License status: CURRENT LICENSE | 3 TROYANO COURT | | BELLINGHAM | MA | 02019 |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|--------|---------------|------------|----|-----------|-----|----------|----------|-----------|-------|-----|
| 00014813 | | PETER | J | MAGGIO | JR | 21 HERITAGE DR | | PROSPECT | CT | 06712 |
| Current | License issued: 6/26/1967 | | | | | | | | | |
| 00014827 | | ROGER | C | MICHAUD | | 322 BRIDGES RD | | WESTPORT | MA | 02790 |
| Current | License issued: 6/26/1967 | | | | | | | | | |
| 00014413 | | RICHARD | A | NAJARIAN | | 55 HILL RD | | BELMONT | MA | 02478 |
| Current | License issued: 6/26/1967 | | | | | | | | | |
| 00014246 | | RICHARD | H | HAROUTUNIAN | | 2 JOHN HOOSER LN | | LEXINGTON | MA | 02420 |
| Current | License issued: 6/22/1964 | | | | | | | | | |
| 00014836 | | RICHARD | E | SCALZIA | | 10 JULIANNA DRIVE | | BRADFORD | MA | 01835 |
| Current | License expires: 12/31/2004 | | | | | | | | | |
| 00014793 | | ROBERT | | KASPARIAN | | 24 THOMAS DRIVE | | CHELMSFORD | MA | 01824 |
| Current | License expires: 12/31/2004 | | | | | | | | | |
| 00014920 | | ROBERT | P | MCADAM | | 45 SHIPS WAY | | BOURNE | MA | 02532 |
| Current | License expires: 12/31/2004 | | | | | | | | | |
| 00014822 | | ROBERT | | ROSEN | | 187 BISHOP'S FOREST DR | | WALTHAM | MA | 02452 |
| Current | License status: CURRENT LICENSE | | | | | | | | | |
| 00014314 | | ROBERT | M | SAMPSON | | 31 HOWLAND RD | | LAKEVILLE | MA | 02347 |
| Current | License status: CURRENT LICENSE | | | | | | | | | |
| 00014699 | | ROBERT | | WOLANSKE | | 143 FERNWOOD DR | | GREENFIELD | MA | 01302 |
| Current | License status: CURRENT LICENSE | | | | | | | | | |
| 00014236 | | ROBERT | W | DOBEK | | 143 FERNWOOD DR | PO BOX 444 | E LONGMEADOW | MA | 01028 |
| Current | License status: CURRENT LICENSE | | | | | | | | | |
| 00014873 | | ALFRED | J | TIEZZI | | 57 ENGLAWOOD DR | | OLD SAYBROOK | CT | 06475 |
| Current | License status: CURRENT LICENSE | | | | | | | | | |
| 00014530 | | PAULINE | | WILROY | | 170 YANKEE PEDDLAR DR | PO BOX 677 | NEEDHAM | NE | 01869 |
| Current | License status: CURRENT LICENSE | | | | | | | | | |
| 00014449 | | JAMES | | GALBOTA | | | PO BOX 677 | SOMERSET | MA | 02726 |
| Current | License expires: 12/31/2004 | | | | | | | | | |
| 00014215 | | WILLIAM | F | QUINN | | 86 ADDISON ST | | ROLLINSFORD | NE | 02301 |
| Current | License expires: 12/31/2004 | | | | | | | | | |
| 00014286 | | ELIZABETH | C | SILVERMAN | | 23 BLOSSOM LANE | | BROCKTON | MA | 01752 |
| Current | License status: CURRENT LICENSE | | | | | | | | | |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014779 CurrentⓍ | License issued: 6/26/1957 License expires: 12/31/2004 License status: CURRENT LICENSE | ERNEST | P | OATES | JR | ONE MEETING HOUSE SQ | | MIDDLETON | MA | 01949 |
| 00014676 CurrentⓍ | License issued: 6/20/1966 License expires: 12/31/2004 License status: CURRENT LICENSE | FLORENCE J | S | WALSH | | | PO BOX 33 | CLINTON | MA | 01510 |
| 00014633 CurrentⓍ | License issued: 6/10/1963 License expires: 12/31/2004 License status: CURRENT LICENSE | FRANCES | P | FORZIATI | | 3621 HWY 255 NORTH | | SAUTEE | GA | 30571 |
| 00014407 CurrentⓍ | License issued: 6/22/1964 License expires: 12/31/2004 License status: CURRENT LICENSE | FRED | | MATULA | | 123 NEW JERSEY AVE | | SOMERSET | MA | 02726 |
| 00014674 CurrentⓍ | License issued: 6/26/1967 License expires: 12/31/2004 License status: CURRENT LICENSE | FREDERICK | P | TURNER | | 215 JANET RD | | CHELMSFORD | MA | 01824 |
| 00014669 CurrentⓍ | License issued: 6/26/1967 License expires: 12/31/2004 License status: CURRENT LICENSE | GENE | | BELLE | JR | 255 NORTH RD | | CHELMSFORD | MA | 01824 |
| 00014650 CurrentⓍ | License issued: 6/20/1966 License expires: 12/31/2004 License status: CURRENT LICENSE | GEORGE | W | PAPPAS | | 67 BEVERLY RD | | ARLINGTON | MA | 02474 |
| 00014796 CurrentⓍ | License issued: 6/20/1966 License expires 12/31/2004 License status: CURRENT LICENSE | EDWARD | T | KELLY | III | 38 LOOKOUT MTN DR | UNIT 37 | MANCHESTER | CT | 06040 |
| 00014492 CurrentⓍ | License issued: 6/26/1967 License expires: 12/31/2004 License status: CURRENT LICENSE | JAMES | H | GROZMAN | | 9 ACORN DR | | RANDOLPH | MA | 02368 |
| 00014995 CurrentⓍ | License issued: 6/21/1965 License expires: 12/31/2004 License status: CURRENT LICENSE | DONALD | L | FOX | | 80 NO WOODCREST DR | | MELROSE | MA | 02176 |
| 00014879 CurrentⓍ | License issued: 6/20/1966 License expires: 12/31/2004 License status: CURRENT LICENSE | JAMES | J | WALL | JR | 15 DANNA DR | | FOXBORO | MA | 02035 |
| 00014693 CurrentⓍ | License issued: 6/20/1966 License expires: 12/31/2004 License status: CURRENT LICENSE | JEAN FONTAIN | | CASALE | | 1170 MAIN ST | | BOYLSTON | MA | 01505 |
| 00014787 CurrentⓍ | License issued: 6/20/1966 License expires: 12/31/2004 License status: CURRENT LICENSE | JEFFREY | C | HANSFIELD | | 23 CEDAR CREST RD | | CANTON | MA | 02021 |
| 00014932 CurrentⓍ | License issued: 6/20/1966 License expires: 12/31/2004 License status: CURRENT LICENSE | JEROME | F | DENMARK | | 516 KNOXVIEW DR | | WINSTON SALEM | NC | 27104 |
| 00014773 CurrentⓍ | License issued: 6/20/1966 License expires: 12/31/2004 License status: CURRENT LICENSE | JOAN | S | LENTINE | | 1905 RADNOR RD | | BETHESDA | MD | 20817 |
| 00014312 CurrentⓍ | License issued: 6/10/1963 License expires: 12/31/2004 License status: CURRENT LICENSE | JOHN | B | ROMANOWSKI | | 20 MARIANNE RD | | WALTHAM | MA | 02452 |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 000014664 | License issued: 6/20/1966 | JOHN | C | RIZZOTTO | | 23 EAGLE DRIVE | | TEWKSBURY | MA | 01876 |
| 00001742 | License issued: 6/20/1967 | JOHN | F | BERTOLAMI | | 92 SOUTH MAIN ST | | COHASSET | MA | 02025 |
| 000014661 | License issued: 6/21/1965 | JOHN | Q | CORCORAN | JR. | 80 CLARK ST | | EVERETT | MA | 02149 |
| 000014663 | License issued: 6/21/1965 | TINA | | CAMBUOLO | | 5793 149TH AVE SE | | BELLEVUE | WA | 98006 |
| 000014658 | License issued: 6/22/1964 | CAROL | A | POMFRET | | 30 WINSLOW FARM RD | | HUDSON | NH | 03051 |
| 000014657 | License issued: 6/22/1966 | WILLIAM | | CONRAD | JR. | | FOR SALE | LUNENBURG | MA | 01462 |
| 000014590 | License issued: 6/22/2004 | WILLIAM | | BAGLEY | JR. | | BOX 433 | BELMONT | MA | 02478 |
| 000014790 | License issued: 6/26/1967 | ALAN | D | ROGERS | | 14 GOULD ST | | NEW BEDFORD | MA | 02740 |
| 000014606 | License issued: 6/21/1964 | WILLIAM | J | MADDEN | JR. | 61 ROBERT RD | | STOUGHTON | MA | 02072 |
| 000014492 | License issued: 6/21/1964 | ALLAN | E | KATZ | | 28 CONSTINE RD | | NEWTON CENTER | MA | 02459 |
| 000014229 | License issued: 6/10/1965 | ALFRED | R | FALLAVOLLITA | JR. | 10 AUTUMN CREEK LN | | E FALMOUTH | MA | 02536 |
| 000014430 | License issued: 6/10/1965 | ANTHONY | R | TERAYLOU | | 69 TERAYLOU AVE | | EAST AMHERST | NY | 14051 |
| 000014294 | License issued: 6/20/1967 | ARTHUR | G | LERMAN | | | | SALT LAKE CITY | UT | 84112 |
| 000014609 | License issued: 6/26/1967 | BENJAMIN | C | GOLDSMITH | | 9112 TOWER BRIDGE AVE | | LAS VEGAS | NV | 89117 |
| 000014409 | License issued: 6/21/1965 | BENJAMIN | | MORGAN | | 90 SOUTH 2000E | | REVERE | MA | 02151 |
| 000014239 | License issued: 6/21/1965 | EILEEN | M | MORGAN | | 350 REVERE BEACH BLVD | | REVERE | MA | 02151 |
| 000014833 | License issued: 6/26/1967 | BERTRAM | A | NICHOLAS | JR. | 37 THOMPSON POND RD | | SPENCER | MA | 01562 |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014244 | License issued: 6/10/1963 | JOHN | W | GUADARZA | | 2 TAYLOR ST | | | MA | 01075 |
| 00014491 | License issued: 4/30/1963 | CHARLES | A | EICKHOFF | | 1502 FIRST AVE | | NEBRASKA CITY | NE | 68410 |
| 00014418 | License issued: 6/26/1967 | CHARLOTTE | R | MARINO | | 85 WEST STREET | | MEDFORD | MA | 02155 |
| 00014412 | License issued: 6/26/1967 | CONSTANCE | M | RANCOURT | | 1455 HIGHLAND AVE | | FALL RIVER | MA | 02720 |
| 00014583 | License issued: 6/28/1966 | DANIEL | R | DOHERTY | | 13 BOW ST | | WOBURN | MA | 01801 |
| 00014410 | License issued: 6/22/1964 | DAVID | A | MOROCCO | | 66 HARRISON ST | | NEWTON HIGHLAND | MA | 02461 |
| 00014351 | License issued: 6/26/1967 | DAVID | A | RAYMOND | | 1011 LONDONDERRY | | BEL AIR | MD | 21014 |
| 00014665 | License issued: 6/20/1966 | DIANA | M | SMITH | | 14 LORELEAN LN | | B NORTHPORT | NY | 11721 |
| 00014240 | License issued: 6/20/1966 | DONALD | J | GROUARD | | 101 OLIVEWOOD COURT | | PORTERVILLE | CA | 92257 |
| 00014778 | License issued: 6/10/1965 | DONALD | K | TRE | | 11 FLORUM RD | | MARBLEHEAD | MA | 01945 |
| 00014073 | License issued: 6/26/1967 | BERNARD | I | VLAJANCO | | 6990 DECELIS PL | APT 12 | VAN NUYS | CA | 91406 |
| 00014683 | License issued: 6/22/1964 | ROBERT | M | GOSSE | | 34 ARLENE AVE | | WILMINGTON | MA | 01887 |
| 00014659 | License issued: 6/20/1966 | RICHARD | J | PHILLIPS | | 381 MAIN ST | | SHREWSBURY | MA | 01545 |
| 00014356 | License issued: 6/27/1964 | RICHARD | M | SOBBON | | 333 BOLIVAR ST | 7TH FLOOR | NEW ORLEANS | LA | 70112 |
| 00014043 | License issued: 6/26/1967 | RICHARD | Y | FERSTERER | | 65 W CENTRAL ST | | NATICK | MA | 01760 |
| 00014807 | License issued: 6/26/1967 | RICHARD | W | LEVANSAVICH | | 23 MANOR RD | | AUBURN | MA | 01501 |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014334 | | ROBERT | A. | DAGOSTINO | | 543 SUMMER ST | | ARLINGTON | MA | 02474 |
| Current | License issued: 10/15/1963 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |
| 00014801 | | ROBERT | A. | LANDRY | | 373 BULKLEY ST | | WILLIAMSTOWN | MA | 01267 |
| Current | License issued: 6/24/1967 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |
| 00014423 | | ROBERT | B. | ROTHMAN | | 776 ARROWHEAD CIRCLE | | ASHLAND | MA | 01721 |
| Current | License issued: 6/22/1964 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |
| 00014799 | | ROBERT | B. | ESTER | | 22 MAYTUM WAY | | MIDDLETON | MA | 01949 |
| Current | License issued: 6/22/1964 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |
| 00014693 | | ROBERT | E. | WHITE | | 778 SLATER PARK AVE | | PAWTUCKET | RI | 02861 |
| Current | License issued: 6/24/1966 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |
| 00014466 | | JOHN | F. | DELLO | | 109 LAUREL ST | | DUXBURY | MA | 02332 |
| Current | License issued: 6/21/1965 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |
| 00014657 | | ROBERT | F. | PORCOLEK | | 28 ANGELINA LN | | MANSFIELD | MA | 02048 |
| Current | License issued: 6/80/1966 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |
| 00014664 | | PHILIP | F. | TEEUWEN | | 80 CLARKEA RD | | CHELMSFORD | MA | 01824 |
| Current | License issued: 6/22/1965 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |
| 00014615 | | ROBERT | G. | KARLYN | | 24 PINE KNOLL DR | | BEVERLY | MA | 01915 |
| Current | License issued: 6/22/1965 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |
| 00014438 | | SIRAJ | | SHAMSI | | 143 WASHINGTON ST | | WINCHESTER | MA | 01890 |
| Current | License issued: 6/24/1967 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |
| 00014682 | | SPIROS | | THOMAS | | | PO BOX 1014 | E DENNIS | MA | 02641 |
| Current | License issued: 6/20/1966 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |
| 00017923 | | ROBERT | | GROTH | | 109 GLEN AVENUE | | UPTON | MA | 01568 |
| Current | License issued: 6/20/1967 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |
| 00014760 | | RONALD | | ELLIS | | 3144 HOLLYWOOD DR | | CHARLTON | MA | 01507 |
| Current | License issued: 6/24/1967 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |
| 00004744 | | THOMAS | | CANTILLON | | 20 DIANNE RD | | MEDFORD | MA | 02155 |
| Current | License issued: 6/24/1967 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |
| 00014658 | | THOMAS | J. | MARTIN | | 144 CENTER ST | | RAYNHAM | MA | 02767 |
| Current | License issued: 6/24/1966 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |
| 00014715 | | VERNITA | | BRYANT | | 23 HOBART LN | | COHASSET | MA | 02025 |
| Current | License issued: 10/18/1966 | | | | License expires: 12/31/2004 | | | License status: CURRENT LICENSE | | |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014549 | License Issued: 6/21/1965 | WALTER | L | VANBUSKIRK | | 29 WAKEFIELD RD | PO BOX 1275 | KENNEBUNK | ME | 04043 |
| 00014543 | License Issued: 6/21/1965 | ROBERT | F | STERLING | | 307 BLUEBERRY CIR | | MIDDLEBOROUGH | MA | 02346 |
| 00014570 | License Issued: 6/21/1965 | LESLIE | H | LELAND | | License status: CURRENT LICENSE | PO BOX 417 | VINEYARD HAVEN | MA | 02568 |
| 00014341 | License Issued: 12/1/2004 | JOSEPH | | FELIX | | 28-27 PLANTATION RD | | HATFIELD | MA | 01038 |
| 00014371 | License Issued: 6/10/1963 | WILLIAM | J | CORAGGIO | | 13 CANAL RUN WEST | | WASH CROSSING | PA | 18977 |
| 00014403 | License Issued: 6/22/1964 | JOHN | | ZORN | | 97 ALAHELE PL | | KIHEI | HI | 96753 |
| 00014941 | License Issued: 6/22/1964 | JOHN | | ZORN | | License status: CURRENT LICENSE | | | | |
| 00014870 | License Issued: 6/26/1967 | KENNETH | | SQUARTEN | | 21859 SUNSET CIR R | TRIPLER ARMY HOSPITAL | AIEA | HI | 96701 |
| 00014341 | License Issued: 6/10/1963 | KENNETH | | KARAKASIAN | | 63 FAIRFIELD ST | | NEWTONVILLE | MA | 02460 |
| 00014418 | License Issued: 6/29/1966 | KENNETH | | CARTER | | License status: CURRENT LICENSE | | | | |
| 00014216 | License Issued: 12/1/2004 | LARRY | | LABOR | | 1106 WINDSOR AVE | | PITTSFIELD | MA | 01201 |
| 00014000 | License Issued: 12/1/2004 | LARRY | | LABOR | | 1000 OLD BLAKE FARM RD | | MORGAN | VT | 05853 |
| 00014275 | License Issued: 6/26/1967 | LAWRENCE | G | MAIDA | | 121 MASS AVE | | ARLINGTON | MA | 02474 |
| 00014565 | License Issued: 6/10/1963 | RICHARD | V | MACFELD | | 41 HILLCREST AVE | | QUEENSBURY | NY | 12804 |
| 00014238 | License Issued: 6/10/1963 | RICHARD | A | GIBBONS | | 2038 NOBLE CT | | GRAND JUNCTION | CO | 81504 |
| 00014314 | License Issued: 6/10/1963 | LEON | | TENORSKY | | 131 MILL ST | | WESTWOOD | MA | 02090 |
| 00014556 | License Issued: 7/12/1965 | LILLIAN | | COURT-DEMARTIN | | | | HIGHLAND BEACH | FL | 33487 |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014667 | | LORRAINE | A. | HALL | | 7 JUNIPER RD | | WROTHAM | NH | 03087 |
| Current☑ | License issued: 6/20/1966 | | | | | License expire: 12/31/2004 | License status: CURRENT LICENSE | | | |
| 00014655 | | LOY | A. | LUTTON | | 310 N HIGH ST | | HILLSBORO | OH | 45133 |
| 00014374 | | NABERIO | | DELHI | | 41 MOUNTAIN ST | | WOBURN | MA | 01801 |
| Current☑ | License issued: 6/20/1966 | | | | | License expire: 12/31/2004 | License status: CURRENT LICENSE | | | |
| 00014288 | | MICHAEL | A. | NASSISE | | 22 GREENFIELD ST | | S EASTON | MA | 02375 |
| Current☑ | License issued: 6/22/1964 | | | | | License expire: 12/31/2004 | License status: CURRENT LICENSE | | | |
| 00014698 | | NORMAN | A. | FLAXMAN | | 4000 VALLEY VIEW DR | | LITTLE ROCK | AR | 72212 |
| Current☑ | License issued: 6/10/1963 | | | | | License expire: 12/31/2004 | License status: CURRENT LICENSE | | | |
| 00014661 | | PATRICK | A. | DUFF | | 1 OAKLAND DRIVE | | SPENCER | MA | 01562 |
| Current☑ | License issued: 6/21/1965 | | | | | License expire: 12/31/2004 | License status: CURRENT LICENSE | | | |
| 00014542 | | PAUL | H. | STEC | | 14 N&W PARKWOOD CT | | SPOKANE | WA | 99216 |
| Current☑ | License issued: 6/26/1967 | | | | | License expire: 12/31/2004 | License status: CURRENT LICENSE | | | |
| 00014339 | | PETER | E. | LEVANGIE | | 24 NETTA RD | | DEDHAM | MA | 02026 |
| Current☑ | License issued: 10/15/1963 | | | | | License expire: 12/31/2004 | License status: CURRENT LICENSE | | | |
| 00014438 | | JOHN | S. | CIRLANO | | 830 BISHOPS COURT | | BIRMINGHAM | AL | 35242 |
| Current☑ | License issued: 2/23/1964 | | | | | License expire: 12/31/2004 | License status: CURRENT LICENSE | | | |
| 00014642 | | LEO | P. | FARNAGHAN | | 11 OLD LANTERN C | | PAXTON | MA | 01612 |
| Current☑ | License issued: 6/20/1964 | | | | | License expire: 12/31/2004 | License status: CURRENT LICENSE | | | |
| 00014657 | | JAMES DAVID | | GRADY | | 92 GOSS HILL ROAD | | HUNTINGTON | MA | 01050 |
| Current☑ | License issued: 6/26/1967 | | | | | License expire: 12/31/2004 | License status: CURRENT LICENSE | | | |
| 00014297 | | GAIL PHILLIP | | BUCHER | | 91 SPRING VALLY RD | | BELMONT | MA | 02478 |
| Current☑ | License issued: 6/10/1963 | | | | | License expire: 12/31/2004 | License status: CURRENT LICENSE | | | |
| 00014579 | | GARY | | THOMPSON | | 24 HANNA RD | | FRAMINGHAM | MA | 01701 |
| Current☑ | License issued: 6/21/1963 | | | | | License expire: 12/31/2004 | License status: CURRENT LICENSE | | | |
| 00006 | | GERALD | | SPRINGER | | 19 NILES RD | | RANDOLPH | MA | 02368 |
| Current☑ | License issued: 12/31/2004 | | | | | License expire: 12/31/2004 | License status: CURRENT LICENSE | | | |
| 00014432 | | GERALDINE | | ARAKELIAN | | 191 LAKE ST | | SHREWSBURY | MA | 01545 |
| Current☑ | License issued: 6/21/1963 | | | | | License expire: 12/31/2004 | License status: CURRENT LICENSE | | | |
| 00013020 | | GERARD | F. | SOKOP | | 11 PLEASANT VIEW DR | | HATFIELD | MA | 01038 |
| Current☑ | License issued: 6/13/1966 | | | | | License expire: 6/13/1966 | License status: CURRENT LICENSE | | | |

| Number | | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | CityTown | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00014327 | Current | License issued: 6/21/1965 | GREGORY | M | ROMAINE | | 175 WALPOLE ST | | NORWOOD | MA | 02062 |
| 00014546 | Current | License issued: 6/21/1965 | HARVEY | F | TARACINOCK | | 124 PARKER RD | | NEEDHAM | MA | 02494 |
| 00014202 | Current | License issued: 6/21/1965 | HENRY | J | ARSENAULT | JR | 392 CRANE AVE S | | TAUNTON | MA | 02780 |
| 00014075 | Current | License issued: 6/10/1963 | JAMES | E | SMITH | | 14 LOUISIAN LANE | | E NORTHPORT | NY | 11731 |
| 00014431 | Current | License issued: 6/20/1966 | JOSEPH | G | SPEZZAFERO | | 5 LONGBOW RD | | STONEHAM | MA | 02180 |
| 00014633 | Current | License issued: 6/21/1965 | JAMES | M | MORAN | | 24 LINWOOD DR | | JOHNSTON | RI | 02919 |
| 00014226 | Current | License issued: 6/10/1963 | FRANCIS | R | DOWNING | | 35 RICHMOND AVE | | LEE | MA | 01238 |
| 00014474 | Current | License issued: 6/21/1964 | JASON | M | ABRAMS | | 230 EAST ASHLAND STREET | | BROCKTON | MA | 02302 |
| 00014291 | Current | License issued: 6/26/1967 | JOAN | | NISSONLIA | | 15 STRATTON RD | | FRAMINGHAM | MA | 01702 |
| 00014509 | Current | License issued: 6/21/1965 | JOHN | | MCWILLIAMS | | 237 TIBBITT CIR | | FITCHBURG | MA | 01420 |
| 00014274 | Current | License issued: 6/21/1965 | JOHN | B | MACHRAL | | 8 FALCON LANE | | BURLINGTON | MA | 01803 |
| 00014563 | Current | License issued: 6/10/1963 | JOHN | N | COLLINS | | 36 WANANQUOAH AVE | | CHELSEA | MA | 02150 |
| 00014560 | Current | License issued: 6/22/1964 | JOSEPH | E | BRUNNOCK | | 616 ALDEN ST | | SPRINGFIELD | MA | 01109 |
| 00014433 | Current | License issued: 6/26/1967 | ANTHONY | D | SAMALLE | | 986 WEST ST | | PITTSFIELD | MA | 01201 |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014710 Current☑ | License issued: 9/27/1965 License expires: 12/31/2004 | JAMES | G | POTAMIS | License status: CURRENT LICENSE | 23 FULTON ST | | WOBURN | MA | 01801 |
| 00014307 Current☑ | License issued: 9/27/1966 License expires: 12/31/2004 | CLAYTON | T | SHAW | License status: CURRENT LICENSE | 1801 TOBIN TRAIL | | GARLAND | TX | 75043 |
| 00014447 Current☑ | License issued: 6/10/1963 License expires: 12/31/2004 | ANTHONY | J | EVANGELISTA | License status: CURRENT LICENSE | 202 GROVERS AVE | | WINTHROP | MA | 02152 |
| 00014771 Current☑ | License issued: 6/26/1967 License expires: 12/31/2004 | ARTHUR | C | SEDELL | License status: CURRENT LICENSE | | PO BOX 337 | RAYNHAM CENTER MA | | |
| 00014671 Current☑ | License issued: 6/20/1966 License expires: 12/31/2004 | ASPASIA | G S | YANKOPOULOS | License status: CURRENT LICENSE | 34 BUTTONWOOD LN | | PEABODY | MA | 01960 |
| 00014564 Current☑ | License issued: 5/31/1966 License expires: 12/31/2004 | BURTON | J | STICKENS | License status: CURRENT LICENSE | 99 PINE ST | | NATICK | MA | 01760 |
| 00014434 Current☑ | License issued: 6/22/1964 License expires: 12/31/2004 | BRADFORD | C | ADLER | License status: CURRENT LICENSE | 131 MILANO AVE | | CHELMSFORD | MA | 01824 |
| 00014208 Current☑ | License issued: 6/21/1965 License expires: 12/31/2004 | WILLIAM | F | BOORAS | License status: CURRENT LICENSE | 99 ESSEX STREET | | LYNN | MA | 01902 |
| 00014037 Current☑ | License issued: 6/10/1963 License expires: 12/31/2004 | BRUCE | R | MANNING | License status: CURRENT LICENSE | 131 MADISON RD | | NORTHBORO | MA | 01532 |
| 00014022 Current☑ | License issued: 6/20/1966 License expires: 12/31/2004 | CARL | F | KELLY | License status: CURRENT LICENSE | 9 HERON COVE DRIVE | | MERRIMACK | NH | 01054 |
| 00014153 Current☑ | License issued: 6/20/1966 License expires: 12/31/2004 | | | PACES | License status: CURRENT LICENSE | 199 CHAPMAN PLACE | | LEOMINSTER | MA | 01453 |
| 00014196 Current☑ | License issued: 5/28/1963 License expires: 12/31/2004 | FREDERICK | J | ABRAMEK | License status: CURRENT LICENSE | 6132 E ANDERSON DR | | SCOTTSDALE | AZ | 85254 |
| 00014031 Current☑ | License issued: 6/10/1963 License expires: 12/31/2004 | CHARLES | P | KELLY | License status: CURRENT LICENSE | 16 LAWRENCE LN | | BELMONT | MA | 02478 |
| 00014220 Current☑ | License issued: 6/10/1963 License expires: 12/31/2004 | FREDERICK | JR | CONNELLY | License status: CURRENT LICENSE | 245 OLD QUEEN ANN RD | BOX 337 | CHATHAM | MA | 02633 |
| 00014833 Current☑ | License issued: 6/26/1967 License expires: 12/31/2004 | DAVID | F | McMAHON | License status: CURRENT LICENSE | 131 FRANCESTOWN RD | | GREENFIELD | NH | 03047 |
| 00014399 Current☑ | License issued: 6/10/1963 License expires: 12/31/2004 | DONALD | R | PUTNEY | License status: CURRENT LICENSE | 20 RIVERSIDE DR | | N READING | MA | 01864 |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 000014860 Current☑ | License issued: 6/26/1967 | EARLE | | SELWITZ | | 2413 NW 78 CT | | TAMARAC | FL | 33321 |
| | License expire: 12/31/2004 | | | License status: CURRENT LICENSE | | | | | | |
| 000014247 Current☑ | License issued: 6/10/1963 | EDWARD | A | HAATKANFT | | 224 MID PINE RD | | YARMOUTHPORT | MA | 02675 |
| | License expire: 12/31/2004 | | | License status: CURRENT LICENSE | | | | | | |
| 000014317 Current☑ | License issued: 6/10/1963 | EDWARD | F | GAREY | | FOREST PARK DR. | | LAKEVILLE | MA | 02347 |
| | License expire: 12/31/2004 | | | License status: CURRENT LICENSE | | | | | | |
| 000014383 Current☑ | License issued: 6/10/1963 | EDWARD | K | BRENNAN | | 195 TEMPLE RD | | WALTHAM | MA | 02452 |
| | License expire: 12/31/2004 | | | License status: CURRENT LICENSE | | | | | | |
| 000014499 Current☑ | License issued: 6/21/1964 | EDWARD | P | LABLEUR | | 93 MASON ST | | HUDSON | MA | 01749 |
| | License expire: 12/31/2004 | | | License status: CURRENT LICENSE | | | | | | |
| 000014237 Current☑ | License issued: 6/10/1963 | FERNANDO | | GIANGREGORIO | | 33 CARINO ST | | REVERE | MA | 02151 |
| | License expire: 12/31/2004 | | | License status: CURRENT LICENSE | | | | | | |
| 000014735 Current☑ | License issued: 6/26/1967 | FRANCIS | | DUNN | JR. | 49 LILAC LN | | LITTLETON | NH | 03561 |
| | License expire: 12/31/2004 | | | License status: CURRENT LICENSE | | | | | | |
| 000014857 Current☑ | License issued: 6/26/1967 | JOSEPH | M | SCEPA | | ONE DENT ST | | WEST ROXBURY | MA | 02132 |
| | License expire: 12/31/2004 | | | License status: CURRENT LICENSE | | | | | | |
| 000014561 Current☑ | License issued: 6/26/1967 | JOSEPH | F | ADAMS | | 1077 E WASHINGTON ST | | HANSON | MA | 02341 |
| | License expire: 12/31/2004 | | | License status: CURRENT LICENSE | | | | | | |
| 000014814 Current☑ | License issued: 1/4/1966 | STEPHEN | B | BRELLAHLY | | 59 BEEKMAN DR | | AGAWAM | MA | 01001 |
| | License expire: 12/31/2004 | | | License status: CURRENT LICENSE | | | | | | |
| 000014631 Current☑ | License issued: 6/26/1967 | ROBERT | K | MALONEY | | 10 JOYCE RD | | FRAMINGHAM | MA | 01701 |
| | License expire: 12/31/2004 | | | License status: CURRENT LICENSE | | | | | | |
| 000014541 Current☑ | License issued: 6/21/1965 | JOSEPH | G | LAMONICA | | 39 WARREN ST | | EVERETT | MA | 02149 |
| | License expire: 12/31/2004 | | | License status: CURRENT LICENSE | | | | | | |
| 000014325 Current☑ | License issued: 6/21/1965 | ROMUALD | S | STANAS | | 41 PAYDEN RD | | SHREWSBURY | MA | 01545 |
| | License expire: 12/31/2006 | | | License status: CURRENT LICENSE | | | | | | |
| 000014348 Current☑ | License issued: 6/21/1965 | RONALD | E | ANDERSON | | 1473 CLINTON DR | | YARDLEY | PA | 19067 |
| | License expire: 12/31/2006 | | | License status: CURRENT LICENSE | | | | | | |
| 000014305 Current☑ | License issued: 6/22/1964 | RONALD | B | PROMOR | | 12 KNIGHT ST | | WORCESTER | MA | 01605 |
| | License expire: 12/31/2006 | | | License status: CURRENT LICENSE | | | | | | |
| 000014303 Current☑ | License issued: 6/10/1963 | RONALD | J | SAPORITO | | 34 ALLEN LANE | | IPSWICH | MA | 01938 |
| | License expire: 12/31/2006 | | | License status: CURRENT LICENSE | | | | | | |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00001264 | License issued: 6/10/1963 | RUDOLPH | W | KUC | JR | '79 CAMDEN ST | | S HADLEY FALLS | MA | 01075 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014403 | License issued: 6/10/1966 | RUSSELL | V | PARLEE | | 19144 SW 53RD CT | | TUALATIN | OR | 97062 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014691 | License issued: 6/20/1966 | SHEILA | P | COLEMAN | | '62 LAURELWOOD DR | | STOUGHTON | MA | 02072 |
| Current | License expires: 12/29/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014676 | License issued: 6/20/1966 | WILLIAM | J | VANGELDER | | '94 BLUEBERRY LANE | | WESTWOOD | MA | 02090 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014670 | License issued: 6/25/1967 | STEPHEN | A | SHERR | | 164 PLEASANT ST | | MARLBORO | MA | 01752 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014600 | License issued: 6/20/1966 | STEPHEN | O | GARABEDIAN | | 175 LOVELL RD | | SOUTHAMPTON | MA | 01073 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014703 | License issued: 6/26/1990 | STEPHEN | P | SLATOR | | 94 TARA DR | | WATERTOWN | MA | 02472 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014676 | License issued: 6/16/1990 | ROBERT | L | MAKLEWICZ | | 10 CROOKED LEDGE RD | | POMONA | NY | 10970 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014676 | License issued: 6/22/1964 | STEVEN | B | LUHE | | 51 MADISON ST | | REVERE | MA | 02151 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014738 | License issued: 6/22/1964 | STEVEN | M | BAKER | | 14-1 THORNRIDGE CIR | | STOUGHTON | MA | 02072 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014703 | License issued: 6/20/1967 | THEODORE | A | BARTLETT | | 655 DENNISON DR | | SOUTHBRIDGE | MA | 01550 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014621 | License issued: 9/27/1966 | THEODORE | P | PORCH | | '4717 CARRIAGE WOODS CT | | MOBILE | AL | 36618 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014621 | License issued: 6/21/1963 | THOMAS | R | KELLEY | | OFFICE FOR PHARMACY SERV | 555 EAST STREET | TEWKSBURY | MA | 01876 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014473 | License issued: 6/20/1966 | VINCENT | J | TIERIO | | '325 HEATHWOOD LANE | | SCARBOROUGH | ME | 04074 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014512 | License issued: 6/21/1966 | WALTER | E | STOLARZ | | | PO BOX 253 | METHUEN | MA | 01844 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |
| 00014411 | License issued: 6/10/1963 | STANLEY | J | MUCHNICKOFF | | 584 MELARK DR | | CARMEL | IN | 46032 |
| Current | License expires: 12/31/2004 | | | | | License status: CURRENT LICENSE | | | | |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 000014471 | | MICHEL | G. | BOW | | 503 NASKETUCKET WAY | | FAIRHAVEN | MA | 02719 |
| Current☒ | License issued: 6/21/1965 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |
| 000014353 | | JOSEPH | P. | BUYNISKI | | 57 WOODHAVEN RD | | GLASTONBURY | CT | 06033 |
| Current☒ | License issued: 6/22/1964 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |
| 000014457 | | JOSEPH | E. | CHARRON | III | 106 MEADOW LANE | | GREENFIELD | MA | 01301 |
| Current☒ | License issued: 6/21/1965 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |
| 000014703 | | JUDITH | Q. | TISCHLER | | 17 AMES STREET | | SHARON | MA | 02067 |
| Current☒ | License issued: 6/22/1967 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |
| 000014206 | | LEON | | LAMERE | | 9 MARION AVE | | N ADAMS | MA | 01247 |
| Current☒ | License issued: 6/01/1963 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |
| 000014502 | | LEWIS | D. | LEPENE | | 4001 N OCEAN BLVD | APT 1401 | BOCA RATON | FL | 33431 |
| Current☒ | License issued: 6/21/1965 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |
| 000014485 | | LLOYD | E. | HARRIS | | 32 GORDON ST | | LEOMINSTER | MA | 01453 |
| Current☒ | License issued: 6/21/1965 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |
| 000014447 | | LOUIS | | MARIANO | JR | 219 LEYDEN ST | | E BOSTON | MA | 02128 |
| Current☒ | License issued: 6/21/1965 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |
| 000014516 | | MALCOLM | | GIRSH | | 40 ADAMAN DR | | N FALMOUTH | MA | 02556 |
| Current☒ | License issued: 6/22/1964 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |
| 000014433 | | MARTIN | | STEPHENSON | | 1 HUCKLEBERRY LN | | SHARON | MA | 02067 |
| Current☒ | License issued: 6/21/1965 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |
| 000014646 | | ROBERT | | DICASTRO | | 14 GRANT ST | | N ATTLEBORO | MA | 02760 |
| Current☒ | License issued: 6/20/1966 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |
| 000014203 | | MICHAEL | | KATHANASOULAS | | 1 NEWTOWNE WAY | | CHELMSFORD | MA | 01824 |
| Current☒ | License issued: 6/10/1905 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |
| 000014756 | | ROBERT | | CIRILLO | | 116 PAPERMILL RD | | WESTFIELD | MA | 01085 |
| Current☒ | License issued: 6/26/1967 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |
| 000014235 | | NORMAN | | KATZ | | 6601 HALSEY DR | | WOODRIDGE | IL | 60517 |
| Current☒ | License issued: 6/10/1963 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |
| 000014280 | | PAUL | F. | MCCARTHY | | 14 LONGWOOD DRIVE | NO 4 | ANDOVER | MA | 01810 |
| Current☒ | License issued: 6/10/1963 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |
| 000014574 | | RICHARD | A. | BUTT | | 40 MARLBORO RD | | DELMAR | NY | 12054 |
| Current☒ | License issued: 6/20/1966 | | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014493 Current☑ License issued: 6/21/1965 License expires: 12/31/2004 | | RICHARD | A | KATZE | | 27 WAREHAM ST | | BOSTON | MA | 02118 |
| 00014483 Current☑ License issued: 6/21/1965 License expires: 12/31/2004 | | RICHARD | P | CROTEAU | | 193 SETUCKET RD | | YARMOUTHPORT | MA | 02675 |
| 00014399 Current☑ License issued: 6/21/1965 License expires: 12/31/2004 | | RICHARD | D | KUDASESKI | | 124 CEDAR ST | | CLINTON | MA | 01510 |
| 00014521 Current☑ License issued: 6/22/1964 License expires: 12/31/2004 | | RICHARD | E | MCCARTHY | | 8 TIMBERLINE DR | | NORFOLK | MA | 02056 |
| 00014623 Current☑ License issued: 6/26/1967 License expires: 12/31/2004 | | ROBERT | | DEXLTER | | 310 WOOD SHADOW CT | | MILLSVILLE | MD | 21108 |
| 00014434 Current☑ License issued: 6/26/1967 License expires: 12/31/2004 | | ROBERT | | WEINBOOTH | | 110 HIGH STREET | | SHREWSBURY | MA | 01545 |
| 00014572 Current☑ License issued: 6/26/1967 License expires: 12/31/2004 | | ROBERT | H | DAVID | | 777 CLOVER HILL DR | | FEEDING HILLS | MA | 01030 |
| 00014678 Current☑ License issued: 6/26/1967 License expires: 12/31/2004 | | MARION | A | RAYMOND | | 197 MARION RD | PO BOX 776 | WAREHAM | MA | 02571 |
| 00014941 Current☑ ATHOL MEMORIAL HOSPIT License issued: 6/26/1967 License expires: 12/31/2004 | | EVERETT | C | PARMENTER | | 2033 MAIN ST | ATHOL MEMORIAL HO ATHOL | ATHOL | MA | 01331 |
| 00014933 Current☑ BIG Y FOODS INC. License issued: 6/22/1964 License expires: 12/31/2004 | | VINCENT W | A | BELOTTI | | 1090 BROAD ST | | SPRINGFIELD | MA | 01118 |
| 00014918 Current☑ License issued: 6/10/1968 License expires: 12/31/2004 | | PATRICIA | | LAMOTHE | | 119 SHEAFFER RD | | CENTRALVILLE | RI | 02463 |
| 00014578 Current☑ HEALTH ALLIANCE HOSPIT License issued: 6/20/1966 License expires: 12/31/2004 | | PAUL | P | CONCIMAI | | 60 HOSPITAL RD | | LEOMINSTER | MA | 01453 |
| 00014233 Current☑ LOUIS E CLARK DMD PC License issued: 12/31/2003 License expires: 12/31/2004 | | LOUIS | | DEIMOSTHENOUS | | 2 CAPTAIN RD | | WILBRAHAM | MA | 01095 |
| 00014777 Current☑ MASS GENERAL HOSP License issued: 5/2/1967 License expires: 12/31/2004 | | JEROME | | JANOUSEK | | 531 FRANKLIN ST | | DUXBURY | MA | 02332 |
| 00014669 Current☑ NORTHEASTERN UNIVERSI: ROBERT License issued: 6/20/1966 License expires: 12/31/2004 | | | A | SCHATZ | | TOXICOL PROGRAM | NORTHEASTERN UNIV BOSTON | MA | 02115 |

| Number | Business Name | First Name | MI | Last Name | Gen | Address1 | Address2 | City/Town | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 00014544 | ST ELIZABETHS HOSPITAL | ANTHONY | S. | TOMASE | | 182 LAWNDALE RD | | MANSFIELD | MA | 02044 |
| Current☑ | License issued: 6/21/1963 | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | | |
| Q00014387 | STAT-CARE PHARMACY | NORMAN | E. | GINNS | | 55 TURNER LANE | P.O. BOX 62 | E. TEMPLETON | MA | 01438 |
| Current☑ | License issued: 6/22/1964 | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | | |
| 00014652 | WALGREENS PHARMACY | MILDRED | A. | REED | | 3060 YACHT HARBOR CIRCLE | APT 102 | NAPLES | FL | 34112 |
| Current☑ | License issued: 6/20/1966 | License expires: 12/31/2004 | | License status: CURRENT LICENSE | | | | | | |

**Total records: 386**

# Ex. 4

Attachment I

## Stilbestrol Survey for Pharmacists

1.  Your name: (first, middle, last)

    _____

2.  Your Address: (street, city, state, zip code)

    _____

    _____

3.  Telephone Number: (___)_____

4.  E-mail address: _____

5.  During the period 1963-1967 were you a practicing retail pharmacist in Massachusetts?

    Yes ___ No ___

6.  If yes, please state name of pharmacy _____

7.  City or town where pharmacy was located: _____

8.  Was the pregnancy size ($5_{mg}$ or $25_{mg}$) diethylstilbestrol stocked and dispensed at the store in the 1960s?
    Yes ___ No ___

    *(If you answered no, you have completed the survey. If yes, please continue.)*

9.  If a customer's prescription read "DES" "Stilbestrol" or "diethylstilbestrol" (in pregnancy sizes $5_{mg}$ or $25_{mg}$) but no brand name was indicated, what brand would have been primarily dispensed? _____

10. If you wish to provide any further comments or information, please do so.

    _____

    _____

11. If you recall the names of the wholesaler(s) from whom the unspecified drug was ordered, please list the name(s) of the wholesaler(s) _____

## (THANK YOU FOR COMPLETING THIS SURVEY)

# Ex. 5

**HAROLD B. SPARR, R.PH., D.PH., M.S.**
210 NAHANTON STREET, UNIT 121
NEWTON, MA 02459
TELEPHONE: (617)969-5322

October 12, 2004

Aaron M. Levine, Esq.
Aaron M. Levine & Associates
1320 19th Street, N.W., 5th Floor
Washington, DC 20036

Dear Mr. Levine:

In accordance with your request of May 4, 2004, I have embarked upon a study, over the last four months, to determine the extent of the share of the pregnancy size ($5_{mg}$ & $25_{mg}$) DES Market (Stilbestrol - - Diethylstilbestrol) dispensed in the drug stores, in the Commonwealth of Massachusetts, for the 16 year period centered in 1965, i.e., 1955 to 1971. The six research areas which provide the basis of my opinion are:

1. My personal experience as a retail practicing pharmacist dispensing DES and teacher of pharmacy in Massachusetts over the last forty-nine years, including my experience as president of the Massachusetts Board of Registration in Pharmacy and my presidency of the Massachusetts College of Pharmacy Alumni Association.

2. Personal conversations, research and investigations, wherein I have contacted hundreds of Massachusetts pharmacists who were practicing retail pharmacy during the period of time under investigation.

3. A review of approximately 200 sworn, randomly collected Statements obtained by your office and by me over the last few years, of the recollection of over 200 retail Massachusetts pharmacists who were practicing in the period under review, including the deposition testimony and sworn statements of a wholesale pharmacist and discussions with wholesalers, as well as the dozens of actual prescriptions for DES we were able to find.

4. A literature search of the pertinent pharmacy and retail pharmaceutical literature covering the period under examination; and



Aaron M. Levine, Esq.
Page Two
October 12, 2004

5.  A study employing standard survey and accepted academic bio-statistical analysis
    conforming to proper questionnaire, reporting and analysis practices, with the assistance
    of professional survey personnel.

6.  A review of the Massachusetts retail drug store practices and DES marketing
    environment over the period 1954 to 1971, to determine year to year consistency, in order
    to determine if the practices were stable during the period under review, statewide,
    including:

    a.  Economic factors;
    b.  Social and cultural factors;
    c.  Competitive factors;
    d.  Technological change;
    e.  Government and legal factors;
    f.  Communication within the retail pharmacy industry;
    g.  Disease incidences;
    h.  Distribution of goods and services;
    i.  Demographic factors;
    j.  Physician prescribing habits;
    k.  Wholesaler and manufacturer services, distribution, support and literature;
    l.  Pharmacist education;
    m.  Packaging and delivery of pharmaceuticals;
    n.  Year to year innovation;
    o.  Medical indications;
    p.  Marketing and sales practice and demand;
    q.  Deletion and addition to drug popularity;
    r.  Product life cycle and shelf life;
    s.  Prescriber motivation and prescribing habits;
    t.  New drug promotion – old drug withdrawal;
    u.  Sources of information to the retail pharmacist;
    v.  Pharmaceutical product development and popularization;
    w.  F.D.A. involvement;
    x.  Market characteristics;
    y.  Generics v. brand names; and
    z.  Stability of the marketplace;

    In conducting the survey, I took into consideration the market, product availability,
diversification and specialization. I looked at the topics from the standpoint of the manufacturer,
the wholesaler and the retailer. I considered competition in the retail pharmaceutical industry,

Aaron M. Levine, Esq.
Page Three
October 12, 2004

price determination, advertising, detailing and other forms of promotion, as well as staffing,
acquisition of businesses, brand image, detailing, promotion, regulations, publications,
professional standards, attitudes, nature of drug store and retail pharmacy practices, such as
independence, traditional goods, sales and discounts, consumer attitudes, competition, promotion
and pharmacy ethical and professional responsibilities during the '50s and '60s. I also
investigated and researched prescription habits, record keeping, product variation, wholesaler to
retailer supply systems, trademark and generic names, hospital verses retail operations, stocking
and dispensing practices and sales and sales record keeping.

Virtually the only body of information I did not have access to was the Lilly Digest,
which was a compilation published annually by Eli Lilly during that period, which covered such
topics as average volume, prescription charges, costs of goods sold, expenses, new prescriptions,
refills and advertising at the retail level. I understand this research is included in the Lilly
Digest, which the Company has been requested to open but has not seen fit to share with us.

My qualifications for this survey are:

I began my career in retail pharmacy in 1944, as a clerk and stock boy in my father's
retail pharmacy, Sparr's Drug Store, Inc., which was across the street from the Boston Lying-In
Hospital and adjacent to the Harvard Medical School and the Harvard School of Public Health.
As you know, DES was popular in Massachusetts, as the Smith's and other promoters lived there
through the Lilly detailmen, Jason Goldsmith and Harry Fine and Louis Bromberg.

From the age of 10 until I was 17, I was a stock boy, pharmacist's assistant and would
unpack orders and stock the shelves from the drug wholesalers. In 1951 at the age of 17, I
became a pharmacy student at Massachusetts College of Pharmacy and Health Sciences but
continued to work in the store 20 or 30 hours a week as I had for the prior seven years. While in
pharmacy school, I continued to work at the store part-time as an apprentice pharmacist from the
years 1951 to 1955 and thereafter, engaged in the field of pharmacy continuously and
exclusively until the present, except for two years of military service as a pharmacist. I hold a
Bachelor of Science Degree in Pharmacy from the Massachusetts College of Pharmacy and I am
registered in Massachusetts, New York and California. I hold a Masters in Health Care
Management from Pacific Western University.

My employment in the field of pharmacy has given me the opportunity to observe the
retail stocking of drugs primarily because of the store's proximity to the Boston Lying-In
Hospital (where DES prescribing obstetricians were located), and therefore am conversant with
the manner and method of prescription of DES in the 1950s and 1960s by those obstetricians in
the Boston area who popularized this drug. Boston Lying-In Hospital was the main Obstetrics

Aaron M. Levine, Esq.
Page Four
October 12, 2004

hospital in Boston in the 1950s and 1960s as it was the Harvard teaching hospital where Smith and Smith popularized Stilbestrol for the use in preventing accidents of pregnancy.

During the 1950s and 1960s, I maintained close relationships with Lilly detailmen, and Gilman & McKesson wholesalers and actually and frequently ordered, stocked and dispensed DES. As a practicing pharmacist and active participant in pharmacy affairs, I was conversant with other pharmacists in the Boston area. At this time I had the opportunity to fill prescriptions for Stilbestrol and am familiar with the physician prescribing habits, pharmacy standard of care, usual and routine pharmaceutical brands dispensing and stocking.

Personal familiarity with DES stocking and Dispensing:

I am familiar with Diethylstilbestrol, also known as DES and Stilbestrol, as a hormone used in pregnancy. I filled on the average of three or four prescriptions a week for DES starting in the late 1950s, I have seen it on the shelves in many other pharmacies since 1951. I knew it was indicated for prevention of miscarriage, among other uses, and I knew it came in different strengths from .1 mg to 25 mg and in white uncoated tables as well as red-coated pills. Diethylstilbestrol was the only popular oral hormone medication given in the 1950s and 1960s to pregnant women. In the Boston area it was the drug of choice and the standard treatment for pregnant women and the only popular oral medication regularly used for this purpose. I am familiar with the Lilly publication "De Re Medica" that was sent to the physicians of America, which advocates DES as the best medication for avoiding miscarriage. I know that physicians in Massachusetts received this Lilly publication as well as P.D.R. and the other publications.

The consistency of DES marketing 1955 to 1971:

I have reviewed the commercial DES literature including PDR, Red Book, Blue Book, manufacturer brochures, and U.S. Pharmacopoeia from the 1950s and 1960s. I have also reviewed Lilly publications in general from the 1950s and 1960s, such as field reference manuals, product labeling, inserts, product brochures, Title and Till and other Lilly publications regarding competitive pharmaceutical manufacturers. I have reviewed a host of literature as set forth in Exhibit 6 and consulted additional texts set forth therein. I was familiar with this material in the 1950s, 1960s and 1970s. From these readings as well as my observations of the practice of pharmacy, I observed the changes occurring in the marketing, ordering, stocking and dispensing of retail pharmaceuticals over the last half century, with special focus on DES. These practices have remained relatively stable during the last 1950s and 1960s. In addition to those text and journals attached as Exhibit 6 and the Lilly publications attached as Exhibits 12, 13, 14 and 16, I have reviewed other documentation concerns with DES marketshare including:

Aaron M. Levine, Esq.
Page Six
October 12, 2004

1) The Survey is trustworthy and based on a well grounded sampling, considering the passage of time from the event we are considering.

2) Hearsay and memory risks were satisfactorily minimized.

3) The numbers of adequate responders was properly surveyed to obtain a representative sample.

4) The Questionnaire contained clear, precise and non-leading questions which were answered appropriately consistent with the sources of information.

5) The responders had no knowledge of the litigation nor could they have been influenced or sympathetic to any individual or company.

6) The mailings, returns and collating were protected, as well as the security and impartiality of the survey.

7) Statistical analysis was in accordance with accepted and standard epidemiological procedures.

8) Neither you nor anyone else engaged in such litigation nor any of the claimants have played any role in the design or conduct of this survey nor my conclusions.

Conclusions:

Based on my review of the literature, my experience, my discussions with other pharmacists and all the research and the investigation set forth above, it is my opinion to a reasonable degree of pharmaceutical and statistical certainty that Dr. Vanderschmidt's conclusion that Lilly's share of the DES market, in the pregnancy sizes, was 90% is conservative. From my standpoint, I would conclude that the following proportions are a more precise exact and realistic share of the market, as follows:

1. Lilly – 94%;
2. Squibb – 2%;
3. Assuming that the New York and California matrices are correct, Parke Davis, Brewer, Upjohn, Merck, Premo, and the other brands listed on these matrices, comprise the remaining 4% of the market.

Attached as Exhibit 19, is a listing of assorted synthetic estrogens or DES-like drugs on the market in the fifties and sixties. I understand there are some contentions made that DES

Aaron M. Levine, Esq.
Page Seven
October 12, 2004

(Diethylstilbestrol) was not the only or not the most popular synthetic estrogen in use for prevention of the accidents of pregnancy.

In all the research above, the hundreds of pharmacists and doctors with whom this topic has been discussed was never any mention to any of the products listed on exhibit 19, other than DES (Diethylstilbestrol) in the Commonwealth of Massachusetts. I am familiar with DES but experienced that Stilbestrol was the only synthetic estrogen product prescribed or dispensed.

Additionally, I am informed that a contention has been made that there may have been non-Lilly brands of DES which were white and cross-scored. I have reviewed the P.D.R., Red and Blue Books and volumes of photographs of DES products. From my experience, personal familiarity with these products, a review of the literature, I can state with absolute certainty that the only popular round, white and cross-scored, about the size of an aspirin without any other imprint or logo, as in Exhibit 11, was the Lilly DES 25$_{mg}$ product.

I declare, under the penalty of perjury, that the foregoing statement is true and correct, based upon my personal knowledge of the facts set forth.

10/17/04
Date

Harold B. Sparr, R.PH., M.S.

WITNESS:

# Ex. 6

George Friedman, RPh.
274 Walnut Street
Braintree, Ma. 02184

December 5, 2003

Dear George,

I am currently working as a Pharmacy Consultant for
Diethylstilbesterol injured patients. There were many mothers
who were prescribed D.E.S. for their pregnancies. One such
case exists from a patient, who had such prescriptions filled in
the Weymouth area. The current lawsuits involve the Liability
Insurance Company who insured Eli Lilly & Co. There isn't
any liability for pharmacists or pharmacies.

I have been told that you operated a "Liggett Rexall"
Pharmacy on Washington Street, Weymouth Landing. The
individual's mother, Marie Lynch, who was a patient of a Dr.
McKeough, recalls having the prescription filled in that drug
store. This occurred in 1968 (35 years ago). I would greatly
appreciate any light you could shed on this situation.

I also understand you have retired and hope you are well.
Please contact me via e-mail – h.sparr @comcast.net, phone
617-969-5322 or mail at 210 Nahanton Street, Unit #121,
Newton, Ma. 02459

Professionally yours,


Harold B. Sparr, R.Ph.

