UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JULIE DELANEY and
WILLIAM P. DELANEY

        Plaintiffs,

    v.

ELI LILLY AND COMPANY,

        Defendant.

CIVIL ACTION No. 05-CV-10241 (MLW)

**DEFENDANT ELI LILLY AND COMPANY'S**
**REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

    Eli Lilly and Company ("Lilly") moved for summary judgment in this case because plaintiffs cannot show that Lilly made the Diethylstilbestrol ("DES") that allegedly caused their injuries.  That motion was a straightforward attack on plaintiffs' claims, pointing out that the pill description at issue -- round, white, pill with a cross and no other markings -- was insufficient to identify Lilly when (a) plaintiff has produced *no evidence* tending to establish the stocking and dispensing practices of the Hingham Pharmacy, (b) over 60 other companies made DES available for sale in *national* publications in 1969-'70, and (c) it is impossible to show that the above pill description was exclusive to Lilly.

    In their Opposition to Lilly's Motion for Summary Judgment ("Plaintiffs' Opposition" or "Pls. Opp."), plaintiffs' fail to identify any Rule 56(e) evidence that Lilly's white, cross-scored DES pill was unique, or that the Hingham Pharmacy actually did stock and dispense Lilly's DES in 1969-'70.  Instead, plaintiffs rely heavily on the speculation of two pharmacists -- Harold Sparr and Phillip Cafferty -- to meet their product identification burden.  Lilly took the deposition of Mr. Sparr to explore the extent of his knowledge about the Hingham Pharmacy and

the purported uniqueness of Lilly's white, cross-scored DES pill.  Mr. Sparr demonstrated that he has no personal knowledge of the stocking and dispensing practices of *any* pharmacy in Hingham, much less the Hingham Pharmacy in particular; he never visited any pharmacy in Hingham, never reviewed any of their purchasing or dispensing records and does not know which wholesalers, if any, they used.  Mr. Sparr's sole claim to "knowledge" of the stocking and dispensing practices of pharmacies in Hingham is a single, non-contemporaneous, hearsay conversation with two pharmacists that worked in an unidentified pharmacy.  Finally, Mr. Sparr acknowledged that he cannot say that Lilly was the only manufacturer in the Red or Blue Books to market a white, cross-scored DES pill in 1969-'70 and, indeed, that he never saw the DES made by any company other than Lilly and cannot say what any of the other 59 pills on the national market in 1969-'70 looked like.  In short, Mr. Sparr cannot establish either that the Hingham Pharmacy carried only Lilly's DES or that only Lilly's DES matched the relevant pill description.

Mr. Cafferty, now deceased, has also been deposed.  He, like Mr. Sparr, admitted that he has no knowledge at all about what any DES product other than Lilly's looked like.  He has no basis to assert that Lilly's pill description was unique.  He does not and cannot claim any personal knowledge about the stocking and dispensing practices of pharmacies in Hingham.  For all these reasons, and those set out more fully below, Lilly's Motion for Summary Judgment should be granted.

### A.    PLAINTIFFS' HAVE NO PROOF THAT LILLY WAS THE SOLE MANUFACTURER OF A WHITE CROSS-SCORED PILL IN 1969-'70

Plaintiffs rely on an affidavit ("Sparr Affidavit") and a statement ("Sparr Statement") from Harold Sparr, a statement from Philip Cafferty ("Cafferty Statement") and a statement from Julie Zhang ("Zhang Statement") to prove that pill description at issue was exclusive to Lilly.

None of these materials make it more likely than not that Julie Delaney was exposed to Lilly's diethylstilbestrol.

        1.        <u>The Sparr Affidavit</u>

Plaintiffs rely on the Sparr Affidavit for the assertion that "Lilly's DES was exclusively ubiquitous in the Boston/Hingham Area in the late 1960's and early 1970's." Pls. Opp. at 2-3. Lilly has filed a separate motion to strike the Sparr Affidavit because it does not comply with the requirements of Fed. R. Civ. P. 56(e). Docket No. 49. Mr. Sparr admits that he never worked in any pharmacy in Hingham. *See* Sparr Affidavit, Docket No. 45, App. 7, ¶ 3. He does not claim that he ever visited any pharmacy in Hingham. Mr. Sparr has never reviewed any purchasing or prescription records from any pharmacy in Hingham. Transcript of Deposition of Harold Sparr ("Sparr Tr. II"), at 7, 27, 74-75 (attached as Ex. 1 to Supplemental Affidavit of Brian L. Henninger in Support of Summary Judgment ("Supp. Aff.")). He does not know which wholesalers, if any, were used by the pharmacies in Hingham. *Id.* at 73-74. In short, there is nothing in Mr. Sparr's affidavit making it more likely than not that the Hingham Pharmacy exclusively stocked Lilly's DES as opposed to any of the other 60 brands of DES on the market in 1969-'70.[1]

Plaintiffs' also rely on the Sparr Affidavit for the assertion that "Lilly's DES is the only white cross-scored DES pill without any other markings available in Boston/Hingham during 1970." Pls. Opp., at 4. As discussed in Lilly's motion to strike, Mr. Sparr admits that he has

---

[1] Moreover, Mr. Sparr's statement that "Lilly DES was exclusively ubiquitous in the Boston/Hingham area" is demonstrably false; the Hingham Centre Pharmacy, which is distinct from the Hingham Pharmacy that Ms. Delaney's mother identified as the dispensing pharmacy, carried DES manufactured by Squibb, Burroughs-Wellcome and Lilly in the 1960's. *See* Transcript of Deposition of George Whiton Price in *Lee v. Abbot Labs*, Civil Action No. 768299 (Cal. Sup. Ct.), dated July 29, 1983 ("Price Tr."), at 44 (attached as Ex. 2 to Supp. Aff.). This information was not disclosed to plaintiffs during discovery because (a) it was irrelevant to the stocking and dispensing practices of the Hingham Pharmacy, and (b) Lilly did not know that Mr. Sparr would claim knowledge of the stocking and dispensing practices of the pharmacies in Hingham generally until his affidavit was filed with Plaintiffs' Opposition.

never seen any DES pill other than Lilly's. Sparr Tr. II, at 17, 45-46 (Supp. Aff., Ex. 1). Mr. Sparr's knowledge about the uniqueness of Lilly's white, cross-scored pill is based on a review of a single photograph of that pill, *id.* at 8-9, 16, a review of Lilly's product literature that contained no photograph or description of the pill, *id.* at 18, and a review of the Physician's Desk Reference for 1969-'70 which contained no photograph or description of the pill, *see id.* at 19; *see e.g.* 1969 Physician Desk Reference (Docket No. 45, App. 20) (showing no description or photograph of Lilly's DES pills). Mr. Sparr not only admitted that he could not say one way or the other if Squibb's DES pill fit the pill description at issue in this case, Sparr Tr. II, at 16 (Supp. Aff., Ex. 1), he also admitted that he *could not say* that *none* of the other DES pills marketed by the manufacturers listed in the Red and Blue Books were white and cross-scored, *id.* at 57. Finally, Mr. Sparr acknowledged that he did *nothing* to verify his statement that Lilly's white, cross-scored pill was unique in the DES market; he did not look at pictures of other pills, *id.* at 8-9, 16, nor did he consult any medical or pharmacy journals to substantiate his bold claim, *id.* at 47. Mr. Sparr's statement that cross-scoring was unique to Lilly's DES pill is pure speculation that could not be admitted into evidence at trial and deserves no credence from this Court.

    2.  <u>The Sparr Statement</u>

  Plaintiffs rely on the Sparr Statement for the proposition that Lilly "cornered 94% of the DES market in Boston" in 1969-'70. Pls. Opp., at 4. Lilly has filed a separate motion to strike the Sparr Statement based on Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 589 (1993). Docket No. 48. Mr. Sparr's limited sampling and haphazard method provide no support for what the relevant market looked like in 1969-'70. Mr. Sparr has no experience or expertise in market research, but was employed by plaintiffs' counsel to conduct a "survey" designed by Plaintiffs' counsel for the sole purpose of use in litigation

against Eli Lilly.  *See* Transcript of Deposition of Harold Sparr in *Bohlin v. Eli Lilly and Company*, Civil Action No. 03-CV-11577 (MEL) ("Sparr Tr.") Tr. 5-7, 116-119, 126-128, 159-163 (attached as Ex. 1 to Docket No. 48); May 5, 2004 Letter from Aaron M. Levine, Esq., to Harold B. Sparr, R.Ph., D.Ph., M.S. (attached as Ex. 2 to Docket No. 48).  Mr. Sparr sampled only 225 of the 4500-5000 Massachusetts pharmacists who were licensed between 1963 and the present.  *See* Sparr Tr. at 163-64 (attached as Ex. 1 to Docket 48); Listing of 225 Massachusetts Survey Affidavits (attached as Ex. 3 to Supp. Aff.).  The sampling of the unexamined, 40 year old recall of 4% of the pharmacists in Massachusetts (by Mr. Sparr's account), with no cross-checking of any one's memory, makes the survey unscientific and inadmissible.  Consequently, the Sparr Statement does nothing to make it more probable that Julie Delaney was exposed to Lilly's DES as opposed to one of the more than 60 other DES manufacturers on the market in 1969-'70.

### 3.    The Cafferty Statement

Plaintiffs similarly rely on a statement from Philip Cafferty to show that the pill description at issue "fits Lilly's [DES pill] only, and that the [sic] Lilly's DES constituted the lion's share of the Boston DES market.  Pls. Opp., at 3.  Lilly has also filed a separate motion to strike Mr. Cafferty's statement because his limited experience with DES and lack of personal knowledge prevents his testimony from assisting plaintiffs with their product identification burden.  Mr. Cafferty never worked at the Hingham Pharmacy and, thus, has no personal knowledge of the stocking and dispensing practices of this store.  *See* Transcript of Deposition of Phillip Cafferty in *Dean v. Eli Lilly and Company*, 02-CV-11078 (RGS) ("Cafferty Tr.") at 54 (attached as Ex. 4 to Supp. Aff.).  Mr. Cafferty was not even licensed in Massachusetts in 1969-'70, and therefore never dispensed DES anywhere in Massachusetts during the relevant time period.  *See id.* at 54-55, 91-92.

Moreover, Mr. Cafferty admits in his own statement that "I have never seen or heard of a DES product not manufactured by Eli Lilly." *Id.* at 4.  Mr. Cafferty was employed as a detailman for Lilly from 1965 until 1984, but he never detailed DES and his territory never included Hingham, Massachusetts.  *Id.* at 65, 82-84.  Having never seen any of the non-Lilly DES products on the Massachusetts market in 1969-'70, and having never dispensed DES in Massachusetts during the 1960's, Mr. Cafferty has no basis for testifying that the DES pill description at issue applies exclusively to Lilly's pill.

4.    The Zheng Statement

Plaintiffs also submit the statement of a clerk in their attorney's office who states that she could find no other 25 mg DES product that was white, round, and cross-scored among photographs in Plaintiffs' attorney's "firm archives."  *See* Docket No. 45, App. 9.  Nothing suggests that the photographs examined represent a complete set of the DES products on the market in 1969 and 1970, or even that any of the photographs show a product marketed in these years.  The affidavit does not show that the photographs reviewed by Ms. Zheng depict pills on the market in 1969 and 1970.  Rule 56(e) requires that an affidavit show affirmatively that the affiant is competent to testify to the subject matter.  Here the subject matter of relevance is the description of the DES products on the market in 1969 and 1970, but the affidavit does nothing to show that the relevant products (*i.e.* the products from 1969-'70) were reviewed at all.  Moreover, based on prior knowledge of plaintiffs' counsel's "firm archives," Lilly asserts that at least 41 of the over 60 DES manufacturers listed in the 1969 Red and Blue Books were <u>not</u> represented among the photographs referenced in the Zheng Affidavit.  *See* 1969 Red and Blue Books (attached as Exs. 8 and 10 to Docket No. 40).[2]  Lilly calls upon plaintiffs to dispute the

---

[2]  Plaintiffs argue that the Red and Blue Books, listing over 60 DES manufacturers in 1969-'70, are irrelevant because they do not represent a national market and are indecipherable by an average juror.  *See* Plaintiffs

assertion that at least the companies listed in the footnote below are <u>not</u> represented in their counsel's "firm archives."[3]  Unless plaintiffs can show what these manufacturers' DES pills looked like during the relevant years, they cannot meet their burden.  Neither plaintiffs nor Lilly knows the descriptions of <u>all</u> of the DES pills on the market in 1969 and 1970.  Therefore, Ms. Zheng's statement does not provide support for plaintiffs' product identification burden.

## B.    LILLY'S SUMMARY JUDGMENT BURDEN DOES NOT INCLUDE IDENTIFICATION OF AN "ALIBI" DES PILL

Plaintiffs' make too much of the fact that Squibb's white cross-scored DES tablet cannot serve as an "alibi" pill in this case.  Lilly has never asserted as much.  Lilly pointed to the Squibb pill in its Motion for Summary Judgment not as an alibi, but as an example of the fact that many manufacturers may have made white, cross-scored pills in 1969-'70.  There were at least 60 manufacturers in the DES market that year.  Neither Lilly nor plaintiffs nor plaintiffs' purported pharmacy "expert" know what all those DES pills looked like.  What the parties do know is that more than one DES manufacturer made a white, cross-scored DES pill.  *See* John J. Hefferon, *Description of the Identification Guide*, 182 JAMA 1146, 1195 (1962) (attached as Ex. 11 to Docket No. 40).  Moreover, cross-scoring is a practical rather than ornamental characteristic; it

---

Opposition at 15-16.  Plaintiffs' own expert admits that these publications list the drugs that were available in the national supply chain to be purchased.  *See* Sparr Tr., at 101-103 (attached as Ex. 1 to Docket No. 49).  No court has agreed with plaintiffs that the Red and Blue Books were somehow not competent to show which manufacturers were in the national DES market during the relevant time period.  *See Galvin II*, Civ. Action No. 03-1797 at 7, n.3 & 4; *see also Galvin I*, Civ. Action No. 03-CV-1797 (CCK) (appeal pending) (attached as Ex. 12 and 13 to Docket No. 40).  No expert is required to interpret the information listing DES products for sale; a lay juror can read it and understand that many companies besides Lilly sold DES in 1969 and 1970.

[3] It is Lilly's belief that plaintiffs' counsel's "firm archives" do not include photographs of the following manufacturers' DES pills listed as available in the national market in the 1969 Red and Blue Books: ABA Pharmaceuticals, American Drug Products, American Quinine, Archer Taylor, Arcum, Atlas Pharmaceuticals, Barry-Martin, Bell Pharmaceuticals, Blue Cross, Bowman, Bundy, CMC, Columbia Medical, Daniels, Faraday, Fremont, Gotham, Hance Brothers & White, Harvey Laboratories, Kasar, Kenyon Drugs, King Laboratories, Klug Laboratories, Lit, Massengill, North American Pharmaceuticals, Pameco, Pharmex, Preston Franklin, Purepac Pharmaceuticals, Raway, Reiss Williams, Rondex, Strong Cobb American, Superior Pharmaceuticals, Supreme, TMCO, Torigian, Vita-Fore, Vista Pharmaceuticals, and Winsale.

cannot be that only Lilly, among all manufacturers, had the ability to cross-score their pills to make them easier to cut into smaller dosages. The cross-score is not a trademark or logo with some indicia of exclusivity. These facts make it more likely than not that other DES manufacturers made pills that fit the pill description of Julie Delaney's mother. Plaintiff's pharmacy "expert," Mr. Sparr, demonstrated at deposition that he has no knowledge about the difficulty or frequency of cross-scoring in pill production in the 1960's or 1970's. *See* Sparr Tr. II, at 49, 52-53 (Supp. Aff., Ex. 1).

Plaintiffs' failure to appreciate their product identification burden under Massachusetts law may stem from the fact that they rely on case law from Iowa, Illinois, Ohio, Michigan, and beyond. *See id.* at 10-11. As Lilly has already argued, *Massachusetts* law puts the burden on plaintiffs to submit evidence showing that it is "more probable than not" that their injuries were caused by Lilly's product. *Spencer v. Baxter Int'l., Inc.*, 163 F.Supp.2d 74, 78 (D. Mass. 2001). Rather than submitting evidence that would meet this burden, Plaintiffs argue that Lilly has not identified another manufacturer whose product might have caused their injuries. Setting aside the fact that Lilly has identified such manufacturer (and there may be others), Massachusetts law does not require defendants to identify alibi manufacturers to win summary judgment. *See Spencer*, 163 F.Supp.2d at 78 (granting summary judgment to defendants where plaintiffs could not identify which one of two available blood products caused their injuries); *see also Carroll v. Xerox Corp.*, 294 F.3d 231, 236 (1st Cir. 2002) (stating that "[o]nce the moving party has pointed to the absence of adequate evidence supporting the nonmoving party's case, the *nonmoving party* must come forward with facts that show a genuine issue for trial") (emphasis added). In this case, where the only competent evidence of product identification is a pill

description, it is *plaintiffs'* burden to prove that Lilly manufactured the only pill meeting that description. Plaintiffs have not and cannot come close to meeting this burden.

### C. PLAINTIFFS CANNOT AVOID SUMMARY JUDGMENT WITHOUT COMPETENT EVIDENCE OF THE HINGHAM PHARMACY'S STOCKING AND DISPENSING PRACTICES

A clear pattern in recent DES litigation has emerged with respect to summary judgment motions premised on a plaintiff's failure to produce sufficient product identification evidence. Where plaintiff cannot support a non-exclusive pill description with competent testimony from a pharmacist identifying a particular brand as the brand stocked and dispensed during the relevant time period, summary judgment should be granted. *Bortell v. Eli Lilly and Company*, 2005 WL 3211719 (D.D.C. Oct. 20, 2005) (granting summary judgment where pharmacists' testimony regarding stocking and dispensing practices of relevant pharmacy was excluded as incompetent under Fed. R. Civ. P. 56(e) because pharmacists unavailable for trial); *Galvin v. Eli Lilly and Company*, 2005 WL 3272124 (D.D.C. Sept. 12, 2005) (denying motion to amend order granting summary judgment in part because affidavit from pharmacist regarding stocking and dispensing practices of relevant pharmacy was contradictory and untimely and thus incompetent under Rule 56(e)).

As Lilly has demonstrated in its motions to strike the Sparr Affidavit, the Sparr Statement and the Cafferty statement, neither Harold Sparr nor Philip Cafferty have any competent evidence relating to the stocking and dispensing practices of the Hingham Pharmacy. *See* Docket Nos. 47-49. Neither man worked at or visited the Hingham Pharmacy, neither spoke with other pharmacists who worked there and neither reviewed Hingham Pharmacy records. In short, neither Sparr nor Cafferty can establish that they have any personal knowledge about the Hingham Pharmacy as Rule 56(e) requires. What is more, neither Sparr nor Cafferty are qualified to opine about Massachusetts DES market share based on the limited number of retail

pharmacies in which they worked, the limited experience they had with non-Lilly DES and the fundamentally flawed "market research" they conducted in the employ of plaintiffs' counsel. Without competent pharmacist testimony to support their non-exclusive pill description, plaintiffs' cannot meet their burden on summary judgment.

## CONCLUSION

For the foregoing reasons, and for the reasons set forth in Lilly's Memorandum in Support of its Motion for Summary Judgment, Lilly respectfully requests that this Court enter summary judgment in its favor on all claims.

Respectfully submitted,

FOLEY HOAG LLP

/s/ Brian L. Henninger
James J. Dillon (BBO # 124660)
Brian L. Henninger (BBO # 657926)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02111-2600
(617) 832-1000

Dated:  November 20, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JULIE DELANEY and
WILLIAM P. DELANEY

Plaintiffs,

v.

ELI LILLY AND COMPANY,

Defendant.

CIVIL ACTION No. 05-CV-10241 (MLW)

**SUPPLEMENTAL AFFIDAVIT OF BRIAN L. HENNINGER
IN SUPPORT OF DEFENDANT ELI LILLY AND COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

    I, Brian L. Henninger, being first sworn on oath, say that the following is true and correct:

    1.    I am an attorney at Foley Hoag LLP, counsel for Eli Lilly and Company ("Lilly") in this action. I am duly admitted to practice in the District of Massachusetts.

    2.    Attached as Exhibit 1 are excerpts from a true copy of the transcript of the deposition in this action of Harold Sparr.

    3.    Attached as Exhibit 2 is an excerpt from a true copy of the transcript of the deposition of George Whiton Price in *Lee v. Abbot Labs*, Civil Action No. 768299 (Cal. Sup. Ct.), dated July 29, 1983.

    4.    Attached as Exhibit 3 is a true copy of Exhibit 7 to Mr. Sparr's October 12, 2004 "study," listing 225 Massachusetts pharmacists who responded to his survey.

    5.    Attached as Exhibit 4 are excerpts from a true copy of the transcript of the deposition of Phillip Cafferty in *Dean v. Eli Lilly and Company*, 02-CV-11078 (RGS).

B3283232.1

Brian L. Henninger

Sworn before me this 20th day of November, 2006.

Notary Public

My commission expires: 9/5/08

MARGARET E. McKANE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 5, 2008

# Ex. 1

00001

1                        Volume:  I

2                        Pages:  1 - 77

3           IN THE UNITED STATES DISTRICT COURT

4              FOR THE DISTRICT OF COLUMBIA

5

6

7  JULIE DELANEY and WILLIAM P.

8  DELANEY,

9          Plaintiffs,        C.A. No. 04-CV-00349

10    v.                          (ESH)

11

12  ELI LILLY & COMPANY,

13          Defendant.

14

15

16

17           **********

18        DEPOSITION OF HAROLD SPARR

19         Monday, October 30, 2006

20          210 Nahanton Street

21          Newton, Massachusetts

22          12:25 p.m. to 1:44 p.m

23        Reporter:  Linda M. Grieco

24

**Sparr, Harold (10/30/06)**                    **Page 1**

00007

1  with you?  I only brought one copy.  Any documents

2  with you relating to the statement that, in your

3  most recent statement in these cases that you can

4  state with an absolute certainty that the only

5  popular DES product, which appeared round, white and

6  cross-scored about the size of an aspirin without

7  any other imprint or logo, was the Lilly DES 25

8  milligram product?

9      A.  No.

10         MR. LEVINE:  I advised Mr. Sparr that

11  you have previously received --

12         MR. DILLON:  I'm sorry, Aaron, you'll

13  have to speak up a little bit.

14         MR. LEVINE:  I advised Mr. Sparr that

15  you have previously received all the documents

16  enumerated in schedule A, and it wasn't necessary to

17  bring them.

18         MR. DILLON:  Well, I'm quite curious to

19  find out what documents Mr. Sparr has or has

20  reviewed.  So let me just --

21         MR. LEVINE:  He hasn't reviewed anything

22  that would elucidate the Hingham Drugstore by way of

23  a document.

24         MR. DILLON:  Okay, well, it's not just

**Sparr, Harold (10/30/06)**                    **Page 7**

00008

1 about the Hingham Drugstore, although that would

2 certainly be a main topic of conversation.  But it's

3 not just about that.

4    Q.  So let me ask first, Mr. Sparr, do I recall

5 that you said that you did receive this list of

6 documents; is that correct?

7    A.  Yes, I received it yesterday afternoon when

8 I returned home.

9    Q.  Do I understand correctly that you have no

10 documents in your possession that relate to any of

11 these; is that correct?

12    A.  That's correct.

13    Q.  Now, have you reviewed any documents that

14 relate or pictures that relate to this first

15 statement about the exclusivity of a particular

16 physical description of DES?

17    A.  Yes, I have seen pictures, and I have seen

18 the tablets.

19    Q.  Okay.  Now, you have seen pictures?

20    A.  Uh-hum.

21    Q.  First tell me, what pictures have you seen?

22    A.  I saw a picture of a Lilly 25 milligram

23 Diethylstilbestrol plain tablet and a picture of the

24 bottle.

00009

1    Q.  Okay.  Now, I'll interrupt you there.  Let

2  me say where did you see those photographs?

3    A.  One was given to me.

4    Q.  Given to you by whom?

5    A.  By Mr. Levine.

6    Q.  Do you understand when the pill in that

7  picture was made?

8    A.  I remember it being made in the '50's and

9  '60's, into the early '70's.

10    Q.  So you remember what you saw in that picture

11  as having been made into the early '70's; is that

12  correct?

13    A.  That's correct.

14    Q.  So it's your testimony that your memory is

15  that the Lilly 25 milligram DES pill fit that

16  description of plain, white, cross-scored with no

17  markings on it; is that correct?

18    A.  That's correct.

19    Q.  Are you as certain about that memory about

20  Lilly's pills as you are about everything else that

21  we're going to be talking about?

22    A.  Yes.

23    Q.  And as certain as everything else in the

24  statement that you gave to Mr. Levine in September

**Sparr, Harold (10/30/06)**                    **Page 9**

00016

1   A. No, I've never seen the Squibb pill.

2   Q. You've never seen the Squibb pill?

3   A. No.

4   Q. Okay.

5   A. I'm taking your word for it.

6   Q. All right. So if you've never seen the

7 Squibb pill, do I understand correctly, then, that

8 you could not say whether the Squibb pill fit the

9 same description as the mother's description?

10   A. That's correct.

11   Q. You can't say one way or the other?

12   A. No, because I never carried the Squibb item.

13   Q. So you've never seen the Squibb pill?

14   A. No.

15   Q. Okay. Let me ask you about -- all right.

16 Now, you mentioned when you talked about pictures

17 that you saw about -- you said you saw a picture of

18 a Lilly pill and a Lilly bottle. Are there any

19 other pictures that you saw?

20     MR. LEVINE: I think Mr. Sparr went

21 through all the photographs.

22     MR. DILLON: Mr. Levine, I would be very

23 appreciative if you would allow Mr. Sparr to

24 testify. He's perfectly capable of testifying.

00017

1 He's your expert. So please do not undercut his

2 testimony by so blatantly on the record trying to

3 steer him.

4     A. I do remember the enseals. It was a red

5 coated tablet.

6     Q. All right. Are there any other pictures

7 that you saw? You mentioned having seen pictures.

8     A. No.

9     Q. So the documents that you have looked at,

10 didn't bring with you and may not even have in your

11 possession, that relate to this paragraph number one

12 are the pictures of the Lilly pill and the Lilly

13 tablet; is that correct?

14     A. That's correct.

15     Q. Let's turn to paragraph two. I asked for

16 all literature which you relied on in making the

17 statement set out in paragraph one. Well, that's

18 the same -- this is the same thing. I mean, it's

19 pictures and literature. Is there any literature

20 that you've looked at, any medical articles or

21 anything else that you've looked at about the

22 physical description of the DES pills?

23     A. Just the Lilly literature that they handed

24 out to the doctors on Diethylstilbestrol.

**Sparr, Harold (10/30/06)**                    **Page 17**

00018

1    Q. Mr. Sparr, when was it that you saw the

2  Lilly literature that they handed out to doctors?

3    A. Back in the '60's.

4    Q. Did you have that at the time in your store?

5    A. The literature?

6    Q. Yes.

7    A. I did have a copy of it.  You know, I have

8  no idea where it is now.

9    Q. But even though it was handed out to

10  doctors, it's something that you as a pharmacist

11  had?

12    A. That's correct.

13    Q. Is there any other literature relating to

14  the description of the pill besides the Lilly

15  literature that you've just mentioned?

16    A. No.  The literature wouldn't give the

17  description of the pill.  I don't believe it gave a

18  description of the pill.  It just told the benefits

19  of Diethylstilbestrol.

20    Q. Let me ask you about number three, if I can.

21  In the statement that's been marked as Exhibit 1,

22  you make reference to PDR and Red Book and Blue Book

23  and having reviewed them.  Do you know what Red Book

24  and Blue Book and what PDR's you have reviewed?

00019

1    A.  I believe they were the 1969 or the 1970 Red

2  and Blue Book and the PDR, also.

3    Q.  When did you review them, sir?

4    A.  Quite a few months ago.

5    Q.  And you reviewed them with Mr. Levine; is

6  that correct?

7    A.  No, they were sent to me.  Then I returned

8  them to Mr. Levine.

9    Q.  How about the PDR, do you remember anything

10  about the PDR that you reviewed?

11    A.  Yes, I saw a photograph, photostated pages

12  from the PDR.

13    Q.  Do you know what pages from the PDR they

14  were?

15    A.  They were from the Lilly product.

16    Q.  Did you review the entire PDR?

17    A.  No.

18    Q.  Just the part that was sent to you by

19  Mr. Levine; is that correct?

20    A.  Correct.

21    Q.  Are there any other Red Book and Blue Books

22  that you rely on to make the statement that's

23  Exhibit 1?

24    A.  No.

00027

1  indicates to me that the majority of the

2  Diethylstilbestrol that this gentleman carried,

3  other than one prescription, was Eli Lilly.

4    Q.  What, if anything, does that tell you about

5  Hingham, sir?

6    A.  Well, Hingham is part of Greater Boston.

7    Q.  Well -- so you're making the assumption that

8  because this gentleman in Lynnfield carried mostly

9  Lilly, that Hingham --

10    A.  And everybody else that I have spoken to.

11    Q.  All right.

12    A.  In the whole Greater Boston area.

13    Q.  Okay.  Well, we're going to have to go

14  through that I guess in some detail.  Before we

15  leave the document request, let me turn to the last

16  one, number five.

17    A.  Yeah.

18    Q.  Any documents including statements from

19  pharmacists relating to the stocking and dispensing

20  practices of any pharmacy operating in Hingham,

21  Massachusetts?

22    A.  No.

23    Q.  You have no documents about that?

24    A.  No.  I do have a -- I had a verbal

00028

1  conversation with two pharmacists that practice in

2  Hingham.

3    Q.  All right.  So you have no documents, that's

4  clear?

5    A.  No.

6    Q.  Now you said you had a conversation with two

7  pharmacists who practiced --

8    A.  I worked with two pharmacists that owned a

9  store in Hingham.  I worked with them for about a

10  year.

11    Q.  Okay.  Now, first, who were the two

12  pharmacists that we're talking about?

13    A.  Arnold Shapiro.

14    Q.  I beg your pardon?

15    A.  Arnold Shapiro and Lloyd Scholler.

16    Q.  Lloyd Scholler?

17    A.  Uh-hum.

18    Q.  Can you spell his name, please?

19    A.  S-C-H-O-L-L-E-R, I believe.

20    Q.  And you said you worked with them?

21    A.  Uh-hum.

22    Q.  When did you work with them?

23    A.  About 1997 or 1998.

24    Q.  Where did you work with them?

00029

1    A.  At the Massachusetts Medicaid Department.

2    Q.  Now, you said you had a conversation with

3  these two pharmacists.  When was this conversation?

4    A.  Sometime in that time frame.

5    Q.  So in 19 --

6    A.  And the conversation came up because there

7  was a report of -- there was a report of a lawsuit

8  against Lilly for the Diethylstilbestrol, and we got

9  into a conversation about it.

10    Q.  And what was the conversation, sir?

11    A.  Conversation was that we discussed the

12  problems with Diethylstilbestrol back in the '60's

13  and '70's, '50's, '60's and '70's.  And they agreed

14  with me that the Cadillac of the industry was Eli

15  Lilly.  And even though there may have been generics

16  later on, that they probably stocked the Eli Lilly.

17    Q.  And this is a conversation you had in 1997

18  and 1998; is that right?

19    A.  Correct.

20    Q.  Did you make any notes about that

21  conversation?

22    A.  No.

23    Q.  Have you spoken to Mr. Shapiro or

24  Mr. Scholler about this since?

**Sparr, Harold (10/30/06)**                    **Page 29**

00030

1    A.  Maybe a year or two years ago.

2    Q.  How did it come up then?

3    A.  Because I asked them for statements.

4    Q.  Did they give you statements?

5    A.  No, they didn't want to get involved.

6    Q.  Did they not want to say that they only

7  carried Lilly?

8    A.  Nope.

9    Q.  What store do they work at?

10    A.  I believe their store was Hingham Pharmacy.

11    Q.  Do you think that they were the ones who

12  owned Hingham Pharmacy?

13    A.  I know they had a drugstore in Hingham

14  together.

15    Q.  Okay.  Well, this is a good time I guess to

16  ask about do you know how many pharmacies there were

17  in Hingham in 1969 and 1970?

18    A.  I'm estimating there must have been about

19  six.

20    Q.  Can you name them?

21    A.  No.

22    Q.  Now, why --

23    A.  I know one of them was -- there was a small

24  chain on the South Shore.  I can't recall the name

**Sparr, Harold (10/30/06)**                **Page 30**

00031

1  of it, but I know they had -- I think they had a

2  store in Hingham.

3    Q.  But you don't remember the name of it?

4    A.  No.

5    Q.  Now, do you know the names of the stores in

6  Hingham in 1969 and 1970?

7    A.  No.  Other than Hingham Pharmacy, no.

8    Q.  How do you know the name Hingham Pharmacy?

9    A.  Because that was a name that was discussed.

10    Q.  That was a name that was discussed with

11  Mr. Levine about this case?

12    A.  No.

13    Q.  Are you sure it wasn't Hingham Center

14  Pharmacy?

15    A.  No, I'm not sure it wasn't Hingham Center

16  Pharmacy.

17    Q.  In fact, it could have been West Hingham

18  Pharmacy?

19    A.  I don't think so.

20    Q.  But you really can't tell me at this remove

21  whether this was Hingham Pharmacy or West Hingham

22  Pharmacy -- I'm sorry, Hingham Pharmacy or Hingham

23  Center Pharmacy; is that correct?

24    A.  That's correct.


**Sparr, Harold (10/30/06)**                      **Page 31**

00032

1    Q.  In fact, I think I've asked you if you know

2  the names of them.  I think you told me you didn't

3  know the names of the pharmacies in Hingham; is that

4  correct?

5    A.  That's correct.

6    Q.  Just to go quickly back over your

7  background.  I understand that you worked at Sparr's

8  Drug from 1958 to 1969, your store, and then you

9  worked at Robert's Pharmacy in Belmont --

10    A.  Uh-hum.

11    Q.  -- from 1970 to 1976; is that right?

12    A.  Correct.

13    Q.  Were you working full-time at that time in

14  those stores?

15    A.  Yes.

16    Q.  So I take it that while you were working

17  full-time in those stores, you weren't working in

18  any other pharmacy anyplace; is that correct?

19    A.  No, that's not correct.  I did work

20  part-time both in Ivy Drug and Jacobson's Pharmacy.

21  It was a second job that I had when I was working

22  for my father at Sparr's Drugstore.

23    Q.  But that was before you owned Sparr's store,

24  your father took over Sparr's store in 1958; is that

**Sparr, Harold (10/30/06)**                    **Page 32**

00045

1   Q. When you say popular, I mean, how many

2  prescriptions would there be in these other stores?

3   A. Each store filled a different quantity of

4  prescriptions. I mean, I don't know exactly how

5  many prescriptions each store filled.

6   Q. So, in fact, the truth of the matter is,

7  Mr. Sparr, that you really don't know how many DES

8  prescriptions were filled in any store, except for

9  the ones that you were in; is that correct?

10   A. That's correct.

11   Q. Okay. Now, Mr. Sparr, let's go back to this

12  issue of the pill description. I think you told me

13  that you remember seeing a picture of Lilly, and

14  that you had never seen a Squibb product; is that

15  correct?

16   A. I don't believe I did.

17   Q. All right. Now I have a whole bunch of Red

18  Book and Blue Book listings here. I am prepared to

19  go through each one of these and ask you what their

20  product looked like, but let me see if I can

21  shortcut it. Is there any DES product that you have

22  ever seen other than Lilly's DES product?

23   A. No.

24   Q. So Lilly is the only one you ever saw?

**Sparr, Harold (10/30/06)**              **Page 45**

00046

1    A.  Correct.

2    Q.  So just by way of example, if I asked you

3    about American Pharmaceutical Company's DES, you

4    wouldn't be able to tell me what it looked like?

5    A.  No.

6    Q.  If I asked you about Merck's DES, you

7    wouldn't be able to tell me?

8    A.  No.

9    Q.  Upjohn's DES?

10    A.  No.

11    Q.  I don't want to go through all of these, but

12    if I went through every DES that's listed in the Red

13    Book and Blue Book that you've seen, you would tell

14    me that you have not seen any of them except for

15    Lilly; is that correct?

16    A.  That's correct.

17    Q.  Now, with that as background, Mr. Sparr, can

18    you tell me why is it that you think that the Lilly

19    pill was distinctive?  Why is that unique?

20    A.  Because it was cross-scored.

21    Q.  I understand it was cross-scored.  Are you

22    telling me that there are no other cross-scored

23    pills in existence?

24    A.  I do not know of any other cross-scored

00052

1  there, about cross-scoring?

2    A.  Yes.

3    Q.  Why is that exotic?

4    A.  Because first of all, it's not easy to

5  break.  They didn't have the pill cutters that we

6  have today for patients to cut their tablets, as a

7  money saving object.

8    Q.  Okay.  They didn't have the breakers that

9  they've got now.  But, sir, in terms of making a

10  pill, as far as you know, it's no more complicated

11  to make a pill with a cross-score than with a score,

12  is it, sir?

13       MR. LEVINE:  I object.

14    A.  I have no idea.

15       MR. DILLON:  Mr. Levine, this is the

16  point.  He has no idea.

17    A.  I'm not a manufacturer, and when we made

18  tablets in school and college, they weren't scored

19  at all.  I mean, we made -- if they wanted us to

20  make a five milligram tablet, we weighed out five

21  milligrams of the active ingredient plus the

22  inactive ingredients.

23    Q.  Got you.  So in terms of whether it was

24  feasible for anybody to do cross-scoring, since

**Sparr, Harold (10/30/06)**          **Page 52**

00053

1 you've never been a manufacturer, you just don't

2 know if anybody else could have done it; is that

3 right?

4    A. I wouldn't know.

5    Q. All right.  So since you wouldn't know

6 whether they could have done it, and you haven't

7 seen any DES other than Lilly's, doesn't it follow,

8 Mr. Sparr, that you can't tell the court and tell a

9 jury that the only DES that was white and

10 cross-scored was Lilly?  You just don't have the

11 basis, do you?

12       MR. LEVINE:  Excuse me --

13    A. Nobody else ever mentioned to me about a

14 cross-scored tablet.

15    Q. I understand nobody mentioned it to you.

16 But if you want to make this grand statement, the

17 broad statement that no one else made it --

18       MR. LEVINE:  You're basing it for seven

19 or eight different factors, including the study --

20       MR. DILLON:  Mr. Levine, you may not

21 testify.

22       MR. LEVINE:  Including the

23 discussions --

24       MR. DILLON:  You may not testify,

**Sparr, Harold (10/30/06)**                     **Page 53**

00057

1  that, let me be clear that I understand that you

2  have spoken to people about white cross-scored DES,

3  and you've spoken to some people in the Boston area.

4  But as a broad statement, do you say or do you not

5  say that the only company out of all the ones listed

6  in the Blue Book and Red Book that made DES -- let

7  me start over again, I'm sorry.  That's bad.

8       Mr. Sparr, given what we've talked about

9  that you've only ever seen Lilly's DES, and that

10  there are many, many companies that were marketing

11  DES as listed in the Blue Book and Red Book, do you

12  agree with me --

13    A.  I'm glad you said marketing and not

14  manufacturing.

15    Q.  Do you agree with me that you cannot tell us

16  that none of these other DES pills --

17    A.  I can't tell you.

18    Q.  You can't say that none of the others were

19  white and cross-scored?

20    A.  I cannot say it.

21    Q.  They may have been, they may not have been.

22  You don't know; is that right?

23    A.  All I know is what was popular in the

24  Greater Boston area.

**Sparr, Harold (10/30/06)**         **Page 57**

00073

1  you're going to have to take the deposition.

2      MR. DILLON:  I haven't asked him about

3  the survey.  But that's okay, he can review

4  everything he wants.

5      MR. LEVINE:  Yes.

6      MR. DILLON:  All right.

7      MR. LEVINE:  It probably won't be until

8  after the first of the year or at least early

9  December.  It's going to take two weeks for me to

10  get this deposition back.

11      MR. DILLON:  A couple of questions about

12  Hingham, may I?

13      MR. LEVINE:  Go ahead.

14  Q.  Mr. Sparr, I take it that you -- well, do

15  you know for the sort of six pharmacies that you

16  think may have been existing in Hingham, do you know

17  who their wholesalers were?

18  A.  Not specifically.  How would I know that?

19  Q.  Right.

20  A.  But I can tell you who the popular

21  wholesalers were.

22  Q.  Well, I mean, but just to be clear, in terms

23  of the Deepman Brother's store in Hingham, you

24  couldn't tell me who their wholesalers were; is that

**Sparr, Harold (10/30/06)**                    **Page 73**

00074

1  right?

2    A.  No.

3    Q.  And you couldn't tell me if that store, for

4  example, bought directly from manufacturers instead

5  of going through wholesalers; is that correct?

6    A.  No.

7    Q.  And that would be true for any store in

8  Hingham I would name in 1969 and 1970; is that

9  correct?  You have to give an oral answer.

10    A.  Oh, yes.

11    Q.  And that would be true for the Hingham

12  Pharmacy as well, you don't know what their

13  wholesalers were; is that correct?

14    A.  No.

15    Q.  And you don't know if they bought their

16  products more from -- direct from pharmacy companies

17  or from wholesalers; is that right?

18    A.  Right.

19    Q.  I take it you haven't looked at any purchase

20  records for any of those stores to see what they

21  purchased; is that correct?

22    A.  No.

23    Q.  And you haven't looked at any prescriptions

24  from those stores to see what they dispensed; is

**Sparr, Harold (10/30/06)**                    **Page 74**

00075

1  that correct?

2    A.  No.

3    Q.  So is it fair to say, Mr. Sparr, that in

4  terms of your capacity to observe and know about the

5  DES dispensed in Hingham, you really haven't had the

6  opportunity to see anything about what was actually

7  done in Hingham; is that correct?

8        MR. LEVINE:  Except for --

9    A.  Other than the conversation that I had with

10  those two pharmacists.

11        MR. LEVINE:  -- five different sources

12  of information.

13    Q.  Other than those two pharmacists; is that

14  correct?

15    A.  Correct.

16        MR. DILLON:  Mr. Levine, I will now let

17  you go to your meeting.  We'll suspend this

18  deposition, and we'll pick it up when we need to or

19  when Mr. Sparr is able to.  Is that agreed?

20        MR. LEVINE:  Okay.

21        MR. DILLON:  Thank you.

22        (Whereupon, at 1:44 the deposition

23  suspended)

24

**Sparr, Harold (10/30/06)**                    **Page 75**

**Ex. 2**

| VOLUME | I |
|---|---|
| PAGES | 1-90 |
| EXHIBITS | Per Inde: |

STATE OF CALIFORNIA

San Francisco, ss

Superior Court
No. 768299

* * * * * * * * * * * * * * *
                              *
MARGARET LEE                  *
                              *
        vs.                   *
                              *
ABBOTT LABORATORIES, ET AL    *
                              *
* * * * * * * * * * * * * * *

DEPOSITION of GEORGE W. PRICE, a witness called on behalf

of the Defendant, taken pursuant to Notice under the California

Rules of Civil Procedure, before Lynn A. Leonard, a Registered

Professional Reporter and Notary Public within and for the

Commonwealth of Massachusetts, at the law offices of Rivkind,

Baker & Golden, 25 Braintree Hill Park, Braintree, Massachusetts,

on Friday, July 29, 1983, commencing at 10 a.m.

**EYAL** REPORTING SERVICE
*Registered Professional|Certified Shorthand Reporters*
*Depositions - Arbitrations - Court Hearings*
*131 State Street   Boston, Mass.   02109*
Phones: 723-9432
        964-4317

44

1       A.   Yes.

2       Q.   That would have been in the years, 1950, '51?

3       A.   1950, yes.

4       Q.   During that time, do you have any

5  recollection of filling prescriptions for

6  Stibestrol at the pharmacy?

7       A.   Yes.

8       Q.   Do you recall what dosage you were

9  filling at that time?

10      A.   Not really, no.

11      Q.   Do you know a purpose the medication was

12  being prescribed for at that time?

13      A.   Generally, for a woman to hold a baby

14  that had misscariages and so forth.

15      Q.   Do you recall what dosage the pharmacy

16  carried in 1950 and '51?

17      A.   It carried all strengths.

18      Q.   Based upon your review of the records

19  and your own recollection, do you recall what

20  manufacturers you were using in 1950 and '51?

21      A.   I do now, Lilly, Squibb, and B&W.

22      Q.   Were there any other manufacturers of

23  DES that you recall carrying in 1950 --

24      A.   -- not to my knowledge.

**Ex. 3**

4/21/2004     1:44 PM

# INDEX -- I.D. MASTER NOTEBOOK

TOTAL 227

| Aaron's Designations | Actual Location and Mileage | State | Pharmacist's Name | CASE | Case Worker | Address | Lilly Only | Statement Date |
|---|---|---|---|---|---|---|---|---|
| 1 Baltimore | Baltimore | Maryland | Weiner, Phillip Paul | Eckert | | 5 Stirrup Court, Pikesville, MD 21208 | only Lilly | 1993 |
| 2 Baltimore | Bladensburg, 37 miles | Maryland | Cohen, Art | Killerlane | | 2709 Hewitt Ave., Wheaton, MD | stocked only | 1994 |
| 3 Baltimore | Langley Park, 32 miles | Maryland | Maine, Edward | Kopper | | 9514 Buck Wodge Court, Adelphi, MD | stocked only Lilly | 1991 |
| 4 Baltimore | Towson, 14 miles | Maryland | Shure, Arthur | Deters | | 3 Pomona West Apartment, Pikesville, MD | most likely Lilly | 1994 |
| 5 Boston | Arlington | Massachusetts | Cavaretta, Philip | MA Mktshr | Sparr | Shore Road, Ogunquit, ME | Lilly only | 2003 |
| 6 Boston | Arlington | Massachusetts | Epstein, David M. | MA Mktshr | Sparr | 265 Bishops Forest Drive, Waltham, MA | Lilly only | 2004 |
| 7 Boston | Belmont | Massachusetts | Sugarman, H. Arthur | MA Mktshr | Sparr | 2115 Potomac, Southfield, MI 48076 | Lilly only | 2004 |
| 8 Boston | Belmont | Massachusetts | Venuti, Joseph | MA Mktshr | Sparr | 2 Hardy Road, Bedford, MA | Lilly only | 2004 |
| 9 Boston | Beverly | Massachusetts | Tilton, Richard | MA Mktshr | Sparr | 33 Park Street, Danvers, MA | Lilly only | 2004 |
| 10 Boston | Boston | Massachusetts | Dupee, Harold | Nuttall-Bodin | | address not on statement | Lilly only | 1999 |
| 11 Boston | Boston | Massachusetts | Gordon, Howard | | | 231 Nahanton St., Newton, MA | Lilly only | 2002 |
| 12 Boston | Boston | Massachusetts | Oppenheim, Gordon | | | 28 Grace Road, Newton, MA 02459 | Lilly | 2003 |
| 13 Boston | Boston - Jersey Street Boston - Beelen (sp?) Street Cambridge | Massachusetts | Cohen, Robert B. | MA Mktshr | Sparr | 571 Commonwealth Avenue, Newton Centre, MA 02459 | Lilly only | 2003 |
| 14 Boston | Boston - Medical Center | Massachusetts | Alvino, Gloria | MA Mktshr | Sparr | 1660 Gulf Boulevard #531, North Redington Beach, FL 33708 | 1) "mind's eye" - Lilly 2) X-ed out "no recollection of any other brand" | 2003 |
| 15 Boston | Boston - Medical Center | Massachusetts | Fitzpatrick, Barbara | MA Mktshr | Sparr | 1660 Gulf Boulevard #531, North Redington Beach, FL 33708 | 1) "mind's eye" - Lilly 2) X-ed out "no recollection of any other brand" | 2003 |
| 16 Boston | Braintree | Massachusetts | Alexis, George | MA Mktshr | Sparr | 45 Settlers Path, Marshfield, MA 02050 | Lilly only | 2003 |
| 17 Boston | Braintree | Massachusetts | Carmello, Edward L. | MA Mktshr | Sparr | 199 Oak Grove Road, Vassalboro, ME 04989 | Lilly only | 2004 |
| 18 Boston | Bridgewater | Massachusetts | Paulive, Sumner | MA Mktshr | Sparr | 217 Braemoor Road, Brockton, MA | Lilly only | 2004 |
| 19 Boston | Brighton | Massachusetts | Kelly, Charles P. | MA Mktshr | Sparr | 80 Laurence Lane, Belmont, MA | 1) Lilly 2) Also Squibb's Stibestin | 2003 |
| 20 Boston | Brighton | Massachusetts | Rosenfield, David | MA Mktshr | Sparr | 24 Perrault Road, Needham, MA 02494 | Lilly only | 2003 |
| 21 Boston | Brighton | Massachusetts | Stahl, Joseph | MA Mktshr | Sparr | 84 University Road, Brookline, MA 02445 | Lilly only | 2003 |
| 22 Boston | Brockton | Massachusetts | Goldstein, Harold | MA Mktshr | Sparr | 91 Shaw Farm Road, Canton, MA | Lilly only | 2004 |
| 23 Boston | Brookline | Massachusetts | Arrigo, Joseph J. | MA Mktshr | Sparr | 61 South Street, Franklin, MA 02038 | Lilly only | 2004 |
| 24 Boston | Brookline | Massachusetts | Levine, Stanley P. | MA Mktshr | Sparr | 57 Perkins Street, West Newton, MA 02465 | Lilly only | 2004 |
| 25 Boston | Brookline | Massachusetts | Shapiro, Alan | Bohlin | Steve | 36 Greenwich Road, Horwood, MA 02062 | Lilly only | 2004 |
| 26 Boston | Brookline | Massachusetts | Stuchins, Burt | MA Mktshr | Sparr | 99 Pine Street, Natick, MA | Lilly only | 2003 |

4/21/2004   1:44 PM

## INDEX -- I.D. MASTER NOTEBOOK

| Aaron's Designations | Actual Location and Mileage | State | Pharmacist's Name | CASE | Case Worker | Address | Lilly Only | Statement Date |
|---|---|---|---|---|---|---|---|---|
| 27 | Boston | Cambridge | Massachusetts | Ciampa, Walter J. | MA Mktshr | Sparr | 371 Cambridge Stree, Cambridge, MA | 1) "mind's eye" - Lilly 2) X-ed out "no recollection of any other brand" | 2004 |
| 28 | Boston | Cambridge | Massachusetts | Cohen, Fredric | MA Mktshr | Sparr | 34 Broadlawn Drive, Chestnut Hill, MA  02467 | Lilly only | 2004 |
| 29 | Boston | Cambridge | Massachusetts | Sannecca, John A. | MA Mktshr | Sparr | Stoneham, MA | Lilly only | 2004 |
| 30 | Boston | Cambridge, 3 miles | Massachusetts | Mortenson, David B. | MA Mktshr | Currie | 3 Priscilla Lane, Winchester, MA | Lilly only | 2002 |
| 31 | Boston | Charleston | Massachusetts | Merlino, Carmen | MA Mktshr | Sparr | 9 Hammersmith Drive, Saugus, MA | Lilly only | 2004 |
| 32 | Boston | Chelsea | Massachusetts | Dubin, Harold | MA Mktshr | Sparr | Needham, MA | Lilly only | 2003 |
| 33 | Boston | Cochituate, 20 miles | Massachusetts | Johnson, Benjamin III. | Donovan | | | | 2004 |
| 34 | Boston | Concord, 19 miles | Massachusetts | Carr, Bob | Olsson | Renee | 12 Nancy Road, Concord, MA | Lilly only | 2000 |
| 35 | Boston | Concord, 19 miles | Massachusetts | Foley, Walter | MA Mktshr | Sparr | 45 Cressbrook Road, Concord, MA  01742 | 1) Also stocked Carrol & Cederle 2) Lilly was dispensed for 25mg | 2004 |
| 36 | Boston | Dedham | Massachusetts | Levangie, Peter F. | MA Mktshr | Sparr | 28 Netta Road, Dedham, MA 02026 | Lilly only | 2004 |
| 37 | Boston | Dorchester | Massachusetts | Kalish, Irving | MA Mktshr | Sparr | 775 Brookline Avenue, Hull, MA 02045 | Lilly only | 2004 |
| 38 | Boston | Dorchester | Massachusetts | Kaplan, Robert M. | MA Mktshr | Sparr | 18 Frederickson Drive, Randolph, MA | Lilly only | 2004 |
| 39 | Boston | Dorchester | Massachusetts | Stoller, Irving, H. | MA Mktshr | Sparr | 118 Plymouth Drive #1D, Norwood, MA 02062 | Lilly only | 2004 |
| 40 | Boston | East Bridgewater | Massachusetts | Berenson, Martin L. | MA Mktshr | Sparr | 7 Huckleberry Lane, Sharon, MA  02067-1025 | Lilly only | 2004 |
| 41 | Boston | Groton | Massachusetts | Wittren, James | MA Mktshr | Benardete | 2511 nw 50TH Avenue, Ocala, FL | Lilly only | 2004 |
| 42 | Boston | Gt. Barrington | Massachusetts | Bannon, William | MA Mktshr | Sparr | 37 Prospect Street, Gt. Barrington, MA | Lilly only | 2004 |
| 43 | Boston | Housatonic | Massachusetts | Aberdale, Dolores | MA Mktshr | Sparr | 22 Linda Lane, Housatonic, MA  01236 | Lilly only | 2004 |
| 44 | Boston | Housatonic | Massachusetts | Aberdale, Joseph W. | MA Mktshr | Sparr | 22 Linda Lane, Housatonic, MA  01236 | Lilly only | 2004 |
| 45 | Boston | Hyde Park | Massachusetts | Ferzoco, Alexander R. | MA Mktshr | Sparr | 8 Chesterfield Street, Readville, MA 02136 | Lilly only | 2004 |
| 46 | Boston | Hyde Park Roslindale | Massachusetts | Abrams, Jason M. | MA Mktshr | Sparr | 531 Bay Road, Sharon, MA 02067 | Lilly only | 2004 |
| 47 | Boston | Jamaica Plain | Massachusetts | Grossman, Leonard | MA Mktshr | Sparr | 15-22 Resevoir Street, Mansfield, MA | Lilly only | 2004 |
| 48 | Boston | Jamaica Plain | Massachusetts | Laham, Gregory H. | MA Mktshr | Sparr | 16 Kilronan Road, Westwood, MA | Lilly only | 2004 |
| 49 | Boston | Lawrence | Massachusetts | Pahigian, Lazarus A. | MA Mktshr | Sparr | 252 Sutton Hill Road, North Andover, MA | Lilly only | 2004 |
| 50 | Boston | Lawrence | Massachusetts | Porras, Norma | MA Mktshr | Sparr | 8 Robinson Circle, Winchester, MA | Lilly only | 2004 |
| 51 | Boston | Lawrence Methuen Teuksburg | Massachusetts | Leone, Gabriel J. | MA Mktshr | Sparr | 11 Adelaide Road, Methuen, MA 01844 | Lilly only | 2004 |
| 52 | Boston | Lowell | Massachusetts | Audet, Robert J. | MA Mktshr | Sparr | 109 Flower Lane, Dracul, MA | Lilly only | 2004 |
| 53 | Boston | Lowell | Massachusetts | Audet, Robert J. | MA Mktshr | Sparr | 109 Flower Lane, Dracul, MA | Lilly only | 2004 |
| 54 | Boston | Lowell | Massachusetts | Birch, Marie L. | MA Mktshr | Sparr | 10 8th Street, Biddeford Pool, ME | Lilly only | 2004 |
| 55 | Boston | Lowell | Massachusetts | Birch, Walter C. | MA Mktshr | Sparr | 10 8th Street, Biddeford Pool, ME | Lilly only | 2004 |
| 56 | Boston | Lynn | Massachusetts | Booras, William P. | MA Mktshr | Sparr | 10 Westover Drive, Wynnfield, MA  01910 | Lilly only | 2004 |
| 57 | Boston | Lynnfield | Massachusetts | Chaggers, John | MA Mktshr | Sparr | 8 Forrester Road, Wakefield, MA | Lilly only | 2003 |
| 58 | Boston | Lynnfield | Massachusetts | Levey, George | MA Mktshr | Sparr | 47 Holly Ridge Drive, Sandwich, MA  02563 | Lilly only | 2004 |
| 59 | Boston | Malden | Massachusetts | Cantillou, Thomas J. | MA Mktshr | Sparr | 20 Diane Road, Medford, MA | Lilly only | 2004 |

c:\aaron\2002\INDEX -- Causation ID MASTER Notebooks\.D.

4/21/2004     INDEX -- I.D. MASTER NOTEBOOK     1:44 PM

| Aaron's Designations | Actual Location and Mileage | State | Pharmacist's Name | CASE | Case Worker | Address | Lilly Only | Statement Date |
|---|---|---|---|---|---|---|---|---|
| 60 Boston | Malden | Massachusetts | Shechet, Sherwin G. | MA Mktshr | Sparr | 31 Baldwin Street, Peabody, MA | Lilly only | 2004 |
| 61 Boston | Mashpee | Massachusetts | Goldberg, Mark | Stevens | Tom | 53 Snead Drive, Mashpee, MA | Lilly only | 2003 |
| 62 Boston | Medfield | Massachusetts | Iris, Benjamin | | | 26 Hearthstone Drive, Medfield, MA | Lilly only | 2001b |
| 63 Boston | Melrose, 9 miles | Massachusetts | Putney, Don | Fraser | Renee | 20 Riverside Dr., N. Reading, MA | Lilly only | 2001 |
| 64 Boston | Merrymount | Massachusetts | Nisenbaum, Norman | | Sparr | Hull, MA | Lilly only | 2004 |
| 65 Boston | Milton | Massachusetts | Lourie, Marvin | MA Mktshr | Sparr | 12229 Rockledge Circle, Boca Raton, FL  33428-4811 | Lilly only | 2004 |
| 66 Boston | Natick, 22 miles | Massachusetts | Aronson, Melvin | MA Mktshr | Sparr | 550 SE 6th Avenue, Apt. S106, Boca Raton, FL | Lilly only | 2004 |
| 67 Boston | Natick, 22 miles | Massachusetts | Peristere, Richard | MA Mktshr | Maricel | 65 W. Central St., Natick, MA  01760 | Lilly only | 2003 |
| 68 Boston | Natick, 22 miles | Massachusetts | Radock, Edward S. | MA Mktshr | Sparr | 3 Atherton Street, Natick MA  01760 | Lilly only | 2004 |
| 69 Boston | Needham | Massachusetts | Baker, Steven | MA Mktshr | Sparr | 21 Trowbridge Circle, Stoughton, MA | Lilly only | 2004 |
| 70 Boston | Needham | Massachusetts | MacPherson, Earl | MA Mktshr | Sparr | 110 Elmwood Road, Needham, MA | Lilly only | 2003 |
| 71 Boston | New Bedford, 59 miles | Massachusetts | Charpentier, Raymond | Silva | Tom | 43 Nauticus St., New Bedford, MA (not a mailing address) | Lilly only | 2004 |
| 72 Boston | Newton | Massachusetts | Cemach, Henry | MA Mktshr | Sparr | 35 Foxhill Drive, Natick, MA  01760 | Lilly only | 2004 |
| 73 Boston | Newton | Massachusetts | Cortell, Saul M. | MA Mktshr | Sparr | 36 Rosewood Drive, Stoughton, MA | Lilly only | 2003 |
| 74 Boston | Newton | Massachusetts | Levine, Robert M. | MA Mktshr | Sparr | 106 Sewall Avenue, Brookline, MA | Lilly only | 2003 |
| 75 Boston | Newton | Massachusetts | Oppenheim, Gordon | Newman | Maricel | 705 Boylston St., Boston, 02116 | | |
| 76 Boston | Newton, MA | Massachusetts | Gordon, Howard | Newman | Maricel | 705 Boylston St., Boston, 02116 | | |
| 77 Boston | Newtonville | Massachusetts | DiBona, Lawrence B. | MA Mktshr | Sparr | 169 Washington Street, Wellesley Hills, MA  02481-3121 | Lilly only | 2004 |
| 78 Boston | North & South Easton | Massachusetts | Abbott, Robert | MA Mktshr | Sparr | 36 Copperwood Drive, Stoughton, MA | Lilly only | 2003 |
| 79 Boston | North Groton | Massachusetts | Fish, Howard L. | MA Mktshr | Sparr | 5 Meadowbrook Road, Worcester, MA | Lilly only | 2004 |
| 80 Boston | Palmer, 74 miles | Massachusetts | Gozdowski, Matthew | Schardel | Steve | 9 Hunting Lane, Wilbraham, MA  01095-2212 | Lilly only | 2001 |
| 81 Boston | Quincy, 9 miles | Massachusetts | Esterman, Henry I. | MA Mktshr | Sparr | 50-56 Broadlawn Park #308, Chesnut Hill, MA  02467 | Lilly only | 2004 |
| 82 Boston | Quincy, 9 miles | Massachusetts | Harrison, Ralph | Mullen, Philbrick, Roing | Tom | 25 Hobomack Road, Quincy, MA  02169 | Lilly only | 2003 |
| 83 Boston | Roslindale | Massachusetts | Scollins, William R. | MA Mktshr | Sparr | 19 Longshank Circle, Box 1775, North Falmouth, MA  02556-1775 | Lilly only | 2004 |
| 84 Boston | Roxbury | Massachusetts | Gehr, Bernard N. | MA Mktshr | Sparr | 20 Marscifield Road, Newton, MA | 1) 'mind's eye' - Lilly 2) X'ed out "no recollection of any other brand" | 2003 |
| 85 Boston | Roxbury | Massachusetts | Gruber, Martin N. | MA Mktshr | Sparr | 30 Overlook Road, Randolph, MA  02368 | Lilly only | 2003 |
| 86 Boston | Shrewsbury | Massachusetts | Leroy, Stuart C. | MA Mktshr | Sparr | 189 Shrewsbury Street, Holden, MA | Lilly only | 2003 |
| 87 Boston | Somerville | Massachusetts | Stone, Robert | MA Mktshr | Sparr | 15 Hattie Lane, Billerica, MA  01821 | Lilly only | 2004 |
| 88 Boston | Somerville | Massachusetts | Warren, Daniel E. | MA Mktshr | Sparr | 52 Winter Street, Leominster, MA | Lilly only | 2004 |
| 89 Boston | South Braintree | Massachusetts | Young, Claude R. | MA Mktshr | Sparr | 157 River Street, Braintree, MA  02184 | Lilly only | 2003 |
| 90 Boston | South Station & North Station | Massachusetts | Baum, Alfred | MA Mktshr | Sparr | 276 Bainbridge Street, Malden, MA | Lilly only | 2004 |
| 91 Boston | Southbridge, 62 miles | Massachusetts | Peloquin, Charles | Dibello | Sparr | 2222 Ocean Shore Blvd., Ormond Beach, FL | Lilly only | 2000 |
| 92 Boston | Springfield | Massachusetts | Malchot, Henry J. | MA Mktshr | Sparr | 96 Nassau Drive, Springfield, MA  01129 | Lilly only | 2004 |
| 93 Boston | Wakefield | Massachusetts | Black, Burton | MA Mktshr | Sparr | 9661 Shadybrook Drive, Boynton Beach, FL | Lilly only | 2004 |
| 94 Boston | Waltham | Massachusetts | Grobman, James | MA Mktshr | Sparr | 9 Alum Drive, Randolph, MA | Lilly only | 2003 |

c:\aaron\2002\INDEX -- Causation ID MASTER Notebooks\I.D.

Case 1:05-cv-10241-MLW    Document 59-5    Filed 11/20/2006    Page 5 of 8

4/21/2004

# INDEX -- I.D. MASTER NOTEBOOK

1:44 PM

| Aaron's Designations | Actual Location and Mileage | State | Pharmacist's Name | CASE | Case Worker | Address | Lilly Only | Statement Date |
|---|---|---|---|---|---|---|---|---|
| 95 Boston | Wellesley Hills | Massachusetts | Schmidt, Donald | MA Mktshr | Sparr | 49 MacArthur Road, Natick, MA | Lilly only | 2003 |
| 96 Boston | West Bridgewater | Massachusetts | Cohen, David J. | MA Mktshr | Sparr | 494 East Street, West Bridgewater, MA | Lilly only | 1971 |
| 97 Boston | West Newton | Massachusetts | Kelley, Robert D. | MA Mktshr | Sparr | 138 Manzella Court, Rockland, MA 02370 | Lilly only | 2004 |
| 98 Boston | West Newton | Massachusetts | Margolis, Jon | MA Mktshr | Sparr | 265 Upland Avenue, Newton, MA 02461 | Lilly only | 2003 |
| 99 Boston | West Upton, 38 miles | Massachusetts | Wood, Patricia | Fastino | Steve | 157 Laurelwood Dr., Hopedale, MA | Lilly only | 2002, 2004 |
| 100 Boston | West Upton, 38 miles | Massachusetts | Wood, Robert | Fastino | Steve | 157 Laurelwood Dr., Hopedale, MA | Lilly only | 2002, 2004 |
| 100 Boston | Westfield | Massachusetts | Cohen, Sol D. | MA Mktshr | Sparr | 7679 Lemonwood Street, Boynton Beach, FL 33437 | Lilly only | 2004 |
| 101 | | | | | | | | |
| 102 Boston | Whitman, 23 miles | Massachusetts | Duval, John H. (2) | Seele, Garner and Barba | Renee | 250 Sportsman's Trail, Whitman, MA | Lilly only | 1971 |
| 103 Boston | Wilbraham, 81 miles | Massachusetts | Ziemba, Irene | Hartl | Steve | 5 Sunnyside Terrace, Wilbraham, MA | Lilly only | 2001 |
| 104 Boston | Winchester, 9 miles | Massachusetts | Flaherty, William | Cook-Melloy / Newman | Steve / Maricel | 19 Mott St., Arlington, MA | Lilly only | 2004 |
| 105 Boston | Worcester, 46 miles | Massachusetts | Arahelian, Geraldine | MA Mktshr | Maricel | 19 Lake Street, Shrewsbury, MA 01545 | Lilly only | 2004 |
| 106 Boston | Worcester, 46 miles | Massachusetts | Haig, Jr., David D. | Russell | Tom | Worcester County is only address on statement | Lilly only | not dated |
| 107 Boston | Worcester, 46 miles | Massachusetts | Hurowitz, Nason A. | MA Mktshr | Sparr | 19 Cardinal Road, Worcester, MA | Lilly only | 2004 |
| 108 Chicago | Moline, 174 miles | Illinois | DeWilde, Paul | Allen | Alex | 2314 9th St., Silvis, IL 61282 | Lilly only | 2002 |
| 109 Chicago | Moline, 174 miles | Illinois | Poller, Bruce | | | 2312 Carriage Lane, Moline, IL | Lilly only | 2003 |
| 110 Chicago | Peoria | Illinois | Bittner, Morris | | | 2711 N. Vierria, Peoria, IL | Lilly only | 2003 |
| 111 Chicago | Peoria | Illinois | Bogard, Richard H. | | | 824 W. Fairlawn Lane, Peoria, IL | Lilly only | 2003 |
| 112 Chicago | Peoria | Illinois | Carham, John K. | | | 2508 N. Rockwood, Dr., Peoria, IL | Lilly only | 2003 |
| 113 Chicago | Peoria | Illinois | Donovan, Arthur E. | | | 608 Highview Road, E. Peoria, IL | Lilly only | 2003 |
| 114 Chicago | Peoria | Illinois | Tinglef, Richard W. | | | 312 Glencrest, Peoria, IL 61614 | Lilly only | 2003 |
| 115 Chicago | Washington | Illinois | Maher, William E. | | | 114 Brookwood C., Washington, IL | Lilly only | 2003 |
| 116 Conn | Bridgeport, CT | Connecticut | Gerstl, Joseph | Almeida | | 9833 Majestic Way, Boynton Beach, FL 33437 | Lilly only | 1991 |
| 117 Conn | Bristol | Connecticut | Kalinowski, George | | | 95 Norwood Road, Bristol, CT | Lilly | 2002 |
| 118 Conn | Bristol, CT | Connecticut | Arzolitis, Donald | Dimanche | Maricel | 29 Donna Lane, Forestville, CT 06010 | Lilly only | 2002 |
| 119 Conn | Milford, CT | Connecticut | Downing, Francis X. | | Sparr | 35 Richmond Drive, Lee, MA 01238 | Lilly only | 2004 |
| 120 Conn | Putnam, CT | Connecticut | Mallo, Ralph A. | Harrison | | 145 Savin Street, Putnam, CT | Lilly only | 1990 |
| 121 D.C. | D.C. | D.C. | Baldoti, Louis | Sorells | | 3343 S. Leisure World Blvd., Silver Spring, MD | Lilly, but may have stocked a discount brand also | 1996 |
| 122 D.C. | D.C. | Washington, D.C. | Barshai, Norman | Barshai | | no address on statement | personally dispensed Lilly for his wife | not dated |
| 123 D.C. | D.C. | Washington, D.C. | Bialek, Sam | Tidler | | statement, missing from book | | |
| 124 D.C. | D.C. | Washington, D.C. | Hobbs, Vera | Feldman and Bass | | 5 Brandywine Street, Washington, D.C. 20032 | Lilly | 1992 |
| 125 D.C. | Fairfax | Virginia | Kipps, John William | Mayo | | 5206 Pimlico Ct., Fairfax, VA | Lilly only | 1995 |
| 126 D.C. | Gaithersburg, MD. 27 miles | Maryland | Friedman, Ben | Mopsik | | 8510 Wilkesboro Lane, Potomac, MD | Lilly only | 1991 |
| 127 D.C. | Hyattsville, MD. 7 miles | Maryland | Berlin, Alvin | Cloery-Pallozzi | Steve | 15115 Interlocka Drive, Apt. 1009, Silver Spring, MD | Lilly only | 2001, 2003 |
| 128 D.C. | MD Suburbs | Maryland | Goodman, Victor | Augusterfer | Steve | 12515 Eastbourne Dr., Silver Spring, MD | Lilly only | 2002 |

4/21/2004                                                                                                                    1:44 PM

## INDEX -- I.D. MASTER NOTEBOOK

| Aaron's Designations | Actual Location and Mileage | State | Pharmacist's Name | CASE | Case Worker | Address | Lilly Only | Statement Date |
|---|---|---|---|---|---|---|---|---|
| 129 DC | DC | DC | Sadel, Jack | Simon, B. | | 3701 North Country Club Drive, Apt. 305, Miami, FL 33180 | Lilly | 1993 |
| 130 L.A. | ? | Louisiana | Robinson, Freddie | | | no address on statement | Lilly only | 2001 |
| 131 L.A. | Baton Rouge, LA | Louisiana | Bolton, Howard | Terrebonne | | 417 West Woodruff Drive, Baton Rouge, LA 70808 | Lilly | 1998 |
| 132 L.A. | Cut Off, LA | Louisiana | LeBlanc, John N. | Terrebonne | | no address on statement | Lilly only | 1997 |
| 133 L.A. | Marrero | Louisiana | Ruiz, Alvin | | | 2042 Spanish Oaks Drive, Harvey, LA 70058 | Lilly only | 2002 |
| 134 L.A. | New Orleans | Louisiana | Doucette, Edmond | | | 10021 Flossmoor Drive, New Orleans, LA 70127 | Lilly only | 2002 |
| 135 L.A. | New Orleans | Louisiana | Roy, Diane | | | 7401 Camberley Drive, New Orleans, LA 70128 | Lilly only | 2002 |
| 136 L.A. | Thibodaux, LA | Louisiana | Arboneaux, Sterling | Terrebonne | | 209 Fairfield Drive., Thibodaux, LA 70301-3719 | Lilly only | 1996 |
| 137 L.A. | Thibodaux, LA | Louisiana | Birdsall, Walter | Terrebonne | | 15875 East Main Street, Galliano, LA 70354 | Lilly | 1996 |
| 138 L.A. | Thibodaux, LA | Louisiana | McCollum, John C. | Terrebonne | | D&M Pharmacy, 1772 Canal Boulevard, Thibodaux, LA 70301 | Lilly only | 1994 |
| 139 L.A. | Thibodaux, LA | Louisiana | Naquin, Richard L. | Terrebonne | | no address on statement | Lilly | 1996 |
| 140 Misc. | (Goldcamp) | Ohio | Boiman, Richard E. | Hummeldorf, Martone | Tom, Maricel | no statement in book | | |
| 141 Misc. | Albuquerque | New Mexico | Reed, Jim | Allen, Connie | | Ruidoso, NM | Lilly only | 1996 |
| 142 Misc. | Belfast, ME | Maine | Gould, Robert | Nealley | | RFD #3  Box 464, Belfast, ME  04915 | Lilly only | 1998 |
| 143 Misc. | Cincinnati | Ohio | Keyser, James A. | Keyser | Tom | | | |
| 144 Misc. | Cleveland | Ohio | Hall, Leroy | Frohapple | Tom | 115 Ichabod Trail, Longwood, FL | Lilly only | 2001 |
| 145 Misc. | Cleveland | Ohio | Thomas, Russell | Frohapple | Tom | 6059 Myrtle Hill Road, Valley City, OH  44280 | Lilly only | 2000 |
| 146 Misc. | Columbia | Missouri | Asbury, Bettie | Demery | | 4575 North Route E, Columbia, MO | Lilly predominated | |
| 147 Misc. | Detroit | Michigan | Gilbert, Sheldon | | | 29849 Sugar Spring, Farmington Hills, MI  48334 | Lilly | 1996 |
| 148 Misc. | Detroit | Michigan | Mandelbaum, Aaron | | | 24260 Gardner, Oak Park, MI 48327 | Lilly | 2002 |
| 149 Misc. | Falcon Heights, Ely | Minnesota | Bertulia, Jack | Lenander | Renee | 1446 W. Idaho Avenue, St. Paul, MN  55108 | Lilly only | not dated |
| 150 Misc. | Farmington | New Mexico | Williams, Charles Lewis | Bragg | | 2765 Ninth Street, Douglas, AZ | Lilly | 1990 |
| 151 | Indianapolis, IN | Indiana | Henderson, Gene | Ellison | Steve | 1515 North Wellington Avenue, Indianapolis, IN | Lilly only | 2002 |
| 152 Misc. | Kansas City, MO | Missouri | Jabenis, Lawrence R. | Newman | | | | 2001 |
| 153 Misc. | Lancaster | Ohio | Cook, Walter (Wally) | Kihm | Renee | 1737 Longwood, Lancaster, OH | Lilly only | 2000 |
| 154 Misc. | Minneapolis | Minnesota | Cummelin, Roy Clifford | Boyson | Tom | 8438 Oakland Avenue S., Bloomington, MN | Lilly only | 2003 |
| 155 Misc. | Minneapolis | Minnesota | McNeil, Walter | Lenander | Renee | Minneapolis, MN | Lilly only | 2000 |
| 156 Misc. | Moberly | Missouri | Buntin, Bill | Cirata | | no statement in book | | |
| | | | | | | | (1) deals with location of prescriptions; (2) deals w/specific scrip | (1) not dated, |
| 157 Misc. | Moberly | Missouri | Kirk, Ron | Cirata | | 319 W. Reed Street, Moberly, MO | Lilly | 1999 |
| 158 Misc. | Moberly | Missouri | Tadrus, Sam | Robb | | 703 Seven Bridges Road, Moberly, MO | Lilly only | 1998 |
| 159 Misc. | Oak Park | Michigan | Linden, Louis | Mages | Tom | 29845 Pine Ridge Circle, Farmington Hills, MI  48331 | Lilly primarily | 2001 |
| 160 Misc. | Pittsburgh, KS | Kansas | Waltrip, Bill | Galvin | | 300 West 6th Street, Pittsburgh, KS | Lilly only | 2003 |
| 161 Misc. | Roseville | Minnesota | Johnson, Ronald B. | Dobbelmann | Maricel | Minneapolis, MN | Lilly only | |
| 162 Misc. | Shawnee Mission, KS | Kansas | Adams, Gene | Shields | | 6624 Mastin Drive, Shawnee Mission, KS | Lilly only | 1990 |
| 163 Misc. | St. Louis | Missouri | Genwitz, John | Wieprecht | Tom | 4471 Pershing Row, St. Louis, MO  63108-2507 | Lilly only | 2002 |

c:\aaron\2002\INDEX -- Causation ID MASTER Notebooks\I.D.

# INDEX -- I.D. MASTER NOTEBOOK

| Aaron's Designations | Actual Location and Mileage | State | Pharmacist's Name | CASE | Case Worker | Address | Lilly Only | Statement Date |
|---|---|---|---|---|---|---|---|---|
| 164 Misc. | St. Louis Park | Minnesota | Weinkauf, David | Goldstein | Tom | 2230 Vale Crest Road, Minneapolis, MN | Lilly only | 200? |
| 165 Misc. | St. Paul | Minnesota | Brochin, Joseph | Lenander | Renee | 8015 W. 18th Street, Minneapolis, MN 55426 | Lilly only | 200? |
| 166 Misc. | St. Paul | Minnesota | Maisel, Stanley | Lenander | Renee | | Lilly only | 200? |
| 167 Misc. | Waldoboro | Maine | Wooster, Theodore | Bond | Maricel | 926 Maine Street, Waldoboro, ME 04572 | other than Lilly unlikely | 200? |
| 168 NY | Brooklyn | New York | Swedlow, Richard | Burns | Tom | 1969 Bay Boulevard, Atlantic Beach, NY 11509 | Lilly only | 200? |
| 169 NY | Fresh Meadow, NY | NY | Mindlin, Herbert | Gassman | Tom | 6732 182nd ST, Fresh Meadow, NY 11365 | Lilly | 200? |
| 170 NY | Hempstead | New York | Mindlin, Herbert | Gassman | Tom | 6736 182nd Street, Fresh Meadows, NY 11365 | Lilly only | 200? |
| 171 NY | Merrick | New York | Stern, Herbert | Helford | | no address on statement | Lilly only | 199? |
| 172 NY | North Bergen | New Jersey | Rubin, Daniel | Kaufman | Maricel | 300 Winston Drive, Apartment 805, Cliffside Park, NJ 07010 | | 2001 |
| 173 NY | Ogdensburg | New York | Hobbs, Jane (Clark) | Liberty | Renee | 338 Pray Road, Ogdensburg, NY 13669 | Lilly only | 200? |
| 174 NY | Ogdensburg | New York | Pagano, Frances | Liberty | Renee | 516 Caroline Street, Ogdensburg, NY 13669 | Lilly only | 200? |
| 175 NY | Rochester | New York | Dean, George | Berman | | 160 Lackine Drive, Rochester, NY | Lilly only | 1998 |
| 176 NY | Schenectady | New York | Catarelli, George | Roberge | | 1140 Earl Avenue, Schenectady, NY | Lilly only | 200? |
| 177 Philly | ? | Pennsylvania | Dovberg, Allan | Coy | Steve | 2109 Barren Hill Road, Conshohocken, PA | Lilly only | 200? |
| 178 Philly | Cherry Hill, PA | Pennsylvania | Magaziner, Steven | | | 25 Liberty Lane, Cherry Hill, PA | Lilly only | 200? |
| 179 Philly | Erie, 428 miles | Pennsylvania | Reinhold, William | Jaworowski-Slihto | Steve | 3505 Ellsworth Avenue, Erie, PA | Lilly only | 200? |
| 180 Philly | Everett, 195 miles | Pennsylvania | Penn, William | Bonello | Steve | 241 Susan Avenue, Hollidaysburg, PA | Lilly only | 200? |
| 181 Philly | Glenside, 14 miles | Pennsylvania | Seltzer, Philip | | Steve | 8470 Limeklin Pike, #903, Wyncote, PA 19095 | Lilly only | 200? |
| 182 Philly | Havertown, 8 miles | Pennsylvania | Bell, Robert | | | statement missing from book | | |
| 183 Philly | Havertown, 8 miles | Pennsylvania | Katz, Marcia | Moyer | Steve | 306 Forest Avenue, Glen Ridge, NJ 17028 | Lilly only | 2001 |
| 184 Philly | Lebanon, PA | Pennsylvania | McClellan, H. Ronald | | | 18 Briar Road, Lebanon, PA 17042 | Lilly only | 2003 |
| 185 Philly | Melton, NJ | New Jersey | Jacoby, Robert J. | | | 105 Montpelier Court, Melton, NJ 08053 | Lilly only | 2003 |
| 186 Philly | Philly | Pennsylvania | Abramson, Herbert | Coy | Steve | 6238 Everest Street | Lilly only | 200? |
| 187 Philly | Philly | Pennsylvania | Brog, Samuel | Coy | Steve | 102 Buckley Terrace, Philadelphia, PA 19115 | Lilly only | 200? |
| 188 Philly | Philly | Pennsylvania | Estes, Jack, D. | Coy | Steve | 8470 Limeklin Pike, Wyncote, PA 19095 | Lilly only | 200? |
| 189 Philly | Philly | Pennsylvania | Goodman, Stanford | Coy | Steve | 8470 Limeklin Pike, Apt. 808, Wyncote, PA 19095-2706 | Lilly only | 200? |
| 190 Philly | Philly | Pennsylvania | Lipschultz, Harvey | Lebens | Maricel | 555 Dreshertown Road, Fort Washington, PA 19034 | Lilly only | 200? |
| 191 Philly | Philly | Pennsylvania | Ostrow, Jacob | Lebens | Maricel | 2401 Pennsylvania Avenue, Philadelphia, PA 19130 | | 2002 |
| 192 Philly | Philly | Pennsylvania | Pronzato, William | Gold. T. | | 1911 Herlock Road, Flourtown, PA 19031 | Lilly only | 200? |
| 193 Philly | Philly | Pennsylvania | Rose, Jonas | Gold. T. | | | | |
| 194 Philly | Pittsburg, 305 miles | Pennsylvania | Kuber, Mort | Giuseffi | | | | |
| 195 Philly | Pittsburg, 305 miles | Pennsylvania | Rosenfeld, David | Giuseffi | | | | |
| 196 Richmond | Falls Curch, 104 miles | Virginia | Miller, Reuben | Caswell | | 2903 Fallstaff Road, Baltimore, MD 21209 | Lilly only | 1989 |
| 196 Richmond | Norfolk, 94 miles | Virginia | DiDomenico, Peter J. | Moore, D. | | 142 Lafayette Avenue, Norfolk, VA | Lilly only | 199? |
| 197 Richmond | Petersburg, 25 miles | Virginia | Cooper, William S. | Robinson | | 3331 Hanes Avenue, Richmond, VA 23222 | Lilly only | 1992 |
| 197 Richmond | Petersburg, 25 miles | Virginia | Vaughn, James F. | Robinson | | 19815 Oakland Avenue, Colonial Heights, VA | Lilly only | not dated |
| 198 San Fran | Sacramento, 87 miles | California | Malvesti, Robert | Gibson-Rodgers | Renee | Fair Oaks, CA | Lilly only | 2001 |

4/21/2004

INDEX -- I.D. MASTER NOTEBOOK

1:44 PM

| Aaron's Designations | Actual Location and Mileage | State | Pharmacist's Name | CASE | Case Worker | Address | Lilly Only | Statement Date |
|---|---|---|---|---|---|---|---|---|
| 199 San Fran | San Fran | California | Okano, Ellis (incls depo) | Wall | Renee | 142 18th Avenue, San Francisco, CA 94121 | Lilly | 200? |
| 200 San Fran | San Fran | California | Storz, Marshall D. (incls depo) | Wall | Renee | 30 19th Avenue, San Francisco, CA | Lilly | 1999 |
| 201 South | ? | Tennessee | Wilson, Guy B., Sr. | Webb | | 1211 Cedar Place, Johnson City, TN 37601 | Lilly only | 2000 |
| 202 South | Bristol | Tennessee | Parplin, Ron | Krueger | | 1013 Egypt Road, Bluff City, TN | Lilly only | 2001 |
| 203 South | Columbia | South Carolina | Bolick, Coleman | Huffman | Tom | 254 Ponte Vedra Drive, Columbia, SC | Lilly only | 2001 |
| 204 South | Columbia | South Carolina | Hook, Davis | Huffman | Tom | 2827 Hebron Drive, West Columbia, SC | Lilly only | 2001 |
| 205 South | Jamestown, Livingston | Tennessee | Clark, Malcolm Douglas | | | 555 Villa Drive, Livingston, TN | Lilly only | 2001 |
| 206 South | Louisville, KY | Kentucky | Buchanan, Jimmy W. | Nevins | Steve | 7308 Hunting Creek Drive, Prospect, KY 40059 | Lilly only | 2001 |
| 207 South | Ludlow, KY | Kentucky | Farrell, Bill | Reusch | Renee | 79 Sunnymede Drive, Ft. Mitchell, KY | Lilly | 200? |
| 208 South | Memphis | Tennessee | Compton, Leonard | Berry | | no statement in book | | LW? |
| 209 South | Noxapater | Mississippi | Boswell, Webb A. | Martin | Maricel | Noxapater, MS 38346 | Lilly only | 2002 |
| 210 South | Spring Hill, FL | Florida | Principe, William | Manning | Renee | 1463 Brglgadier Dr., Spring Hill, FL | Lilly only | 2003 |
| 211 South | Thomaston, GA | Georgia | Grizzard, Martin | Kladky | | no address on statement | Lilly | 1999 |
| 212 South | Thomaston, GA | Georgia | Taylor, Carter | Kladky | | Upson County, Georgia | Lilly | 1999 |
| 213 South | Winston Salem | North Carolina | Rabil, Ernest | King | | no statement in book | | 199? |
| 214 TX | Baytown | Texas | Roberts, Kenneth L. | Whitener | | 2021 Arcadia Loop, Kerrville, TX 78028 | Lilly only | 2002 |
| 215 TX | Houston | Texas | Armer, Ronald K. | Kogen | Steve | 1427 Edwards Boulevard, New Braunfels, TX 78132 | Lilly only | 2001 |
| 216 TX | Marshall | Texas | Matthews, Ronnie | Dinkle | Tom | 500 Miller Drive, Marshall, TX | Lilly only | 2002 |
| 217 TX | San Marcos | Texas | Carson, John | Hernandez | Tom | San Marcos, TX | Lilly only | 2001 |
| 218 WI / WV | Brookfield | Wisconsin | Young, John | Perlberg | Tom | 17990 Parish Drive, Brookfield, WI | Lilly only | 2001 |
| 219 WI / WV | Charleston | West Virginia | Griffith, Roger D. | Brown, K. | Maricel | no statement in book | Lilly only | 2001 |
| 220 WI / WV | Milwaukee | Wisconsin | Bohn, R. James | Perlberg | Tom | 2728 N. 118th Street, Wauwatosa, WI 53222 | Lilly only | 2001 |
| 221 WI / WV | Milwaukee | Wisconsin | Chojnacki, R.A. | Perlberg | Tom | 6010 So. 25 Court, ?, WI | Lilly only | 2001 |
| 222 WI / WV | Milwaukee | Wisconsin | Johnson, Robert | Perlberg | Tom | Wauwatosa, WI | | |
| 223 WI / WV | Osh Kosh | Wisconsin | Bartell, Jim | Eskandarani | | 2095 Point Comfort, Oshkosh, WI | Lilly only | 2003 |
| 224 WI / WV | So. Milwaukee | Wisconsin | Adamzak, Dan | Perlberg | Tom | 27032 So. Palm Lane, Wind Lake, WI 53185 | Lilly only | 2001 |
| 225 WI / WV | Wauwatosa | Wisconsin | Malie, Robert | Perlberg | Tom | 3000 N. ?, WI | Lilly only | 200? |

**Ex. 4**

00001

1                    Volume: 1

2                    Pages: 1 - 110

3                    Exhibits: 1-2

4         IN THE UNITED STATES DISTRICT COURT

5         FOR THE DISTRICT OF MASSACHUSETTS

6   C.A. No. 02-CV-11078-RGS

7   ----------------------------------x

8   ELLEN J. DEAN,

9         Plaintiff

10

11  v.

12

13  ELI LILLY AND COMPANY,

14        Defendant

15  ----------------------------------x

16

17         DEPOSITION OF PHILIP J. CAFFERTY

18     Friday, August 22, 2003, 11:04 a.m.

19            Foley Hoag LLP

20     155 Seaport Boulevard, Boston, Massachusetts

21

22

23

24     Reporter:  Caroline T. Renault, CSR/RPR

00009
1    A. That's correct.

2    Q. How did you get the names of pharmacists to

3  call up?

4    A. Yellow Pages. I went through the Yellow

5  Pages and called the pharmacy and asked for the name

6  of the pharmacist.

7    Q. How did you decide what pharmacies are listed

8  in the Yellow Pages to call?

9    A. I called all of them, all the ones in the

10  Yellow Pages. I completed the Boston, the South

11  Shore, and western portion of the state, the Natick

12  and Framingham areas. I still have others to call.

13    Q. So I'm clear, you went to the Yellow Pages in

14  2003, is that correct?

15    A. Correct.

16    Q. And you found all the pharmacies, is that

17  right?

18    A. I called all the pharmacies listed.

19    Q. And you called all the pharmacies and what

20  did you ask them?

21    A. I told them who I was. My purpose for the

22  research was to find out if they were practicing

23  pharmacists back in the late fifties or early

24  sixties, and if they were, do they recall

00010

1  diethylstilbestrol?  If they responded

2  affirmatively, I would ask them what particular

3  brand of DES they were using.

4    Q. Now, do you have a set of questions that you

5  were given to ask these people?

6    A. No.  I pretty much was on my own.

7    Q. You were on your own?

8    A. Aaron did not give me questions.  Is that

9  what you are asking?

10    Q. Yes.

11    A. No, he did not give me a list of questions.

12    Q. You were informed what you were supposed to

13  find?

14    A. Yes.

15    Q. Did you suggest to any of these people when

16  you called them the names of any companies that made

17  DES?

18    A. No, I did not.

19    Q. Now, let me ask this:  Before you were

20  engaged by Mr. Levine about three months ago, had

21  you ever done any market research before?

22    A. Well, part of my responsibility with Lilly

23  was to do market research as far as the different

24  territories I had.  Part of my responsibility with

00012

1     A. Well, I didn't -- I would say a lot of them

2  were very young people.  They were not even born

3  back in the 1960s, but of those that I spoke to,

4  16 to 17 answered affirmatively they had DES, and

5  everyone of them was Lilly.

6     Q. Mr. Cafferty, I didn't ask that question.

7          Mr. Cafferty, of the people that you

8  spoke to, many of whom were too young to have been

9  practicing in the fifties and sixties, my question

10  to you is how many of them were practicing

11  pharmacists in Massachusetts in the 1960s?

12     A. I would say the 16 to 17 that I referred to.

13     Q. So the 16 to 17 that you referred to is a

14  number that encompasses both people practicing in

15  the fifties and sixties, is that correct?

16     A. Yes, that recall DES.  That was my question

17  to them.

18     Q. Have you done any research to find out how

19  representative those 16 or 17 people are of the

20  number of pharmacists who were practicing in

21  Massachusetts in the 1950s and 1960s?

22     A. I don't fully understand that question, Jim.

23     Q. How many pharmacists were practicing in

24  Massachusetts in the 1950s and sixties?

**Cafferty, Philip (8/22/03)**                    **Page 12**

00015

1 the pharmacists who you did speak to about what you

2 were doing.

3    A. I told them who I was.

4    Q. What did you say when you said who you were?

5    A. "Good afternoon. My name is Phil Cafferty.

6 I'm doing some market research. Were you practicing

7 pharmacy back in the late fifties or early sixties?"

8    Q. Did you say for whom you were doing market

9 research?

10    A. I did not identify Aaron Levine, no. I just

11 said I was doing some market research.

12    Q. Did you identify you were doing market

13 research in support of litigation?

14    A. No, I did not.

15    Q. Did you tell anybody that you were, in fact,

16 experienced as a market researcher?

17    A. No, I did not. Not in so many words, no.

18    Q. Did you lead people to understand you, in

19 fact, were an experienced market researcher?

20    A. By the questions I was asking, I could assume

21 they were probably figuring I was a market

22 researcher of some type.

23    Q. Now, before when I asked you about market

24 research, you told me about working for Lilly. Have

Cafferty, Philip (8/22/03)                    Page 15

00016

1 you ever done any course work at any institution

2 about market research?

3   A. Any what?

4   Q. Course work.

5   A. Horse work?

6   Q. Course work.

7   A. Course work?

8   Q. Have you taken any courses in market

9 research?

10   A. Well, I had one year out in Indianapolis

11 working for Eli Lilly in marketing and one year of

12 market research in marketing plans.

13   Q. We will come to that.

14      I take it your duties in Indianapolis in

15 1972 --

16   A. Correct.

17   Q. -- did not involve doing market research for

18 a particular --

19      MR. LEVINE: I'm going to object. He

20 just said that it did.

21      MR. DILLON: Well, I'm now asking him --

22   A. I did market research for both Keflin and

23 Keflex in 1972. Those were two products I was

24 responsible for.

**Cafferty, Philip (8/22/03)**　　　　　　　**Page 16**

00020

1   Q. Well, we will come to sales. Let's focus on

2   your market research.

3   A. That I was doing for Mr. Levine, no, I did

4   not.

5       MR. LEVINE:  I think he did some market

6   research for Lilly ongoing through some old

7   prescriptions.

8       THE WITNESS:  That's what I was trying

9   to get out, but Jim doesn't want to hear that yet.

10      MR. DILLON:  I'm talking about the

11  market research in the last three months.

12      THE WITNESS:  I was trying to get to

13  that, Aaron, but Jim doesn't want to hear it.

14  Q. That's not true.  I want to keep this in

15  order so I can follow what we are doing.

16  A. Okay.

17  Q. What sort of notes do you have about the

18  conversations that you have had?

19  A. Just whether or not the pharmacists had a

20  recollection of the DES and what brand he used.

21  Q. Now, when you asked him about recollection of

22  DES, what do you say?  What exactly do you say to

23  them?

24  A. If they said yes, they were practicing

**Cafferty, Philip (8/22/03)**                    **Page 20**

00021

1 pharmacy back in the early sixties rather than the

2 late fifties, I would ask them if they recalled

3 diethylstilbestrol. If they answered in the

4 affirmative, I would ask what manufacturers they

5 carried.

6    Q. And would you ask them what manufacturers

7 they carried in 1954 or in 1961?

8    A. I said late fifties or early sixties. I

9 didn't go back to 1954, but I would say late fifties

10 or early sixties.

11    Q. When you say "late fifties," what do you

12 mean?

13    A. '58, '59 -- '57, '58, '59.

14    Q. Okay. Did you ask these people the

15 wholesalers from which they purchased their drug?

16    A. Some of them volunteered that information.

17 For example, here in Boston, the big wholesalers

18 were Daley, McKesson and Gilman.

19    Q. Did you ask the people that you spoke to in

20 your market research about the wholesalers?

21    A. Some of them volunteered that information. I

22 didn't specifically ask.

23    Q. If they volunteered the information, did you

24 make notes about that?

00022

1    A. On some of them I did, yes.

2    Q. And some of them you didn't, is that right?

3    A. If they mentioned a wholesaler, I probably

4 wrote it down.

5    Q. So in addition to the list of 16 or 17

6 pharmacists, you have got some notes that you took

7 on these conversations, is that correct?

8    A. Not extensive notes, but, you know, if they

9 have used DES, what brand it was.  That was the

10 basis of my conversations with them, and for four or

11 five I found out wholesalers.

12    Q. You think four or five, they told you of the

13 wholesalers?

14    A. I believe so.  I didn't ask specifically what

15 wholesaler.  They said it.  That was not part of my

16 agenda.

17    Q. Did you ask these pharmacists if they

18 purchased drugs directly from any pharmaceutical

19 companies?

20    A. In the case of Lilly, they could not purchase

21 directly.

22    Q. I knew that, but I'm wondering if in your

23 interviews you asked the pharmacists you spoke to if

24 they purchased drugs directly from any

00029

1    Q. Okay. Had you seen an earlier version of the

2  report before July 14th?

3        MR. LEVINE: I believe there is a June

4  9th report.

5    A. There was one. There was one. I made

6  corrections on that. This is the final copy.

7        MR. LEVINE: I think there is an earlier

8  report.

9        MR. DILLON: Okay. I will also ask for

10  the June 9th report.

11        (Document(s)/information request.)

12    Q. Now, before we go into Exhibits 1 and 2 in

13  any more detail, I have a lot of questions, but

14  turning back to your market research, did you make

15  any reference to any statistician or any other

16  professional help in determining whether the sample

17  that you had of 16 or 17 pharmacists was of

18  sufficient size to make some real conclusions about

19  the nature of the market for DES in Massachusetts in

20  the fifties and sixties?

21    A. Out of probably 200 pharmacists I called, so

22  16, so roughly 8 percent of the pharmacists I spoke

23  to were around back in the late fifties or early

24  sixties, so what number is statistically

00030

1  significant?  Is 8 percent significant?

2      Q. That's my question to you.

3      A. I would think that it would be significant.

4      Q. You think 8 percent would be statistically

5  significant?

6      A. I think so.  I am not a statistician.

7      Q. When you say you think so, what is it based

8  on?

9      A. Just the fact it's 8 percent, 8 percent of

10  the population I spoke to.

11      Q. 8 percent of the population you spoke to was

12  there.  What is 16 out of 900, the number of

13  pharmacists that might have been practicing in the

14  fifties and sixties?

15      A. Out of 900?

16      Q. Yeah.

17      A. That would be about 1.8 percent probably.  I

18  don't have a calculator.

19      Q. Do you think that would be a significant

20  enough number that you could draw conclusions you

21  could rely on from 1.8 percent?

22      A. 16 out of 900 would not be nearly as

23  significant as 16 out of 200.

24      Q. Okay.  Well, Mr. Cafferty, you understand

00031

1 that the 200 that you called are pharmacists who

2 were practicing in pharmacy in Massachusetts in the

3 year 2003?

4    A. Correct.

5    Q. Is that correct?

6    A. Correct.

7    Q. So the relevant population that you want to

8 find out about are pharmacists who were practicing

9 in the 1950s and sixties, isn't that right?

10    A. Correct.

11    Q. So the relevant number then is really 16 out

12 of the 600 to 900 pharmacists that were practicing

13 in Massachusetts then, isn't that right?

14    A. However, I have not called 600 pharmacies

15 yet. I probably will when I conclude my market

16 research because I still have quite a bit of the

17 state to call.

18    Q. But at present you agree then that the number

19 of responses you got is not a statistically

20 significant representation of the pharmacists who

21 were, in fact, practicing in the fifties and

22 sixties?

23        MR. LEVINE: I object. That's not what

24 he said.

**Cafferty, Phillip (8/22/03)**              **Page 31**

00032
1        MR. DILLON:  If it's not what he said --

2          MR. LEVINE:  He is not a statistician.

3    A. That's what I said.

4    Q. You are not a statistician?

5    A. That's what I said.

6    Q. You have no idea whether 16 out of 900 is

7 adequate or not?

8    A. I'm not sure if that is a significant number.

9 I'm not a statistician.  I'm a market researcher and

10 a pharmacist.

11     Q. Have you made -- have you dealt with anybody

12 who could help you to find out if the 16 you got

13 are, in fact, a representative group from the

14 pharmacists that were practicing in the 1950s and

15 1960s?

16    A. Have I?  I have not dealt with anybody yet,

17 but I'm sure I could find a statistician that could

18 tell me if it was a significant number.

19    Q. Do you intend to do that?

20          MR. LEVINE:  It wouldn't be his

21 intention.  It would be my intention, and we intend

22 to do that.

23          MR. DILLON:  Okay.

24    Q. In addition to just the numbers of

**Cafferty, Philip (8/22/03)**                    **Page 32**

00038

1    Q. But with respect to the market research you

2  have done, I take it you haven't made any inquiry as

3  to whether the DES that those pharmacists remember

4  were 5 and 25 or not, is that right?

5    A. Correct.

6    Q. So as far as your market research goes, they

7  could have been talking about any dosage of DES,

8  isn't that right?

9    A. They could have been.  However, I suspect

10  it's primarily the 5 and 25.

11    Q. But that's your suspicion, is that right?

12    A. Right.   Only my own market research.

13    Q. If I wanted to cross-check what you have done

14  so I could try and figure out if, in fact, what you

15  have done is recorded accurately, how would I do

16  that?

17    A. I suspect you would have to call the same

18  pharmacists I called and talk to the same people I

19  talked to.  I will send you that list.

20    Q. Okay.  Is there anything else I would need to

21  do to know what questions you asked?

22    A. I have told you basically the kinds of

23  questions I have asked.  I have identified myself,

24  told them I was doing some market research, inquired

00039

1  if they were practicing in the late fifties or

2  sixties, and if they had been, do they recall what

3  kind of diethylstilbestrol they dispensed?

4      Q. Okay.  Do you know if you have an error rate

5  in the methodology you have used for your market

6  research, plus or minus?

7      A. I can only go on what these pharmacists told

8  me.  As far as error rate, I would have to say my

9  information is 100 percent accurate.  Why would they

10  lie to me?

11      Q. They may not lie to you.  Do you know if

12  they, in fact, are accurate in their recollections?

13      A. For the most part.  If they said they have

14  been practicing during that time period, when I

15  asked them what brands of DES they used, they

16  responded spontaneously, immediately that it was

17  Lilly.

18      Q. Do you intend to publish the market research

19  that you have done?

20      A. Publish it in a journal?

21      Q. Anyplace.

22      A. I have no intention of publishing unless

23  Aaron does.  I'm not a publicist.

24      Q. What are the steps you are going to take next

**Cafferty, Philip (8/22/03)**                    **Page 39**

00041

1    Q. Mr. Cafferty, I have a limited amount of

2    time.  I'm not sure I am done with the methodology

3    that you are using, but let me move on because I

4    want to cover some things in this limited window of

5    two hours.  Let me ask you about your educational

6    background.

7    A. Okay.

8    Q. I take it that you graduated from high school

9    in 1957, is that correct?

10    A. Correct.

11    Q. What high school was that?

12    A. LaSalle Academy, Providence, Rhode Island.

13    Q. Now, when you were in LaSalle Academy in

14    Providence, Rhode Island, what courses did you take?

15    A. I was in the science curriculum, so biology,

16    chemistry, I think zoology.  It was a science

17    curriculum, whatever that entailed.  I didn't have

18    any kind of typing.  I missed out on that stuff,

19    unfortunately.

20    Q. And I understand you then went to pharmacy

21    school --

22    A. Yes.

23    Q. -- at the University of Rhode Island?

24    A. Right.

00042

1    Q. Is that right?

2    A. Right.

3    Q. You graduated in 1961?

4    A. Correct.

5    Q. Okay.

6    A. I was going to say the first year I started

7    down at the University of Rhode Island was 1957.

8    That was the first year I was at URI. I went to the

9    Providence College of Pharmacy in Providence. Back

10    then a person starting pharmacy school, more than

11    likely his father owned a pharmacy, so four years

12    later he graduated and became a pharmacist. When I

13    started back in '57, 27 of us started my freshman

14    year, and at the end of four years only three out of

15    27 graduated. Another five or six stayed on for an

16    additional year. I felt very good about that.

17    Q. Okay. Do I take it then that you got a

18    license as a pharmacist in 1961, is that right?

19    A. Correct.

20    Q. And that would have been a license in the

21    State of Rhode Island, is that correct?

22    A. Right.

23    Q. Do I understand correctly that until you were

24    a licensed pharmacist, you were not allowed to fill

**Cafferty, Philip (8/22/03)**                    **Page 42**

00052

1      Q. Where did you do your active duty?

2      A. Fort Dix for basic training and Fort Sam

3   Houston in Texas for my medical training.

4      Q. You said for your medical training?

5      A. I was a corpsman.  I spent about a year and a

6   half in the Army and transferred to the Air National

7   Guard, and I spent one summer in Camp Drum, New

8   York.  I was in the Howitzer Battalion.  I

9   transferred to the National Guard, basically, Otis

10   Air Force Base, which was a lot better than Camp

11   Drum, New York.

12      Q. And when you finished your active duty, did

13   you go back to the Thorpe store?

14      A. Yes, I did.

15      Q. So basically from 1961, when you graduated,

16   to 1965 punctuated by approximately a year of

17   active --

18      A. Six months.

19      Q. -- active duty --

20      A. Yeah.

21      Q. -- you were at the Thorpe store in East

22   Greenwich?

23      A. That's right.  I also worked part time at

24   Ivey Apothecary in Providence.

00053

1    Q. You have to tell me that again.

2    A. I worked at I V O R Y Apothecary. Actually,

3    it's I V E Y, because it was close to Brown

4    University.

5    Q. So this is after you completed active duty?

6    A. Yes.

7    Q. Sometime between '62 and '65 you worked part

8    time at Ivey Pharmacy?

9    A. Yes.

10    Q. This was when you were a pharmacist?

11    A. Yes.

12    Q. So you were filling prescriptions there?

13    A. Yes.

14    Q. How many hours did you work at the Ivey

15    Pharmacy?

16    A. Probably 15 to 20 hours a week. I was

17    getting ready to get married and wanted some money.

18    And another 40 at Thorpe.

19    Q. You worked 40 hours --

20    A. 40 or 42.

21    Q. At Thorpe?

22    A. Yeah.

23    Q. In 1965 you applied to Lilly to become a

24    sales rep, is that right?

00054

1     A. Yeah.

2     Q. Now, up until 1965 I take it from what you

3     said that you had no experience in any pharmacies

4     outside of the Thorpe Pharmacy and part time at the

5     Ivey Pharmacy, is that right?

6     A. Correct.

7     Q. And you had no experience in any pharmacies

8     in Massachusetts at that point, is that correct?

9     A. Correct. I was not licensed in Massachusetts

10    at that time.

11    Q. Did you become licensed in Massachusetts?

12    A. Yes, I did. I would say probably about 1978

13    when I came back from Florida, the reason being

14    while I was employed by Eli Lilly, even though I was

15    a pharmacist, I did not work part time in the

16    pharmacy. I probably got licensed in Massachusetts

17    in -- 1984 is when I left Lilly, so 1984 is when I

18    became licensed. I could not work part time.

19    Q. I'm sorry. What you are saying is while you

20    worked for Lilly, you worked for Lilly and didn't do

21    any pharmacy work, is that right?

22    A. Correct. It was against company policy.

23    Q. And you believe you were licensed in

24    Massachusetts in about 1984?

00065

1  new drug came out, we would ship a bottle to the

2  pharmacy or whatever a new drug shipment or

3  something like that.  Most pharmacies would sign it.

4  If the drug didn't move the first three months, we

5  told them we would take it back, so they had very

6  little invested.

7      Q. Okay.  Now, with respect to -- this is 1965

8  when you first started.  I take it that you were not

9  detailing DES or diethylstilbestrol --

10     A. No.

11     Q. -- is that right?

12     A. No.

13     Q. Did you have any information about DES or

14 diethylstilbestrol?

15     A. No.  I knew Lilly made it.  I knew what it

16 was used for, but we never detailed it.

17     Q. Okay.

18     A. I never discussed it with the physician.

19     Q. And in fact, the doctors that you were seeing

20 were not likely OB/GYNs?

21     A. Some were OB/GYNs, but for the most part they

22 were general practitioners and internal medicine.

23     Q. But you didn't discuss DES with them?

24     A. No.

00068

1    A. Correct.

2    Q. And to whom did you call the order in?

3    A. Back then McKesson was the only one.

4  McKesson was the only one in Rhode Island, and in

5  Massachusetts you had Gilman Brothers, Daley. It

6  was Gilman Brothers in Massachusetts, McKesson.

7    Q. So you are saying that those are wholesalers

8  that dealt with Lilly products, is that correct?

9    A. Correct.

10    Q. There were many other wholesalers, were there

11  not?

12    A. Yes. For example, in Rhode Island there was

13  McKesson and Providence Wholesale. Providence

14  Wholesale could not carry the Lilly line because

15  they were a cooperative wholesaler, and Lilly has in

16  their bylaws that they could not sell to a

17  cooperative wholesaler.

18    Q. If a pharmacy in Rhode Island was dealing

19  with Providence Wholesale Drug, they wouldn't be

20  able to get a Lilly product?

21    A. Not until about 1968 or '69, I think, for

22  Providence Wholesale.

23        MR. LEVINE: When you say they ordered

24  their DES from Providence —

**Cafferty, Philip (8/22/03)**                    **Page 68**

00076

1    Q. Your view would be that there would be, you

2  know, 2,500 to 3,700 or so pharmacists in

3  Massachusetts, is that right?

4    A. That's what the numbers are saying, yeah.

5    Q. And having said that, that's what you -- so

6  in 1965 basically from your observation of the

7  territory that you had in around Fall River, your

8  guess would be we are looking at 2,500 to 3,700

9  pharmacists practicing in Massachusetts in '65, is

10  that correct?

11    A. Correct.

12    Q. Now, let's go back to north of Massachusetts.

13  How many internal medicine specialists did you deal

14  with?

15    A. I would say approximately 200.

16    Q. What hospitals did you deal with?

17    A. Salem. Let's see. There was a hospital in

18  Stoneham. It wasn't New England Medical. The

19  Seventh Day Adventist Hospital. I don't recall the

20  name of it. Malden Hospital; Milford Hospital; I

21  guess it was a hospital in Peabody. I think it was

22  St. John's. Just about every town had its own

23  hospital. I would call on all of those hospitals.

24    Q. Okay. And it's clear that you were not

00077

1  detailing DES at that point?

2    A. No, I was not.

3    Q. In fact, Lilly never detailed DES?

4    A. Not while I was employed, no.  Not since 1965

5  on.

6    Q. Okay.  These specialists in internal medicine

7  would not be expected to be prescribing DES, would

8  they?

9    A. No, they did not.

10    Q. So you didn't have any conversation with them

11  about that?

12    A. No.  I never detailed DES at all in my

13  career.

14    Q. Okay.  When you went to the hospitals, you

15  were concerned with the particular drugs you were

16  detailing, is that correct?

17    A. Correct.

18    Q. And you weren't concerned with DES?

19    A. No.  Back then, you know, when I was north of

20  Boston, I was concerned primarily with Keflin and

21  Loridine in the hospitals and the Darvocet or Darvon

22  compound.

23    Q. I didn't hear.

24    A. I was primarily concerned with Keflin,

**Cafferty, Philip (8/22/03)**                    **Page 77**

00084

1    A. Yes.

2    Q. And not dealing with any retail pharmacies?

3    A. Right.

4    Q. And in 1971 to '72 you were in Boston not

5    dealing with any retail pharmacies, is that right?

6    A. Correct.

7    Q. I do have a number of questions to ask about

8    this, but I do need to go through some parts of your

9    statement that we marked as Exhibit 1. Having gone

10    through -- I'm sorry. We were summing up about

11    where you have been. Through all of this time up

12    until 1972 you didn't make any notes or observations

13    about, written observations -- I'm sorry -- written

14    observations or notes about diethylstilbestrol?

15    A. Correct.

16    Q. And that was not a focus of your interest, is

17    that right?

18    A. No.

19    Q. In fact, it's something you didn't pay any

20    attention to at all, is that correct?

21    A. Correct. We were not detailing it.

22    Q. So let's turn to your statement, Exhibit 1.

23    Now, first of all, would you say that this statement

24    of Philip Cafferty, would you say these are in your

**Cafferty, Philip (8/22/03)**                    **Page 84**

00105

1    A. Correct.

2    Q. That's the sole basis on which you say it's a

3 98 percent certainty?

4    A. Right.

5        MR. LEVINE:  I don't think he told you

6 about the statements from other pharmacists.

7    Q. Did you help to get those statements from

8 other pharmacists?

9    A. The 200 that I have, but Aaron has some

10 statements in his office.

11    Q. And those are ones you looked at?

12    A. Yes.

13    Q. You treated each of those statements as if

14 they were accurate?

15    A. Absolutely.

16    Q. And you assumed they were reliable and you

17 could base your conclusions on those?

18    A. Yes, I did.

19    Q. What, if anything, did you do to satisfy

20 yourself that those statements did reflect the

21 accurate recollection of the pharmacists involved?

22    A. I have certainly put my trust and faith in

23 Aaron Levine's judgment.  He has good judgment.

24    Q. What, if anything, have you done to determine

00106

1  whether the memories of these pharmacists as

2  reflected in those statements actually reflect

3  what the purchasing or prescribing practices were

4  back in the fifties and sixties?

5     A. I have done nothing.

6     Q. You just relied on the statements?

7     A. Correct.

8     Q. Those came to you from Mr. Levine?

9     A. Correct.

10    Q. Mr. Cafferty, are you aware of any efforts

11  that experts, courts and experts have done to try

12  and determine --

13    A. Who?

14    Q. Courts and experts have done to try and find

15  out about the relative share of the market that

16  different companies had in DES?

17    A. No, I am not.

18    Q. Okay. Are you aware that there was a trial

19  about the relative market shares of DES that was

20  conducted in California?

21    A. No, I am not.

22    Q. You didn't review any of the material there?

23    A. No.

24    Q. And if, in fact, it turned out that the

**Cafferty, Philip (8/22/03)**                    **Page 106**