UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JULIE DELANEY and
WILLIAM P. DELANEY

Plaintiffs,

v.

ELI LILLY AND COMPANY,

Defendant.

CIVIL ACTION No. 05-CV-10241 (MLW)

**CORRECTED SUPPLEMENTAL AFFIDAVIT OF BRIAN L. HENNINGER
IN SUPPORT OF DEFENDANT ELI LILLY AND COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

I, Brian L. Henninger, being first sworn on oath, say that the following is true and correct:

1.    I am an attorney at Foley Hoag LLP, counsel for Eli Lilly and Company ("Lilly") in this action.  I am duly admitted to practice in the District of Massachusetts.

2.    Attached as Exhibit 1 are excerpts from a true copy of the transcript of the deposition in this action of Harold Sparr.

3.    Attached as Exhibit 2 is an excerpt from a true copy of the transcript of the deposition of George Whiton Price in *Lee v. Abbot Labs*, Civil Action No. 768299 (Cal. Sup. Ct.), dated July 29, 1983.

4.    Attached as Exhibit 3 is a true copy of Exhibit 7 to Mr. Sparr's October 12, 2004 "study," listing 225 Massachusetts pharmacists who responded to his survey.

5.    Attached as Exhibit 4 are excerpts from a true copy of the transcript of the deposition of Phillip Cafferty in *Dean v. Eli Lilly and Company*, 02-CV-11078 (RGS).

Brian L. Henninger

Sworn before me this 20th day of November, 2006.

Notary Public

My commission expires: 9/5/08

MARGARET E. McKANE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 5, 2008

**Ex. 1**

00001

1                     Volume:  I

2                     Pages:  1 - 77

3        IN THE UNITED STATES DISTRICT COURT

4            FOR THE DISTRICT OF COLUMBIA

5

6

7  JULIE DELANEY and WILLIAM P.

8  DELANEY,

9        Plaintiffs,        C.A. No. 04-CV-00349

10    v.                          (ESH)

11

12  ELI LILLY & COMPANY,

13        Defendant.

14

15

16

17            **********

18        DEPOSITION OF HAROLD SPARR

19        Monday, October 30, 2006

20          210 Nahanton Street

21          Newton, Massachusetts

22          12:25 p.m. to 1:44 p.m

23        Reporter:  Linda M. Grieco

24

**Sparr, Harold (10/30/06)**                    **Page 1**

00007

1   with you?  I only brought one copy.  Any documents

2   with you relating to the statement that, in your

3   most recent statement in these cases that you can

4   state with an absolute certainty that the only

5   popular DES product, which appeared round, white and

6   cross-scored about the size of an aspirin without

7   any other imprint or logo, was the Lilly DES 25

8   milligram product?

9      A.  No.

10       MR. LEVINE:  I advised Mr. Sparr that

11  you have previously received --

12       MR. DILLON:  I'm sorry, Aaron, you'll

13  have to speak up a little bit.

14       MR. LEVINE:  I advised Mr. Sparr that

15  you have previously received all the documents

16  enumerated in schedule A, and it wasn't necessary to

17  bring them.

18       MR. DILLON:  Well, I'm quite curious to

19  find out what documents Mr. Sparr has or has

20  reviewed.  So let me just --

21       MR. LEVINE:  He hasn't reviewed anything

22  that would elucidate the Hingham Drugstore by way of

23  a document.

24       MR. DILLON:  Okay, well, it's not just

**Sparr, Harold (10/30/06)**                                    **Page 7**

00008

1 about the Hingham Drugstore, although that would

2 certainly be a main topic of conversation.  But it's

3 not just about that.

4    Q.  So let me ask first, Mr. Sparr, do I recall

5 that you said that you did receive this list of

6 documents; is that correct?

7    A.  Yes, I received it yesterday afternoon when

8 I returned home.

9    Q.  Do I understand correctly that you have no

10 documents in your possession that relate to any of

11 these; is that correct?

12    A.  That's correct.

13    Q.  Now, have you reviewed any documents that

14 relate or pictures that relate to this first

15 statement about the exclusivity of a particular

16 physical description of DES?

17    A.  Yes, I have seen pictures, and I have seen

18 the tablets.

19    Q.  Okay.  Now, you have seen pictures?

20    A.  Uh-hum.

21    Q.  First tell me, what pictures have you seen?

22    A.  I saw a picture of a Lilly 25 milligram

23 Diethylstilbestrol plain tablet and a picture of the

24 bottle.

**Sparr, Harold (10/30/06)**                    **Page 8**

00009

1    Q.  Okay.  Now, I'll interrupt you there.  Let

2  me say where did you see those photographs?

3    A.  One was given to me.

4    Q.  Given to you by whom?

5    A.  By Mr. Levine.

6    Q.  Do you understand when the pill in that

7  picture was made?

8    A.  I remember it being made in the '50's and

9  '60's, into the early '70's.

10    Q.  So you remember what you saw in that picture

11  as having been made into the early '70's; is that

12  correct?

13    A.  That's correct.

14    Q.  So it's your testimony that your memory is

15  that the Lilly 25 milligram DES pill fit that

16  description of plain, white, cross-scored with no

17  markings on it; is that correct?

18    A.  That's correct.

19    Q.  Are you as certain about that memory about

20  Lilly's pills as you are about everything else that

21  we're going to be talking about?

22    A.  Yes.

23    Q.  And as certain as everything else in the

24  statement that you gave to Mr. Levine in September

**Sparr, Harold (10/30/06)**                    **Page 9**

00016

1    A. No, I've never seen the Squibb pill.

2    Q. You've never seen the Squibb pill?

3    A. No.

4    Q. Okay.

5    A. I'm taking your word for it.

6    Q. All right.  So if you've never seen the

7  Squibb pill, do I understand correctly, then, that

8  you could not say whether the Squibb pill fit the

9  same description as the mother's description?

10    A. That's correct.

11    Q. You can't say one way or the other?

12    A. No, because I never carried the Squibb item.

13    Q. So you've never seen the Squibb pill?

14    A. No.

15    Q. Okay.  Let me ask you about -- all right.

16  Now, you mentioned when you talked about pictures

17  that you saw about -- you said you saw a picture of

18  a Lilly pill and a Lilly bottle.  Are there any

19  other pictures that you saw?

20        MR. LEVINE:  I think Mr. Sparr went

21  through all the photographs.

22        MR. DILLON:  Mr. Levine, I would be very

23  appreciative if you would allow Mr. Sparr to

24  testify.  He's perfectly capable of testifying.

**Sparr, Harold (10/30/06)**                    **Page 16**

00017

1 He's your expert. So please do not undercut his

2 testimony by so blatantly on the record trying to

3 steer him.

4   A. I do remember the enseals. It was a red

5 coated tablet.

6   Q. All right. Are there any other pictures

7 that you saw? You mentioned having seen pictures.

8   A. No.

9   Q. So the documents that you have looked at,

10 didn't bring with you and may not even have in your

11 possession, that relate to this paragraph number one

12 are the pictures of the Lilly pill and the Lilly

13 tablet; is that correct?

14   A. That's correct.

15   Q. Let's turn to paragraph two. I asked for

16 all literature which you relied on in making the

17 statement set out in paragraph one. Well, that's

18 the same -- this is the same thing. I mean, it's

19 pictures and literature. Is there any literature

20 that you've looked at, any medical articles or

21 anything else that you've looked at about the

22 physical description of the DES pills?

23   A. Just the Lilly literature that they handed

24 out to the doctors on Diethylstilbestrol.

**Sparr, Harold (10/30/06)**                    **Page 17**

00018

1    Q.  Mr. Sparr, when was it that you saw the

2  Lilly literature that they handed out to doctors?

3    A.  Back in the '60's.

4    Q.  Did you have that at the time in your store?

5    A.  The literature?

6    Q.  Yes.

7    A.  I did have a copy of it.  You know, I have

8  no idea where it is now.

9    Q.  But even though it was handed out to

10  doctors, it's something that you as a pharmacist

11  had?

12    A.  That's correct.

13    Q.  Is there any other literature relating to

14  the description of the pill besides the Lilly

15  literature that you've just mentioned?

16    A.  No.  The literature wouldn't give the

17  description of the pill.  I don't believe it gave a

18  description of the pill.  It just told the benefits

19  of Diethylstilbestrol.

20    Q.  Let me ask you about number three, if I can.

21  In the statement that's been marked as Exhibit 1,

22  you make reference to PDR and Red Book and Blue Book

23  and having reviewed them.  Do you know what Red Book

24  and Blue Book and what PDR's you have reviewed?

00019

1    A. I believe they were the 1969 or the 1970 Red

2  and Blue Book and the PDR, also.

3    Q. When did you review them, sir?

4    A. Quite a few months ago.

5    Q. And you reviewed them with Mr. Levine; is

6  that correct?

7    A. No, they were sent to me.  Then I returned

8  them to Mr. Levine.

9    Q. How about the PDR, do you remember anything

10  about the PDR that you reviewed?

11    A. Yes, I saw a photograph, photostated pages

12  from the PDR.

13    Q. Do you know what pages from the PDR they

14  were?

15    A. They were from the Lilly product.

16    Q. Did you review the entire PDR?

17    A. No.

18    Q. Just the part that was sent to you by

19  Mr. Levine; is that correct?

20    A. Correct.

21    Q. Are there any other Red Book and Blue Books

22  that you rely on to make the statement that's

23  Exhibit 1?

24    A. No.

00027

1   indicates to me that the majority of the

2   Diethylstilbestrol that this gentleman carried,

3   other than one prescription, was Eli Lilly.

4      Q.  What, if anything, does that tell you about

5   Hingham, sir?

6      A.  Well, Hingham is part of Greater Boston.

7      Q.  Well -- so you're making the assumption that

8   because this gentleman in Lynnfield carried mostly

9   Lilly, that Hingham --

10     A.  And everybody else that I have spoken to.

11     Q.  All right.

12     A.  In the whole Greater Boston area.

13     Q.  Okay.  Well, we're going to have to go

14   through that I guess in some detail.  Before we

15   leave the document request, let me turn to the last

16   one, number five.

17     A.  Yeah.

18     Q.  Any documents including statements from

19   pharmacists relating to the stocking and dispensing

20   practices of any pharmacy operating in Hingham,

21   Massachusetts?

22     A.  No.

23     Q.  You have no documents about that?

24     A.  No.  I do have a -- I had a verbal

**Sparr, Harold (10/30/06)**                    **Page 27**

00028

1 conversation with two pharmacists that practice in

2 Hingham.

3    Q. All right. So you have no documents, that's

4 clear?

5    A. No.

6    Q. Now you said you had a conversation with two

7 pharmacists who practiced --

8    A. I worked with two pharmacists that owned a

9 store in Hingham. I worked with them for about a

10 year.

11    Q. Okay. Now, first, who were the two

12 pharmacists that we're talking about?

13    A. Arnold Shapiro.

14    Q. I beg your pardon?

15    A. Arnold Shapiro and Lloyd Scholler.

16    Q. Lloyd Scholler?

17    A. Uh-hum.

18    Q. Can you spell his name, please?

19    A. S-C-H-O-L-L-E-R, I believe.

20    Q. And you said you worked with them?

21    A. Uh-hum.

22    Q. When did you work with them?

23    A. About 1997 or 1998.

24    Q. Where did you work with them?

00029

1    A.  At the Massachusetts Medicaid Department.

2    Q.  Now, you said you had a conversation with

3  these two pharmacists.  When was this conversation?

4    A.  Sometime in that time frame.

5    Q.  So in 19 --

6    A.  And the conversation came up because there

7  was a report of -- there was a report of a lawsuit

8  against Lilly for the Diethylstilbestrol, and we got

9  into a conversation about it.

10   Q.  And what was the conversation, sir?

11   A.  Conversation was that we discussed the

12  problems with Diethylstilbestrol back in the '60's

13  and '70's, '50's, '60's and '70's.  And they agreed

14  with me that the Cadillac of the industry was Eli

15  Lilly.  And even though there may have been generics

16  later on, that they probably stocked the Eli Lilly.

17   Q.  And this is a conversation you had in 1997

18  and 1998; is that right?

19   A.  Correct.

20   Q.  Did you make any notes about that

21  conversation?

22   A.  No.

23   Q.  Have you spoken to Mr. Shapiro or

24  Mr. Scholler about this since?

**Sparr, Harold (10/30/06)**                    **Page 29**

00030

1    A.  Maybe a year or two years ago.

2    Q.  How did it come up then?

3    A.  Because I asked them for statements.

4    Q.  Did they give you statements?

5    A.  No, they didn't want to get involved.

6    Q.  Did they not want to say that they only

7  carried Lilly?

8    A.  Nope.

9    Q.  What store do they work at?

10    A.  I believe their store was Hingham Pharmacy.

11    Q.  Do you think that they were the ones who

12  owned Hingham Pharmacy?

13    A.  I know they had a drugstore in Hingham

14  together.

15    Q.  Okay.  Well, this is a good time I guess to

16  ask about do you know how many pharmacies there were

17  in Hingham in 1969 and 1970?

18    A.  I'm estimating there must have been about

19  six.

20    Q.  Can you name them?

21    A.  No.

22    Q.  Now, why --

23    A.  I know one of them was -- there was a small

24  chain on the South Shore.  I can't recall the name

**Sparr, Harold (10/30/06)**                    **Page 30**

00031

1  of it, but I know they had -- I think they had a

2  store in Hingham.

3     Q.  But you don't remember the name of it?

4     A.  No.

5     Q.  Now, do you know the names of the stores in

6  Hingham in 1969 and 1970?

7     A.  No.  Other than Hingham Pharmacy, no.

8     Q.  How do you know the name Hingham Pharmacy?

9     A.  Because that was a name that was discussed.

10    Q.  That was a name that was discussed with

11 Mr. Levine about this case?

12    A.  No.

13    Q.  Are you sure it wasn't Hingham Center

14 Pharmacy?

15    A.  No, I'm not sure it wasn't Hingham Center

16 Pharmacy.

17    Q.  In fact, it could have been West Hingham

18 Pharmacy?

19    A.  I don't think so.

20    Q.  But you really can't tell me at this remove

21 whether this was Hingham Pharmacy or West Hingham

22 Pharmacy -- I'm sorry, Hingham Pharmacy or Hingham

23 Center Pharmacy; is that correct?

24    A.  That's correct.

**Sparr, Harold (10/30/06)**                    **Page 31**

00032

1    Q.  In fact, I think I've asked you if you know

2  the names of them.  I think you told me you didn't

3  know the names of the pharmacies in Hingham; is that

4  correct?

5    A.  That's correct.

6    Q.  Just to go quickly back over your

7  background.  I understand that you worked at Sparr's

8  Drug from 1958 to 1969, your store, and then you

9  worked at Robert's Pharmacy in Belmont --

10    A.  Uh-hum.

11    Q.  -- from 1970 to 1976; is that right?

12    A.  Correct.

13    Q.  Were you working full-time at that time in

14  those stores?

15    A.  Yes.

16    Q.  So I take it that while you were working

17  full-time in those stores, you weren't working in

18  any other pharmacy anyplace; is that correct?

19    A.  No, that's not correct.  I did work

20  part-time both in Ivy Drug and Jacobson's Pharmacy.

21  It was a second job that I had when I was working

22  for my father at Sparr's Drugstore.

23    Q.  But that was before you owned Sparr's store,

24  your father took over Sparr's store in 1958; is that

**Sparr, Harold (10/30/06)**                    **Page 32**

00045

1    Q.  When you say popular, I mean, how many

2  prescriptions would there be in these other stores?

3    A.  Each store filled a different quantity of

4  prescriptions.  I mean, I don't know exactly how

5  many prescriptions each store filled.

6    Q.  So, in fact, the truth of the matter is,

7  Mr. Sparr, that you really don't know how many DES

8  prescriptions were filled in any store, except for

9  the ones that you were in; is that correct?

10    A.  That's correct.

11    Q.  Okay.  Now, Mr. Sparr, let's go back to this

12  issue of the pill description.  I think you told me

13  that you remember seeing a picture of Lilly, and

14  that you had never seen a Squibb product; is that

15  correct?

16    A.  I don't believe I did.

17    Q.  All right.  Now I have a whole bunch of Red

18  Book and Blue Book listings here.  I am prepared to

19  go through each one of these and ask you what their

20  product looked like, but let me see if I can

21  shortcut it.  Is there any DES product that you have

22  ever seen other than Lilly's DES product?

23    A.  No.

24    Q.  So Lilly is the only one you ever saw?

**Sparr, Harold (10/30/06)**                           **Page 45**

00046

1    A.  Correct.

2    Q.  So just by way of example, if I asked you

3  about American Pharmaceutical Company's DES, you

4  wouldn't be able to tell me what it looked like?

5    A.  No.

6    Q.  If I asked you about Merck's DES, you

7  wouldn't be able to tell me?

8    A.  No.

9    Q.  Upjohn's DES?

10    A.  No.

11    Q.  I don't want to go through all of these, but

12  if I went through every DES that's listed in the Red

13  Book and Blue Book that you've seen, you would tell

14  me that you have not seen any of them except for

15  Lilly; is that correct?

16    A.  That's correct.

17    Q.  Now, with that as background, Mr. Sparr, can

18  you tell me why is it that you think that the Lilly

19  pill was distinctive?  Why is that unique?

20    A.  Because it was cross-scored.

21    Q.  I understand it was cross-scored.  Are you

22  telling me that there are no other cross-scored

23  pills in existence?

24    A.  I do not know of any other cross-scored

**Sparr, Harold (10/30/06)**                    **Page 46**

00052

1  there, about cross-scoring?

2    A.  Yes.

3    Q.  Why is that exotic?

4    A.  Because first of all, it's not easy to

5  break.  They didn't have the pill cutters that we

6  have today for patients to cut their tablets, as a

7  money saving object.

8    Q.  Okay.  They didn't have the breakers that

9  they've got now.  But, sir, in terms of making a

10  pill, as far as you know, it's no more complicated

11  to make a pill with a cross-score than with a score,

12  is it, sir?

13        MR. LEVINE:  I object.

14    A.  I have no idea.

15        MR. DILLON:  Mr. Levine, this is the

16  point.  He has no idea.

17    A.  I'm not a manufacturer, and when we made

18  tablets in school and college, they weren't scored

19  at all.  I mean, we made -- if they wanted us to

20  make a five milligram tablet, we weighed out five

21  milligrams of the active ingredient plus the

22  inactive ingredients.

23    Q.  Got you.  So in terms of whether it was

24  feasible for anybody to do cross-scoring, since

00053

1 you've never been a manufacturer, you just don't

2 know if anybody else could have done it; is that

3 right?

4    A.  I wouldn't know.

5    Q.  All right.  So since you wouldn't know

6 whether they could have done it, and you haven't

7 seen any DES other than Lilly's, doesn't it follow,

8 Mr. Sparr, that you can't tell the court and tell a

9 jury that the only DES that was white and

10 cross-scored was Lilly?  You just don't have the

11 basis, do you?

12       MR. LEVINE:  Excuse me --

13    A.  Nobody else ever mentioned to me about a

14 cross-scored tablet.

15    Q.  I understand nobody mentioned it to you.

16 But if you want to make this grand statement, the

17 broad statement that no one else made it --

18       MR. LEVINE:  You're basing it for seven

19 or eight different factors, including the study --

20       MR. DILLON:  Mr. Levine, you may not

21 testify.

22       MR. LEVINE:  Including the

23 discussions --

24       MR. DILLON:  You may not testify,

00057

1 that, let me be clear that I understand that you

2 have spoken to people about white cross-scored DES,

3 and you've spoken to some people in the Boston area.

4 But as a broad statement, do you say or do you not

5 say that the only company out of all the ones listed

6 in the Blue Book and Red Book that made DES -- let

7 me start over again, I'm sorry.  That's bad.

8        Mr. Sparr, given what we've talked about

9 that you've only ever seen Lilly's DES, and that

10 there are many, many companies that were marketing

11 DES as listed in the Blue Book and Red Book, do you

12 agree with me --

13    A.  I'm glad you said marketing and not

14 manufacturing.

15    Q.  Do you agree with me that you cannot tell us

16 that none of these other DES pills --

17    A.  I can't tell you.

18    Q.  You can't say that none of the others were

19 white and cross-scored?

20    A.  I cannot say it.

21    Q.  They may have been, they may not have been.

22 You don't know; is that right?

23    A.  All I know is what was popular in the

24 Greater Boston area.

**Sparr, Harold (10/30/06)**                    **Page 57**

00073

1  you're going to have to take the deposition.

2        MR. DILLON:  I haven't asked him about

3  the survey.  But that's okay, he can review

4  everything he wants.

5        MR. LEVINE:  Yes.

6        MR. DILLON:  All right.

7        MR. LEVINE:  It probably won't be until

8  after the first of the year or at least early

9  December.  It's going to take two weeks for me to

10  get this deposition back.

11        MR. DILLON:  A couple of questions about

12  Hingham, may I?

13        MR. LEVINE:  Go ahead.

14    Q.  Mr. Sparr, I take it that you -- well, do

15  you know for the sort of six pharmacies that you

16  think may have been existing in Hingham, do you know

17  who their wholesalers were?

18    A.  Not specifically.  How would I know that?

19    Q.  Right.

20    A.  But I can tell you who the popular

21  wholesalers were.

22    Q.  Well, I mean, but just to be clear, in terms

23  of the Deepman Brother's store in Hingham, you

24  couldn't tell me who their wholesalers were; is that

**Sparr, Harold (10/30/06)**                    **Page 73**

00074

1  right?

2    A.  No.

3    Q.  And you couldn't tell me if that store, for

4  example, bought directly from manufacturers instead

5  of going through wholesalers; is that correct?

6    A.  No.

7    Q.  And that would be true for any store in

8  Hingham I would name in 1969 and 1970; is that

9  correct?  You have to give an oral answer.

10    A.  Oh, yes.

11    Q.  And that would be true for the Hingham

12  Pharmacy as well, you don't know what their

13  wholesalers were; is that correct?

14    A.  No.

15    Q.  And you don't know if they bought their

16  products more from -- direct from pharmacy companies

17  or from wholesalers; is that right?

18    A.  Right.

19    Q.  I take it you haven't looked at any purchase

20  records for any of those stores to see what they

21  purchased; is that correct?

22    A.  No.

23    Q.  And you haven't looked at any prescriptions

24  from those stores to see what they dispensed; is

00075

1  that correct?

2    A.  No.

3    Q.  So is it fair to say, Mr. Sparr, that in

4  terms of your capacity to observe and know about the

5  DES dispensed in Hingham, you really haven't had the

6  opportunity to see anything about what was actually

7  done in Hingham; is that correct?

8        MR. LEVINE:  Except for --

9    A.  Other than the conversation that I had with

10  those two pharmacists.

11        MR. LEVINE:  -- five different sources

12  of information.

13    Q.  Other than those two pharmacists; is that

14  correct?

15    A.  Correct.

16        MR. DILLON:  Mr. Levine, I will now let

17  you go to your meeting.  We'll suspend this

18  deposition, and we'll pick it up when we need to or

19  when Mr. Sparr is able to.  Is that agreed?

20        MR. LEVINE:  Okay.

21        MR. DILLON:  Thank you.

22        (Whereupon, at 1:44 the deposition

23  suspended)

24

**Sparr, Harold (10/30/06)**                    **Page 75**

**Ex. 2**

| VOLUME | I |
|---|---|
| PAGES | 1-90 |
| EXHIBITS | Per Inde: |

STATE OF CALIFORNIA

San Francisco, ss                                  Superior Court
                                                   No. 768299


* * * * * * * * * * * * * *    *
                               *
MARGARET LEE                   *
                               *
        vs.                    *
                               *
ABBOTT LABORATORIES, ET AL     *
                               *
* * * * * * * * * * * * * *    *


        DEPOSITION of GEORGE W. PRICE, a witness called on behalf

of the Defendant, taken pursuant to Notice under the California

Rules of Civil Procedure, before Lynn A. Leonard, a Registered

Professional Reporter and Notary Public within and for the

Commonwealth of Massachusetts, at the law offices of Rivkind,

Baker & Golden, 25 Braintree Hill Park, Braintree, Massachusetts,

on Friday, July 29, 1983, commencing at 10 a.m.

**_EYAL_ REPORTING SERVICE**
*Registered Professional|Certified Shorthand Reporters*
*Depositions - Arbitrations - Court Hearings*
*131 State Street   Boston, Mass.  02109*
Phones:  723-9432
         964-4317

44

1      A.  Yes.

2      Q.  That would have been in the years, 1950, '51?

3      A.  1950, yes.

4      Q.  During that time, do you have any

5  recollection of filling prescriptions for

6  Stibestrol at the pharmacy?

7      A.  Yes.

8      Q.  Do you recall what dosage you were

9  filling at that time?

10     A.  Not really, no.

11     Q.  Do you know a purpose the medication was

12  being prescribed for at that time?

13     A.  Generally, for a woman to hold a baby

14  that had misscariages and so forth.

15     Q.  Do you recall what dosage the pharmacy

16  carried in 1950 and '51?

17     A.  It carried all strengths.

18     Q.  Based upon your review of the records

19  and your own recollection, do you recall what

20  manufacturers you were using in 1950 and '51?

21     A.  I do now, Lilly, Squibb, and B&W.

22     Q.  Were there any other manufacturers of

23  DES that you recall carrying in 1950 --

24     A.  -- not to my knowledge.

EYAL REPORTING SERVICE

**Ex. 3**

4/21/2004                                   INDEX -- I.D. MASTER NOTEBOOK                                   1:44 PM    227

| # | Aaron's Designations | Actual Location and Mileage | State | Pharmacist's Name | CASE | Case Worker | Address | Lilly Only | Statement Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Baltimore | Baltimore | Maryland | Weiner, Phillip Paul | Eckert | | 5 Stirrup Court, Pikesville, MD 21208 | only Lilly | 1993 |
| 2 | Baltimore | Bladensburg, 37 miles | Maryland | Cohen, Art | Killerlane | | 2709 Hewitt Ave., Wheaton, MD | stocked only Lilly | 1996 |
| 3 | Baltimore | Langley Park, 32 miles | Maryland | Maine, Edward | Kopper | | 9514 Buck Wodge Court, Adelphi, MD | stocked only Lilly | 1991 |
| 4 | Baltimore | Towson, 14 miles | Maryland | Shure, Arthur | Deters | | 3 Pomona West Apartment, Pikesville, MD | most likely Lilly | 1994 |
| 5 | Boston | Arlington | Massachusetts | Cavaretta, Philip | MA Mktshr | Sparr | Shore Road, Ogunquit, ME | Lilly only | 2003 |
| 6 | Boston | Arlington | Massachusetts | Epstein, David M. | MA Mktshr | Sparr | 265 Bishops Forest Drive, Waltham, MA | Lilly only | 2004 |
| 7 | Boston | Belmont | Massachusetts | Sugarman, H. Arthur | MA Mktshr | Sparr | 2115 Potomac, Southfield, MI 48076 | Lilly only | 2004 |
| 8 | Boston | Belmont | Massachusetts | Venuti, Joseph | MA Mktshr | Sparr | 2 Hardy Road, Bedford, MA | Lilly only | 2004 |
| 9 | Boston | Beverly | Massachusetts | Tilton, Richard | MA Mktshr | Sparr | 33 Park Street, Danvers, MA | Lilly only | 2004 |
| 10 | Boston | Boston | Massachusetts | Dupee, Harold | Nuttall-Bodin | | address not on statement | Lilly only | 1999 |
| 11 | Boston | Boston | Massachusetts | Gordon, Howard | | | 231 Nahanton St., Newton, MA | Lilly only | 2002 |
| 12 | Boston | Boston | Massachusetts | Oppenheim, Gordon | | | 28 Grace Road, Newton, MA 02459 | Lilly | 2003 |
| 13 | Boston | Boston - Jersey Street / Boston - Beelen (sp?) Street / Cambridge | Massachusetts | Cohen, Robert B. | MA Mktshr | Sparr | 571 Commonwealth Avenue, Newton Centre, MA 02459 | Lilly only | 2004 |
| 14 | Boston | Boston - Medical Center | Massachusetts | Alvino, Gloria | MA Mktshr | Sparr | 1660 Gulf Boulevard #531, North Redington Beach, FL 33708 | 1) "mind's eye" - Lilly 2) X-ed out "no recollection of any other brand" | 2004 |
| 15 | Boston | Boston - Medical Center | Massachusetts | Fitzpatrick, Barbara | MA Mktshr | Sparr | 1660 Gulf Boulevard #531, North Redington Beach, FL 33708 | 1) "mind's eye" - Lilly 2) X-ed out "no recollection of any other brand" | 2003 |
| 16 | Boston | Braintree | Massachusetts | Alexis, George | MA Mktshr | Sparr | 45 Settlers Path, Marshfield, MA 02050 | Lilly only | 2004 |
| 17 | Boston | Braintree | Massachusetts | Carnello, Edward L. | MA Mktshr | Sparr | 199 Oak Grove Road, Vassalboro, ME 04989 | Lilly only | 2004 |
| 18 | Boston | Bridgewater | Massachusetts | Paulive, Sumner | MA Mktshr | Sparr | 217 Braemoor Road, Brockton, MA | Lilly only | 2004 |
| 19 | Boston | Brighton | Massachusetts | Kelly, Charles P. | MA Mktshr | Sparr | 80 Laurence Lane, Belmont, MA | 1) Lilly 2) Also Squibb's Stilbetin | 2003 |
| 20 | Boston | Brighton | Massachusetts | Rosenfield, David | MA Mktshr | Sparr | 24 Perrault Road, Needham, MA 02494 | Lilly only | 2003 |
| 21 | Boston | Brighton | Massachusetts | Stahl, Joseph | MA Mktshr | Sparr | 84 University Road, Brookline, MA 02445 | Lilly only | 2003 |
| 22 | Boston | Brockton | Massachusetts | Goldstein, Harold | MA Mktshr | Sparr | 91 Shaw Farm Road, Canton, MA | Lilly only | 2004 |
| 23 | Boston | Brookline | Massachusetts | Arrigo, Joseph J. | MA Mktshr | Sparr | 61 South Street, Franklin, MA 02038 | Lilly only | 2004 |
| 24 | Boston | Brookline | Massachusetts | Levine, Stanley P. | MA Mktshr | Sparr | 57 Perkins Street, West Newton, MA 02465 | Lilly only | 2004 |
| 25 | Boston | Brookline | Massachusetts | Shapiro, Alan | Bohlin | Steve | 36 Greenwich Road, Horwood, MA 02062 | Lilly only | 2004 |
| 26 | Boston | Brookline | Massachusetts | Stuchins, Burt | MA Mktshr | Sparr | 99 Pine Street, Natick, MA | Lilly only | 2003 |

Case 1:05-cv-11177-NMW   Document 51-4   Filed 11/23/2008   Page 3 of 8

# INDEX -- I.D. MASTER NOTEBOOK

| Aaron's Designations | Actual Location and Mileage | State | Pharmacist's Name | CASE | Case Worker | Address | Lilly Only | Statement Date |
|---|---|---|---|---|---|---|---|---|
| 27 Boston | Cambridge | Massachusetts | Ciampa, Walter J. | MA Mktshr | Sparr | 371 Cambridge Stree, Cambridge, MA | 1) "mind's eye" - Lilly 2) X-ed out "no recollection of any other brand" | 2004 |
| 28 Boston | Cambridge | Massachusetts | Cohen, Fredric | MA Mktshr | Sparr | 34 Broadlawn Drive, Chestnut Hill, MA 02467 | Lilly only | 2004 |
| 29 Boston | Cambridge | Massachusetts | Sannecca, John A. | MA Mktshr | Sparr | Stoneham, MA | Lilly only | 2004 |
| 30 Boston | Cambridge, 3 miles | Massachusetts | Mortenson, David B. | Currie | Steve | 3 Priscilla Lane, Winchester, MA | Lilly only | 2002 |
| 31 Boston | Charleston | Massachusetts | Merlino, Carmen | MA Mktshr | Sparr | 9 Hammersmith Drive, Saugus, MA | Lilly only | 2004 |
| 32 Boston | Chelsea | Massachusetts | Dubin, Harold | MA Mktshr | Sparr | Needham, MA | Lilly only | 2004 |
| 33 Boston | Cochituate, 20 miles | Massachusetts | Johnson, Benjamin III. | Donovan | | no statement in book | | |
| 34 Boston | Concord, 19 miles | Massachusetts | Carr, Bob | Olsson | Renee | 12 Nancy Road, Concord, MA | Lilly only | 2000 |
| 35 Boston | Concord, 19 miles | Massachusetts | Foley, Walter | MA Mktshr | Sparr | 45 Cressbrook Road, Concord, MA 01742 | 1) Also stocked Carrol & Cederie 2) Lilly was dispensed for 25mg | 2004 |
| 36 Boston | Dedham | Massachusetts | Levangie, Peter F. | MA Mktshr | Sparr | 28 Netta Road, Dedham, MA 02026 | Lilly only | 2004 |
| 37 Boston | Dorchester | Massachusetts | Kalish, Irving | MA Mktshr | Sparr | 75 Brookline Avenue, Hull, MA 02045 | Lilly only | 2004 |
| 38 Boston | Dorchester | Massachusetts | Kaplan, Robert M. | MA Mktshr | Sparr | 18 Frederickson Drive, Randolph, MA | Lilly only | 2004 |
| 39 Boston | Dorchester | Massachusetts | Stoller, Irving. H. | MA Mktshr | Sparr | 118 Plymouth Drive #1D, Norwood, MA 02062 | Lilly only | 2003 |
| 40 Boston | East Bridgewater | Massachusetts | Berenson, Martin L. | MA Mktshr | Sparr | 7 Huckleberry Lane, Sharon, MA, 02067-1025 | Lilly only | 2004 |
| 41 Boston | Groton | Massachusetts | Witten, James | MA Mktshr | Benardete, Steve | 2511 nw 50TH Avenue, Ocala, FL | Lilly only | 2004 |
| 42 Boston | Gt. Barrington | Massachusetts | Bannon, William | MA Mktshr | Sparr | 37 Prospect Street, Gt. Barrington, MA | Lilly only | 2004 |
| 43 Boston | Housatonic | Massachusetts | Aberdale, Dolores | MA Mktshr | Sparr | 22 Linda Lane, Housatonic, MA 01236 | Lilly only | 2004 |
| 44 Boston | Housatonic | Massachusetts | Aberdale, Joseph W. | MA Mktshr | Sparr | 22 Linda Lane, Housatonic, MA 01236 | Lilly only | 2004 |
| 45 Boston | Hyde Park | Massachusetts | Ferzoco, Alexander R. | MA Mktshr | Sparr | 8 Chesterfield Street, Readville, MA 02136 | Lilly only | 2004 |
| 46 Boston | Hyde Park / Roslindale | Massachusetts | Abrams, Jason M. | MA Mktshr | Sparr | 531 Bay Road, Sharon, MA 02067 | | 2003 |
| 47 Boston | Jamaica Plain | Massachusetts | Grossman, Leonard | MA Mktshr | Sparr | 15-22 Resevoir Street, Mansfield, MA | Lilly only | 2004 |
| 48 Boston | Jamaica Plain | Massachusetts | Laham, Gregory H. | MA Mktshr | Sparr | 16 Kilronan Road, Westwood, MA | Lilly only | 2004 |
| 49 Boston | Lawrence | Massachusetts | Pahigian, Lazarus A. | MA Mktshr | Sparr | 252 Sutton Hill Road, North Andover, MA | Lilly only | 2004 |
| 50 Boston | Lawrence | Massachusetts | Porras, Norma | MA Mktshr | Sparr | 8 Robinson Circle, Winchester, MA | Lilly only | 2004 |
| 51 Boston | Lawrence Methuen Teuksburg | Massachusetts | Leone, Gabriel J. | MA Mktshr | Sparr | 11 Adelaide Road, Methuen, MA 01844 | Lilly only | 2004 |
| 52 Boston | Lowell | Massachusetts | Audet, Robert J. | MA Mktshr | Sparr | 109 Flower Lane, Dracul, MA | Lilly only | 2004 |
| 53 Boston | Lowell | Massachusetts | Audet, Robert J. | MA Mktshr | Sparr | 109 Flower Lane, Dracul, MA | Lilly only | 2004 |
| 54 Boston | Lowell | Massachusetts | Birch, Marie L. | MA Mktshr | Sparr | 10 8th Street, Biddeford Pool, ME | Lilly only | 2004 |
| 55 Boston | Lowell | Massachusetts | Birch, Walter C. | MA Mktshr | Sparr | 10 8th Street, Biddeford Pool, ME | Lilly only | 2004 |
| 56 Boston | Lynn | Massachusetts | Booras, William P. | MA Mktshr | Sparr | 10 Westover Drive, Wynnfield, MA 01910 | Lilly only | 2004 |
| 57 Boston | Lynnfield | Massachusetts | Chaggers, John | MA Mktshr | Sparr | 8 Forrester Road, Wakefield, MA | Lilly only | 2003 |
| 58 Boston | Lynnfield | Massachusetts | Levey, George | MA Mktshr | Sparr | 47 Holly Ridge Drive, Sandwich, MA  02563 | Lilly only | 2004 |
| 59 Boston | Malden | Massachusetts | Cantillou, Thomas J. | MA Mktshr | Sparr | 20 Dianne Road, Medford, MA | Lilly only | 2004 |

4/21/2004     INDEX -- I.D. MASTER NOTEBOOK     1:44 PM

| Aaron's Designations | Actual Location and Mileage | State | Pharmacist's Name | CASE | Case Worker | Address | Lilly Only | Statement Date |
|---|---|---|---|---|---|---|---|---|
| 60 Boston | Malden | Massachusetts | Shechet, Sherwin G. | MA Mktshr | Sparr | 31 Baldwin Street, Peabody, MA | Lilly only | 2004 |
| 61 Boston | Mashpee | Massachusetts | Goldberg, Mark | Stevens | Tom | 53 Snead Drive, Mashpee, MA | Lilly only | 2003 |
| 62 Boston | Medfield | Massachusetts | Iris, Benjamin | | | 26 Hearthstone Drive, Medfield, MA | Lilly only | 2001b |
| 63 Boston | Melrose, 9 miles | Massachusetts | Putney, Don | Fraser | Renee | 20 Riverside Dr., N. Reading, MA | Lilly only | 2001 |
| 64 Boston | Merrymount | Massachusetts | Nisenbaum, Norman | | Sparr | Hull, MA | Lilly only | 2004 |
| 65 Boston | Milton | Massachusetts | Lourie, Marvin | MA Mktshr | Sparr | 12229 Rockledge Circle, Boca Raton, FL  33428-4811 | Lilly only | 2004 |
| 66 Boston | Natick, 22 miles | Massachusetts | Aronson, Melvin | MA Mktshr | Sparr | 550 SE 5th Avenue, Apt. S106, Boca Raton, FL | Lilly only | 2004 |
| 67 Boston | Natick, 22 miles | Massachusetts | Peristere, Richard | Figueroa | Maricel | 65 W. Central St., Natick, MA  01760 | Lilly only | 2003 |
| 68 Boston | Natick, 22 miles | Massachusetts | Radock, Edward S. | MA Mktshr | Sparr | 3 Atherton Street, Natick, MA  01760 | Lilly only | 2004 |
| 69 Boston | Needham | Massachusetts | Baker, Steven | MA Mktshr | Sparr | 21 Trowbridge Circle, Stoughton, MA | Lilly only | 2004 |
| 70 Boston | Needham | Massachusetts | MacPherson, Earl | MA Mktshr | Sparr | 110 Elmwood Road, Needham, MA | Lilly only | 2003 |
| 71 Boston | New Bedford, 59 miles | Massachusetts | Charpentier, Raymond | Silva | Tom | 43 Nauticus St., New Bedford, MA (not a mailing address) | Lilly only | 2004 |
| 72 Boston | Newton | Massachusetts | Cemach, Henry | MA Mktshr | Sparr | 35 Foxhill Drive, Natick, MA  01760 | Lilly only | 2004 |
| 73 Boston | Newton | Massachusetts | Cortell, Saul M. | MA Mktshr | Sparr | 36 Rosewood Drive, Stoughton, MA | Lilly only | 2003 |
| 74 Boston | Newton | Massachusetts | Levine, Robert M. | MA Mktshr | Sparr | 106 Sewall Avenue, Brookline, MA | Lilly only | 2003 |
| 75 Boston | Newton | Massachusetts | Oppenheim, Gordon | Newman | Maricel | 705 Boylston St., Boston, 02116 | | |
| 76 Boston | Newton, MA | Massachusetts | Gordon, Howard | Newman | Maricel | 705 Boylston St., Boston, 02116 | | |
| 77 Boston | Newtonville | Massachusetts | DiBona, Lawrence B. | MA Mktshr | Sparr | 169 Washington Street, Wellesley Hills, MA  02481-3121 | Lilly only | 2004 |
| 78 Boston | North & South Easton | Massachusetts | Abbott, Robert | MA Mktshr | Sparr | 36 Copperwood Drive, Stoughton, MA | Lilly only | 2004 |
| 79 Boston | North Groton | Massachusetts | Fish, Howard L. | MA Mktshr | Sparr | 5 Meadowbrook Road, Worcester, MA | Lilly only | 2004 |
| 80 Boston | Palmer, 74 miles | Massachusetts | Gozciowski, Matthew | Schardel | Steve | 9 Hunting Lane, Wilbraham, MA  01095-2212 | Lilly only | 2001 |
| 81 Boston | Quincy, 9 miles | Massachusetts | Esterman, Henry I. | MA Mktshr | Sparr | 50-56 Broadlawn Park #308, Chesnut Hill, MA  02467 | Lilly only | 2004 |
| 82 Boston | Quincy, 9 miles | Massachusetts | Harrison, Ralph | Mullen, Philbrick, Roing | Tom | 25 Hobomack Road, Quincy, MA  02169 | Lilly only | 2003 |
| 83 Boston | Roslindale | Massachusetts | Scollins, William R. | MA Mktshr | Sparr | 19 Longshank Circle, Box 1775, North Falmouth, MA  02556-1775 | Lilly only | 2003 |
| 84 Boston | Roxbury | Massachusetts | Gehr, Bernard N. | MA Mktshr | Sparr | 20 Marscifield Road, Newton, MA | 1) 'mind's eye' - Lilly 2) X-ed out "no recollection of any other brand" | 2003 |
| 85 Boston | Roxbury | Massachusetts | Gruber, Martin N. | MA Mktshr | Sparr | 30 Overlook Road, Randolph, MA  02368 | Lilly only | 2003 |
| 86 Boston | Shrewsbury | Massachusetts | Leroy, Stuart C. | MA Mktshr | Sparr | 189 Shrewbury Street, Holden, MA | Lilly only | 2003 |
| 87 Boston | Somerville | Massachusetts | Stone, Robert | MA Mktshr | Sparr | 15 Hattie Lane, Billerica, MA  01821 | Lilly only | 2004 |
| 88 Boston | Somerville | Massachusetts | Warren, Daniel E. | MA Mktshr | Sparr | 52 Winter Street, Leominster, MA | Lilly only | 2004 |
| 89 Boston | South Braintree | Massachusetts | Young, Claude R. | MA Mktshr | Sparr | 157 River Street, Braintree, MA  02184 | Lilly only | 2003 |
| 90 Boston | South Station & North Station | Massachusetts | Baum, Alfred | MA Mktshr | Sparr | 276 Bainbridge Street, Malden, MA | Lilly only | 2003 |
| 91 Boston | Southbridge, 62 miles | Massachusetts | Peloquin, Charles | Dibello | Sparr | 2222 Ocean Shore Blvd., Ormond Beach, FL | Lilly only | 2000 |
| 92 Boston | Springfield | Massachusetts | Maichot, Henry J. | MA Mktshr | Sparr | 96 Nassau Drive, Springfield, MA  01129 | Lilly only | 2004 |
| 93 Boston | Wakefield | Massachusetts | Black, Burton | MA Mktshr | Sparr | 9661 Shadybrook Drive, Boynton Beach, FL | Lilly only | 2004 |
| 94 Boston | Waltham | Massachusetts | Grobman, James | MA Mktshr | Sparr | 9 Alum Drive, Randolph, MA | Lilly only | 2003 |

4/21/2004

1:44 PM

## INDEX -- I.D. MASTER NOTEBOOK

| Aaron's Designations | Actual Location and Mileage | State | Pharmacist's Name | CASE | Case Worker | Address | Lilly Only | Statement Date |
|---|---|---|---|---|---|---|---|---|
| 95 Boston | Wellesley Hills | Massachusetts | Schmidt, Donald | MA Mktshr | Sparr | 49 MacArthur Road, Natick, MA | Lilly only | 2003 |
| 96 Boston | West Bridgewater | Massachusetts | Cohen, David J. | MA Mktshr | Sparr | 494 East Street, West Bridgewater, MA | Lilly only | 2004 |
| 97 Boston | West Newton | Massachusetts | Kelley, Robert D. | MA Mktshr | Sparr | 138 Manzella Court, Rockland, MA 02370 | Lilly only | 2004 |
| 98 Boston | West Newton | Massachusetts | Margolis, Jon | MA Mktshr | Sparr | 265 Upland Avenue, Newton, MA 02461 | Lilly only | 2003 |
| 99 Boston | West Upton, 38 miles | Massachusetts | Wood, Patricia | Fastino | Steve | 157 Laurelwood Dr., Hopedale, MA | Lilly only | 2002, 2004 |
| 100 Boston | West Upton, 38 miles | Massachusetts | Wood, Robert | Fastino | Steve | 157 Laurelwood Dr., Hopedale, MA | Lilly only | 2002, 2004 |
| 101 | Westfield | Massachusetts | Cohen, Sol D. | MA Mktshr | Sparr | 7679 Lemonwood Street, Boynton Beach, FL 33437 | Lilly only | 2004 |
| 102 Boston | Whitman, 23 miles | Massachusetts | Duval, John H. (2) | Seele, Garner and Barba | Renee | 250 Sportsman's Trail, Whitman, MA | Lilly only | 1974 |
| 103 Boston | Willbraham, 81 miles | Massachusetts | Ziemba, Irene | Hartl | Steve | 5 Sunnyside Terrace, Wilbraham, MA | Lilly only | 2001 |
| 104 Boston | Winchester, 9 miles | Massachusetts | Flaherty, William | Cook-Melloy / Newman | Steve / Maricel | 19 Mott St., Arlington, MA | Lilly only | 2004 |
| 105 Boston | Worcester, 46 miles | Massachusetts | Arahelian, Geraldine | MA Mktshr | Maricel | 19 Lake Street, Shrewsbury, MA 01545 | Lilly only | 2004 |
| 106 Boston | Worcester, 46 miles | Massachusetts | Haig, Jr., David D. | Russell | Tom | Worcester County is only address on statement | Lilly only | not dated |
| 107 Boston | Worcester, 46 miles | Massachusetts | Hurowitz, Nason A. | MA Mktshr | Sparr | 19 Cardinal Road, Worcester, MA | Lilly only | 2004 |
| 108 Chicago | Moline, 174 miles | Illinois | DeWilde, Paul | Allen | Alex | 2314 9th St., Silvis, IL 61282 | Lilly only | 2003 |
| 109 Chicago | Moline, 174 miles | Illinois | Poiler, Bruce | | | 2312 Carriage Lane, Moline, IL | Lilly only | 2005 |
| 110 Chicago | Peoria | Illinois | Bittner, Morris | | | 2711 N. Vierria, Peoria, IL | Lilly only | 2003 |
| 111 Chicago | Peoria | Illinois | Bogard, Richard H. | | | 824 W. Fairlawn Lane, Peoria, IL | Lilly only | 2003 |
| 112 Chicago | Peoria | Illinois | Carham, John K. | | | 2508 N. Rockwood, Dr., Peoria, IL | Lilly only | 2003 |
| 113 Chicago | Peoria | Illinois | Donovan, Arthur E. | | | 608 Highview Road, E. Peoria, IL | Lilly only | 2004 |
| 114 Chicago | Peoria | Illinois | Tinglef, Richard W. | | | 312 Glencrest, Peoria, IL 61614 | Lilly only | 2003 |
| 115 Chicago | Washington | Illinois | Maher, William E. | | | 114 Brookwood C., Washington, IL | Lilly only | 2003 |
| 116 Conn | Bridgeport, CT | Connecticut | Gerstl, Joseph | Almeida | | 9833 Majestic Way, Boynton Beach, FL 33437 | Lilly only | 1991 |
| 117 Conn | Bristol | Connecticut | Kalinowski, George | | | 95 Norwood Road, Bristol, CT | Lilly | 2004 |
| 118 Conn | Bristol, CT | Connecticut | Arzolitis, Donald | Dimanche | Maricel | 29 Donna Lane, Forestville, CT 06010 | Lilly only | 2002 |
| 119 Conn | Milford, CT | Connecticut | Downing, Francis X. | | Sparr | 35 Richmond Drive, Lee, MA 01238 | Lilly only | 2004 |
| 120 Conn | Putnum, CT | Connecticut | Malito, Ralph A. | Harrison | | 145 Savin Street, Putnam, CT | Lilly only | 1990 |
| 121 D.C. | D.C. | D.C. | Baldoin, Louis | Sorells | | 3343 S. Leisure World Blvd., Silver Spring, MD | Lilly, but may have stocked a discount brand also | 1995 |
| 122 D.C. | D.C. | Washington, D.C. | Barshai, Norman | Barshai | | no address on statement | personally dispensed Lilly for his wife | not dated |
| 123 D.C. | D.C. | Washington, D.C. | Bialek, Sam | Tidler | | statement missing from book | | |
| 124 D.C. | D.C. | Washington, D.C. | Hobbs, Vera | Feldman and Bass | | 5 Brandywine Street, Washington, D.C. 20032 | Lilly | 1992 |
| 125 D.C. | Fairfax | Virginia | Kipps, John William | Mayo | | 5206 Pimlico Ct., Fairfax, VA | Lilly only | 1995 |
| 126 D.C. | Gaithersburg, MD. 27 miles | Maryland | Friedman, Ben | Mopsik | | 8510 Wilkesboro Lane, Potomac, MD | Lilly only | 1991 |
| 127 D.C. | Hyattsville, MD. 7 miles | Maryland | Berlin, Alvin | Cloey-Pallozzi | Steve | 15115 Interlocka Drive, Apt. 1009, Silver Spring, MD | Lilly only | 2001, 2003 |
| 128 D.C. | MD Suburbs | Maryland | Goodman, Victor | Augusterfer | Steve | 12515 Eastbourne Dr., Silver Spring, MD | Lilly only | 2002 |

4/21/2004  INDEX -- I.D. MASTER NOTEBOOK  1:44 PM

| Aaron's Designations | Actual Location and Mileage | State | Pharmacist's Name | CASE | Case Worker | Address | Lilly Only | Statement Date |
|---|---|---|---|---|---|---|---|---|
| 129 DC | DC | | Sadel, Jack | Simon, B. | | 3701 North Country Club Drive, Apt. 305, Miami, FL 33180 | Lilly | 1993 |
| 130 L.A. | ? | Louisiana | Robinson, Freddie | | | no address on statement | Lilly only | 2004 |
| 131 L.A. | Baton Rouge, LA | Louisiana | Bolton, Howard | Terrebonne | | 417 West Woodruff Drive, Baton Rouge, LA 70808 | Lilly | 1998 |
| 132 L.A. | Cut Off, LA | Louisiana | LeBlanc, John N. | Terrebonne | | no address on statement | Lilly only | 1997 |
| 133 L.A. | Marrero | Louisiana | Ruiz, Alvin | | | 2042 Spanish Oaks Drive, Harvey, LA 70058 | Lilly only | 2002 |
| 134 L.A. | New Orleans | Louisiana | Doucette, Edmond | | | 10021 Flossmoor Drive, New Orleans, LA 70127 | Lilly only | 2002 |
| 135 L.A. | New Orleans | Louisiana | Roy, Diane | | | 7401 Camberley Drive, New Orleans, LA 70128 | Lilly only | 2002 |
| 136 L.A. | Thibodaux, LA | Louisiana | Arboneaux, Sterling | Terrebonne | | 209 Fairfield Drive, Thibodaux, LA 70301-3719 | Lilly | 1996 |
| 137 L.A. | Thibodaux, LA | Louisiana | Birdsall, Walter | Terrebonne | | 15875 East Main Street, Galliano, LA 70354 | Lilly | 1996 |
| 138 L.A. | Thibodaux, LA | Louisiana | McCollum, John C. | Terrebonne | | D&M Pharmacy, 1772 Canal Boulevard, Thibodaux, LA 70301 | Lilly only | 1996 |
| 139 L.A. | Thibodaux, LA | Louisiana | Naquin, Richard L. | Terrebonne | | no address on statement | Lilly | 1996 |
| 140 Misc. | (Goldcamp) | Ohio | Boiman, Richard E. | Hummeldorf, Martone | Tom, Maricel | no statement in book | | |
| 141 Misc. | Albuquerque | New Mexico | Reed, Jim | Allen, Connie | | Ruidoso, NM | Lilly only | 1998 |
| 142 Misc. | Belfast, ME | Maine | Gould, Robert | Nealley | | RFD #3 Box 464, Belfast, ME 04915 | Lilly only | 1999 |
| 143 Misc. | Cincinnati | Ohio | Keyser, James A. | Keyser | Tom | | Lilly only | |
| 144 Misc. | Cleveland | Ohio | Hall, Leroy | Frohapple | Tom | 115 Ichabod Trail, Longwood, FL | Lilly only | 2001 |
| 145 Misc. | Cleveland | Ohio | Thomas, Russell | Frohapple | Tom | 6059 Myrtle Hill Road, Valley City, OH 44280 | Lilly only | 2000 |
| 146 Misc. | Columbia | Missouri | Asbury, Bettie | Demery | | 4575 North Route E, Columbia, MO | Lilly predominated | 1996 |
| 147 Misc. | Detroit | Michigan | Gilbert, Sheldon | | | 29849 Sugar Spring, Farmington Hills, MI 48334 | Lilly | 2002 |
| 148 Misc. | Detroit | Michigan | Mandelbaum, Aaron | | | 24260 Gardner, Oak Park, MI 48327 | Lilly | not dated |
| 149 Misc. | Falcon Heights, Ely | Minnesota | Bertulla, Jack | Lenander | Renee | 1446 W. Idaho Avenue, St. Paul, MN 55108 | Lilly only | 2000 |
| 150 Misc. | Farmington | New Mexico | Williams, Charles Lewis | Bragg | | 2765 Ninth Street, Douglas, AZ | Lilly | 1990 |
| 151 | Indianapolis, IN | Indiana | Henderson, Gene | Ellison | Steve | 1515 North Wellington Avenue, Indianapolis, IN | Lilly only | 2003 |
| 152 Misc. | Kansas City, MO | Missouri | Jabenis, Lawrence R. | Newman | | no statement in book | | |
| 153 Misc. | Lancaster | Ohio | Cook, Walter (Wally) | Kihm | Renee | 1737 Longwood, Lancaster, OH | Lilly only | 2001 |
| 154 Misc. | Minneapolis | Minnesota | Cummelin, Roy Clifford | Boyson | Tom | 8438 Oakland Avenue S., Bloomington, MN | Lilly only | 2000 |
| 155 Misc. | Minneapolis | Minnesota | McNeil, Walter | Lenander | Renee | Minneapolis, MN | Lilly only | 2000 |
| 156 Misc. | Moberly | Missouri | Buntin, Bill | Cirata | | no statement in book | (1) deals with location of prescriptions; (2) deals w/specific scrip | (1) not dated |
| 157 Misc. | Moberly | Missouri | Kirk, Ron | Cirata | | 319 W. Reed Street, Moberly, MO | Lilly only | 1998 |
| 158 Misc. | Moberly | Missouri | Tadrus, Sam | Robb | | 703 Seven Bridges Road, Moberly, MO | Lilly only | 1998 |
| 159 Misc. | Oak Park | Michigan | Linden, Louis | Mages | Tom | 29845 Pine Ridge Circle, Farmington Hills, MI 48331 | Lilly primarily | 2001 |
| 160 Misc. | Pittsburgh, KS | Kansas | Waltrip, Bill | Galvin | | 300 West 6th Street, Pittsburgh, KS | Lilly only | 2003 |
| 161 Misc. | Roseville, MN | Minnesota | Johnson, Ronald B. | Dobbelmann | Maricel | | Lilly only | |
| 162 Misc. | Shawnee Mission, KS | Kansas | Adams, Gene | Shields | | 6624 Mastin Drive, Shawnee Mission, KS | Lilly only | 1990 |
| 163 Misc. | St. Louis | Missouri | Genwitz, John | Wieprecht | Tom | 4471 Pershing Row, St. Louis, MO 63108-2507 | Lilly only | 2002 |

c:\aaron\2002\INDEX -- Causation ID MASTER Notebooks\I.D.

4/21/2004　　　　　　　　　　　　　　INDEX -- I.D. MASTER NOTEBOOK　　　　　　　　　　　　1:44 PM

| Aaron's Designations | Actual Location and Mileage | State | Pharmacist's Name | CASE | Case Worker | Address | Lilly Only | Statement Date |
|---|---|---|---|---|---|---|---|---|
| 164 Misc. | St. Louis Park | Minnesota | Weinkauf, David | Goldstein | Tom | 2230 Vale Crest Road, Minneapolis, MN | Lilly only | 2001 |
| 165 Misc. | St. Paul | Minnesota | Brochin, Joseph | Lenander | Renee | 8015 W. 18th Street, Minneapolis, MN 55426 | Lilly only | 2000 |
| 166 Misc. | St. Paul | Minnesota | Maisel, Stanley | Lenander | Renee | | Lilly only | 2000 |
| 167 Misc. | Waldoboro | Maine | Wooster, Theodore | Bond | Maricel | 926 Maine Street, Waldoboro, ME 04572 | other than Lilly unlikely | 2000 |
| 168 NY | Brooklyn | New York | Swedlow, Richard | Burns | Tom | 1969 Bay Boulevard, Atlantic Beach, NY 11509 | Lilly only | 2002 |
| 169 NY | Fresh Meadow, NY | NY | Mindlin, Herbert | Gassman | Tom | 6732 182nd ST, Fresh Meadow, NY 11365 | Lilly | 2003 |
| 170 NY | Hempstead | New York | Mindlin, Herbert | Gassman | Tom | 6736 182nd Street, Fresh Meadows, NY 11365 | Lilly only | 2003 |
| 171 NY | Merrick | New York | Stern, Herbert | Helford | | no address on statement | Lilly only | 1990 |
| 172 NY | North Bergen | New Jersey | Rubin, Daniel | Kaufman | Maricel | 300 Winston Drive, Apartment 805, Cliffside Park, NJ 07010 | Lilly only | 2001 |
| 173 NY | Ogdensburg | New York | Hobbs, Jane (Clark) | Liberty | Renee | 338 Pray Road, Ogdensburg, NY 13669 | Lilly only | 2002 |
| 174 NY | Ogdensburg | New York | Pagano, Frances | Liberty | Renee | 516 Caroline Street, Ogdensburg, NY 13669 | Lilly only | 2002 |
| 175 NY | Rochester | New York | Dean, George | Berman | | 160 Lackine Drive, Rochester, NY | Lilly only | 1998 |
| 176 NY | Schenectady | New York | Catarelli, George | Roberge | | 1140 Earl Avenue, Schenectady, NY | Lilly only | 2003 |
| 177 Philly | ? | Pennsylvania | Dovberg, Allan | Coy | Steve | 2109 Barren Hill Road, Conshohocken, PA | Lilly only | 2003 |
| 178 Philly | Cherry Hill, PA | Pennsylvania | Magaziner, Steven | | | 25 Liberty Lane, Cherry Hill, PA | Lilly only | 2003 |
| 179 Philly | Erie, 428 miles | Pennsylvania | Reinhold, William | Jaworowski-Silito | Steve | 3505 Ellsworth Avenue, Erie, PA | Lilly only | 2002 |
| 180 Philly | Everett, 195 miles | Pennsylvania | Penn, William | Bonello | Steve | 241 Susan Avenue, Hollidaysburg, PA | Lilly only | 2001 |
| 181 Philly | Glenside, 14 miles | Pennsylvania | Selizer, Philip | | Steve | 8470 Limekiln Pike, #903, Wyncote, PA 19095 | Lilly only | 2000 |
| 182 Philly | Havertown, 8 miles | Pennsylvania | Bell, Robert | | | statement missing from book | | |
| 183 Philly | Havertown, 8 miles | Pennsylvania | Katz, Marcia | Moyer | Steve | 306 Forest Avenue, Glen Ridge, NJ 17028 | Lilly only | 2001 |
| 184 Philly | Lebanon, PA | Pennsylvania | McClellan, H. Ronald | | | 18 Briar Road, Lebanon, PA 17042 | Lilly only | 2003 |
| 185 Philly | Melton, NJ | New Jersey | Jacoby, Robert J. | | | 105 Montpelier Court, Melton, NJ 08053 | Lilly only | 2003 |
| 186 Philly | Philly | Pennsylvania | Abramson, Herbert | Coy | Steve | 6238 Everest Street | Lilly only | 2001 |
| 187 Philly | Philly | Pennsylvania | Brog, Samuel | Coy | Steve | 102 Buckley Terrace, Philadelphia, PA 19115 | Lilly only | 2001 |
| 188 Philly | Philly | Pennsylvania | Estes, Jack, D. | Coy | Steve | 8470 Limekiln Pike, Wyncote, PA 19095 | Lilly only | 2004 |
| 189 Philly | Philly | Pennsylvania | Goodman, Stanford | Coy | Steve | 8470 Limekiln Pike, Apt. 808, Wyncote, PA 19095-2706 | Lilly only | 2003 |
| 190 Philly | Philly | Pennsylvania | Lipschutz, Harvey | Lebens | Maricel | 555 Dreshertown Road, Fort Washington, PA 19034 | Lilly only | 2003 |
| 191 Philly | Philly | Pennsylvania | Ostrow, Jacob | Lebens | Maricel | 2401 Pennsylvania Avenue, Philadelphia, PA 19130 | Lilly only | 2002 |
| 192 Philly | Philly | Pennsylvania | Pronzato, William | | | 1911 Herlock Road, Flourtown, PA 19031 | Lilly only | 2003 |
| 193 Philly | Philly | Pennsylvania | Rose, Jonas | Gold, T. | | | | |
| 194 Philly | Pittsburgh, 305 miles | Pennsylvania | Kuber, Mort | Giuseffi | | | | |
| 195 Philly | Pittsburgh, 305 miles | Pennsylvania | Rosenfeld, David | Giuseffi | | | | |
| 196 Richmond | Falls Curch, 104 miles | Virginia | Miller, Reuben | Caswell | | 2903 Fallstaff Road, Baltimore, MD 21209 | Lilly only | 1989 |
| 196 Richmond | Norfolk, 94 miles | Virginia | DiDomenico, Peter J. | Moore, D. | | 142 Lafayette Avenue, Norfolk, VA | Lilly only | 1990 |
| 197 Richmond | Petersburg, 25 miles | Virginia | Cooper, William S. | Robinson | | 3331 Hanes Avenue, Richmond, VA 23222 | Lilly only | 1992 |
| 197 Richmond | Petersburg, 25 miles | Virginia | Vaughn, James F. | Robinson | | 19815 Oakland Avenue, Colonial Heights, VA | Lilly only | 1992 |
| 198 San Fran | Sacramento, 87 miles | California | Malvesti, Robert | Gibson-Rodgers | Renee | Fair Oaks, CA | Lilly only | 2001 |

c:\aaron\2002\INDEX -- Causation ID MASTER Notebooks\.D.

4/21/2004

# INDEX -- I.D. MASTER NOTEBOOK

1:44 PM

| | Aaron's Designations | Actual Location and Mileage | State | Pharmacist's Name | CASE | Case Worker | Address | Lilly Only | Statement Date |
|---|---|---|---|---|---|---|---|---|---|
| 199 | San Fran | San Fran | California | Okano, Ellis (incls depo) | Wall | Renee | 142 18th Avenue, San Francisco, CA 94121 | Lilly | 2003 |
| 200 | San Fran | San Fran | California | Storz, Marshall D. (incls depo) | Wall | Renee | 30 19th Avenue, San Francisco, CA | Lilly | 2001 |
| 201 | South | ? | Tennessee | Wilson, Guy B., Sr. | Webb | | 1211 Cedar Place, Johnson City, TN 37601 | Lilly only | 1999 |
| 202 | South | Bristol | Tennessee | Parplin, Ron | Krueger | | 1013 Egypt Road, Bluff City, TN | Lilly only | 2000 |
| 203 | South | Columbia | South Carolina | Bolick, Coleman | Huffman | Tom | 254 Ponte Vedra Drive, Columbia, SC | Lilly | 2001 |
| 204 | South | Columbia | South Carolina | Hook, Davis | Huffman | Tom | 2827 Hebron Drive, West Columbia, SC | Lilly only | 2001 |
| 205 | South | Jamestown, Livingston | Tennessee | Clark, Malcolm Douglas | Nevins | | 555 Villa Drive, Livingston, TN | Lilly only | 2004 |
| 206 | South | Louisville, KY | Kentucky | Buchanan, Jimmy W. | Nevins | Steve | 7308 Hunting Creek Drive, Prospect, KY 40059 | Lilly only | 2001 |
| 207 | South | Ludlow, KY | Kentucky | Farrell, Bill | Reusch | Renee | 79 Sunnymede Drive, Ft. Mitchell, KY | Lilly | 2050 |
| 208 | South | Memphis | Tennessee | Compton, Leonard | Berry | | no statement in book | | |
| 209 | South | Noxapater | Mississippi | Boswell, Webb A. | Martin | Maricel | Noxapater, MS 38346 | Lilly only | 2002 |
| 210 | South | Spring Hill, FL | Florida | Principe, William | Manning | Renee | 1463 Brgigadier Dr., Spring Hill, FL | Lilly only | 2003 |
| 211 | South | Thomaston, GA | Georgia | Grizzard, Martin | Kladky | | no address on statement | Lilly | 1998 |
| 212 | South | Thomaston, GA | Georgia | Taylor, Carter | Kladky | | Upson County, Georgia | Lilly | 1999 |
| 213 | South | Winston Salem | North Carolina | Rabil, Ernest | King | | no statement in book | | |
| 214 | TX | Baytown | Texas | Roberts, Kenneth L. | Whitener | | 2021 Arcadia Loop, Kerrville, TX 78028 | Lilly only | 2002 |
| 215 | TX | Houston | Texas | Armer, Ronald K. | Kogen | Steve | 1427 Edwards Boulevard, New Braunfels, TX 78132 | Lilly only | 2001 |
| 216 | TX | Marshall | Texas | Matthews, Ronnie | Dinkle | Tom | 500 Miller Drive, Marshall, TX | Lilly only | 2002 |
| 217 | TX | San Marcos | Texas | Carson, John | Hernandez | Tom | San Marcos, TX | Lilly only | 2001 |
| 218 | WI / WV | Brookfield | Wisconsin | Young, John | Perlberg | Tom | 17990 Parish Drive, Brookfield, WI | Lilly only | 2001 |
| 219 | WI / WV | Charleston | West Virginia | Griffith, Roger D. | Brown, K. | Maricel | no statement in book | Lilly only | 2001 |
| 220 | WI / WV | Milwaukee | Wisconsin | Bohn, R. James | Perlberg | Tom | 2728 N. 118th Street, Wauwatosa, WI 53222 | Lilly only | 2001 |
| 221 | WI / WV | Milwaukee | Wisconsin | Chojnacki, R.A. | Perlberg | Tom | 6010 So. 25 Court, ?, WI | Lilly only | 2001 |
| 222 | WI / WV | Milwaukee | Wisconsin | Johnson, Robert | Perlberg | Tom | Wauwatosa, WI | | |
| 223 | WI / WV | Osh Kosh | Wisconsin | Bartell, Jim | Eskandarani | | 2095 Point Comfort, Oshkosh, WI | Lilly only | 2000 |
| 224 | WI / WV | So. Milwaukee | Wisconsin | Adamzak, Dan | Perlberg | Tom | 27032 So. Palm Lane, Wind Lake, WI 53185 | Lilly only | 2001 |
| 225 | WI / WV | Wauwatosa | Wisconsin | Malie, Robert | Perlberg | Tom | 3000 N. ?, WI | Lilly only | 2001 |

# Ex. 4

00001

```
 1              Volume:  1
 2             Pages:  1 - 110
 3             Exhibits:  1-2
 4      IN THE UNITED STATES DISTRICT COURT
 5      FOR THE DISTRICT OF MASSACHUSETTS
 6  C.A. No. 02-CV-11078-RGS
 7  -------------------------------x
 8  ELLEN J. DEAN,
 9      Plaintiff
10
11  v.
12
13  ELI LILLY AND COMPANY,
14      Defendant
15  -------------------------------x
16
17      DEPOSITION OF PHILIP J. CAFFERTY
18      Friday, August 22, 2003, 11:04 a.m.
19          Foley Hoag LLP
20   155 Seaport Boulevard, Boston, Massachusetts
21
22
23
24      Reporter:  Caroline T. Renault, CSR/RPR
```

**Cafferty, Philip (8/22/03)**                    **Page 1**

00054

1    A. Yeah.

2    Q. Now, up until 1965 I take it from what you

3  said that you had no experience in any pharmacies

4  outside of the Thorpe Pharmacy and part time at the

5  Ivey Pharmacy, is that right?

6    A. Correct.

7    Q. And you had no experience in any pharmacies

8  in Massachusetts at that point, is that correct?

9    A. Correct. I was not licensed in Massachusetts

10  at that time.

11    Q. Did you become licensed in Massachusetts?

12    A. Yes, I did. I would say probably about 1978

13  when I came back from Florida, the reason being

14  while I was employed by Eli Lilly, even though I was

15  a pharmacist, I did not work part time in the

16  pharmacy. I probably got licensed in Massachusetts

17  in -- 1984 is when I left Lilly, so 1984 is when I

18  became licensed. I could not work part time.

19    Q. I'm sorry. What you are saying is while you

20  worked for Lilly, you worked for Lilly and didn't do

21  any pharmacy work, is that right?

22    A. Correct. It was against company policy.

23    Q. And you believe you were licensed in

24  Massachusetts in about 1984?

**Cafferty, Philip (8/22/03)**                    **Page 54**

00055

1    A. That's right.  The license was reciprocated.

2    Q. How did you come to apply to Eli Lilly and

3  Company in 1965?

4    A. All right.  When Walter Thorpe owned Thorpe's

5  Pharmacy, he had the four stores and he kept telling

6  me, "Phil, once you become a pharmacist, you will be

7  a pharmacy manager in one of my stores."  The sons

8  took over and slowly but surely he started to sell

9  off all of the stores but East Greenwich, which was

10  the newest store.

11        I said, "Gil, your father always told me

12  I would be a pharmacy manager, but the only store

13  you have left is this one.  What are my chances of

14  becoming a pharmacy manager here?"

15        He said, "Not too good."

16        I said, "Thank you."

17        Actually, Lilly -- I applied to

18  Lilly -- it was kind of strange.  I had -- Jim

19  Noonan, a Lilly representative, he would call on me

20  at Ivey Apothecary every other Friday when I was

21  working and asked me to apply to Lilly.

22        I said, "Jim, I'm with Lilly."  I'm

23  sorry.  "I'm with Thorpe and work here part time.

24  I'm happy."

**Cafferty, Philip (8/22/03)**                    **Page 55**

00091

1    Q. Take Exhibit 1, and if you would take this

2   pen -- and on Exhibit 3 why don't you mark out the

3   change that you want to make there, "600" to "200."

4    A. (Witness complies.)

5       THE WITNESS:  That was one of the

6   changes I made, Aaron, but it never came out.

7       MR. LEVINE:  On the original copy that

8   you received, that has that change on it.

9       MR. DILLON:  No.

10       THE WITNESS:  600 was there.

11       MR. DILLON:  The one that I got is the

12   one that Mr. Cafferty has that has been marked with

13   his handwriting.

14       THE WITNESS:  200.

15       MR. LEVINE:  I hope so.

16       THE WITNESS:  That was a change that

17   came.

18    Q. Let's stay on Paragraph 3 for a while.  You

19   are talking about experience over the last half

20   century in dozens of drugstores.  Up until 1972 you

21   worked in the Thorpe Drugstore?

22    A. Up until 1965.

23    Q. But carrying on to 1972, your experience in

24   drugstores is the Thorpe Drugstore?

**Cafferty, Philip (8/22/03)**                          **Page 91**

00092

1    A. Thorpe and Ivey Apothecary.

2    Q. Where you worked part time?

3    A. Yeah.

4    Q. If there was any drugstore that was after,

5 more than those two, they happened after 1972,

6 right?

7    A. I don't follow what you mean.

8    Q. What do you mean by, "In my experience over

9 the last half century in dozens of drugstores"?

10    A. As a pharmaceutical representative.

11    Q. So in "dozens" you mean -- why did you say

12 "dozens" rather than 200, the 200 that you had

13 before?

14        MR. LEVINE:  We will change it.

15        MR. DILLON:  Are you -- I'm trying to

16 find out what Mr. Cafferty means by his statement.

17 Let me turn to the back of this thing.

18    Q. Mr. Cafferty, at the back of the statement,

19 Exhibit 1, do you see you signed this under the

20 penalty of perjury --

21    A. Yes.

22    Q. -- based on your personal knowledge --

23    A. Yes.

24    Q. -- that it's true and correct?

**Cafferty, Philip (8/22/03)**                    **Page 92**

00065

1 new drug came out, we would ship a bottle to the

2 pharmacy or whatever a new drug shipment or

3 something like that.  Most pharmacies would sign it.

4 If the drug didn't move the first three months, we

5 told them we would take it back, so they had very

6 little invested.

7    Q. Okay.  Now, with respect to -- this is 1965

8 when you first started.  I take it that you were not

9 detailing DES or diethylstilbestrol --

10    A. No.

11    Q. -- is that right?

12    A. No.

13    Q. Did you have any information about DES or

14 diethylstilbestrol?

15    A. No.  I knew Lilly made it.  I knew what it

16 was used for, but we never detailed it.

17    Q. Okay.

18    A. I never discussed it with the physician.

19    Q. And in fact, the doctors that you were seeing

20 were not likely OB/GYNs?

21    A. Some were OB/GYNs, but for the most part they

22 were general practitioners and internal medicine.

23    Q. But you didn't discuss DES with them?

24    A. No.

00082
1  lot of time with the residents.

2      Q. And your focus was the drugs that Lilly was

3  then detailing --

4      A. Yes.

5      Q. -- which did not include DES?

6      A. No.

7      Q. And you didn't deal with any pharmacies,

8  retail pharmacies at this time?

9      A. No, I did not.

10     Q. I know you have other roles, but let's take

11  now through --  you were in that job until the

12  middle of 1972, is that right?

13     A. I was only there for about three months.

14     Q. In the middle of 1972 that's when you went to

15  Indianapolis?

16     A. In January of '72 and went back on permanent

17  assignment in April of '72.  I first went on what

18  they call a switch program where I was in

19  Indianapolis for three months for a switch

20  assignment.  If you do well, they invite you back on

21  permanent assignment, which I did.

22     Q. So I am going to -- while I want to ask you

23  questions about these things, I am up now to 1972,

24  and I just would like to go back over some of the

**Cafferty, Philip (8/22/03)**                     **Page 82**

00083

1 things.  I have about 20 minutes to go because of

2 the restriction that is being put on this.

3      MR. LEVINE:  I will object.  It's not a

4 restriction.  It's an agreement.

5      MR. DILLON:  It was an agreement that I

6 could get a part of this deposition.

7   Q. So let me just be clear.  That by 1972 -- you

8 had spent the time from 1961 to 1965 in the Thorpe

9 store in Rhode Island, right?

10   A. Right.

11   Q. And in 1965 to 1967 you had the Fall River,

12 Newport and surrounding towns, right?

13   A. Right.

14   Q. And that's an area where you did call on

15 pharmacies, is that right?

16   A. That's correct.

17   Q. And in 1967 to '68 I think you were north of

18 Boston, correct?

19   A. Correct.

20   Q. And you were dealing with specialists in

21 internal medicine, is that correct?

22   A. Yes.

23   Q. And in 1968 to '71 you were in Syracuse, is

24 that correct?

00084

1    A. Yes.

2    Q. And not dealing with any retail pharmacies?

3    A. Right.

4    Q. And in 1971 to '72 you were in Boston not

5  dealing with any retail pharmacies, is that right?

6    A. Correct.

7    Q. I do have a number of questions to ask about

8  this, but I do need to go through some parts of your

9  statement that we marked as Exhibit 1.  Having gone

10  through -- I'm sorry.  We were summing up about

11  where you have been.  Through all of this time up

12  until 1972 you didn't make any notes or observations

13  about, written observations -- I'm sorry -- written

14  observations or notes about diethylstilbestrol?

15    A. Correct.

16    Q. And that was not a focus of your interest, is

17  that right?

18    A. No.

19    Q. In fact, it's something you didn't pay any

20  attention to at all, is that correct?

21    A. Correct.  We were not detailing it.

22    Q. So let's turn to your statement, Exhibit 1.

23  Now, first of all, would you say that this statement

24  of Philip Cafferty, would you say these are in your

**Cafferty, Philip (8/22/03)**                    **Page 84**