UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JULIE DELANEY**

**CIVIL ACTION**

V

NO. 05-10241-MLW

**ELI LILLY and COMPANY**

NOTICE

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for a MOTION HEARING on all pending motions on APRIL 12, 2007 at 2:30 P.M. before Judge WOLF in Courtroom # 10 on the 5th floor.

SARAH THORNTON, CLERK

January 29, 2007           By:   /s/ Dennis O'Leary
Date                             Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                      [ntchrgcnf.]