## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**JULIE DELANEY et al**

**CIVIL  CASE
NO. 05-10241-MLW**

**v.**

**ELI LILLY AND COMPANY**

### NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

The **MOTION HEARING** previously scheduled for **APRIL 12, 2007** at 2:30 p.m., has been CANCELLED.  The hearing has been rescheduled for **APRIL 19, 2007** at 1:30 PM.

**SARAH A. THORNTON
CLERK OF COURT**

**April 3, 2007**                                         **By:     /s/ Dennis O'Leary**
**Date**                                                          **Deputy Clerk**

Notice mailed to:

(notice.frm - 10/96)                                                          [ntchrgcnf.]