UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-10241

| Julie Delaney et al | Eli Lilly Co. |
|---|---|
| PLAINTIFF | DEFENDANT |
| Erica Tennyson | Peter Sacks |
| Aaron Levine | James Dillon |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf        CLERK   O'Leary        REPORTER   Killian

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 4/19/07 | Court listens to oral arguments on all pending motions. |
| | Court marks transcript of Harold Sparr as exhibit 1 of today's date. Court takes under advisement the motion to accept affidavit of Heffernan. Court reserves ruling on motion to strike affidavits of Sparr and Cafferty. |
| | Court denies the defendant's motion for summary judgment (docket no 40). Court finds plaintiff's motion to strike (docket no. 57) moot as the defendant has withdrawn the evidence today. Court will establish a schedule for a trial in the lobby. Pre-trial order to issue. |