IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JULIE DELANEY and<br>WILLIAM P. DELANEY<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | CIVIL ACTION No. 05-CV-10241 (MLW)<br>Next Event: Pretrial Conference on<br>June 1, 2007 at 2:30 p.m. |

## PLAINTIFFS' FED. R. CIV. P. 26(a)(3) PRETRIAL DISCLOSURES

COME NOW the Plaintiffs, pursuant to Local Rule 16.5(c) and Fed. R. Civ. P. 26(a)(3),

and hereby submits their Rule 26(a)(3) Pretrial Disclosures:

**A.**   **Witness List:**

Plaintiffs expect to call the following as witnesses at trial in this cause:

1.    Plaintiff Julie Delaney
      118 Walnut Street
      Middleboro, MA 02346
      508-946-5108

2.    Plaintiff William P. Delaney
      118 Walnut Street
      Middleboro, MA  02346
      508-946-5108

3.    Barbara Ann O'Leary
      68 Mandalay Road
      S. Weymouth, MA 02190
      781-337-3643
      (Plaintiff Julie Delaney's mother on exposure, manufacturer identification and
      damages)

4.     Leo F. O'Leary
       68 Mandalay Road
       S. Weymouth, MA   02190
       781-337-3643
       (Plaintiff Julie Delaney's father on exposure, manufacturer identification and
       damages)

5.     Philip G. Sullivan, M.D.
       489 Shore Road
       Monument Beach, MA 02553
       508-759-1482
       (Plaintiff Julie Delaney's mother's prescribing Obstetrician/Gynecologist)

6.     Harris Busch, M.D., Ph.D. (deceased)
       (Expert - Liability/State of the Art)

7.     Richard J. Falk, M.D.
       1588 Lancaster Green
       Annapolis, MD   21401
       (Expert - Liability/State of the Art)

8.     Brian Strom, M.D., M.P.H.
       University of Pennsylvania Medical Center
       Department of Epidemiology & Biostatistics
       824 Blockley Hall, 423 Guardian Drive
       Philadelphia, PA   19104
       215-898-2368
       (Expert - Epidemiology)

9.     Elena H. Yanushpolsky, M.D.
       Brigham and Women's Hospital
       75 Francis Street
       Boston, MA   02115
       (Treating/Expert - Reproductive Endocrinology)

10.    Patricia M. McShane, M.D.
       550 S. French Street, Unit 209C
       Breckenridge, CO 80424
       617-733-4998
       (Expert - Reproductive Endocrinology)

11.    Harold B. Sparr, R.Ph., M.S.
       216 Dimmock Road
       Otis, MA   01253
       413-269-7510
       (Expert - Pharmacy and Manufacturer Identification)

12.    James P. DellaVolpe
       29 Benedict Road
       Buzzards Bay, MA 02532
       508-759-2240
       (Expert - Wholesaler/Manufacturer Identification)

13.    Philip J. Cafferty, R.Ph. (deceased)
       (Expert - Pharmacy and Manufacturer Identification)

N.B.   *Plaintiffs reserve the right to present any of the aforementioned witnesses by de bene esse deposition.*

N.B.   *Plaintiffs will provide Dr. Busch via his videotaped deposition of May 15-16, 2001.*

N.B.   *Plaintiffs will provide Mr. Cafferty via his deposition testimony of August 22, 2003.*

N.B.   *Plaintiffs reserve the right to present Dr. Sullivan via his deposition testimony of June 6, 2005.*

N.B.   *Plaintiffs reserve the right to call any witness(es):*

       a.    *Identified by the Defendant and/or*
       b.    *Any witness not identified to present rebuttal testimony.*

**B.    Exhibit List:**

Plaintiffs expect to offer the following exhibits in evidence at trial:

1.    Selected medical records of Quincy OB/GYN re: Barbara O'Leary (1958-1974)
2.    Selected medical records of Quincy Medical Center re: Barbara O' Leary (8/3/70)
3.    Selected medical records of Deborah Wooten, M.D. re: Julie Delaney (1994-2003)
4.    Selected medical records of South Shore Women's Health/Martha Ehrmann, M.D. re: Julie Delaney (2002-2003)
5.    Selected medical records of South Shore Hospital re: Julie Delaney (2001-2003)
6.    Selected medical records of Brigham & Women's Hospital re: Julie Delaney (2003)

7.   Selected medical records of Boston Health Care for Women/Rafik Mansour, M.D. (2003)

8.   Selected medical records of Quincy Family Planning re: Julie Delaney (1989)

9.   1/16/03 HSG Film and Report re: Julie Delaney

10.  Brigham & Women's Hospital Billing Statements

11.  South Shore Women's Health Billing Statements

12.  South Shore Midwifery Billing Statements

13.  South Shore Hospital Billing Statements

14.  Deborah Wooten, M.D. Billing Statements

15.  Boston Health Care for Women Billing Statements

16.  Premier Diagnostic Services Billing Statements

17.  South Shore Anesthesia Billing Statements

18.  Brigham & Women's OB/GYN Billing Statements

19.  Adoption Expenses Billing Statements

20.  Special Damages Itemization with supporting documentation attached

21.  Lilly brochure: "Pharmaquiz," TILE AND TILL, January 1942

22.  Pre-Printed prescription blanks with dosage instructions

23.  DES Package Insert

24.  Lilly advertisement: "Lilly Policy Guide to Better Profits," American Druggist, April 13, 1952: New York State Pharmacist, April 1952

25.  Lilly advertisement: "Concentrate on the Lilly Label," Drug Topics, September 13, 1948

26.  Lilly advertisement: "It's Your Money that Goes on Your Shelves," American Druggist, May 12, 1952

27.  Lilly brochure: Pharmacist's Reference, 1957

28.  Lilly publication: DE RE MEDICA

29.  Lilly advertisement: "The Upset Family"

30.  Lilly brochure: 1947 A Form, "Diethylstilbestrol in Accidents of Pregnancy"

31.  Lilly brochure: 1955 A Form, "Diethylstilbestrol in Accidents of Pregnancy"

32.  Lilly brochure: 1961 A Form, "Diethylstilbestrol in Accidents of Pregnancy"

33.  Lilly brochure: "Stilbestrol," PHYSICIAN'S BULLETIN, Nov.-Dec. 1941

34.  Lilly brochure: "Diethylstilbestrol in Cancer Patients," PHYSICIAN'S BULLETIN, Sept.-Oct. 1942

35.  Lilly advertisement: "Lilly's Preferred Estrogen Androgen," May 1950

36.  Lilly brochure: "Psoriasis," PHYSICIAN'S BULLETIN, July-Aug. 1950

37.  Lilly brochure: "Acne," PHYSICIAN'S BULLETIN, July-Aug. 1952

38.  Lilly brochure: "Steroid Hormones and Accidents of Pregnancy," PHYSICIAN'S BULLETIN, July-Aug. 1947

39.  Lilly brochure: "Diethylstilbestrol-Carcinogenesis," PHYSICIAN'S BULLETIN, Jan.-Feb. 1946

40.  DES Bottles/Pills/Labels

41.  Defendant's Wholesaler Agreements

42.  Selected journal articles from Plaintiffs' J-List (previously provided to defendant)

43.  Charts/Documents presented at Dr. Busch's deposition of May 15-16, 2001

44.    Chronology Chart
45.    Special Damages Chart
46.    Plaintiff Julie Delaney's Colorized HSG
47.    Colorized Normal HSG
48.    Model of T-shaped uterus
49.    Model of Normal Uterus
50.    Embryologic diagram: Clinic Symposia (CIBA), Vol. 37, 1985, p. 22
51.    Colposcopy diagram: Clinica Symposia (CIBA), Vol. 37, 1985, p. 3
52.    Transplacental Chart (Studies)
53.    Cancer-Causing Chart (Studies)
54.    Sexual Tract Abnormalities Chart (Studies)
55.    Warnings Chart (Studies)
56.    Offspring Follow-up Chart (Studies)
57.    Causality Chart (Studies)
58.    Proof of Infertility Chart (Studies)
59.    Efficacy Chart (Studies)
60.    Animal Models Post-Herbst Chart (Studies)
61.    60's Warnings Chart (Studies)
62.    Analysis of Efficacy Chart (Studies)
63.    Transplacental Chart 2 (Studies)
64.    Green, Burrill and Ivy 1939 Chart (Study)
65.    Rosenblum 1947 Four Questions Chart (Study)
66.    Fur Journal 1950 Chart (Study)
67.    Wholesaler Agreement Enlargement
68.    Physician's Desk Reference Enlargement
69.    "The Upset Family" Enlargement
70.    Market Sales of 25mg - NPA v. Conditions Index Chart (1945-1970)
71.    Proposed Label Enlargement
72.    Public Law 1 - §301 Enlargement
73.    Public Law 2 - §505 Enlargement
74.    Total DES Exposed Females by Year of Birth Enlargement
75.    Embryology Chart
76.    Medical-Legal Illustration - Normal Female Reproductive Anatomy
77.    Medical-Legal Illustration - GYN Exam;
78.    DES as a Delayed Carcinogen and Teratogen Chart
79.    DES Sequela Chart
80.    Medical-Legal Illustration - DES Abnormalities
81.    Netter - DES Syndrome Chart
82.    Blow-Up of Adenosis (Herbst & Bern) and
83.    Poor Pregnancy Outcomes/Reproductive Tract Abnormalities Diagram

N.B.    *Plaintiffs reserve the right to place the literature studies themselves into evidence in the event the above charts are held inadmissible.*

-5-

Respectfully submitted,


/s/ Erica Tennyson
Juliet Davison (BBO# 562289)
Erica Tennyson (BBO #660707)
TODD & WELD LLP
28 State Street
Boston, MA   02109
(617) 720-2626
etennyson@toddweld.com

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W.
Suite 500
Washington, DC 20036
202-833-8040
aaronlevinelaw@aol.com

Counsel for Plaintiffs

May 2, 2007

## CERTIFICATE OF SERVICE

I, Erica Tennyson, hereby certify that this Plaintiffs' Fed.R.Civ.P. 26(a)(3) Pretrial Disclosures, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 2, 2007.

/s/ Erica Tennyson
Erica Tennyson (BBO #660707)