UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JULIE DELANEY, et al.,

      Plaintiffs,

v.                                                    CIVIL ACTION No. 05-CV-10241 (MLW)

ELI LILLY AND COMPANY,

      Defendant.

**DEFENDANT ELI LILLY AND COMPANY'S
LOCAL RULE 16.5(C) PRETRIAL DISCLOSURES**

Defendant Eli Lilly and Company ("Lilly") hereby submits its Fed. R. Civ. P. 26(a)(3) pretrial disclosures in accordance with Local Rule 16.5(C):

    **A.**    **WITNESSES**

        1.    A. Brian Little, M.D.
            *State of the Art/ Efficacy*
            Department of Obstetrics and Gynecology
            UMDNJ- New Jersey Medical School
            185 South Orange Avenue, MSB E506
            Newark, NJ  07103
            973-972-4127

        2.    Eugene D. Albrecht, Ph.D.
            *Reproductive Endocrinologist on Efficacy*
            Department of Obstetrics and Reproductive Systems
            University of Maryland School of Medicine
            Bressler Research Laboratories, 11-017
            655 West Baltimore Street
            Baltimore, MD  21201
            410-706-3391

        3.    Richard E. Blackwell, Ph.D., M.D.
            *Reproductive Endocrinologist on Causation*
            Professor of Obstetrics and Gynecology
            UAB School of Medicine
            Department of Obstetrics and Gynecology
            555 Old Hillman Building
            618 20th Street South

B3351460.1

        Birmingham, AL  35249-7333
        205-934-6090

4.    Karin E. Michels, Sc.D.
       *Epidemiology*
       Assistant Professor of Obstetrics, Gynecology and Reproductive Biology
       Harvard Medical School
       Obstetrics and Gynecology Epidemiology Center
       221 Longwood Avenue
       Boston, MA  02115
       617-732-8496

Defendant reserves the right to call any witnesses identified by Plaintiff, and/or any witnesses not identified to present rebuttal testimony.

**B.**    **EXHIBITS**

Defendant expects to offer the following exhibits in evidence at trial:

1. Excerpt from Eli Lilly and Company's 1947 Supplemental New Drug Application for Diethylstilbestrol submitted to the Food and Drug Administration ("FDA") – Form FD-356, dated April 23, 1947;

2. Excerpt from Eli Lilly and Company's 1947 Supplemental New Drug Application for Diethylstilbestrol submitted to the Food and Drug Administration – Letter from Eli Lilly and Company to the FDA, dated April 23, 1947;

3. Excerpt from Eli Lilly and Company's 1947 Supplemental New Drug Application for Diethylstilbestrol submitted to the Food and Drug Administration – Letter from Dr. Ernest Q. King to Eli Lilly and Company and Dr. W.J. Rice, dated September 16, 1947;

4. Eli Lilly and Company Product Literature for Diethylstilbestrol for 1969 and 1970;

5. Letter from United States Food and Drug Administration, November 21, 1952, to Eli Lilly and Company (stating that Diethylstilbestrol in approved uses "no longer a new drug");

6. Letter from United States Food and Drug Administration to Blue Line Chemical Company, May 15, 1951 (stating that diethylstilbestrol not a "new drug");

7. Excerpts from the American Druggist Blue Book and the Drug Topics Redbook for the relevant years, 1969 and 1970;

8. Selected Medical Records of Quincy Medical Center re: Julie Delaney (08/03 - 08/07/70);

9. Selected Medical Records of Eugene Tyrrell, M.D. re: Julie Delaney (12/09/86 - 10/27/00);

10. Selected Medical Records of Quincy Family Planning re: Julie Delaney (07/25 - 10/10/89);

11. Selected Medical Records of Deborah Wooten, M.D. re: Julie Delaney (08/29/94 - 08/14/02);

12. Selected Medical Records of South Shore Hospital re: Julie Delaney (11/11/01 - 05/15/03);

13. Selected Medical Records of South Shore Women's Health re: Julie Delaney (04/26/02 - 01/03/03);

14. Selected Medical Records of Brigham & Women's Hospital re: Julie Delaney (01/02/03 - 05/16/03); and

15. Selected Medical Records of Boston Health Care for Women (Rafik Mansour, M.D.) re: Julie Delaney (01/03 - 01/16/03).

Defendant may offer the following exhibits in evidence at trial:

1. Excerpt from Eli Lilly and Company's 1941 New Drug Application for Diethylstilbestrol submitted to the Food and Drug Administration – Letter from Dr. Hunter Kennedy to Eli Lilly and Company and Dr. W.J. Rice, dated October 27, 1941;

2. NDA 1-221, 1-222 -- Toxicology Report of Drs. Chen and Harris;

3. Lilly Brochure, "Diethylstilbestrol," December 1961 (AD-0321, reprinted);

4. Excerpt from the National Academy of Sciences/National Research Counsel evaluation of diethylstilbestrol by the "Disturbance of the Reproductive System" panel regarding accidents of pregnancy, transmitted by FDA to Lilly under cover letter of October 6, 1971;

5. NDA 684 - Memorandum of Interview - Dr. E.M.K. Geiling and Dr. Ernest Q, King (FDA) - November 2, 1940;

6. NDA 684 - Memorandum of Interview - Dr. Rothman and Dr. Ernest Q. King (FDA) November 2, 1940;

7. NDA 684 - Memorandum of Interview - Dr. M. Edward Davis and Dr. Ernest Q. King (FDA) - November 1, 1940;

8. NDA 684 - Memorandum of Interview - Drs. A.C. Ivy and R. Greene and Dr. Ernest Q. King (FDA) - November 1, 1940; and

9. NDA 684 - Memorandum of Interview - Dr. L.P. Greenhill and Dr. Ernest Q. King (FDA).

> Respectfully submitted,
>
> ELI LILLY AND COMPANY
> By its attorneys,
>
> /s/ Brian L. Henninger
> James J. Dillon (BBO # 124660)
> Brian L. Henninger (BBO # 657926)
> FOLEY HOAG LLP
> 155 Seaport Boulevard
> Boston, MA 02110-2600
> (617) 832-1000

Dated: May 3, 2006