IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JULIE DELANEY and WILLIAM
DELANEY,

               Plaintiffs,

    v.

ELI LILLY AND COMPANY,

               Defendant.

CIVIL ACTION No. 05-CV-10241 (MLW)

## STIPULATION OF DISMISSAL WITH PREJUDICE

       Plaintiffs Julie and William Delaney and Defendant Eli Lilly and Company ("Lilly"),

acting through their respective counsel, have resolved the claims in the above-captioned case and

ask that the above-captioned case be dismissed with prejudice in its entirety.

       There are no cross-claims or third-party claims pending in the above-captioned case and

no party is an infant or incompetent person for whom a committee has been appointed or a

conservator and no person not a party has an interest in the subject matter of this action.

JULIE and WILLIAM DELANEY,

By their attorneys,

/s/ Aaron M. Levine (by permission BLH)
Aaron M. Levine (*pro hac vice*)
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040

ELI LILLY AND COMPANY,

By its attorneys,

/s/ Brian L. Henninger
James J. Dillon (BBO# 124660)
Brian L. Henninger (BBO# 657926)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617-832-1000

B3352414.1

Juliet A. Davison (BBO# 562289)
Erica Tennyson (BBO# 660707)
TODD &WELD LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626

Dated: May 4, 2007