UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE DELANEY et al,  )<br>      Plaintiff(s)  )<br>      )<br>v.  )<br>      )<br>ELI LILLY CO.,  )<br>      Defendant(s)  ) | C.A. No.   05-10241-MLW |

### SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised, on May 4, 2007, by the parties that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                                                                       By the Court:
                                                                       Sarah A. Thornton, Clerk

May 7, 2007                                                   /s/Dennis O'Leary
Date                                                                 Deputy Clerk